UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTH AMERICAN SOCCER LEAGUE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES SOCCER FEDERATION, INC. <br><br> Defendant. | Civil Action No. 1:17-cv-5495 |

**CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff North American Soccer League, LLC, by and through its undersigned counsel of record, certifies as follows

1. Plaintiff's parent corporations include California United Football Club, LLC, Carolina FC, LLC, Fath Sports, Ltd., FCSF, LLC, Indy Sports & Entertainment, LLC, JAX Soccer Holdings, LLC, Mind Soccer Group, Inc., New York Cosmos, LLC, Puerto Rico FC, LLC, and The Miami Football Club, LLC.

2. No publicly held corporation holds more than 10% of Plaintiff's stock.

Respectfully submitted,

Dated: New York, New York
         September 19, 2017          By:     s/Jeffrey L. Kessler
                                                    Jeffrey L. Kessler
                                                    David G. Feher
                                                    Mark E. Rizik Jr.

        Isabelle Mercier-Dalphond
        **WINSTON & STRAWN LLP**
        200 Park Avenue
        New York, New York 10166
        Tel: (212) 294-6700
        Fax: (212) 294-4700
        jkessler@winston.com
        dfeher@winston.com
        mrizik@winston.com
        imercier@winston.com

        *Counsel for Plaintiff North American Soccer League, LLC*