UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTH AMERICAN SOCCER LEAGUE, LLC,<br><br>          Plaintiff,<br><br>    v.<br><br>UNITED STATES SOCCER FEDERATION, INC.,<br><br>          Defendant. | Case No. 17 Civ. 05495 (MKB) (ST)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendant United States Soccer Federation, Inc. in the above-captioned action:

    Lawrence Buterman
    Latham & Watkins LLP
    885 Third Avenue
    New York, New York  10022-4834
    Telephone: (212) 906-1200
    Facsimile: (212) 751-4864
    E-mail: lawrence.buterman@lw.com

Dated: September 22, 2017
       New York, New York          LATHAM & WATKINS LLP

                                           By: /s/ Lawrence Buterman
                                              Lawrence Buterman

                                              885 Third Avenue
                                              New York, New York 10022
                                              Tel: (212) 906-1200
                                              Fax: (212) 751-4864
                                              Email: lawrence.buterman@lw.com

                                              *Attorneys for Defendant United States Soccer Federation, Inc.*