UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTH AMERICAN SOCCER LEAGUE, LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>UNITED STATES SOCCER FEDERATION, INC.,<br><br>                    Defendant. | Case No. 17 Civ. 05495 (MKB) (ST) |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT
### PURSUANT TO FED. R. CIV. R. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for The United States Soccer Federation, Inc. (a not-for-profit corporation and the national governing body as recognized by the United States Olympic Committee under the Ted Stevens Olympic and Amateur Sports Act, 36 U.S.C. §§ 220501 et seq.) certifies that it has no corporate parent and no publicly held corporations own stock in it.

Dated: September 22, 2017
       New York, New York

                              LATHAM & WATKINS LLP

                              By:  /s/ Lawrence Buterman
                                   Lawrence Buterman

                                   885 Third Avenue
                                   New York, New York 10022
                                   Tel: (212) 906-1200
                                   Fax: (212) 751-4864
                                   Email: lawrence.buterman@lw.com

                                   *Attorneys for Defendant United States*
                                   *Soccer Federation, Inc.*