UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTH AMERICAN SOCCER LEAGUE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES SOCCER FEDERATION, INC.<br><br>Defendant. | Civil Action No. 1:17-cv-05495-MKB-ST<br><br><br><br>**CERTIFICATE OF SERVICE** |

I, Mark E. Rizik, Jr., hereby state that on September 20, 2017, I served on behalf of Plaintiff, North American Soccer League LLC, in regard to the above-captioned action, the Notice of Motion for Preliminary Injunction; the Memorandum of Law in Support of Motion for Preliminary Injunction; the Expert Declaration of Stefan Szymanski; the Declaration of Rocco B. Commisso; the Declaration of Mark E. Rizik Jr. with Exhibits 1-54; and the Letter Request dated September 20, 2017 to Hon. Margo K. Brodie from Jeffrey L. Kessler for an Expedited Briefing Schedule, Hearing, and Decision of Plaintiff's Motion for Preliminary Injunction, upon the following counsel by e-mail, on consent of Defendant, United States Soccer Federation, Inc.:

Russell F. Sauer, Jr.
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Tel: +1.213.891.8244
Fax: +1.213.891.8763
Email: russell.sauer@lw.com

Dated: New York, New York
September 22, 2017

_____
Mark E. Rizik, Jr.

WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
(212) 294-6700
mrizik@winston.com