AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| North American Soccer League, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-05495-MKB-ST |
| United States Soccer Federation, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

North American Soccer League, LLC.

Date: 09/25/2017

s/Jeffrey L. Kessler
*Attorney's signature*

Jeffrey L. Kessler (JK-7891)
*Printed name and bar number*

Winston & Strawn LLP
200 Park Avenue
New York, New York 10166
*Address*

jkessler@winston.com
*E-mail address*

(212) 294-6700
*Telephone number*

(212) 294-4700
*FAX number*