AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| North American Soccer League, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-05495-MKB-ST |
| United States Soccer Federation, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

North American Soccer League, LLC                    .

Date:   09/25/2017

s/Mark E. Rizik, Jr.
*Attorney's signature*

Mark E. Rizik Jr. (MR-1879)
*Printed name and bar number*

Winston & Strawn LLP
200 Park Avenue
New York, New York 10166

*Address*

mrizik@winston.com
*E-mail address*

(212) 294-6700
*Telephone number*

(212) 294-4700
*FAX number*