AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| North American Soccer League, LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:17-cv-05495-MKB-ST |
| United States Soccer Federation, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

North American Soccer League, LLC   .

Date:    09/25/2017

s/Isabelle Mercier-Dalphond
*Attorney's signature*

Isabelle Mercier-Dalphond (IM-0787)
*Printed name and bar number*

Winston & Strawn LLP
200 Park Avenue
New York, New York 10166

*Address*

imercier@winston.com
*E-mail address*

(212) 294-6700
*Telephone number*

(212) 294-4700
*FAX number*