**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NORTH AMERICAN SOCCER LEAGUE, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES SOCCER FEDERATION, INC. and MAJOR LEAGUE SOCCER, L.L.C., <br><br> Defendants. | Case No.: 1:17-cv-05495-MKB-ST <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY SCHEDULE** |

WHEREAS, the discovery schedule set forth in the above-captioned parties' ("Parties") Report of Initial Planning Meeting, ECF No. 79, was ordered into effect on June 28, 2018;

WHEREAS, on February 10, 2020, the Court granted the Parties' Stipulation and Proposed Order, ECF No. 208, setting May 4, 2020 as the "Expert Discovery Cutoff, Deadline for Expert Depositions, and Close of All Discovery" (the "Current Schedule");

WHEREAS, in March 2020, the Parties completed service of all expert reports ordered therein and agreed to dates in April 2020 for the outstanding expert depositions;

WHEREAS, the COVID-19 National Emergency, associated "Shelter at Home" orders, and direct personal impacts of the pandemic on counsel in this case have severely disrupted and made impracticable the deposition schedule contemplated by the Parties in agreeing upon the Current Schedule; and

WHEREAS, for the foregoing reasons, Defendants have requested, and Plaintiff does not object to, an extension to the expert discovery schedule;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, that the current May 4, 2020 "Expert Discovery Cutoff, Deadline for Expert Depositions, and Close of All Discovery" is modified and extended to June 30, 2020.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

_____
HON. STEVEN L. TISCIONE
UNITED STATES MAGISTRATE JUDGE

Dated: April 8, 2020

By: s/ *Mark E. Rizik Jr.*

Jeffrey L. Kessler
David G. Feher
Mark E. Rizik Jr.
Adam I. Dale
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com
dfeher@winston.com
mrizik@winston.com
aidale@winston.com

Heather Lamberg
**WINSTON & STRAWN LLP**
1700 K Street N.W.
Washington, DC 20006
Tel: (202) 282-5000
Fax: (202) 282-5100
hlamberg@winston.com

Bruce L. Simon (*pro hac vice*)
Benjamin E. Shiftan (*pro hac vice*)
Neil Swartzberg (*pro hac vice*)

By: s/ *Christopher S. Yates*

Christopher S. Yates (*pro hac vice*)
Katherine M. Larkin-Wong (*pro hac vice*)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600
Fax: (415) 395-8095

Lawrence E. Buterman
**LATHAM & WATKINS LLP**
885 Third Avenue, Suite 1000
New York, NY 10022
Tel: (212) 906-1200
Fax: (212) 751-4864


*Counsel for Defendant United States Soccer Federation, Inc.*


By: s/ *Bradley I. Ruskin*

Bradley I. Ruskin
Kevin J. Perra

**PEARSON, SIMON & WARSHAW LLP**
350 Sansome Street, Suite 680
San Francisco, California 94104
Tel.: (415) 433-9000
Fax.: (415) 433-9008
bsimon@pswlaw.com
bshiftan@pswlaw.com
nswartzberg@pswlaw.com

Clifford H. Pearson (*pro hac vice*)
Daniel L. Warshaw (*pro hac vice*)
Matthew A. Pearson (*pro hac vice*)
Michael H. Pearson (*pro hac vice*)
Alexander L. Simon (*pro hac vice*)
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Tel.: (818) 788-8300
Fax.: (818) 788-8104
cpearson@pswlaw.com
dwarshaw@pswlaw.com
mapearson@pswlaw.com
mpearson@pswlaw.com
asimon@pswlaw.com

*Counsel for Plaintiff North American Soccer League, LLC*

Colin Kass
Scott A. Eggers
Stephen R. Chuk
Jennifer E. Tarr
**PROSKAUER ROSE LLP**
11 Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Counsel for Defendant Major League Soccer, L.L.C.*