**Lawrence E. Buterman**
Direct Dial: 212-906-1264
lawrence.buterman@lw.com

53rd at Third
885 Third Avenue
New York, New York  10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

# LATHAM&WATKINS LLP

February 2, 2021

**VIA EMAIL**

Jeffrey L. Kessler
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817

Bruce L. Simon
Pearson, Simon & Warshaw, LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104

Re: *NASL v. United States Soccer Federation, Inc., and Major League Soccer, L.L.C.*, No. 17 Civ. 05495-MKB-ST

Dear Counsel:

We write on behalf of Defendants United States Soccer Federation, Inc. and Major League Soccer, L.L.C., in the above-referenced matter. Pursuant to this Court's Individual Rule 3.D, attached please find the following documents for service:

1. Defendants' Opposition to Plaintiff's Motion to Exclude Testimony from Certain of Defendants' Experts; and

2. Declaration of Elizabeth H. Yandell in Support of Defendants' Opposition to Plaintiff's Motion to Exclude Testimony from Certain of Defendants' Experts, with Exhibits 1-10.

Pursuant to the Court's rules and the Stipulation and Order entered on October 16, 2020 (ECF No. 246), the above papers will be electronically filed under seal once the motions are fully briefed. Documents labeled "Filed Under Seal" should be treated as "Outside Counsel Only" pursuant to the parties' Protective Order dated June 8, 2018 (ECF No. 76). Exhibits to the attorney declaration should be treated in accordance with the confidentiality designations with which they were produced.

LATHAM&WATKINS LLP

          Respectfully submitted,

          */s/ Lawrence E. Buterman*
          of Latham & Watkins LLP

          *Counsel for United States Soccer Federation, Inc.*

cc:    Honorable Margo K. Brodie via ECF
        All Counsel of Record