**PEARSON, SIMON & WARSHAW, LLP**
15165 VENTURA BLVD., SUITE 400
SHERMAN OAKS, CA 91403
(818) 788-8300
WWW.PSWLAW.COM

Hon. Margo K. Brodie  February 2, 2021
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: *NASL v. USSF and MLS*, No. 1:17-cv-05495

Dear Judge Brodie:

  Pursuant to Section 3(D) of Your Honor's Individual Rules, I write on behalf of Plaintiff North American Soccer League, LLC ("NASL"), to notify the Court that NASL served the following documents today on Defendants United States Soccer Federation, Inc. ("USSF") and Major League Soccer, L.L.C. ("MLS") in the above-referenced litigation, consistent with this Court's orders dated October 16, 2020 (ECF No. 246) and December 28, 2020 (ECF No. 254):

- Memorandum of Law in Opposition to USSF's Motion for Summary Judgment;

- Memorandum of Law in Opposition to MLS' Motion for Summary Judgment;

- Response to Defendants' Joint Rule 56.1 Statement of Undisputed Material Facts;

- Declaration of Mark E. Rizik Jr. in Opposition to Defendants' Motions for Summary Judgment, and the exhibits thereto;

- Memorandum of Law in Opposition to USSF's Motion to Exclude the Testimony of Dr. Darrell L. Williams;

- Memorandum of Law in Opposition to MLS' Motion to Exclude the Testimony of Dr. Darrell L. Williams;

- Declaration of Adam I. Dale in Opposition to Defendants' Motions to Exclude the Testimony of Dr. Darrell L. Williams, and the exhibits thereto;

- Memorandum of Law in Opposition to Defendants' Motion to Exclude the Testimony of Dr. Roger G. Noll;

- Declaration of Benjamin E. Shiftan in Opposition to Defendants' Motion to Exclude the Testimony of Dr. Roger G. Noll, and the exhibits thereto;

- Memorandum of Law in Opposition to Defendants' Motion to Exclude the Testimony of Professor Stefan Szymanski; and

- Declaration of Benjamin E. Shiftan in Opposition to Defendants' Motion to Exclude the Testimony of Professor Stefan Szymanski, and the exhibits thereto.

                                                Respectfully submitted,

                              By:     <u>s/Jeffrey L. Kessler</u>
                                                    Jeffrey L. Kessler

cc:     All counsel of record (via ECF)