UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTH AMERICAN SOCCER LEAGUE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES SOCCER FEDERATION, INC., and MAJOR LEAGUE SOCCER, L.L.C.,<br><br>Defendants. | Case No. 1:17-cv-05495-MKB-ST<br><br>**UNITED STATES SOCCER FEDERATION, INC.'s NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>**ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that upon the annexed Declaration of Lawrence E. Buterman, dated November 16, 2020, and the accompanying Memorandum of Law and Local Rule 56.1 Statement of Undisputed Material Facts, the undersigned, on behalf of Defendant United States Soccer Federation, Inc. ("U.S. Soccer"), hereby moves this Court before the Honorable Margo K. Brodie, United States District Judge for the Eastern District of New York, at the United States Courthouse, 225 Cadman Plaza East, Courtroom 6F, Brooklyn, New York 11201 for an Order granting summary judgment pursuant to Federal Rule of Civil Procedure 56, and for such other relief as this Court deems just and proper.

Dated:   November 16, 2020

LATHAM & WATKINS LLP

/s/ Christopher S. Yates

Christopher S. Yates (*pro hac vice*)
Elizabeth H. Yandell (*pro hac vice*)
Elizabeth C. Gettinger (*pro hac vice*)
505 Montgomery Street
Suite 2000
San Francisco, CA 94111

Tel: (415) 391-0600
Fax: (415) 395-8095
chris.yates@lw.com
elizabeth.yandell@lw.com

Lawrence E. Buterman
885 Third Avenue
New York, NY 10022
Tel: (212) 906-1200
Fax: (212) 751-4864
lawrence.buterman@lw.com

Anna M. Rathbun (*pro hac vice*)
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
anna.rathbun@lw.com

*Attorneys for Defendant*
*United States Soccer Federation, Inc.*