**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NORTH AMERICAN SOCCER LEAGUE, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES SOCCER FEDERATION, INC. and MAJOR LEAGUE SOCCER, L.L.C.,<br><br>    Defendants. | Case No. 1:17-cv-05495-MKB-ST<br><br>ORAL ARGUMENT REQUESTED |

**DEFENDANT MAJOR LEAGUE SOCCER, L.L.C.'S MOTION FOR SUMMARY JUDGMENT DISMISSING THE AMENDED COMPLAINT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Major League Soccer, L.L.C. ("MLS") hereby moves for summary judgment dismissing Plaintiff's claims in their entirety with prejudice. In support of this motion, MLS submits:

1. The Memorandum of Law in Support of MLS's Motion for Summary Judgment, dated November 16, 2020.
2. Defendants' Joint Local Rule 56.1 Statement of Undisputed Material Facts and the accompanying declaration of Lawrence Buterman, dated November 16, 2020, with exhibits.
3. The declaration of Stephen R. Chuk, dated November 16, 2020, with exhibits.

In addition to the foregoing, MLS joins in the contemporaneous motion for summary judgment filed by Defendant United States Soccer Federation, Inc., the grounds for which MLS incorporates herein by reference.

MLS respectfully requests oral argument on its motion.

Dated: November 16, 2020

Respectfully submitted,

By: s/ Bradley I. Ruskin

Bradley I. Ruskin
Kevin J. Perra
Scott A. Eggers
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, New York 10036
(212) 969-3000

Colin R. Kass
Stephen R. Chuk
Jennifer E. Tarr
**PROSKAUER ROSE LLP**
1001 Pennsylvania Ave., NW, Suite 600S
Washington, DC 20004
(202) 416-6800

*Counsel for Defendant Major League Soccer, L.L.C.*