

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BLVD., SUITE 400
SHERMAN OAKS, CA 91403
(818) 788-8300
WWW.PSWLAW.COM

Hon. Margo K. Brodie  September 15, 2022
United States District Court
225 Cadman Plaza East, Brooklyn, NY 11201

Re: *NASL v. USSF and MLS*, No. 1:17-cv-05495

Dear Chief Judge Brodie:

    I am writing on behalf of Plaintiff North American Soccer League LLC to respectfully request that the Court set a tentative trial date in this matter for some time in 2023. I recognize that it is the Court's normal practice not to set a trial date until it has ruled on pending summary judgment motions. However, as the Court is aware, this antitrust litigation has been pending for five years, and the summary judgment motions before the Court have been fully briefed for more than one year.

    In these circumstances, Plaintiff believes it would be appropriate to set a tentative trial date now, so that the availability of the Court and the parties will be preserved. Otherwise, all available dates in 2023 may become booked, such that any trial would be delayed until 2024, the seventh year of the litigation. Plaintiff's counsel, for example, has another trial tentatively scheduled for the month of May 2023 in the Northern District of California. We are sure that Defendants' counsel, and most importantly the Court, will also have some blocks of time in 2023 that already have been committed to other matters.

    To make certain that any trial in this litigation can be held some time in 2023, Plaintiff proposes that a tentative trial date be set now. If the Court believes it appropriate, Plaintiff also would be prepared to discuss this subject at a pretrial conference.

Respectfully submitted,

By: s/Jeffrey L. Kessler
     Jeffrey L. Kessler

cc: All counsel of record (via ECF)