

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BLVD., SUITE 400
SHERMAN OAKS, CA 91403
(818) 788-8300
WWW.PSWLAW.COM

Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East, Brooklyn, NY 11201

November 15, 2022

Re: *NASL v. USSF and MLS*, No. 1:17-cv-05495

Dear Judge Cogan:

     I am writing on behalf of Plaintiff North American Soccer League LLC ("NASL") to provide a brief summary of the status of the above-referenced case, in light of its recent reassignment to Your Honor, and to request a status conference so that a tentative trial date can be set for some time in 2023.

     As you may know, this case was filed in 2017. Fact discovery was completed in mid-2019, and expert discovery was completed in mid-to-late 2020. Both NASL and Defendants United States Soccer Federation, Inc. and Major League Soccer, L.L.C. have served summary judgment and *Daubert* motions. Those papers were filed with the Court in April 2021, and related sealing papers were filed in May and June 2021. Those motions remain pending and await review and disposition by the Court.

     As noted above, we would ask that the Court order a status conference to set a schedule for the remainder of the case. In particular, we believe that given how long this case has been pending, it would be appropriate for the Court to set a tentative trial date for some time in 2023, so that the parties and the Court can block out these dates on their calendars and avoid a situation where other conflicting obligations cause this long-pending case to be further delayed. For example, Plaintiff's counsel already have another trial tentatively scheduled for March of 2023 in the Northern District of California, and we suspect that defense counsel may have some conflicting trial obligations as well. It would thus be in all parties' interests to set a tentative trial schedule in this case.

     We would be happy to answer any questions the Court may have relating to either trial scheduling, the pending summary judgment motions, or any other matter the Court may wish to raise at the requested status conference.

                              Respectfully submitted,

                 By:    s/Jeffrey L. Kessler
                          Jeffrey L. Kessler

cc: All counsel of record (via ECF)