Elizabeth C. Gettinger
Direct Dial: +1.415.395.8825
elizabeth.gettinger@lw.com

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: +1.415.391.0600  Fax: +1.415.395.8095
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Shanghai |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

**LATHAM & WATKINS LLP**

**VIA ECF**

May 26, 2023

Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *North American Soccer League, LLC v. United States Soccer Federation, Inc.*
            1:17-cv-05495-BMC – Withdrawal of Elizabeth C. Gettinger

Dear Judge Cogan:

    I respectfully request permission to withdraw as counsel for Defendant United States Soccer Federation, Inc. in the above-referenced case. I represent United States Soccer Federation, Inc. in this matter along with Christopher S. Yates, Lawrence E. Buterman, Alan J. Devlin, Anna M. Rathbun, and Elizabeth H. Yandell of Latham & Watkins LLP. Effective May 31, 2023, I will no longer be an associate at Latham & Watkins LLP.

    Latham & Watkins LLP will continue to represent United States Soccer Federation, Inc. in this case. Thus, my withdrawal will have no material effect on the schedule in this matter, and it will not cause prejudice to any party. In light of the foregoing, I respectfully request that the Court relieve the undersigned as counsel for United States Soccer Federation, Inc. and that the Court's docket be amended to reflect my withdrawal as counsel.

                              Respectfully submitted,

                              /s/ Elizabeth C. Gettinger
                              Elizabeth C. Gettinger

cc: All Counsel of Record (via CM/ECF)