

WINSTON & STRAWN LLP    NORTH AMERICA   SOUTH AMERICA   EUROPE   ASIA

200 Park Avenue
New York, NY 10166
T +1 (212) 294-6700
F +1 (212) 294-4700

Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East, Brooklyn, NY 11201

August 29, 2023

Re:   *NASL v. USSF and MLS*, No. 1:17-cv-05495

Dear Judge Cogan:

Counsel for Plaintiff North American Soccer League, LLC ("NASL") respectfully requests permission for Heather Lamberg to withdraw as counsel in the above-referenced case. Ms. Lamberg is no longer associated with Winston & Strawn LLP. She represented NASL in this matter with Jeffrey L. Kessler, David G. Feher, Mark E. Rizik Jr. and Adam I. Dale at Winston & Strawn LLP and Clifford H. Pearson, Daniel L. Warshaw, Matthew A. Pearson, and Neil J. Swartzberg at Pearson Warshaw, LLP.

Winston & Strawn LLP and Pearson Warshaw, LLP will continue to represent NASL in this matter. Therefore, the withdrawal of Ms. Lamberg will have no material effect on the schedule in this matter, and it will not cause prejudice to any party. In light of the foregoing, counsel for NASL respectfully requests that the Court relieve Heather Lamberg as counsel for NASL and that the Court's docket be amended to reflect her withdrawal as counsel.

Respectfully submitted,

By:   s/Jeffrey L. Kessler
      Jeffrey L. Kessler

cc:   All counsel of record (via ECF)