Hon. Brian M. Cogan  February 28, 2024
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** *North American Soccer League, LLC v. United States Soccer Federation, Inc. and Major League Soccer, L.L.C.*, No. 1:17-cv-05495

Dear Judge Cogan:

The parties to the above-referenced case are pleased to report that they have reached agreement upon a proposed pretrial schedule. Pursuant to the Court's order of February 21, 2024, the parties hereby jointly propose the schedule set forth below. To the extent that the decisions on the pending summary judgment and *Daubert* motions impact the issues that need to be tried and what needs to be disclosed pretrial, the parties will meet and confer and determine whether they can agree on any modifications to the proposed schedule or propose modifications to the Court.

| Proposed Date | Event |
|---|---|
| 6/27/24 | Parties exchange initial witness lists, affirmative deposition designations and exhibit lists (excluding demonstratives). NASL highlights its deposition designations in blue, and Defendants in yellow. |
| 6/27/24 | NASL sends Defendants draft Joint Pretrial Order based on Judge Cogan's template, with placeholders for information to be provided by Defendants. |
| 7/8/24 | Parties to exchange initial lists of planned motions in limine. |
| 7/8/24 - 7/18/24 | Parties to meet and confer regarding motions in limine. |
| 7/19/24 | Deadline for motions in limine. |
| 7/25/24 | Parties exchange deposition counter-designations, objections to deposition designations, and objections to witness lists. Overlapping deposition designations are highlighted in green. NASL highlights counter-designations in red. Defendants highlight counter-designations in orange. |
| 7/25/24 | Parties exchange objections to exhibit lists, and exchange any rebuttal exhibit lists. |

| | |
|---|---|
| 7/25/24 | Defendants send NASL revised draft Joint Pretrial Order with placeholders filled and any requested edits to joint sections. |
| 8/8/24 | Parties exchange responses to objections to exhibit lists, and objections to rebuttal exhibit lists. |
| 8/8/24 | Parties exchange objections to deposition counter-designations and responses to objections to affirmative deposition designations. |
| 8/9/24 | Deadline for oppositions to motions in limine. |
| 8/15/24 | Parties exchange responses to objections to rebuttal exhibits. |
| 8/15/24 | Parties exchange responses to objections to deposition counter-designations. |
| 7/18/24 to 8/21/24 | The parties confer and exchange revised drafts of the Joint Pretrial Order to the extent necessary and attempt to resolve objections and other disagreements.  The parties combine this into one document, including exhibit lists (excluding demonstratives), current witness lists (including any updates since prior exchanges), and any remaining objections and responses thereto.  Deposition designations are compiled separately for physical submission during pretrial conference per Court's rules. |
| 8/21/24 | Last day for meet and confer sessions on exhibit lists, deposition designations. |
| 8/21/24 | NASL files the proposed Joint Pretrial Order. |
| 8/21/24 | Parties exchange proposed jury instructions and verdict sheet. |
| 8/21/24 to 8/28/24 | Parties attempt to negotiate joint proposed jury instructions to the extent possible.  Parties combine their jury instructions into one document, with joint instructions where possible and otherwise each side's proposed instructions. |
| 8/29/24 | NASL files the combined jury instructions. |
| TBD | Pretrial conference |
| | Voir dire procedure TBD by Court (submission of proposed questions, etc.). |
| 9/9/24 | Complete set of documentary exhibits, list of all exhibits, and copy of witness lists due to courtroom deputy in duplicate. |
| 9/9/24 | Trial |

Respectfully submitted,

By: s/Jeffrey L. Kessler

Jeffrey L. Kessler
David G. Feher
Eva W. Cole
Johanna R. Hudgens
Mark E. Rizik Jr.
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com
dfeher@winston.com
ewcole@winston.com
jhudgens@winston.com
mrizik@winston.com

Clifford H. Pearson (*pro hac vice*)
Daniel L. Warshaw (*pro hac vice*)
Matthew A. Pearson (*pro hac vice*)
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Tel.: (818) 788-8300
Fax.: (818) 788-8104
cpearson@pwfirm.com
dwarshaw@pwfirm.com
mapearson@pwfirm.com

Jill M. Manning (*pro hac vice*)
Neil Swartzberg (*pro hac vice*)
**PEARSON WARSHAW, LLP**
555 Montgomery St., Suite 1205
San Francisco, CA 94111
Tel: (415) 433-9000
jmanning@pwfirm.com
nswartzberg@pwfirm.com

*Counsel for Plaintiff North American Soccer League, LLC*

By: s/Lawrence E. Buterman

Lawrence E. Buterman
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Fax: (212) 751-4864

Christopher S. Yates (*pro hac vice*)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600
Fax: (415) 395-8095

*Counsel for Defendant United States Soccer Federation, Inc.*

By: s/Scott A. Eggers

Bradley I. Ruskin
Kevin J. Perra
Scott A. Eggers
Genesis Gabriela Sanchez Tavarez
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, New York 10036
(212) 969-3000
bruskin@proskauer.com
kperra@proskauer.com
seggers@proskauer.com
GSanchezTavarez@proskauer.com

Colin R. Kass
**PROSKAUER ROSE LLP**
1001 Pennsylvania Ave., NW, Suite 600S
Washington, DC 20004
(202) 416-6800
ckass@proskauer.com

*Counsel for Defendant Major League Soccer, L.L.C.*