

**PEARSON WARSHAW, LLP**
555 MONTGOMERY ST., SUITE 1205
SAN FRANCISCO, CA 94111
(415) 433-9000
WWW.PWFIRM.COM

Hon. Brian M. Cogan  May 10, 2024
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:     *NASL v. USSF and MLS*, No. 1:17-cv-05495

Dear Judge Cogan:

      I am writing on behalf of Plaintiff North American Soccer League, LLC with respect to the above-referenced case. As the Court knows, trial in this matter has been set to commence on September 9th, and summary judgment and *Daubert* motions filed by the parties remain pending. Plaintiff respectfully asks if there is any information the Court could provide regarding the expected timing of a decision on those motions, so that this can be taken into account while planning the parties' upcoming exchanges of information for trial.

      We appreciate the Court's attention to this matter.

      Respectfully submitted,

      By:    s/Jeffrey L. Kessler
                Jeffrey L. Kessler

cc:    All counsel of record (via ECF)