

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

Bradley I. Ruskin
Member of the Firm
d +1.212.969.3465
f 212.969.2900
bruskin@proskauer.com
www.proskauer.com

June 26, 2024

Honorable Hector Gonzalez
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *North American Soccer League, LLC v. United States Soccer Federation, Inc and Major League Soccer, L.L.C.*, Case No. 1:17-cv-05495-HG

Dear Judge Gonzalez:

We write further to our conference of June 21, 2024 and to address the trial date. Your Honor directed that we advise the Court whether the parties are prepared to start trial on January 6, 2025. All parties confirm that they are prepared to do so.

That said, MLS respectfully requests that the Court consider a small adjustment commencing trial on any date on or after January 20 (or even on or after January 13 if need be). MLS leadership, including the Commissioner, will be critically involved both in the League's trial preparation and participation, and in the League's most important events occurring shortly before the winter holidays in December, with the championship game played on December 7 and the principal year-end ownership meeting on December 12.

We appreciate the courtesy provided by Your Honor to our co-counsel to address its scheduling conflict in adjourning the September 9 date, and, as noted, to the extent the only option is a choice between starting trial on January 6 or September 9, MLS is prepared to go forward on the January 6 date. US Soccer does not oppose MLS's request. NASL objects to starting trial on any date beyond January 6. NASL further states that the proposed delay of the January 6 trial date by MLS could cause a conflict with commitments of lead NASL counsel during February. MLS believes that there would not be any prejudice to beginning the trial slightly later.

In all events, we thank you for permitting us to raise this issue and your consideration of MLS's request.

Respectfully submitted,

Bradley I. Ruskin

cc: All Counsel