UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTH AMERICAN SOCCER LEAGUE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES SOCCER FEDERATION, INC. and MAJOR LEAGUE SOCCER, L.L.C.,<br><br>Defendants. | Case No. 1:17-cv-05495-HG<br><br>NOTICE OF MOTION FOR RECONSIDERATION AND FOR CLARIFICATION |

PLEASE TAKE NOTICE that Defendants United States Soccer Federation, Inc. and Major League Soccer, L.L.C. upon the accompanying Memorandum of Law in Support of their Motion to Reconsider and for Clarification, dated June 26, 2024, will move this Court, before the Honorable Hector Gonzalez, United States District Judge at 225 Cadman Plaza East, Brooklyn, New York, Courtroom 6A South, as soon as counsel may be heard, for an Order, pursuant to Local Rule 6.3, granting Defendants' Motion to Reconsider and for Clarification of the Memorandum Decision and Order dated June 12, 2024.

Dated: June 26, 2024

Respectfully submitted,

PROSKAUER ROSE LLP

/s/ Bradley I. Ruskin
Bradley I. Ruskin
Kevin J. Perra
Keisha-Ann Gray
Scott A. Eggers

Eleven Times Square
New York, New York 10036
(212) 969-3000
bruskin@proskauer.com
kperra@proskauer.com

kgray@proskauer.com
seggers@proskauer.com

Colin R. Kass
1001 Pennsylvania Ave., NW, Suite 600S
Washington, DC 20004
(202) 416-6800
ckass@proskauer.com

Genesis Sanchez Tavarez
One International Place
Boston, MA 02110
GSanchezTavarez@proskauer.com

*Attorneys for Major League Soccer, L.L.C.*


LATHAM & WATKINS LLP

/s/ Christopher S. Yates
Christopher S. Yates (*pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600
chris.yates@lw.com

Lawrence E. Buterman
885 Third Avenue
New York, NY 10022
Tel: (212) 906-1200 lawrence.buterman@lw.com

Anna M. Rathbun (*pro hac vice*)
David L. Johnson (*pro hac vice*)
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
(202) 637-2200
anna.rathbun@lw.com
David.johnson@lw.com

*Attorneys for United States Soccer Federation, Inc.*