UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTH AMERICAN SOCCER LEAGUE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES SOCCER FEDERATION, INC. and MAJOR LEAGUE SOCCER, LLC, <br><br> Defendants. | **SCHEDULING ORDER** <br> 17-CV-05495 (HG) |

**HECTOR GONZALEZ**, United States District Judge:

Trial in this case is scheduled to begin on January 6, 2025. Accordingly, the parties shall follow the following schedule with respect to the deadlines for their pretrial submissions:

| | |
|---|---|
| Motions *in limine* opening briefs | November 4, 2024 |
| Proposed joint pretrial order (including deposition designations) | November 4, 2024 |
| Oppositions to motions *in limine* | November 18, 2024 |
| Short description of the case for use in *voir dire* | November 25, 2024 |
| Proposed *voir dire* questions | November 25, 2024 |
| Updated list of the witnesses each party plans to call and the names of people, entities, and places that the parties anticipate that they and their witnesses will discuss during the trial. | November 25, 2024 |
| Proposed final jury instructions | November 25, 2024 |
| Proposed verdict sheet | November 25, 2024 |
| Final pretrial conference | December 20, 2024, at 2:00 P.M. |
| Trial | January 6, 2025 |

SO ORDERED.

                                                                          */s/ Hector Gonzalez*
                                                          HECTOR GONZALEZ
                                                          United States District Judge

Dated: Brooklyn, New York
         June 27, 2024