

**PEARSON WARSHAW, LLP**
15165 VENTURA BLVD., SUITE 400
SHERMAN OAKS, CA 91403
(818) 788-8300
WWW.PWFIRM.COM

Hon. Hector Gonzalez
United States District Court
Eastern District of New York
225 Cadman Plaza East, Brooklyn, NY 11201

November 11, 2024

      Re:    *NASL v. USSF and MLS*, No. 1:17-cv-05495-HG

Dear Judge Gonzalez:

      I write on behalf of Plaintiff North American Soccer League LLC ("NASL") regarding the potential sealing of the Court's Order dated October 28, 2024. *See* ECF No. 451 at 27 ("The parties are directed to make a joint motion to seal the appropriate portions of this Order, if necessary, on or before November 12, 2024."). Having conferred with Defendants about this issue, NASL hereby notifies the Court that no party intends to seek to seal any part of that Order.

      Respectfully submitted,

      By:    s/Jeffrey L. Kessler
                  Jeffrey L. Kessler

cc:    All counsel of record (via ECF)