UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTH AMERICAN SOCCER LEAGUE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES SOCCER FEDERATION, INC. and MAJOR LEAGUE SOCCER L.L.C.,<br><br>Defendants. | **ORDER ON DEPOSITION DESIGNATIONS**<br>17-CV-05495 (HG) |

**HECTOR GONZALEZ**, United States District Judge:

The Court has reviewed the parties' deposition designations. *See* ECF No. 479. All objections set forth in the parties' deposition designations are OVERRULED, except that objections to the designations set forth in the table below are SUSTAINED in full, unless otherwise indicated. To the extent any attorney objection is included in testimony to be played to the jury, said objection shall be redacted.

| Witness | Designation |
|---|---|
| Keith Bruce | • N/A |
| Peter Capriotti | • 112:23–113:1 [objection overruled except the word "denied" in line 24 must be redacted] |
| Kathryn Carter | • 72:6–103:4 |
| John Collins | • 22:22–25, 23:6–8 [requires complete exchange: 22:22–23:11]<br>• 229:12–13, 230:5–11 [requires complete exchange: 229:12–230:11] |
| Robert Contiguglia | • 72:14–73:7 [requires complete exchange: 72:13–73:7]<br>• 247:4–7<br>• 247:17–23<br>• 247:25–248:4<br>• 248:7–13 |
| Carlos Cordeiro | • 313:19–314:2<br>• 314:9–315:3 |

|  |  |
|---|---|
|  | • 316:18–317:6 |
| Luis Cuccatti | • 100:5–10 |
|  | • 100:21–101:4 |
|  | • 117:1–4 |
|  | • 127:21–128:15 |
|  | • 130:3–13 |
|  | • 137:5–17 |
| Aaron Davidson | • 106:22–107:4 |
|  | • 171:25–173:2 |
|  | • 174:19–176:10 |
|  | • 193:10–194:9 |
|  | • 239:9–12 |
|  | • 240:7–241:23 |
| Gregory Fike | • 139:10–11 [requires complete exchange: 139:10–18] |
|  | • 174:15–19 |
|  | • 185:13–186:8 [requires complete exchange: 185:13–187:1] |
|  | • 198:21–199:17 [requires complete exchange: 198:21–199:21] |
|  | • 215:8–215:19 [requires complete exchange: 215:8–22] |
| Sean Flynn (Miami FC 30(b)(6)) | • 120:14–19 |
| Brian Helmick | • 91:4–12 [requires complete exchange: 90:19–91:12] |
|  | • 228:1–11 |
|  | • 244:11–14, 245:4–10 [requires complete exchange: 244:11–245:14] |
|  | • 253:7–17 |
|  | • 257:1–4 |
|  | • 270:20–24 |
|  | • 299:18–300:21 |
| Clark Hunt | • 39:13–40:15 [calls for speculation] |
| Kevin Kletz (Cosmos (30(b)(6)) | • N/A |
| John Koskinen | • 241:15–22 |
|  | • 243:6–10 |
|  | • 251:20–252:8 |
| Lisa Levine | • 146:20–22 [requires complete exchange: 146:20–25] |
| Neal R. Malone | • N/A |
| Richard Moeller | • 169:16–170:4 |
|  | • 170:22–171:3 |
|  | • 260:10–15 |
| Robert Palmer | • 42:22–43:9 |

2

| | |
|---|---|
| | • 74:12–75:1 [requires complete exchange: 74:12–75:5] |
| Alec Papadakis | • N/A |
| Bill Peterson | • 94:20–95:11 |
| | • 126:12 [exclude error] |
| Timothy Pinto | • 186:19–22 [requires complete exchange: 186:19–187:16] |
| Alan Rothenberg | • 54:5–6 [requires complete exchange: 54:5–13] |
| | • 140:20–22 [requires complete exchange: 140:18–22] |
| Donna Shalala | • 68:4–18 [requires complete exchange: 68:4–23] |
| | • 69:23–70:2 [requires complete exchange: 69:23–70:2] |
| Mark Stephan | • N/A |
| Steven A. Wagoner | • 211:5–10 [requires complete exchange: 210:17–211:10] |
| Robert J. Watkins | • 84:11–85:24 |
| | • 85:6–25 |
| | • 87:5–15 |
| | • 197:17–23 |

SO ORDERED.

                                                               */s/ Hector Gonzalez*
                                                               HECTOR GONZALEZ
                                                               United States District Judge

Dated: Brooklyn, New York
         December 26, 2024