UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

NORTH AMERICAN SOCCER LEAGUE, LLC,

          Plaintiff,

v.

UNITED STATES SOCCER FEDERATION, INC., and MAJOR LEAGUE SOCCER, L.L.C.,

          Defendants.

Civil Action No. 1:17-cv-05495-HG

**ORDER**

---

HECTOR GONZALEZ, United States District Judge:

    ORDERED that the below listed (1) attorneys for U.S. Soccer, (2) paralegals at Latham & Watkins LLP, (3) U.S. Soccer in-house counsel and client representatives, and (4) trial support personnel for U.S. Soccer are authorized to bring cellular phones, laptop computers, iPads, wireless earbuds, smart watches, power adapters and cords, backup drives, HDMI cords, power strips, extension cords, portable monitors, remotes, and computer mouses into the Eastern District of New York Courthouse for the trial of *North American Soccer League, LLC v. United States Soccer Federation, Inc., & Major League Soccer, L.L.C.*, which is scheduled to commence on January 13, 2025, and for pretrial setup.

Attorneys for U.S. Soccer – Latham & Watkins LLP

Lawrence E. Buterman
Christopher S. Yates
Anna M. Rathbun
Aaron T. Chiu
Joseph Axelrad
David L. Johnson

Lei Brutus
Christine Greeley
Ehson Kashfipour
Robert Medina-Garcia
Hanna Nunez Tse
Alexander Siemers
Emily Viola

<u>Paralegals for U.S. Soccer – Latham & Watkins LLP</u>

Michelle Jeffers
Stefanie Johnson
Michaela Shinn

<u>U.S. Soccer Attorneys/Representatives</u>

Carlos Kuri
Greg Fike
Elizabeth Perry (Yandell)

<u>Trial Support Personnel for U.S. Soccer</u>

Scott Johnson
Aldo Camacho
Geneva Dixon

**SO ORDERED.**

Dated:  Brooklyn, New York
        January 3, 2025

                                                */s/ Hector Gonzalez*
                                                   Hector Gonzalez
                                           United States District Judge