**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NORTH AMERICAN SOCCER LEAGUE, LLC,<br><br>               Plaintiff,<br><br>v.<br><br>UNITED STATES SOCCER FEDERATION, INC.<br>and MAJOR LEAGUE SOCCER, L.L.C.,<br><br>               Defendants. | Case No.: 1:17-cv-05495-HG<br><br>**<u>VERDICT FORM</u>** |

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form.  **Your answer to each question must be unanimous**.

*          *          *

We, the jury, unanimously find as follows on the questions submitted to us, and we return them as our verdict in this case:

### PART I:  DIVISION 1

**Question No. 1:**

Did North American Soccer League prove the existence of one or both of the following relevant antitrust markets:

(a) The market for Division 1 sanctions for men's professional soccer leagues located in the United States and Canada?

        YES_____     NO_____

(b) The market for team membership in a Division 1 men's professional soccer league located in the United States and Canada?

        YES_____     NO_____

*If "YES," to either subpart (a) **or** (b) please proceed to* **Question 2**.

*If "NO," to both subparts (a) **and** (b) please proceed to* **PART II:  DIVISION 2 (page 7)**.

**COUNTS AGAINST U.S. SOCCER FEDERATION AND MAJOR LEAGUE SOCCER**

**Count 1 (Conspiracy to Restrain Trade in Division 1)**

**Question No. 2:**

(a) Answer this question **only** if you answered yes to **Question 1(a)**:

Did North American Soccer League prove that U.S. Soccer Federation and Major League Soccer knowingly participated in a conspiracy to unreasonably restrain trade in the market for Division 1 sanctions for men's professional soccer leagues located in the United States and Canada?

YES_____    NO_____

(b) Answer this question **only** if you answered yes to **Question 1(b)**:

Did North American Soccer League prove that U.S. Soccer Federation and Major League Soccer knowingly participated in a conspiracy to unreasonably restrain trade in the market for team membership in a Division 1 men's professional soccer league located in the United States and Canada?

YES_____    NO_____

*If "YES," to either subpart (a) **or** (b) please proceed to* **Question 3**.

*If "NO," to both subparts (a) **and** (b) please proceed to* **Question 4**.

**Question No. 3:**

(a) Answer this question **only** if you answered yes to **Question 2(a)**:

Did North American Soccer League prove that it suffered injury to its business or property that was materially caused by the conspiracy by U.S. Soccer Federation and Major League Soccer to unreasonably restrain trade in the market for Division 1 sanctions for men's professional soccer leagues located in the United States and Canada?

        YES_____    NO_____

(b) Answer this question **only** if you answered yes to **Question 2(b)**:

Did North American Soccer League prove that it suffered injury to its business or property that was materially caused by the conspiracy by U.S. Soccer Federation and Major League Soccer to unreasonably restrain trade in the market for team membership in a Division 1 men's professional soccer league located in the United States and Canada?

        YES_____    NO_____

*Please proceed to* **Question 4**.

**Count 2 (Conspiracy to Monopolize Division 1)**

### Question No. 4:

Did North American Soccer League prove that U.S. Soccer Federation and Major League Soccer entered into a conspiracy with the specific intent of monopolizing the relevant market for team membership in a Division 1 sanctioned men's professional soccer league in the United States and Canada?

YES_____   NO_____

*If "YES," please proceed to* **Question 5**.

*If "NO," please proceed to* **Question 7**.

### Question No. 5:

Did North American Soccer League prove that, as a result of a conspiracy by U.S. Soccer Federation and Major League Soccer, there was substantial harm to competition in that relevant market?

YES_____   NO_____

*If "YES," please proceed to* **Question 6**.

*If "NO," please proceed to* **Question 7**.

### Question No. 6:

Did North American Soccer League prove that it suffered injury to its business or property that was materially caused by this conspiracy?

YES_____   NO_____

*Please proceed to* **Question 7**.

4

## COUNTS AGAINST MAJOR LEAGUE SOCCER <u>ONLY</u>

**Count 3 (Monopolization Division 1)**

**Question No. 7:**

Did North American Soccer League prove that Major League Soccer both possessed monopoly power in the relevant market for team membership in a Division 1 sanctioned men's professional soccer league in the United States and Canada, and willfully obtained or maintained such monopoly power by engaging in anticompetitive conduct?

YES_____   NO_____

*If "YES," please proceed to* **Question 8**.

*If "NO," please proceed to* **Question 9**.

**Question No. 8:**

Did North American Soccer League prove that it suffered injury to its business or property that was materially caused by this anticompetitive conduct of Major League Soccer?

YES_____   NO_____

*Please proceed to* **Question 9**.

**Count 4 (Attempted Monopolization Division 1)**

**Question No. 9:**

Did North American Soccer League prove that Major League Soccer attempted to monopolize the market for team membership in a Division 1 sanctioned men's professional soccer league located in the United States and Canada by engaging in anticompetitive conduct?

YES_____   NO_____

*If "YES," please proceed to* **Question 10**.

*If "NO," please proceed to* **Question 11**.

**Question No. 10:**

Did North American Soccer League prove that it suffered injury to its business or property that was materially caused by this anticompetitive conduct of Major League Soccer?

*Please proceed to* **Question 11**.

## DAMAGES (DIVISION 1)

*If you answered "YES" to any of Questions 3(a), 3(b), 6, 8, **or** 10, please proceed to* **Question 11** *to determine damages.*

*If you answered "NO," or did not provide answers to, Questions 3(a), 3(b), 6, 8, **and** 10, please proceed to* **PART II: DIVISION 2**.

**Question No. 11:**

What amount of damages did North American Soccer League prove that it suffered as a result of the conduct you found violates antitrust law, specifically in connection with the denial of its Division 1 sanctioning application for the 2016 season?

$\$_____$

*If you awarded any damages related to Division 1, please proceed to* **PART III (page 11)**.

*If you did not award Division 1 damages, please proceed to* **PART II: Division 2** *on the following page.*

## PART II: DIVISION 2

**Question No. 12:**

Did North American Soccer League prove the existence of one or both of the following relevant antitrust markets:

(a) The market for Division 2 sanctions for men's professional soccer leagues located in the United States and Canada?

YES_____    NO_____

(b) The market for team membership in a Division 2 men's professional soccer league located in the United States and Canada?

YES_____    NO_____

*If "YES," to either subpart (a) **or** (b) please proceed to* **Question 13**.

*If "NO," to both subparts (a) **and** (b) please proceed to* **PART III (page 11)**.

**COUNTS AGAINST U.S. SOCCER FEDERATION AND MAJOR LEAGUE SOCCER**

**Count 1 (Conspiracy to Restrain Trade in Division 2)**

> **Question No. 13:**
>
> (a) Answer this question **only** if you answered yes to **Question 12(a)**:
>
> Did North American Soccer League prove that U.S. Soccer Federation and Major League Soccer knowingly participated in a conspiracy with non-defendant United Soccer League to unreasonably restrain trade in the market for Division 2 sanctions for men's professional soccer leagues located in the United States and Canada?
>
> YES_____    NO_____
>
> (b) Answer this question **only** if you answered yes to **Question 12(b)**:
>
> Did North American Soccer League prove that U.S. Soccer Federation and Major League Soccer knowingly participated in a conspiracy with non-defendant United Soccer League to unreasonably restrain trade in the market for team membership in a Division 2 men's professional soccer league located in the United States and Canada?
>
> YES_____    NO_____

*If "YES," to either subpart (a) **or** (b) please proceed to* **Question 14**.

*If "NO," to both subparts (a) **and** (b) please proceed to* **Question 15**.

8

**Question No. 14:**

(a) Answer this question **only** if you answered yes to **Question 13(a)**:

Did North American Soccer League prove that it suffered injury to its business or property that was materially caused by the conspiracy by U.S. Soccer Federation, Major League Soccer, and non-defendant United Soccer League to unreasonably restrain trade in the market for Division 2 sanctions for men's professional soccer leagues located in the United States and Canada?

YES_____    NO_____

(b) Answer this question **only** if you answered yes to **Question 13(b)**:

Did North American Soccer League prove that it suffered injury to its business or property that was materially caused by the conspiracy by U.S. Soccer Federation, Major League Soccer and non-defendant United Soccer League to unreasonably restrain trade in the market for team membership in a Division 2 men's professional soccer league located in the United States and Canada?

YES_____    NO_____

*Please proceed to* **Question 15**.

**Count 2 (Conspiracy to Monopolize Division 2)**

**Question No. 15:**

Did North American Soccer League prove that U.S. Soccer Federation, Major League Soccer, and non-defendant United Soccer League entered into a conspiracy with the specific intent of monopolizing the relevant market for team membership in a Division 2 sanctioned men's professional soccer league in the United States and Canada?

YES_____    NO_____

*If "YES," please proceed to* **Question 16**.

*If "NO," please proceed to* **Question 18**.

9

**Question No. 16:**

Did North American Soccer League prove that, as a result of a conspiracy by U.S. Soccer Federation, Major League Soccer, and non-defendant United Soccer League there was substantial harm to competition in that relevant market?

        YES_____    NO_____

*If "YES," please proceed to* **Question 17**.

*If "NO," please proceed to* **Question 18**.

**Question No. 17:**

Did North American Soccer League prove that it suffered injury to its business or property that was materially caused by this conspiracy?

        YES_____    NO_____

*Please proceed to* **Question 18**.

### DAMAGES (DIVISION 2)

*If you answered "YES" to any of Questions 14(a), 14(b), **or** 17, please proceed to* **Question 18** *to determine damages.*

*If you answered "NO," or did not provide answers to, Questions 14(a), 14(b), **and** 17, please proceed to* **PART III (page 11)**.

**Question No. 18:**

What amount of damages did North American Soccer League prove that it suffered as a result of the conduct you found violates antitrust law, specifically in connection with the denial of its Division 2 sanctioning application for the 2018 season?

    $_____

*Please proceed to PART III on the following page.*

10

## **PART III**

*Your deliberations are complete. Please sign the verdict form below.*

Signed:

| | |
|---|---|
| Jury Foreperson | Date |