AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| North American Soccer League, LLC <br> *Plaintiff* <br> v. <br> United States Soccer Federation, Inc. et al <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 1:17-cv-05495-HG |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Upon the jury's verdict in favor of defendants and against plaintiff, the case is dismissed on the merits, and plaintiff shall recover nothing from defendants.

This action was *(check one)*:

☑ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: February 3, 2025

CLERK OF COURT

*/s/ P. Neptune*
*Signature of Clerk or Deputy Clerk*