UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTH AMERICAN SOCCER LEAGUE, LLC,<br><br>               Plaintiff,<br><br>v.<br><br>UNITED STATES SOCCER FEDERATION, INC. and MAJOR LEAGUE SOCCER, L.L.C.,<br><br>               Defendants. | Case No. 1:17-cv-05495-HG<br><br>NOTICE OF TAXATION |

PLEASE TAKE NOTICE that upon Defendant Major League Soccer, L.L.C.'s ("MLS") Bill of Costs and the accompanying Declaration of Bradley I. Ruskin and the exhibits thereto, and on such further evidence and argument as the Court shall consider, MLS will move this Court before the Judgment Clerk at the United States Courthouse for the Eastern District of New York located at 225 Cadman Plaza East, Brooklyn, New York 11201 on March 4, 2025 at 10:00 a.m. or, as soon thereafter as counsel may be heard at a time and date to be determined as convenient by the Court, for an order pursuant to 28 U.S.C. § 1920, Federal Rule of Civil Procedure 54, and Local Civil Rule 54.1, against Plaintiff, in the amount of $39,747.70.

Dated: February 18, 2025

Respectfully submitted,

                                               **PROSKAUER ROSE LLP**

                                               */s/ Bradley I. Ruskin*

                                               Bradley I. Ruskin
                                               Kevin J. Perra
                                               Keisha-Ann Gray
                                               Scott A. Eggers
                                               Adam Farbiarz
                                               Tara M. Brailey
                                               Jacob R. Butwin
                                               Eleven Times Square
                                               New York, New York 10036

(212) 969-3000
bruskin@proskauer.com
kperra@proskauer.com
kgray@proskauer.com
seggers@proskauer.com
afarbiarz@proskauer.com
tbrailey@proskauer.com
jbutwin@proskauer.com

Colin R. Kass
1001 Pennsylvania Ave., NW, Suite 600S
Washington, DC 20004
(202) 416-6800
ckass@proskauer.com

Genesis Sanchez Tavarez
One International Place
Boston, MA 02110
(617) 526-9675
GSanchezTavarez@proskauer.com

*Counsel for Defendant Major League Soccer, L.L.C.*