# EXHIBIT A

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## Eastern District of New York

**INVOICE 20251777**

Kevin J. Perra
Proskauer Rose, LLP
Eleven Times Square
New York, NY 10036
kperra@proskauer.com

**MAKE CHECKS PAYABLE TO:**
Linda A. Marino, Official Court Reporter
225 Cadman Plaza East - N366
Brooklyn, NY 11201
(718) 613-2484
lindacsr@aol.com
Tax ID: 47-3981122

__ CRIMINAL   X CIVIL

DATE ORDERED: 01-13-2025
DATE DELIVERED: 01-13-2025

**In the matter of:** 17-CV-5495 (HG), NASL v USSF, ET AL.

Official Court Reporter's transcript of proceedings held on 1/13/25, Pages 1 - 178, AWI 25; 1/14/25, Pages 179 - 382, AWI 38; 1/15/25, Pages 383 - 633, AWI 38; 1/16/25, Pages 634 - 879, AWI 36; and 1/17/25, Pages 880 - 1009, AWI 21, delivered in PDF and ASCII formats via electronic delivery. Cost reflects partial split among parties.

NOTE: 1/13 One realtime feed, 1/14-17 Two realtime feeds

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | | | | | | | |
| 2-Hour | 1009 | 3.87 | 3904.83 | 1009 | 1.45 | 1463.05 | | | | 5367.88 |
| Realtime | 515 | 3.60 | 1854.00 | 108 | 2.55 | 275.40 | | | | 2129.40 |
| Misc. | AWI - 158 pages @ 5.32/page | | | | | | | | Misc. Charges | 840.56 |
| | | | | | | | | | **Subtotal** | 8337.84 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| | | | | | | | | | Less Amount of Deposit | |
| | | | | | | | | | Total Refund | |
| | | | | | | | | | **Total Due** | 8337.84 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: /s/ Linda A. Marino

DATE: 01-13-2025

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

| ST44 Rev. 10/23 | UNITED STATES DISTRICT COURT |
|---|---|
| Derived from AO44 Rev. 10/23 | For the Eastern District of New York |

## INVOICE 202509306

Kevin Perra
Proskauer
Eleven Times Square
New York, NY 10036

**MAKE CHECKS PAYABLE TO:**
JSSC Services, Inc.
225 Cadman Plaza East - Court Reporting Dept
Brooklyn, NY 11201
(718) 613-2622
NolanEDNY@aol.com   (Sophie Nolan)
Tax ID: 81-4372018

__ CRIMINAL   X CIVIL

DATE ORDERED: 01-21-2025
DATE DELIVERED: 01-31-2025

**In the matter of:** 1/21-1/31/25 - 17cv5495, NASL v USSF

TOTAL PAGES WITH REALTIME: 1773
TOTAL ALL WORD INDEX PAGES: 279

Trial transcripts - Immediate, 3-way split with parties: PDF ($3.87pp) + Ascii ($1.45pp) + 2 Realtime feeds ($3.60)
(Note: There are no realtime charges for All Word Index.)
TOTAL PRICE PER PAGE w/ realtime - $8.92
Total price per page for All Word Index pages - $5.32

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | | | | | | | |
| 2-Hour | 1773 | 8.92 | 15815.16 | | | | | | | 15815.16 |
| Realtime | | | | | | | | | | |
| Misc. | All Word Index 279 @ $5.32 | | | | | | | | Misc. Charges | 1484.28 |
| | | | | | | | | | **Subtotal** | 17299.44 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| | | | | | | | | | Less Amount of Deposit | |
| | | | | | | | | | Total Refund | |
| | | | | | | | | | **Total Due** | 17299.44 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: ss://Sophie Nolan

DATE: 02-10-2025

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## Eastern District of New York

**INVOICE 202500025**

| | |
|---|---|
| Kevin J. Perra<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036<br>(212) 969-3454   Fax: (212) 969-2900<br>kperra@proskauer.com | **MAKE CHECKS PAYABLE TO:**<br>Stenostrong Corp.<br>Official Court Reporter<br>225 Cadman Plaza East<br>Brooklyn, NY 11201<br>(718) 613-2419   Fax: (718) 613-2639<br>aarm.edny@gmail.com<br>Tax ID: 81-2681066 |

☐ CRIMINAL   ☒ CIVIL   DATE ORDERED: 01-30-2025   DATE DELIVERED: 01-30-2025

**In the matter of:** 17-CV-5495 [HG], NASL v USSF

Official Court Reporter's Immdediate transcript of proceedings held on 1/30/2025.
Pages 2538 through 2605. 68 pages; 11 AWI pages; 64 Realtime Pages. Total 79 pgs SUPPLIED in PDF with ASCI Copy format via electronic delivery. Cost Split with Opposing Counsel.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | | | | | | | |
| 2-Hour | | | | 68 | 3.87 | 263.16 | 68 | 1.45 | 98.60 | 361.76 |
| Realtime | | | | 64 | 3.60 | 230.40 | | | | 230.40 |
| Misc. | AWI: All word Index. 11 pages @ $5.32 per page | | | | | | | | Misc. Charges | 58.52 |
| | | | | | | | | | **Subtotal** | 650.68 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| | | | | | | | | | Less Amount of Deposit | |
| | | | | | | | | | Total Refund | |
| | | | | | | | | | **Total Due** | 650.68 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: /s/ Avery Armstrong          DATE: 02-10-2025

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

# Invoice

| INVOICE NO. | DATE SENT | DATE DUE | AMOUNT DUE |
|---|---|---|---|
| 20250004 | 2/14/2025 | 2/21/2025 | $721.88 |

| INVOICE FOR | SEND PAYMENT TO |
|---|---|
| Proskauer Rose - New York<br>Eleven Times Square<br>New York, NY  10036<br>Attn: Kevin J. Perra | PLEASE MAIL CHECK TO:<br>(Do not mail via UPS or FedEx to PO Box!)<br>Annette M. Montalvo<br>PO Box R<br>New York, NY  10028 |

Tax ID: (EIN) 81-1329264
(W9 enclosed or on file)
Office: 718-804-2711
annette.montalvo@gmail.com

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | USDC-EDNY<br>NASL v. USSF, 17cv5495, Jury Trial before Judge Gonzalez | | | 0.00 |
| Immediate Org/Copy-3-way Split | Trial Transcript, Monday, Feb 3, 2025<br>Pages 2850-2921 + AWI pages 1-17<br><br>Immediate delivery, PDF w All Word Index<br>(3 way split 11.60/3==> 3.87 each party) | 89 | 3.87 | 344.43 |
| Immediate Copy - 2nd copy | ASCII - add'l copy @ $1.45 per page | 89 | 1.45 | 129.05 |
| Realtime Feed - 6way split | Realtime - 2 feeds @ $1.80 each per page (=$3.60) for 69 pages | 69 | 3.60 | 248.40 |
| | PREPAYMENT REQUIREMENT HAS BEEN WAIVED. PAYMENT DUE WITHIN 7 DAYS.<br><br>Payment by check preferred.  Regular US mail is fine.<br><br>For payment via Zelle use email address:<br>annette.montalvo@gmail.com<br><br>Do not use courthouse .gov email or office phone number for electronic payments.<br><br>Do not use PO Box address for UPS or FedEx delivery.  Contact me for street address.<br><br>Thank you! | | | 0.00 |

EDNY trial transcript

Total    721.88
Balance Due    721.88