# EXHIBIT C




**AMEX GBT**

# Lawyers Travel

Travel arrangements for **ABBOTT/MARK**                              Agency locator: **WCYICZ**

Client reference: **49021-081**

ITINERARY VERSION 3 OF 3 - JAN 08, 2025

Effective May 7, 2025, the US Department of Homeland Security (DHS) will enforce the REAL ID Act requiring a REAL ID compliant driver's license or another acceptable form of identification to fly within the United States. For more information please visit https://www.dhs.gov/real-id.

View your itinerary in our app: **iPhone** or **Android**

Please note, the Lawyers Travel telephone number has changed. For standard or emergency travel assistance, please contact the Proskauer Travel Team at 800-926-9583. Thank you

| | From / To | Flight / Provider | Departure / Arrival |
|---|---|---|---|
| Hotel | Wed Jan 15, 2025-<br>Fri Jan 17, 2025<br>MC MARRIOTT AT BROOKLYN BRIDGE | Marriott Hotels, Resorts And Suites | |

**Links**



| | |
|---|---|
| > | Traveler Benefits |
| > | Feedback |
| > | Blog |
| > | Facebook |
| > | LinkedIn |

## MC MARRIOTT AT BROOKLYN BRIDGE
### 333 ADAMS ST, BROOKLYN NY 11201

| | | | |
|---|---|---|---|
| **Check in** | Wed Jan 15, 2025 | **Check out** | Fri Jan 17, 2025 |
| **Status** | Confirmed | **Duration** | 2 nights |
| **Room** | CORP | | |
| **Rate** | USD259.00 | **Approx. total** | |
| **Telephone no.** | 7182467000 | **Fax** | |
| **No. of rooms** | 1 | **No. of guests** | 01 |
| **Confirmation** | 85617112 | **Freq. guest ID** | |
| **Special info.** | MAN,XXMAN | | |
| **Remarks** | CXL WITH DENISE PART OF MLS ROOM BLOCK | | |



PREFERRED
HOTEL
PARTNERS
PROGRAM

## Invoice/Ticket information for ABBOTT/MARK

### Client reference: 49021-081

| | | | | | |
|---|---|---|---|---|---|
| Total invoiced amount: | | $0.00 | | | |
| | | | **Invoice**: | 0116953 **Amount**: | $0.00 |
| **Payment**: | AXXXXXXXXXXXX2003 | **Date**: | 24-Dec-2024 | | |

## Information specific to this trip

- *NEW*

  Lawyers Travel Innovation Apps
  https://www.lawyerstravel.com/concur
  http://lawyerssurvey.lawyerstravel.com/survey

  Don't forget to download GO Lawyers Travel available on the App Store
  *Ask your Travel Counselor about our Concierge Services*

## Travel assistance contact information

For travel assistance 24 hours a day, please call your dedicated number at 800-926-9583.

Your access code is 9ONB.

There will be an additional charge for this call.

## Other information and remarks

- Please reconfirm all flight times prior to your departure
- Please notify us of any trip cancellation so your tickets may be refunded or logged for future use
- Some hotels may impose a penalty for early checkout
- 2
- Download GO Lawyers Travel, our complimentary mobile application, to view and manage itineraries, receive flight alerts, check-in online and more. Register with your business email address so this trip will automatically appear in the My Trips section of the app. iPhone or Android

We value your input and welcome you to provide your feedback here.



This email was sent from GBT US LSSC,
666 Third Avenue,
Suite 401,
New York, NY 10017

GBT Travel Services UK Limited (GBT UK) and its authorized sublicensees (including Ovation Travel Group and Egencia) use certain trademarks and service marks of American Express Company or its subsidiaries (American Express) in the "American Express Global Business Travel" and "American Express GBT Meetings & Events" brands and in connection with its business for permitted uses only under a limited license from American Express (Licensed Marks). The Licensed Marks are trademarks or service marks of, and the property of, American Express. GBT UK is a subsidiary of Global Business Travel Group, Inc. (NYSE: GBTG). American Express holds a minority interest in GBTG, which operates as a separate company from American Express.

© 2024 GBT Travel Services UK Limited.