# EXHIBIT D

# North American Soccer League, LLC v. United States Soccer Federation, Inc. (closed 02/03/2025)

**New York Eastern District Court**

Case no. 1:17-cv-05495-HG (E.D.N.Y.)
Filed date: July 23, 2019
Docket entry no.: N/A

Docket text:

> ORDER granting 166 Motion for Leave to Appear Pro Hac Vice: Having reviewed the Pro Hac Vice application 166 submitted by Colin R. Kass for Defendant and found it to be in compliance with the local rules concerning attorney admissions, the application is approved. If not already done, the attorney shall register for ECF which is available online at the NYED's homepage. Once registered, the attorney shall file a notice of appearance and ensure that he receives electronic notifications of activity in this case. If not already done, the attorney shall ensure that the $150 admission fee is submitted to the Clerk's Office. So Ordered by Magistrate Judge Steven Tiscione on 7/23/2019. (Vasquez, Lea) (Entered: 07/23/2019)

This PDF was generated on February 06, 2025 by PacerPro for a text-only docket entry.

https://app.pacerpro.com/cases/5009064

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NORTH AMERICAN SOCCER LEAGUE, LLC,

            Plaintiff,

v.

UNITED STATES SOCCER FEDERATION, INC., and MAJOR LEAGUE SOCCER, L.L.C.,

            Defendants.

Civil Action No. 1:17-cv-05495-MKB-ST

## NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

      PLEASE TAKE NOTICE that upon the annexed Declaration of Colin R. Kass in support of this motion and the Certificates of Good Standing annexed thereto, the undersigned will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Colin R. Kass, a member of the firm of Proskauer Rose LLP and a member in good standing of the Bars of the State of Illinois and the District of Columbia, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Defendant Major League Soccer, L.L.C.

Dated: July 17, 2019
       New York, NY

                                      Respectfully submitted,

                                      PROSKAUER ROSE LLP
                                      By:    s/Colin R. Kass

                                      Bradley I. Ruskin
                                      Kevin J. Perra
                                      Scott A. Eggers
                                      Jennifer E. Tarr

                                      Eleven Times Square
                                      New York, New York 10036

1

(212) 969-3000
bruskin@proskauer.com
kperra@proskauer.com
seggers@proskauer.com
jtarr@proskauer.com


Colin R. Kass
Stephen R. Chuk
1001 Pennsylvania Ave., NW, Suite 600S
Washington, DC 20004
(202) 416-6800
ckass@proskauer.com
schuk@proskauer.com

*Attorneys for Major League Soccer, L.L.C.*

2

TO:

**WINSTON & STRAWN LLP**
Jeffrey L. Kessler
David G. Feher
Mark E. Rizik Jr.
Adam Dale
Isabelle Louise Mercier-Dalphond
200 Park Avenue
New York, New York 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com
dfeher@winston.com
mrizik@winston.com
imercier@winston.com
aidale@winston.com

Heather Lamberg-Kafele
1700 K Street NW
Washington, DC 20006
Tel: (202) 282-5000
Fax: (202) 282-5100
hkafele@winston.com

**PEARSON, SIMON & WARSHAW LLP**
Clifford H. Pearson
Bruce L. Simon
Daniel L. Warshaw
15165 Ventura Boulevard Suite 400
Sherman Oaks, CA 91403
Tel: (818) 788-8300
Fax: (818) 788-8104
cpearson@pswlaw.com
bsimon@pswplaw.com
dwarshaw@pswlaw.com

*Counsel for Plaintiff*
*North American Soccer League, LLC*

**LATHAM & WATKINS LLP**
Christopher S. Yates
Katherine M. Larkin-Wong
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600
Fax: (415) 395-8095
chris.yates@lw.com
katherine.larkin-wong@lw.com

Russell F. Sauer
355 South Grand Avenue
Suite 100
Los Angeles, CA 90071
Tel: (213) 485-1234
Fax: (213) 891-8763
russell.sauer@lw.com

Lawrence Edward Buterman
885 Third Avenue
New York, NY 10022
Tel: (212) 906-1200
Fax: (212) 751-4864
lawrence.buterman@lw.com

*Counsel for Defendant*
*United States Soccer Federation, Inc.*

3