# EXHIBIT A

# Exhibit A
## (Court Reporter's Transcripts)

| Hearing Date | Hearing Topic | Invoice No. | Invoice Amount |
|---|---|---|---|
| 01/13/25 - 01/27/25 | Reporter's Transcript of Proceedings (Trial) | 20251778 | $6,645.69 |
| 01/21/25 - 01/31/25 | Reporter's Transcript of Proceedings (Trial) | 202509307 | $14,324.04 |
| 02/03/25 | Reporter's Transcript of Proceedings (Trial) | 20250003 | $592.83 |
| | | Total: | $21,562.56 |