# EXHIBIT B

# Exhibit B

| Witness | Item | Costs |
|---|---|---|
| Anthony, Carmelo<br>February 28, 2019 | Certified transcript | $ 258.40 |
| | Video - Initial Service | $ 220.00 |
| | Video *(includes costs for additional hours; extended hours; exhibits linked to video, where applicable)* | $ 305.00 |
| | Exhibit costs | $ 20.70 |
| | Other exhibit costs *(includes costs for scanned/searchable/OCR exhibits; color exhibits; linked exhibits; exhibit share; delivery & handling, where applicable)* | $ 111.23 |
| | Total for Witness | $ 915.33 |
| Bruce, Keith<br>January 15, 2019 | Certified transcript | $ 666.90 |
| | Video | $ 50.00 |
| | Exhibit costs | $ 58.50 |
| | Other exhibit costs | $ 241.82 |
| | Total for Witness | $ 1,017.22 |
| Capriotti, Peter<br>June 20, 2019 | Certified transcript | $ 338.20 |
| | Video - Initial Service | $ 220.00 |
| | Video | $ 262.50 |
| | Exhibit costs | $ 40.20 |
| | Other exhibit costs | $ 126.00 |
| | Total for Witness | $ 986.90 |
| Collins, John<br>January 15, 2019 | Certified transcript | $ 771.40 |
| | Video | $ 50.00 |
| | Exhibit costs | $ 35.40 |
| | Other exhibit costs | $ 235.82 |
| | Total for Witness | $ 1,092.62 |
| Commisso, Rocco (Vol. 1)<br>May 7, 2019 | Certified transcript | $ 855.00 |
| | Video - Initial Service | $ 220.00 |
| | Video | $ 836.25 |
| | Exhibit costs | $ 92.70 |
| | Other exhibit costs | $ 152.55 |
| | Total for Witness | $ 2,156.50 |
| Commisso, Rocco (Vol. 2)<br>May 8, 2019 | Certified transcript | $ 1,031.70 |
| | Video - Initial Service | $ 220.00 |
| | Video | $ 815.00 |
| | Exhibit costs | $ 35.10 |
| | Other exhibit costs | $ 163.27 |
| | Total for Witness | $ 2,265.07 |
| Contiguglia, Robert<br>June 4, 2019 | Certified transcript | $ 575.70 |
| | Video | $ 50.00 |
| | Exhibit costs | $ 44.40 |
| | Other exhibit costs | $ 156.24 |
| | Total for Witness | $ 826.34 |

| Witness | Item | Costs |
|---|---|---:|
| Cordeiro, Carlos April 29, 2019 | Certified transcript | $ 727.70 |
| | Video | $ 50.00 |
| | Exhibit costs | $ 124.05 |
| | Other exhibit costs | $ 242.09 |
| | Total for Witness | $ 1,143.84 |
| Cuccatti, Luis May 31, 2019 | Certified transcript | $ 402.80 |
| | Video - Initial Service | $ 220.00 |
| | Video | $ 347.50 |
| | Exhibit costs | $ 40.05 |
| | Other exhibit costs | $ 146.35 |
| | Total for Witness | $ 1,156.70 |
| Davidson, Aaron July 24, 2019 | Certified transcript | $ 750.50 |
| | Video | $ 50.00 |
| | Exhibit costs | $ 106.80 |
| | Other exhibit costs | $ 227.94 |
| | Total for Witness | $ 1,135.24 |
| Fike, Gregory April 24, 2019 | Certified transcript | $ 661.20 |
| | Video | $ 50.00 |
| | Exhibit costs | $ 127.05 |
| | Other exhibit costs | $ 81.85 |
| | Total for Witness | $ 920.10 |
| Flynn, Sean May 28, 2019 | Certified transcript | $ 452.20 |
| | Video - Initial Service | $ 220.00 |
| | Video | $ 602.50 |
| | Exhibit costs | $ 20.70 |
| | Other exhibit costs | $ 149.50 |
| | Total for Witness | $ 1,444.90 |
| Garber, Don (Vol. 1) June 12, 2019 | Certified transcript | $ 739.10 |
| | Video | $ 50.00 |
| | Exhibit costs | $ 93.90 |
| | Other exhibit costs | $ 178.24 |
| | Total for Witness | $ 1,061.24 |
| Gulati, Sunil (Vol. 1) May 22, 2019 | Certified transcript | $ 931.00 |
| | Video | $ 50.00 |
| | Exhibit costs | $ 225.15 |
| | Other exhibit costs | $ 239.59 |
| | Total for Witness | $ 1,445.74 |
| Helmick, Brian July 1, 2019 | Certified transcript | $ 735.30 |
| | Video - Initial Service | $ 220.00 |
| | Video | $ 645.00 |
| | Exhibit costs | $ 40.35 |
| | Other exhibit costs | $ 132.83 |
| | Total for Witness | $ 1,773.48 |

| Witness | Item | Costs |
|---|---|---|
| Kletz, Kevin (30b6) July 10, 2019 | Certified transcript | $ 456.00 |
| | Video | $ 50.00 |
| | Exhibit costs | $ 38.70 |
| | Other exhibit costs | $ 12.90 |
| | Total for Witness | $ 557.60 |
| Malik, Stephen April 25, 2019 | Certified transcript | $ 381.90 |
| | Video | $ 50.00 |
| | Exhibit costs | $ 111.75 |
| | Other exhibit costs | $ 126.38 |
| | Total for Witness | $ 670.03 |
| Malone, Neal June 10, 2019 | Certified transcript | $ 520.60 |
| | Video - Initial Service | $ 220.00 |
| | Video | $ 645.00 |
| | Exhibit costs | $ 25.95 |
| | Other exhibit costs | $ 106.79 |
| | Total for Witness | $ 1,518.34 |
| Moeller, Richard March 26, 2019 | Certified transcript | $ 636.50 |
| | Video | $ 50.00 |
| | Exhibit costs | $ 90.75 |
| | Other exhibit costs | $ 221.15 |
| | Total for Witness | $ 998.40 |
| Noll, Roger (Vol. 1) August 12, 2020 | Certified transcript | $ 642.20 |
| | Video - Initial Service | $ 220.00 |
| | Video | $ 730.00 |
| | Exhibit costs | $ 18.20 |
| | Other exhibit costs | $ 318.00 |
| | Total for Witness | $ 1,928.40 |
| Noll, Roger (Vol. 2) August 13, 2020 | Certified transcript | $ 803.70 |
| | Video - Initial Service | $ 220.00 |
| | Video | $ 811.25 |
| | Exhibit costs | $ 7.60 |
| | Other exhibit costs | $ 318.00 |
| | Total for Witness | $ 2,160.55 |
| Palmer, Robert April 3, 2019 | Certified transcript | $ 674.50 |
| | Video - Initial Service | $ 220.00 |
| | Video | $ 645.00 |
| | Exhibit costs | $ 114.75 |
| | Other exhibit costs | $ 206.48 |
| | Total for Witness | $ 1,860.73 |
| Papadakis, Alec February 20, 2019 | Certified transcript | $ 549.10 |
| | Video | $ 50.00 |
| | Exhibit costs | $ 51.60 |
| | Other exhibit costs | $ 227.55 |
| | Total for Witness | $ 878.25 |

| Witness | Item | Costs |
|---|---|---:|
| Sehgal, Rishi (Vol. 1) January 7, 2019 | Certified transcript | $ 568.10 |
| | Video | $ 50.00 |
| | Exhibit costs | $ 31.20 |
| | Other exhibit costs | $ 114.74 |
| | Total for Witness | $ 764.04 |
| Shalala, Donna June 17, 2019 | Certified transcript | $ 497.80 |
| | Video | $ 50.00 |
| | Exhibit costs | $ 200.55 |
| | Other exhibit costs | $ 170.98 |
| | Total for Witness | $ 919.33 |
| Stover, Erik April 18, 2019 | Certified transcript | $ 647.90 |
| | Video | $ 50.00 |
| | Exhibit costs | $ 58.65 |
| | Other exhibit costs | $ 154.24 |
| | Total for Witness | $ 910.79 |
| Szymanski, Stefan November 12, 2019 | Certified transcript | $ 416.10 |
| | Video - Initial Service | $ 220.00 |
| | Video | $ 390.00 |
| | Exhibit costs | $ 38.40 |
| | Other exhibit costs | $ 119.27 |
| | Total for Witness | $ 1,183.77 |
| Watkins, Robert May 1, 2019 | Certified transcript | $ 509.20 |
| | Video - Initial Service | $ 220.00 |
| | Video | $ 432.50 |
| | Exhibit costs | $ 35.55 |
| | Other exhibit costs | $ 187.42 |
| | Total for Witness | $ 1,384.67 |

| | | |
|---|---|---:|
| | Transcript Total: | $ $17,200.70 |
| | Video Total | $ $11,077.50 |
| | Exhibit Total: | $ 6,797.92 |
| | Grand-Total: | $ 35,076.12 |