# **EXHIBIT C**

## Exhibit C
## (Reproduction Costs)

| Date | Invoice. No. | Vendor | Description | Per Page Cost | # of Pages of Admitted Exhibits | Amount |
|---|---|---|---|---|---|---|
| 12/31/24 | 273886 | TransPerfect Legal | Reproduction of Admitted Exhibits | .650 | 5,356 | $3,481.40 |
| | | | | | Total: | $3,481.40 |