# EXHIBIT C-1



**Please note that our address has changed**

**Bill To:**
Latham & Watkins LLP
Attn: Michael LeRouzic
1271 Avenue of Americas
New York, NY 11201
USA

**Requested By:**
Ms. Stefanie Johnson
Latham & Watkins LLP
555 11th St NW
Washington, DC 20004
USA

| | |
|---|---|
| **Invoice #:** | 273886 |
| **Invoice Date:** | 12/31/2024 |
| **Invoice Due:** | 03/01/2025 |
| **Contract #:** | ▮ |

| | |
|---|---|
| **Sales Contact:** | Gregory Stecker (gstecker@transperfect.com) |
| **Payment Terms:** | Net 60 |
| **Purchase Order #:** | |
| **Matter #:** | ▮ |

**Requested Date:** 12/23/2024
**Project Notes:**
Project Description: Trial Printing & Binding
Client Matter#: ▮
Requested Date: 12/16/2024
Requestor Name: Stefanie Johnson

| Description | Quantity | Unit | Unit Cost($) | Extended Cost($) |
|---|---:|---|---:|---:|
| **Print x 3 \| Binder** | | | | |
| Courier | 1.00 | Each | 50.000 | 50.00 |
| DC Delivery | | | | |
| CS - Project Management Time | 0.50 | Hour | 175.000 | 87.50 |
| PM Time | | | | |
| 4' Ring Binder | 48.00 | Each | 21.250 | 1,020.00 |
| Tabs | 2,038.00 | Each | 0.350 | 713.30 |
| Custom Tabs | 1,131.00 | Each | 0.650 | 735.15 |
| Color Printing | 14,754.00 | Page | 0.650 | 9,590.10 |
| Printing Two Sided W/Assembly | 30,729.00 | Page | 0.140 | 4,302.06 |
| **Print x 5 \| Folder** | | | | |
| Courier | 1.00 | Each | 50.000 | 50.00 |
| DC Delivery | | | | |
| CS - Project Management Time | 0.50 | Hour | 175.000 | 87.50 |
| Project setup | | | | |
| Printing Two Sided | 51,215.00 | Page | 0.140 | 7,170.10 |
| Color Printing | 24,590.00 | Page | 0.650 | 15,983.50 |
| File Folders | 886.00 | Each | 0.550 | 487.30 |
| Custom Labels | 886.00 | Each | 0.650 | 575.90 |
| Redwelds | 32.00 | Each | 4.000 | 128.00 |
| **Print x 1 \| Binder** | | | | |
| 4' Ring Binder | 2.00 | Each | 21.250 | 42.50 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059
Payment remittance only: AR@transperfect.com • Enquiries: GlobalCollections@transperfect.com or your Sales Contact
WWW.TRANSPERFECT.COM
1 of 2

| | | | | |
|---|---|---|---|---|
| **Print x 1 \| Binder** | | | | |
| 3" Ring Binder | 1.00 | Each | 16.250 | 16.25 |
| CS - Project Management Time | 0.50 | Hour | 175.000 | 87.50 |
| Project setup | | | | |
| Tabs | 94.00 | Each | 0.400 | 37.60 |
| Color Printing | 234.00 | Page | 0.650 | 152.10 |
| Printing Two Sided W/Assembly | 3,718.00 | Page | 0.140 | 520.52 |
| **Print x 1 \| Binder (Job #5)** | | | | |
| CS - Project Management Time | 0.50 | Hour | 175.000 | 87.50 |
| Project setup | | | | |
| 4" Ring Binder | 5.00 | Each | 21.250 | 106.25 |
| Custom Tabs | 15.00 | Each | 0.650 | 9.75 |
| Printing Two Sided W/Assembly | 5,278.00 | Page | 0.140 | 738.92 |
| Tabs | 482.00 | Each | 0.400 | 192.80 |
| Color Printing | 566.00 | Page | 0.650 | 367.90 |
| **JX & PX - Print x1 \| Binder** | | | | |
| CS - Project Management Time | 0.50 | Hour | 175.000 | 87.50 |
| Project setup | | | | |
| Courier | 1.00 | Each | 50.000 | 50.00 |
| DC Delivery | | | | |
| 4" Ring Binder | 6.00 | Each | 21.250 | 127.50 |
| Custom Tabs | 15.00 | Each | 0.650 | 9.75 |
| 3" Ring Binder | 2.00 | Each | 16.250 | 32.50 |
| Printing Two Sided W/Assembly | 7,689.00 | Page | 0.140 | 1,076.46 |
| Tabs | 583.00 | Each | 0.400 | 233.20 |
| Color Printing | 767.00 | Page | 0.650 | 498.55 |

| | |
|---|---|
| **Total to Bill This Contract:** | US$45,455.46 |
| **Tax Amount:** | US$0.00 |
| **Total Amount Due:** | US$45,455.46 |

**PAYMENT INSTRUCTIONS**   Please note, TransPerfect always prefers to receive payments electronically whenever possible.

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555
ar@transperfect.com

**Wire Transfer Details:**



Please reference the Contract # DM0308195 and Invoice # 273886 with your remittance.
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law) for accounts more than a month past due.

**Payment made on time**

| Payment Due Date | Total Due |
|---|---|
| 2025-03-01 | US$45,455.46 |

**Payment made late (interest assessed)**

| Late Payment Date | Total Interest Penalty Amount (1.5% per month) | Total Due |
|---|---|---|
| 2025-04-03 | US$681.83 | US$46,137.29 |
| 2025-05-05 | US$1,363.66 | US$46,819.12 |
| 2025-06-05 | US$2,045.50 | US$47,500.96 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059
Payment remittance only: AR@transperfect.com • Enquiries: GlobalCollections@transperfect.com or your Sales Contact
WWW.TRANSPERFECT.COM