Case 1:17-cv-05495-HG   Document 544-9   Filed 02/18/25   Page 1 of 2 PageID #: 78265

# EXHIBIT D

## Exhibit D
## (Witness Fees)

| Date | Description | Amount |
|---|---|---|
| 01/22/25 | Jeff L'Hote (Lodging, 3 Nights) | $902.13 |
| NA | Jeff L'Hote (Witness Fee) - Day 1 | $40.00 |
| NA | Jeff L'Hote (Witness Fee) - Day 2 | $40.00 |
| NA | Sunil Gulati (Witness Fee) - Day 1 | $40.00 |
| NA | Sunil Gulati (Witness Fee) - Day 2 | $40.00 |
| | | **$1,062.13** |