# EXHIBIT D-1



**New York Marriott at the Brooklyn Bridge**
**GUEST FOLIO PRESENTATION**
*LATHAM SLEEPING RMS*
*LATHAM AND WATKINS LLP BR*

LHOTE/JEFF
LATHAM AND WATKINS L
SAN FRANCISCO, CA 94111

Arrival Date  01/22/2025
Departure Date  01/25/2025
Guest #
Group #
Room #

Back to Cover Summary

| Date | Description | Reference | Charges | Credits | Balance |
|---|---|---|---|---|---|
| 01/22/25 | ROOM-GP | 1909, 1 | 259.00 | | |
| 01/22/25 | STATETAX | 1909, 1 | 22.99 | | |
| 01/22/25 | CITYTAX | 1909, 1 | 15.22 | | |
| 01/22/25 | OCC TAX | OCCTAX | 2.00 | | |
| 01/22/25 | NYS TAX | NYSTAX | 1.50 | | |
| 01/23/25 | ROOM-GP | 1909, 1 | 259.00 | | |
| 01/23/25 | STATETAX | 1909, 1 | 22.99 | | |
| 01/23/25 | CITYTAX | 1909, 1 | 15.22 | | |
| 01/23/25 | OCC TAX | OCCTAX | 2.00 | | |
| 01/23/25 | NYS TAX | NYSTAX | 1.50 | | |
| 01/24/25 | ROOM-GP | 1909, 1 | 259.00 | | |
| 01/24/25 | STATETAX | 1909, 1 | 22.99 | | |
| 01/24/25 | CITYTAX | 1909, 1 | 15.22 | | |
| 01/24/25 | OCC TAX | OCCTAX | 2.00 | | |
| 01/24/25 | NYS TAX | NYSTAX | 1.50 | | |
| | | **TOTAL GUEST FOLIO BALANCE** | | | |

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card set forth above. [The credit card company will bill in the usual manner.] If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made in 30 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature_____



NEW YORK MARRIOTT BROOKLYN                              GUEST FOLIO

| 1909 ROOM | LHOTE/JEFF NAME | 259.00 RATE | 01/25/25 DEPART | 17:16 TIME | ACCT#   GROUP |
| KNG TYPE | LATHAM WITNESS 1 LATHAM AND WATKINS L SAN FRANCISC  CA  94111 | | 01/22/25 ARRIVE | 19:24 TIME | |
| 20 ROOM CLERK | ADDRESS | PASSPORT: SC PAYMENT | | | MBV#: |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|
| 01/25 | CASH | .00 | | .00 |

See our "Privacy & Cookie Statement" on Marriott.com



NEW YORK MARRIOTT BROOKLYN
333 ADAMS ST
BROOKLYN NY  11201

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X