# EXHIBIT E

# Exhibit E
# (Court Costs)

**U.S. District Court**
**Eastern District of New York (Brooklyn)**
**CIVIL DOCKET FOR CASE #: 1:17-cv-05495-HG**
<u>North American Soccer League, LLC v. United States Soccer Federation, Inc.</u>
**Assigned to: Judge Hector Gonzalez**

| Date | Dkt | Events | Costs |
|---|---|---|---|
| 10/04/2017 | 19 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207-9881075. by United States Soccer Federation, Inc.. (Attachments: # 1 Affidavit of Alan J. Devlin, # 2 Exhibit A- Certificate of Good Standing, # 3 Proposed Order, # 4 Certificate of Service) (Devlin, Alan) (Entered: 10/04/2017) | $150.00 |
| 10/04/2017 | 20 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207-9881194. by United States Soccer Federation, Inc.. (Attachments: # 1 Affidavit of Christopher S. Yates, # 2 Exhibit A- Certificate of Good Standing, # 3 Proposed Order, # 4 Certificate of Service) (Yates, Christopher) (Entered: 10/04/2017) | $150.00 |
| 10/04/2017 | 21 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207-9881204. by United States Soccer Federation, Inc.. (Attachments: # 1 Affidavit of Russell F. Sauer, Jr., # 2 Exhibit A- Certificate of Good Standing, # 3 Proposed Order, # 4 Certificate of Service) (Sauer, Russell) (Entered: 10/04/2017) | $150.00 |
| 07/20/2018 | 87 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0207-10598435. by United States Soccer Federation, Inc.. (Attachments: # 1 Affidavit of Katherine M. Larkin-Wong, # 2 Exhibit A- Certificate of Good Standing, # 3 Proposed Order, # 4 Certificate of Service) (Larkin-Wong, Katherine) (Entered: 07/20/2018) | $150.00 |
| 06/07/2019 | 164 | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number ANYEDC-11554262. by United States Soccer Federation, Inc.. (Attachments: # 1 Affidavit of Anna M. Rathbun, # 2 Exhibit A- Certificates of Good Standing, # 3 Proposed Order) (Rathbun, Anna) (Entered: 06/07/2019) | $150.00 |
| 11/11/2020 | 247 | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number ANYEDC-13667025. by United States Soccer Federation, Inc.. (Attachments: # 1 Affidavit of Elizabeth C. Gettinger in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit A - Certificates of Good Standing, # 3 Proposed Order) (Gettinger, Elizabeth) (Entered: 11/11/2020) | $150.00 |

| Date | Dkt | Events | Costs |
|---|---|---|---|
| 08/24/2020 | 226 | MOTION to Appear Pro Hac Vice *Elizabeth H. Yandell* Filing fee $ 150, receipt number ANYEDC-13259285. by United States Soccer Federation, Inc.. (Attachments: # 1 Affidavit of Elizabeth H. Yandell in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit A- Certificate of Good Standing, # 3 Proposed Order) (Yandell, Elizabeth) (Entered: 08/24/2020) | $150.00 |
| 09/20/2024 | 440 | MOTION to Appear Pro Hac Vice Filing fee $ 200, receipt number ANYEDC-18304984 by United States Soccer Federation, Inc.. (Attachments: # 1 Declaration of David L. Johnson in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit A - Certificates of Good Standing, # 3 Proposed Order) (Johnson, David) (Entered: 09/20/2024) | $200.00 |
| 12/17/2024 | 484 | MOTION to Appear Pro Hac Vice Filing fee $ 200, receipt number ANYEDC-18591925 by United States Soccer Federation, Inc.. (Attachments: # 1 Declaration of Aaron T. Chiu in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit A - Certificate of Good Standing, # 3 Proposed Order) (Chiu, Aaron) (Entered: 12/17/2024) | $200.00 |
| 12/17/2024 | 485 | MOTION to Appear Pro Hac Vice Filing fee $ 200, receipt number ANYEDC-18592399 by United States Soccer Federation, Inc.. (Attachments: # 1 Declaration of Joseph Axelrad in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit A - Certificate of Good Standing, # 3 Proposed Order Granting Motion to Admit Counsel Pro Hac Vice) (Axelrad, Joseph) (Entered: 12/17/2024) | $200.00 |
| | | Total: | $1,650.00 |