# EXHIBIT E-1

# Smith, Marcy (NY)

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Wednesday, October 4, 2017 6:35 PM |
| **To:** | Best, LaToya (NY) |
| **Subject:** | Pay.gov Payment Confirmation: NYED CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact NYED CM ECF at (718) 613-2610.

Application Name: NYED CM ECF
Pay.gov Tracking ID: 2658504G
Agency Tracking ID: 0207-9881075
Transaction Type: Sale
Transaction Date: Oct 4, 2017 6:35:17 PM

Account Holder Name: Laura M Coppola
Transaction Amount: $150.00
Card Type:
Card Number:

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

1

# Smith, Marcy (NY)

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Wednesday, October 4, 2017 7:35 PM |
| **To:** | Best, LaToya (NY) |
| **Subject:** | Pay.gov Payment Confirmation: NYED CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact NYED CM ECF at (718) 613-2610.

Application Name: NYED CM ECF
Pay.gov Tracking ID: 26586SSS
Agency Tracking ID: 0207-9881194
Transaction Type: Sale
Transaction Date: Oct 4, 2017 7:34:56 PM

Account Holder Name: Laura M Coppola
Transaction Amount: $150.00
Card Type:
Card Number:

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

1

# Smith, Marcy (NY)

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Wednesday, October 4, 2017 7:53 PM |
| **To:** | Best, LaToya (NY) |
| **Subject:** | Pay.gov Payment Confirmation: NYED CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact NYED CM ECF at (718) 613-2610.

Application Name: NYED CM ECF
Pay.gov Tracking ID: 26588IM6
Agency Tracking ID: 0207-9881204
Transaction Type: Sale
Transaction Date: Oct 4, 2017 7:52:38 PM

Account Holder Name: Laura M Coppola
Transaction Amount: $150.00
Card Type: ▮▮▮▮▮▮▮▮
Card Number: ▮▮▮▮▮▮▮▮

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

1

## Smith, Marcy (NY)

| | |
|---|---|
| **From:** | Goldman, Michelle (NY) |
| **Sent:** | Friday, July 20, 2018 11:25 AM |
| **To:** | Smith, Marcy (NY) |
| **Cc:** | Kohn, Rachel (NY); Mahal, Monica (NY) |
| **Subject:** | Receipt from pro hac filing |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact NYED CM ECF at (718) 613-2610.

Application Name: NYED CM ECF
Pay.gov Tracking ID: 26B2UP9B
Agency Tracking ID: 0207-10598435
Transaction Type: Sale
Transaction Date: Jul 20, 2018 11:06:15 AM

Account Holder Name: Rachel L Kohn
Transaction Amount: $150.00
Card Type:
Card Number:

Best,
Michelle

**Michelle Lord Goldman**
Business Services Trainee

**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022-4834
Direct Dial: +1.212.906.1861
Fax: +1.212.751.4864
Email: michelle.goldman@lw.com
http://www.lw.com

1

# Smith, Marcy (NY)

| | |
|---|---|
| **From:** | Goldman, Michelle (NY) |
| **Sent:** | Friday, June 7, 2019 4:47 PM |
| **To:** | Smith, Marcy (NY) |
| **Cc:** | Kohn, Rachel (NY) |
| **Subject:** | EDNY receipts |

▮

▮.

Account Number: ▮
Court: NEW YORK EASTERN DISTRICT COURT
Amount: $150.00
Tracking Id: ANYEDC-11554262
Approval Code: ▮
Card Number: ▮
Date/Time: 06/07/2019 11:50:51 ET


Account Number: ▮
Court: NEW YORK EASTERN DISTRICT COURT
Amount: $150.00
Tracking Id: ANYEDC-11554375
Approval Code: ▮
Card Number: ▮
Date/Time: 06/07/2019 12:04:39 ET


Thank you and have a great weekend!

Best,
Michelle

**Michelle Lord Goldman**
Litigation Services Coordinator

**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022-4834
Direct Dial: +1.212.906.1861
Fax: +1.212.751.4864
Email: michelle.goldman@lw.com
http://www.lw.com

1

**Smith, Marcy (NY)**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Wednesday, November 11, 2020 2:28 PM |
| **To:** | Goldman, Michelle (NY) |
| **Subject:** | Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

Account Number: ▮
Court: NEW YORK EASTERN DISTRICT COURT
Amount: $150.00
Tracking Id: ANYEDC-13667025
Approval Code: ▮
Card Number: ▮
Date/Time: 11/11/2020 02:28:28 ET

NOTE: This is an automated message. Please do not reply

1

**Smith, Marcy (NY)**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Monday, August 24, 2020 6:16 PM |
| **To:** | Telesfort, Gamelin-Arnold (NY) |
| **Subject:** | Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

Account Number: ▮▮▮▮
Court: NEW YORK EASTERN DISTRICT COURT
Amount: $150.00
Tracking Id: ANYEDC-13259285
Approval Code: ▮▮▮▮
Card Number: ▮▮▮▮▮▮▮▮
Date/Time: 08/24/2020 06:16:09 ET

NOTE: This is an automated message. Please do not reply

# Tam, Linda (SF)

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Friday, September 20, 2024 2:30 PM |
| **To:** | Drinan, Lara (NY) |
| **Subject:** | Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

Account Number: ▇▇▇▇
Court: NEW YORK EASTERN DISTRICT COURT
Amount: $200.00
Tracking Id: ANYEDC-18304984
Approval Code: ▇▇▇▇
Card Number: ▇▇▇▇▇▇▇▇
Date/Time: 09/20/2024 05:30:05 ET

NOTE: This is an automated message. Please do not reply

1

## Smith, Marcy (NY)

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Tuesday, December 17, 2024 4:31 PM |
| **To:** | Drinan, Lara (NY) |
| **Subject:** | Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

Account Number: ▮▮▮▮▮▮▮
Court: NEW YORK EASTERN DISTRICT COURT
Amount: $200.00
Tracking Id: ANYEDC-18591925
Approval Code: ▮▮▮▮▮▮
Card Number: ▮▮▮▮▮▮▮▮▮▮▮▮
Date/Time: 12/17/2024 04:30:34 ET

NOTE: This is an automated message. Please do not reply

1

**Smith, Marcy (NY)**

| | |
|---|---|
| From: | Siddiquee, Farzeen (NY) |
| Sent: | Tuesday, December 17, 2024 5:44 PM |
| To: | Smith, Marcy (NY) |
| Cc: | Kohn, Rachel (NY) |
| Subject: | FW: Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT |

█████████████

███████████████████████████████████████████████
███████████████████████████████████████████████

Best,
Farzeen

Farzeen Siddiquee
Litigation Services Assistant
Pronouns: She/Her/Hers

LATHAM & WATKINS LLP
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.418.7828


-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Tuesday, December 17, 2024 5:35 PM
To: Siddiquee, Farzeen (NY) <Farzeen.Siddiquee@lw.com>
Subject: Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

Account Number: ███████
Court: NEW YORK EASTERN DISTRICT COURT
Amount: $200.00
Tracking Id: ANYEDC-18592399
Approval Code: ███████
Card Number: ███████████████
Date/Time: 12/17/2024 05:34:35 ET

1