**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NORTH AMERICAN SOCCER LEAGUE, LLC,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES SOCCER FEDERATION, INC., and MAJOR LEAGUE SOCCER, L.L.C.,<br><br>　　　　　　　　　　　Defendants. | Case No. 1:17-cv-05495-HG<br><br>**DEFENDANT UNITED STATES SOCCER FEDERATION, INC.'S APPLICATION TO TAX COSTS** |

PLEASE TAKE NOTICE that, Judgment having been entered in the above action on February 3, 2025 (ECF No. 539) in favor of Defendants, that Plaintiff recover nothing, and that the action be dismissed on the merits, notice is hereby given that on June 19, 2025 at 10:00 a.m. or as soon thereafter as the matter may be heard, defendant United States Soccer Federation, Inc. ("U.S. Soccer") requests that the Clerk tax the following costs upon plaintiff North American Soccer League, LLC:

Transcripts – Local Rule 54.1(c)(1)……………………………………..……$21,562.56

Depositions – Local Rule 54.1(c)(2)…………………………………………....$35,076.12

Exemplifications and Copies of Papers – Local Rule 54.1(c)(5)…………………$3,481.40

Witness Fees, Travel Expenses and Subsistence – Local Rule 54.1(c)(3)……….$1,062.13

Docket and Miscellaneous Fees – Local Rule 54.1(c)(10)……………………….$1,650.00

TOTAL……………………………………………………………………$62,832.21

In support of this Notice, U.S. Soccer relies on the following materials accompanying this Notice, and on any further evidence or argument that the Court shall require:

(1) U.S. Soccer's Bill of Costs (on the form prescribed by the United States Courts);

(2) Declaration of Christopher S. Yates, which includes an Itemization of Costs, and supporting documentation, in the total amount of $62,832.21.

Date: June 5, 2025                                    Respectfully submitted,

By: */s/ Christopher S. Yates*

**LATHAM & WATKINS LLP**
Christopher S. Yates (*pro hac vice*)
Aaron T. Chiu (*pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 391-0600
chris.yates@lw.com
aaron.chiu@lw.com

2

Lawrence E. Buterman
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
lawrence.buterman@lw.com

Anna M. Rathbun (*pro hac vice*)
David L. Johnson (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
anna.rathbun@lw.com
david.johnson@lw.com

Joseph Axelrad (*pro hac vice*)
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Tel: (424) 653-5500
joseph.axelrad@lw.com

*Counsel for Defendant United States Soccer Federation, Inc.*