UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NORTH AMERICAN SOCCER LEAGUE, LLC,

                    Plaintiff,

    v.

UNITED STATES SOCCER FEDERATION, INC., and MAJOR LEAGUE SOCCER, L.L.C.

                    Defendants.

Case No. 1:17-cv-05495-HG

**NORTH AMERICAN SOCCER LEAGUE, LLC'S
OPPOSITION TO UNITED STATES SOCCER FEDERATION'S,
AND MAJOR LEAGUE SOCCER, L.L.C.'S APPLICATION FOR COSTS**

1

Plaintiff North American Soccer League, LLC ("NASL") hereby opposes United States Soccer Federation's ("USSF") and Major League Soccer, LLC's ("MLS") applications for costs as premature because NASL filed a notice of appeal on May 8, 2025 (*see* ECF No. 550), and the appeal is pending.

On June 5, 2025, USSF and MLS each filed a renewed notice of taxation and bill of costs, requesting that their applications be heard on June 19, 2025, at 10:00 a.m., or as soon thereafter as the matter may be heard. ECF Nos. 551, 552.

However, pursuant to Local Civil Rule 54.1(a), "[c]osts will not be taxed during the pendency of any appeal" and "[w]ithin thirty (30) days after the determination of any appeal, motion for reconsideration, or motion for a new trial, the party seeking tax costs shall file a new notice of taxation of costs."

Because NASL's appeal is pending, Defendants' application for costs should be denied as premature. *See Pierre v. Rocco*, 2021 WL 8016757, at *1 (E.D.N.Y. Dec. 16, 2021) ("I denied defendant's motion for costs without prejudice as premature because plaintiff's appeal was pending."); *Ahmad v. E. Ramapo Cent. Sch. Dist.*, 2018 WL 3222543, at *3 (S.D.N.Y. July 2, 2018) ("after Plaintiff filed an appeal with the Second Circuit, consideration on the Bills of Costs was again stayed in accordance with the Local Rule"); *Point 4 Data Corp. v. Tri-State Surgical Supply & Equip., Ltd.*, 2015 WL 13037562, at *19 (E.D.N.Y. Sept. 10, 2015) ("Local Rule 54.1 prohibits the taxation of costs until the Second Circuit decides the pending appeal.").

NASL reserves the right to object and respond substantively to Defendants' notices of taxation and bills of costs at the appropriate time.

Dated: June 6, 2025  By: s/ *Jeffrey L. Kessler*

    Jeffrey L. Kessler
    David G. Feher
    Eva W. Cole
    Johanna Rae Hudgens
    Mark E. Rizik Jr.
    Sarah L. Viebrock
    **WINSTON & STRAWN, LLP**
    200 Park Avenue
    New York, NY 10166
    Telephone: (212) 294-6700
    Facsimile: (212) 294-4700
    jkessler@winston.com
    dfeher@winston.com
    ewcole@winston.com
    jhudgens@winston.com
    mrizik@winston.com
    sviebrock@winston.com

    Clifford H. Pearson (Admitted *Pro Hac Vice*)
    Daniel L. Warshaw (Admitted *Pro Hac Vice*)
    Matthew A. Pearson (Admitted *Pro Hac Vice*)
    **PEARSON WARSHAW, LLP**
    15165 Ventura Boulevard, Suite 400
    Sherman Oaks, California 91403
    Tel.: (818) 788-8300
    Fax.: (818) 788-8104
    cpearson@pwfirm.com
    dwarshaw@pwfirm.com
    mapearson@pwfirm.com

    Neil J. Swartzberg (*Admitted Pro Hac Vice*)
    **PEARSON WARSHAW, LLP**
    555 Montgomery Street, Suite 1205
    San Francisco, California 94104
    Tel.: (415) 433 9000
    Fax.: (415) 433 9008
    nswartzberg@pwfirm.com

    *Counsel for Plaintiff North American Soccer League, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 6, 2025, Plaintiff North American Soccer League LLC's Response to Defendants' Notices Of Taxation was served upon all counsel of record by operation of the Court's ECF system.

Executed on June 6, 2025

s/ *Jeffrey L. Kessler*
Jeffrey L. Kessler
