1808

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - X

                    : 17CV5495(HG)

NORTH AMERICAN SOCCER   :
LEAGUE, LLC,            :
                    :
        Plaintiff,   : United States Courthouse
v.                  : Brooklyn, New York
                    :
UNITED STATES SOCCER   :
FEDERATION, INC.      : January 24,2025
and MAJOR LEAGUE SOCCER, : 9:30 a.m.
L.L.C.,            :
                    :
        Defendants.  :

- - - - - - - - - - - - - - X

TRANSCRIPT OF CIVIL CAUSE FOR A JURY TRIAL
BEFORE THE HONORABLE HECTOR GONZALEZ
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

For the Plaintiff:  WINSTON & STRAWN, LLP
                200 Park Avenue
                New York, NY 10166
                BY:JEFFREY L. KESSLER, ESQ.
                DAVID G. FEHER, ESQ.
                EVA W. COLE, ESQ.
                JOHANNA RAE HUDGENS , ESQ.
                MARK E. RIZIK JR., ESQ.

                PEARSON WARSHAW, LLP
                15165 Ventura Boulevard, Suite 400
                Sherman Oaks, California 91403
                By:CLIFFORD H. PEARSON, ESQ.

                PEARSON WARSHAW, LLP
                555 Montgomery Street, Suite 1205
                San Francisco, California 94104
                BY:ADRIAN JOHN BUONANOCE, ESQ.
                MATTHEW A. PEARSON, ESQ.
                NEIL J. SWARTZBERG, ESQ.

SN     OCR    RPR

1809

For the             LATHAM & WATKINS LLP
Defendant United        1271 Avenue of the Americas
States                  New York, NY 10020
Soccer Federation,  BY:LAWRENCE E. BUTERMAN, ESQ.
Inc.:

                    LATHAM & WATKINS LLP
                        505 Montgomery Street, Suite 2000
                        San Francisco, CA 94111
                    by:CHRISTOPHER S. YATES, ESQ.

                    PROSKAUER ROSE LLP
Counsel for             Eleven Times Square
Defendant               New York, New York 10036
Counsel for         BY:BRADLEY I. RUSKIN, ESQ.
Defendant Major         KEVIN J. PERRA, ESQ.
League                  SCOTT A. EGGERS, ESQ.
Soccer, L.L.C.
                    PROSKAUER ROSE LLP
                        1001 Pennsylvania Ave.NW Suite 600S
                        Washington, DC 20004
                    BY:COLIN R. KASS, ESQ.

Court Reporter:    SOPHIE NOLAN
                        225 Cadman Plaza East/Brooklyn, NY 11201
                    NolanEDNY@aol.com
Proceedings recorded by mechanical stenography, transcript
produced by Computer-Aided Transcription

SN        OCR        RPR

*Proceedings* 1810

(In open court; jury not present.)

THE COURT: I understand there's an issue.

MR. BUTERMAN: Yes, your Honor. Good morning.

Your Honor, while Defendants were reviewing the trial transcript of Mr. Gulati's testimony, at Page 1359 of his redirect the last question I asked Mr. Gulati was, quote:

Question, From 2011 through 2016, what was the only league that U.S. Soccer sanctioned as a Division II men's league?

And though everyone on our side remembers Mr. Gulati saying the North American Soccer League, the transcript says: The United Soccer League.

THE COURT: I remembered North American Soccer League.

MR. BUTERMAN: Thank you, your Honor.

We raised this with Mr. Kessler and Ms. Cole and Mr. Pearson and asked if they would consent to the transcript being changed. They do not have a recollection that he answered it United Soccer League. Nonetheless, despite multiple requests, they are refusing to consent to the transcript change.

THE COURT: That's fine, you can refuse to consent.

My recollection is that he said North American Soccer League.

MR. KESSLER: Your Honor, we have no problem, we

*Linda A. Marino, Official Court Reporter*

*Proceedings*                                                     1811

just said the reporter should listen to the audio.  It is what it is.  We certainly would never argue it was anything else, but the transcript should be whatever the reporter has.  We suggested to Mr. Buterman:  Just ask the reporter to listen to the audio and whatever it is, it is.

We don't have a recollection as to exactly what he said, so we don't feel -- if he said something else, of course, even if he made a mistake, no one can change it, so it should just be what the audio is, that's all.

MR. BUTERMAN:  Your Honor, this is undisputed fact.

THE COURT:  But you can change it by stipulation.

MR. KESSLER:  We feel it should be whatever he stated.

THE COURT:  Really.

What other league was in that was sanctioned as a D-II league?

MR. KESSLER:  Your Honor, if you would like to have it changed, then we'll consent to have it changed.  I'm not trying to make an issue over this.  As your Honor knows, I misspeak from time to time.  And I would love to go back, but I can't change it if I said something else.  That's all we were saying.

If your Honor wants it, we'll change it.

THE COURT:  What was the page again.

MR. BUTERMAN:  1359, your Honor.  The question at

*Linda A. Marino, Official Court Reporter*

*L'Hote - Cross - Mr. Kessler*                    1812

Line 13 and the answer at Line 15.

THE COURT:   Okay.

MR. BUTERMAN:  Thank you, your Honor.

THE COURT:   Anything else.

I think we're still waiting for one juror.  I'll come back in when the juror is here.

(Recess taken; jury enters.)

THE COURT:   You can be seated.

You can continue.

MR. KESSLER:  Thank you, your Honor.

JEFF L'HOTE,

    called as a witness, having been previously duly

    sworn, was examined and testified further as follows:

CROSS-EXAMINATION

BY MR. KESSLER (Continuing):

Q    Good morning, Mr. L'Hote.

A    Good morning.

Q    Mr. L'Hote, I'm returning now to the period of August 2017.  Just to remind the jury, at that time you had a position with United States Soccer Federation.

Correct?

A    I was retained as an independent contractor with U.S. Soccer, yes.

Q    And you were, among other things, focusing on the sanctioning process for the two D-II leagues who were seeking

*Linda A. Marino, Official Court Reporter*

*L'Hote - Cross - Mr. Kessler*                1813

to be recertified for the 2018 season, correct?

A    That was my primary focus, yes.

Q    Your primary focus.

MR. KESSLER:  Let's look at PX-193.

Q    PX-193 do you recognize as an e-mail from you to Mr. Cordeiro, Mr. Ahrens, Mr. Flynn; do you see that?

A    Yes.

Q    And you said this was a pro league compliance update, correct?

A    Correct.

MR. KESSLER:  Your Honor, I would move into evidence PX-193.

MS. RATHBUN:  No objection.

THE COURT:   It's admitted.

(PX-193 so marked and published to the jury.)

Q    And you state the following:  Carlos, Chris, Dan, please see the attached memo re status of pro league compliance leading into the September 1 board meeting.

This was a memo you prepared for the pro league task force that it could review before the September 1, 2017, board meeting, correct?

A    Correct.

Q    And then at the bottom, you state:  Hopefully, we can schedule a conference call as soon as possible so that I can answer any questions and provide additional commentary and

*Linda A. Marino, Official Court Reporter*

*L'Hote - Cross - Mr. Kessler*                    1814

suggestions.

Do you know if that conference call took place?

A    Yes, we did have a call.

Q    Okay.  Let's first go through what you wrote and then I'll ask about the conference call afterwards.

If you look at Page 1 on this memo, and it states in the second paragraph the following:  On March 7, 2017, we set August 15 as the deadline for provisionally sanctioned leagues, NASL and USL, to submit their annual report.

And that was correct, right?

A    Yes.

Q    And you required various other information from them as well, correct?

A    Correct.

Q    And if you look just above that, it says -- in the first paragraph it says:  U.S. pro league standards, PLS, requires all leagues to submit an annual report to include any waiver requests for the upcoming season.  Waivers are intended to be temporary, lasting for only one year.

And that was correct, right?

A    Yes.

Q    So, for example, if MLS received a stadium size waiver one year and they still needed it a second year, under the pro league standards they would have to make a new waiver request, correct?

*Linda A. Marino, Official Court Reporter*

*L'Hote - Cross - Mr. Kessler*                    1815

A    Correct.

Q    Let's look next at Page 2 of this memo.  And you state at the beginning:  Through initial compliance efforts, one general conclusion is clear:  The application of existing pro league standards is not effectively ensuring lower division team sustainability, presumably one of its key objectives.

That was your conclusion, correct?

A    That was an observation.

Q    Right.  And you made that observation, you believed it at the time correct?

A    At some point leading up to writing this memo.

Q    Okay.  Take a look under number two, pro league standards.  This is below.

You wrote:  Neither the existing PLS nor their application have stopped the continued volatility around lower divisions.

That was a conclusion you reached, correct?

A    Yeah, that was, again, an observation at the time.

Q    Okay.  Look under "waivers," if we can.

And you wrote:  How can U.S. Soccer effectively move away from the consistent grant of waivers?  From a practical perspective, many recent waivers were clearly not curable in a single year.  Should 2018 waivers be granted for an extended period to attempt to cure all existing waivers?

Do you see that?

*Linda A. Marino, Official Court Reporter*

*L'Hote - Cross - Mr. Kessler*                          1816

A    Yes.

Q    And by that you meant should they consider USSF giving a multiyear waiver in which there would be a deadline by which they had to be cured, correct?

A    Yes, these were suggested talking points for the --

Q    This was a suggestion you made, correct?

THE COURT:    Would you let him finish.

MR. KESSLER:    Sorry.

A    These were suggested talking points in my first formal report to the pro league task force.

Q    A suggestion you made, correct?

A    In the memo, yes.

Q    Did you become aware that at the September 1 meeting Mr. Sehgal suggested that a three-year waiver be granted with a commitment to cure for the NASL?  Did you become aware of that?

A    I believe the day before the September 1 board meeting Mr. Sehgal contacted me to tell me -- to give me an update for the following day.  One of the updates -- and this was all new information -- was that NASL was going to be asking the board for three years to come into compliance with a number of team requirements.

Q    Okay.  So, you knew that before you submitted this memo or after?

A    After.

*Linda A. Marino, Official Court Reporter*

*L'Hote - Cross - Mr. Kessler*                    1817

Q     Okay.  Thank you.

        Let me direct you next to Page 4, and Page 4 is a report on NASL; is that correct?

A     Yes.

Q     Okay.  And then if you look at Page 5, with respect to NASL, you said:  Here are the 2018 options.

        Correct?

A     These, again, were suggestions that I had as potential options.

Q     Right.  And one option was to grant D-II league waiver requests, provisionally sanction for 2018 season, correct?

A     Correct.

Q     Another option you presented was to grant D-II league waiver requests, provisionally sanction for next two to three seasons so as to not rush expansion efforts, correct?

A     Correct.

Q     And by that you meant if NASL was given a two- or three-year period, it could take its time in expanding teams to get to the twelve-team requirement, correct?

A     That was possible, yes.

Q     Yes.  And you, as a consultant, thought it might be better not to put the leagues in a position where they were rushing to add teams, correct?

A     Well, with this, I was just trying to help the pro league task force through the discussion of the memo when we got to

*Linda A. Marino, Official Court Reporter*

*L'Hote - Cross - Mr. Kessler*                         1818

options.   I didn't have an opinion on this, I was just trying to be helpful to the task force.

Q    In number C you gave the option:  Deny D-II league waiver requests, sanction as D-III for 2018 season.  Assumes a minimum of eight teams to commence 2018 season.

That was another option you presented, correct?

A    Correct.

Q    Now below that, you give a report on USL, correct?

A    Correct.

Q    Now, you state the following in the paragraph that begins:  In its 2017 D-II application.

If we can look at that, you wrote:  In its 2017 D-II application, USL petitioned and received 30 plus team-related waivers.

And you then have a table below, which we'll look at, correct?

A    Correct.

Q    And you wrote:  No league-related waivers were requested. The vast majority of USL's 2017 team-related waivers would be required whether they competed as a D-II or a D-III league, correct?

A    Correct.

Q    So, what you're indicating is that USL would need these waivers even if they were a D-III league, correct?

A    That a lot of these waivers were applicable to all

*Linda A. Marino, Official Court Reporter*

*L'Hote - Cross - Mr. Kessler*                    1819

divisions of --

Q    Right, they would need waivers D-II or D-III.

A    Or D-I.

Q    In any league.

A    Correct.

Q    Okay.  Then if you look at the next one:  Notwithstanding its assertions during and after the sanctioning process that the league would cure all team-related waivers before the 2018 season, the reality gleaned through site visits and interviews with teams is that several waivers are not easily cured and in many cases will continue until the team moves to a new venue. It is also worth noting that several of USL's waivers existed for multiple seasons prior to 2017 and will again be requested for 2018 and likely beyond.

That is what you concluded based on your review of facts meeting with teams and even site visits, correct?

A    Correct.

Q    Okay.  Then you state the following:  Multiyear waiver requests highlight the critical importance of vetting expansion teams largely around their choice of venue.

And finally, you stated:  We have yet to receive all information requested from USL to assist with U.S. Soccer's 2018 sanctioning decision and may require certain updates and all league certifications either before or after the September 1 board meeting.

*Linda A. Marino, Official Court Reporter*

*L'Hote - Cross - Mr. Kessler*                    1820

That's what you reported to the pro league task force, correct?

A    Correct.

Q    And then finally, if you go to the next page, you'll see below it says:  The below chart highlights USL waiver requests for 2017 and 2018 segmenting MLS B teams who are motivated largely by player development objectives versus commercial. Details around specific team waivers follow the chart.

And then you state:  As of this memo date, USL will be requesting at least 18 team-related waivers.

And that was correct?

A    That was correct when I wrote it, yes.

Q    And ultimately, do you recall they requested 21 waivers at the time of the September 1 meeting?

A    I don't recall the exact number that was requested.

Q    Okay.  Now, looking at the chart where the MLS B teams are listed, those are the MLS teams who compete in USL; is that correct?

A    For that season, yes.

Q    Okay.  And in that season, they needed one to two field waivers; is that correct?

A    Yes.  How to read this is the green highlighted teams were teams that I thought at the time required team waivers.

There was a question on Toronto at the time.  I don't recall the details of that.

*Linda A. Marino, Official Court Reporter*

Q    Okay.  So, your conclusion is either one or two would need them, correct?

A    Correct.

Q    And either five or six MLS teams would need stadium capacity waivers, correct?

A    Correct.

Q    And then the total of MLS waivers that were needed you thought was going to be six to eight, correct?

A    Correct, that would be included in the 18 to 20.

Q    Okay.  Take a look at Page 8.

In Page 8 of this report, you present the options for USL, correct?

A    Correct.

Q    And the first option you present is:  Grant all team waiver requests for 2018.  USL provisionally sanctioned as D-II.

The second option you present is:  Grant all team waiver requests for 2018.  Fully sanction USL as D-II.

Correct?

A    Correct.

Q    And by the way, what the USSF board ultimately did the next January was fully sanction USL as D-II and grant its waiver request; is that true?

A    USL was granted full sanctioning ultimately, yes, for 2018.  I forget the exact date.

*Linda A. Marino, Official Court Reporter*

L'Hote - Cross - Mr. Kessler                    1822

Q    And whatever waivers were needed then were granted.

A    There was a big change between the date of this memo in terms of the number of waivers and then when the board voted -- the number of waivers that USL was requesting when the board voted to grant sanctioning.

Q    They ultimately needed 11 waivers for the 2018 season?

A    I don't remember the exact number.

Q    But whatever the number was, they were granted?

A    Yes, and it was less.  I do recall it was less, significantly less, than what was here at the time.

Q    Then you present a third option:  Grant all team waiver requests but with schedule requiring all waivers fully cured in excess years.  USL provisionally sanctioned as D-II.  Note, create list of financial other sanctions for noncompliance. Focus moves to waiver grant only in extraordinary circumstances.  This option requires more extensive evaluation of expansion teams and/or club licensing.

     And then you write:  Note, let's discuss the possible options of USL being sanctioned as D-III for 2018.

     Do you see that?

A    Yes.

Q    Okay.  And subsequent to this memo, you said you had a conference call with the members of the task force?

A    Yes.

Q    And did you discuss these various options in that call?

*Linda A. Marino, Official Court Reporter*

A      I don't recall discussing the options, I just recall discussing the status of the waiver requests.

Q      Did you have any discussions with the task force in which they indicated what their reactions were to these different options or what they were thinking of doing?

A      There were multiple task force conversations, so I don't recall what the discussion was specifically at this meeting.

Q      When did you learn what recommendations the task force was going to make?

A      Shortly before September 1.  I don't remember the date, though.

Q      You had a meeting with them?

A      I remember several calls leading up to the September 1 meeting, so I don't know what meeting it was where the task force had made the determination of the recommendation to the board.

Q      And did you learn that the task force was going to recommend to deny NASL's application outright?

A      Yes, the recommendation coming from the task force was to deny the Division II sanction for 2018.

Q      And what was the recommendation that you learned would be for USL?

A      USL, the discussion at the September 1 board meeting --

Q      I'm asking now what did you learn would be the task force recommendation before the board meeting about USL?

*Linda A. Marino, Official Court Reporter*

A    The task force thought there were too many open questions on the status of the team waivers for the USL and that we needed more information -- they needed more information.

Q    So, despite the fact that you presented them the fact that the USL needed many more waivers than NASL, task force members told you that for NASL they just wanted to deny but for USL they thought they should be given a chance to get more information.

Is that what you learned?

A    No.

There were two aspects.  One was that the waiver that NASL was requesting, not having enough teams, was a significantly more serious waiver in the sense that it was a structural league waiver.  And that differed from having the appropriate coaching license or field dimensions for a team waiver.

Q    And as we discussed, that distinction appears no where in the text of the standards, correct?

A    Not in the text, no.

Q    Okay.  Did Mr. Gulati participate in any of those calls that you had with the task force before the meeting?

A    Not in the task force calls, no.

Q    What did he participate in with you?

Do you have other calls with Mr. Gulati about this before the meeting?

A    I didn't have any calls with Mr. Gulati about this topic.

Q    When you were suggesting that he didn't participate in the task force calls, was there something else you're thinking of that he participated in?

A    I recall there was a meeting the night before the U.S. Soccer board meeting on September 1 where there was a review of the entire agenda for the next day's meeting and that this was one of the topics that was discussed to prepare for the next day.

Q    Who was in attendance at that meeting besides you and Mr. Gulati?

A    It would have been Mr. Flynn, Mr. Remedi, and -- I've been to several of these meetings.  It's typically senior executives of the U.S. Soccer Federation.

Q    At that meeting, did Mr. Gulati express his views that you heard about what should be done with respect to the sanctioning of these two leagues?

A    I don't remember there being a detailed discussion from Mr. Gulati or others on this topic, just going through the slides.  I don't know if there was -- I can't remember if we made any edits to the slides that I had drafted before then.

Q    You don't remember if Mr. Gulati made any edits?

A    It would have only been me that made edits.

Q    I mean suggest edits to you.

A    I don't recall him making suggested edits, no.

*Linda A. Marino, Official Court Reporter*

*L'Hote - Cross - Mr. Kessler*                    1826

Q    Do you recall whether or not Mr. Gulati made any comments about the sanctioning decisions at that meeting?

A    I don't recall any details, no.

Q    Let me show you next PX-197.  PX-197 is an e-mail exchange between you and various USSF officials, outside counsel, et cetera, correct?

A    Correct.

        MR. KESSLER:  Your Honor, I move into evidence PX-197.

        MS. RATHBUN:  No objection.

        THE COURT:   So admitted.

        (PX-197 so marked and published to the jury.)

Q    Look first at the bottom e-mail.  And, so, this is from you to Mr. Gulati, to Mr. Remedi, to Mr. Flynn, Mr. Cordeiro, and others, correct?

A    Correct.

Q    And you say:  Slides attached for tomorrow's presentation.  Note, after conversation with Carlos, I utilized all USL waivers as of 8/15/17, 21 in total.

        Do you see that?

A    Yes.

Q    So by now, what you initially estimated to be 18 grew to 21, correct?

A    21 was the number I was confident with as of that date.

Q    And you also attached the pro league sanctioning

*Linda A. Marino, Official Court Reporter*

L'Hote - Cross - Mr. Kessler                    1827

communications; correct, from December 16?

A      Correct.

Q      And those were the two letters that we reviewed yesterday, right?

A      Correct.

Q      Okay.  Then you get a request from Mr. Gulati; is that correct?

Is skg21@columbia Mr. Gulati, to your information?

A      Yes.

Q      And Mr. Gulati goes:  Has USL met point seven?

Do you see that?

A      Yes.

Q      And point seven of the USL letter was the one that said they would present a plan for coming into compliance with the standards for their individual teams, correct?

A      Can you show me seven again?

Q      Sure, let's go back.

MR. KESSLER:  If we could put up, please, PX-78.

Could we look at Page 11 in PX-78?  It's already in evidence.

THE COURT:   I don't think 78 is in evidence.

MR. KESSLER:  JX-78.  Sorry, your Honor, I apologize.

(Exhibit published to the jury.)

Q      JX-78, this is item seven of the USL letter, correct?

Linda A. Marino, Official Court Reporter

*L'Hote - Cross - Mr. Kessler*                              1828

Do you want to see the first page to be sure?

A    No, no.  Just give me one second, please.

Q    Sure.

A    I'm sorry, what's your question?

Q    This is item seven of the USL letter received which gave them their sanction -- provisional sanction for the 2017 season?

A    Yes, and that is what Mr. Gulati was referring to in his e-mail.

Q    Right.  And item seven says:  USL will provide a plan to the federation regarding those teams which do not currently meet the D-II standards detailing how such teams will come into compliance and providing milestones and completion dates.

And this is what you were telling Mr. Gulati they did not comply with, correct?

A    In USL's August 15 update, we didn't get all the answers to the outstanding waivers for the 2017 season.

Q    You said they didn't comply, correct?

You said no.

A    They filed a report but basically it was incomplete.  We needed more information.

Q    The answer was no, right?  You wrote "no."

A    I wrote no as a short answer, but the explanation is that we didn't have all the information.

Q    And NASL did not have any similar requirement in its

*Linda A. Marino, Official Court Reporter*

*L'Hote - Cross - Mr. Kessler*                    1829

letter agreement, correct?

A    As we discussed yesterday, no, there was nothing written in the letter.  But my understanding was that NASL was aware of the obligation and we discussed it at the mid March meeting with Mr. Sehgal and Mr. Bruce.

Q    To give one of your short answers, yes or no, did NASL have such a requirement in its letter from USSF?

A    It was not written in the letter, no.

Q    Thank you.  Let's look at JX-78.

     JX-78 is an e-mail from you to the same group we looked at previously, which states:  Slides attached for tomorrow's presentation.

     Correct?

A    Correct.

Q    And this is -- we've been looking at this.  You provided a series of slides for that presentation, correct?

A    Correct.

Q    Okay.  And just looking at what was presented, you go to PX -- it's 005.  Or JX.  I'm looking at the wrong document, sorry.

     For NASL, you reported that they requested two league waivers to compete as D-II for the 2018 season, correct?

A    Correct.

Q    And these were the same waivers that had been requested

*Linda A. Marino, Official Court Reporter*

*L'Hote - Cross - Mr. Kessler*                    1830

for 2017 and had been granted, right?

A     Yes, and I believe in previous seasons as well.

Q     Okay.  Well, the twelve-team requirement didn't apply in previous seasons, correct?

A     Twelve-team, correct.  There were other team requirements.  I think it was a midlevel, a ten-team requirement.

Q     Did NASL have twelve teams in 2016, do you know?

A     Can we look at the chart in that presentation?

Q     Sure.

A     Because it will answer that question.

Q     Sure.  Which chart would you like to look at?

      Is it this chart that will help you?

A     The one you're highlighting, yes.

Q     How many teams did NASL have in the 2016 season?

A     So, for the first half of the NASL's season, they had eleven.  And then for the second half of the season, it had 12.  The league at some point had a split season.

Q     Right.  And do you know that in March of 2016, NASL was denied its request for a Division I sanction?

A     No.

Q     You didn't know that?

A     No.

Q     You didn't review the history on that?

A     No.

*Linda A. Marino, Official Court Reporter*

*L'Hote - Cross - Mr. Kessler*                1831

Q    You didn't know that their teams who left in 2016 left after that decision?

A    No.  I knew teams left but I didn't know there was a Division I application.

Q    Okay.  Let's look now at the next page, back to USL.

You reported that:  USL requests 21 current team waivers to compete as D-II for 2018 season.

Correct?

A    Correct.

Q    And you didn't mention in this chart -- you do mention that they were granted 31 for 2017, correct?

A    Correct?

Q    But you don't mention here that they didn't comply with their requirement point seven, right?

A    I don't mention that in the bullet points, no.

Q    Do you know, did you attend the actual USSF board meeting in which the NASL application was denied and it was decided to give USL another 30 days and then they were later sanctioned?

Did you attend that September 1, 2017, board meeting?

A    Yes.

Q    Is it correct that you at that meeting did not tell the board that USL did not comply with point seven of its letter agreement?

A    I remember my specific presentation.  I had slides and I

*L'Hote - Cross - Mr. Kessler*                    1832

presented the slides and some color in the slides.  I don't remember the details.

Q    We just looked -- it was the same type slides we just looked at, right?

A    Yes, but I don't remember the exact words I used at the meeting.

Q    It's correct that you never told the board that, correct?

A    I don't recall if I mentioned that to the board or not.

Q    Were you there for the whole consideration of the sanctioning decision?

Did you stay for the whole meeting?

A    I believe so, yes.

Q    It's correct that nobody told the board that USL didn't comply with point seven of its letter agreement, correct?

A    I don't know that.

There was a full presentation and a full discussion I recall between board members asking questions I believe of me and Mr. Cordeiro.  I just don't remember, you know, the exact questions or conversation.

Q    During this 2017 meeting with this full consideration, did anyone show the board members the two letters that were entered into -- that were sent to NASL and that were sent to USL when they were provisionally sanctioned for the 2017 season?

Was that put up on a display or something?

*Linda A. Marino, Official Court Reporter*

A     I don't recall.

Q     Was there any discussion that you recall at that meeting about whether or not USL was not in compliance with the conditions of the letter but NASL was in compliance?

A     No, the discussion was around how NASL didn't make any progress towards the waivers that it was granted in -- for 2017, and that while the USL had made progress towards the waivers it was granted there was still a lot of outstanding information.

Q     Mr. L'Hote, I'll ask one more question.  Do you think the board should have been told that USL did not comply with the terms of its provisional sanction letter while NASL did comply before the board decided to deny NASL's sanction completely but permit USL to continue to provide information and then grant the sanction?

          What would be your professional opinion as a consultant?

          MS. RATHBUN:  Objection.

          THE COURT:   Sustained.

          MR. KESSLER:  No further questions, your Honor.

          THE COURT:   Your witness.  Whenever you're ready, Ms. Rathbun.

          MS. RATHBUN:  Right.


DIRECT EXAMINATION

*Linda A. Marino, Official Court Reporter*

BY MS. RATHBUN:

Q    Good morning, Mr. L'Hote.

A    Good morning.

Q    You spoke with Mr. Kessler yesterday about your company LFC International; do you recall that?

A    Yes.

Q    Did you start that company?

A    I did.

Q    Can you tell the jury, why did you start LFC International?

A    I'm a passionate soccer fan, former player.  I've had a couple different careers and decided to try to pursue my passion for soccer.

Q    And over the years, have you worked with different soccer-related organizations?

A    Yes, ma'am.

Q    U.S. Soccer Federation is one of them?

A    Yes.

Q    How about MLS?

A    Yes.

Q    Have there been others?

A    Yes.

Q    Can you give us some examples?

A    I worked for other professional leagues, governing bodies; the WPS, Women's Professional Soccer League; CONCACAF;

*L'Hote - Direct - Ms. Rathbun*                1835

the English Football Association; professional teams; investor groups; other businesses.

Q    Have you ever been an employee of U.S. Soccer?

A    No.

Q    Have you ever been an employee of MLS?

A    No.

Q    How about USL?

A    No.

(Continued on the following page. )

*Linda A. Marino, Official Court Reporter*

*J. L'Hote - Cross/Ms. Rathbun*                    1836

EXAMINATION BY

MS. RATHBUN:

(Continuing.)

Q    How about USL?

A    No.

Q    In your career as a consultant, how many projects in total have you worked for MLS?

A    For MLS there, I believe it was three projects all of which were relatively short term.

Q    Just as a reminder, you started LFC International in 2005 or 2006 you said?

A    Yes.

Q    Are you currently working on any projects for MLS?

A    No.

Q    Why not?

A    As part my agreement with U.S. Soccer when I started in February 2017, I agreed not to work for the any professional league members of the U.S. Soccer Federation.

Q    Was that also true in 2017?

A    Yes.

Q    Have you ever consulted for an entity called Traffic Sports USA?

A    Yes, indirectly with do Deloitte Sports Business Group.

Q    Let's pull up DX-123 for identification, please, and let's take a look at the attachment.

Mr. L'Hote, do you recognize the attachment to DX-123?

A     Yes.

Q     What is this attachment?

A     This was ultimately the report we presented to Traffic Sports after conducting the project with them.

            MS. RATHBUN:  Your Honor, I move to admit DX-123.

            MR. KESSLER:  Your Honor, object.  Beyond the scope.

            THE COURT:   This is direct.  Admitted.

            (Defendant's Exhibit DX-123 .)

Q     Mr. L'Hote, did Traffic Sports have any connection with the NASL, the plaintiff in this case?

A     Not at the time I started on the project.  But ultimately, Traffic Sports and others left the USL and formed the NASL.

Q     Do you recall the purpose of this project for Traffic Sports?

A     Yes, it was to help them outline what their options might be to be successful as a league.

Q     Let's take a look at Slide 4 which is at 0005.

      This says right at the top, Deloitte was asked to evaluate of the options for the future direction of USL-1; correct?

A     Correct.

Q     What does USL-1 refer to?

*J. L'Hote - Cross/Ms. Rathbun*                    1838

A     USL-1 was a Division II League that was operating at the time.

Q     And do you recall what divisional sanction USL-1 had at this time?

A     I believe it was Division II.

Q     And do you recall around what time was this project that did you for Traffic Sports?

A     If we go back to the first slide, I can tell you.  I think it's on the cover letter.

Q     Let's go ahead and do that.

      Do you see the date there?

A     Yes.  So the project would have occurred in 2007 and then our report was in January 2008.

Q     So, just to close the loop, in 2008, USL-1 had a DII sanction?

A     I believe so, yes.

Q     What were the two options for the future direction of USL-1 that you analyzed?

A     Well, I think there were a couple options and these came through initial meetings with Traffic Sports.  One I recall was a potential merger with Major League Soccer. Another was try to re-form the existing league, USL-1.  And then the last was it break away and form a new league.

Q     Did you come to any conclusions or recommendations about the option of forming a new league?

*J. L'Hote - Cross/Ms. Rathbun*          1839

A     I think our conclusion was that was the most risky option.

Q     And let's just take a look at Slide 6 at DX-123.0007.

And at the bottom of this slide, it says, Breaking away to form a separate league is a high-risk strategy and should be an option of last resort.

Do you see that?

A     Yes.

Q     And that's consistent with your recommendation that this was a high-risk strategy?

A     Yes, that was definitely our recommendation at the time.

Q     Why did you conclude that forming a separate league was an option of last resort?

A     Well, for several reasons.  The business of lower-division professional soccer is a difficult one.  And you need significant capital.  You need to have enough teams, be in the right markets, be relevant in your markets, have a stadium situation that puts you in the position to ultimately be successful from a financial perspective and to start a league would therefore be a big undertaking and therefore risky.

Q     Did Traffic follow your recommendation?

A     No, Traffic Sports, ultimately, with other teams from the USL, left and formed NASL.

*J. L'Hote - Cross/Ms. Rathbun*                    1840

Q    So Traffic chose the high-risk option?

A    Yes, under our recommendation, yes.

Q    Let's now flip to DX-123.0033.  There's a chart at the bottom of this slide that says, Franchise Stability, MLS and USL-1, 2001 through 2008.

     Are you familiar with this chart?

A    Yes.

Q    Did you prepare the data shown in this chart?

A    I believe I did.

Q    How did you compile the information that was presented in this chart?

A    I went through all the teams that competed in various leagues over a period of time and outlined the teams that were able to make it from one year to the next and teams that ultimately folded.

Q    And what does that chart show?

A    It shows the churn, the turnover of teams and how significant that was in USL and vis-à-vis Major League Soccer at the time.

Q    And you said the term "churn."  Can you explain a little bit more.  What do you mean by churn?

A    Churn is simply, you know, a team that starts to play and then ultimately folds for any number of reasons.

Q    And is churn good or bad for a league?

A    Oh, it's bad.  It's bad.

*J. L'Hote - Cross/Ms. Rathbun*                1841

Q     Why is that?

A     Well, I mean, it's bad for the team investor.  It's bad for the league.  And, in my opinion, it's bad for soccer in the sense that it shows that a professional team wasn't successful in a certain market.

Q     Yesterday, we talked a little bit about a project that you did for MLS related to lower-division soccer; do you recall that?

A     Yes.

Q     Now, we just spoke about the Traffic project.  Did there come a time when the USL moved down to Division III?

A     Yes.  USL was a Division III league after -- in 2010, there wasn't enough teams between -- or without USL or NASL to field a Division II League, the U.S. Soccer Federation ran a Division II League that comprised both of those teams from both of those leagues.  And then in 2011, NASL became a Division II League and USL became a Division III league.

Q     Now, let's take a look again at your project for MLS related to the lower divisions.  Let's pull up JX-27 which is already in evidence and let's look at the cover e-mail.

      Yesterday, Mr. Kessler talked to you about where you said, MLS run DII.  The first -- there we go.

      Can you please explain what you meant by MLS run DII?

A     Simply that MLS run its own Division II League.

Q     Did you mean that MLS should take over current DII

*J. L'Hote - Cross/Ms. Rathbun*                    1842

leagues?

A    No.

Q    Were you suggesting that MLS DII should be the only DII league?

A    No.

Q    Why did you believe that MLS should run its own DII league?

A    Because MLS had its own objectives for a lower-division league.  That, in many ways, would be different than why others would want to have a Division II League.

Q    What were some of those objections?

A    Primarily, around player development.

Q    And what was your advice to MLS following your work on this project?

A    Well, the advice was that MLS should start its own Division II League that would be open to the existing MLS teams and then potentially independent teams.

Q    Did MLS follow that advice?

A    Not at the time.

Q    If we go back and look at this, the top of this e-mail. Did you attach another document to the e-mail in addition to your presentation?

A    Looks like I attached a map.

Q    Okay.  Let's turn to that map, it's at 0015 of JX-27.
     And did you create this map?

*J. L'Hote - Cross/Ms. Rathbun*                1843

A      Yes.

Q      What does this map show?

A      The map shows the landscape of professional soccer in 2011 with regard to where professional teams were located.

Q      And, at the top of the map, it says, Eight teams are expected to compete during 2011 in the newly-sanctioned NASL DII; USL Pro DIII has announced 15 teams, nine of which are expansion franchises for 2011.

       Do you see that?

A      Yes.

Q      So that's consistent with your recollection that USL Pro was sanctioned as DIII at this time?

A      Yes.

Q      One other thing we talked about, you talked about with Mr. Kessler, Sunil Gulati; do you remember that?

A      Yes.

Q      And how did you meet Mr. Gulati?

A      I first met Mr. Gulati when I was contemplating moving to England to study the business of football in this MBA program.  And Mr. Gulati at the time was the president of the U.S. Soccer Federation and I just sent him a blind e-mail to try to get his input as to whether he thought that would be a good idea with regard to post-graduation professional opportunities in the U.S.

Q      Did Mr. Gulati respond to you?

*J. L'Hote - Cross/Ms. Rathbun*                    1844

A    He did.

Q    What happened next?

A    I recall meeting with him in his offices at Columbia University and had the conversation I just mentioned to you.

Q    Between 2011 and 2017, did you rely on Mr. Gulati for a lot of business?

A    I didn't rely on him for any business.

Q    Did Mr. Gulati ever recommend you for projects with MLS?

A    Not to my knowledge.

Q    Do you rely on referrals from Mr. Gulati in order to make a living as a consultant today?

A    No.

Q    Did you rely on Mr. Gulati for referrals between 2011 and 2017?

A    Mr. Gulati referred me to CONCACAF for a project but I never relied on him for any referrals.

Q    As far as you know, that CONCACAF project is the only referral that Mr. Gulati ever made for you?

A    As far as I know.

Q    Let's talk now about the sanctioning process for the 2018 season that you were involved in.

So you discussed your compliance role at U.S. Soccer with Mr. Kessler.  What were your responsibilities in that role?

*J. L'Hote - Cross/Ms. Rathbun*          1845

A     Well, the role has been ongoing since February 2017. Generally speaking, I administer the annual sanctioning process for all professional leagues in the United States on behalf of the U.S. Soccer Federation.

Q     And what does that entail?

A     It entails collecting information from all the leagues with regard to their teams and checking to see that they meet the Pro League Standards.  It's going out to meet with new principal team owners of teams which is one of the requirements in the Pro League Standards, visiting venues, and then reporting information back into U.S. Soccer.

Q     Do you provide a recommendation to the U.S. Soccer board about divisional sanctions?

A     Not a recommendation, no.

Q     Do you make decisions about which leagues receive divisional sanctions?

A     No.

Q     Do you make decisions about which level leagues at sanctioned at?

A     No.

Q     Who makes that's decision?

A     U.S. Soccer's board of directors makes those decisions.

Q     When you took on this compliance role in 2017, did any of the professional leagues have any reaction to you taking on that role?

J. L'Hote - Cross/Ms. Rathbun                1846

A    Yes.  When I met with USL in March of 2017, which was the first sort of kickoff meeting after I took the role, the CEO and the owner of USL, Alec Papadakis, was not happy.  He told me because he thought I was responsible for teams leaving USL in the past to form NASL.

Q    Did he tell you why he thought you were responsible?

A    Well, he knew somehow that I had worked on that report with Deloitte Sports Business Group.

Q    And yesterday, you discussed a meeting that you and Dan Flynn with U.S. Soccer had with NASL in March of 2017; do you recall that?

A    Yes.

Q    Did NASL tell you about its expansion pipeline at that meeting?

A    Yes.  NASL talked through expansion the teams that they were having discussion with and that they were on track to having 12 teams or maybe more for 2018.

Q    Did NASL make a presentation at that meeting?

A    They did.

Q    Let's pull up JX-70 which is in evidence and let's look at the attachment.

     Let's look at Slide 17 or 0017.  This says, NASL Growth & Expansion.

     Do you see that?

A    Yes.

*J. L'Hote - Cross/Ms. Rathbun*                     1847

Q     Did NASL tell you at that March 2017 meeting that NASL's current intentions are to receive -- to achieve 12-plus teams by 2018?

A     Yes.

Q     And did NASL tell you that it wanted to admit clubs in a calculated manner to avoid mistakes of the past?

A     Yes, this is all part of their presentation.

Q     Did Mr. Sehgal explain what mistakes of the past meant?

A     I don't recall the details but it was related to the instability of teams and teams folding.

Q     Let's take a look at 0019 in JX-70.  This slide is titled, Current Expansion Pipeline.

      Do you see that?

A     Yes.

Q     Did NASL tell you at this meeting that its current expansion pipeline included active expansion market discussions with eight teams?

A     Yes, it listed all these teams that they were in active discussions with and that some of the discussions led these announcements to be imminent that the teams would be joining NASL.

Q     So, in March 2017, NASL told you and Dan Flynn that it expected imminently to announce additional teams?

A     There were some teams that are asterisk there, Orange County, San Diego, and Fort Lauderdale that they thought

J. L'Hote - Cross/Ms. Rathbun                    1848

would be announced in the next 30 days and the other five teams were planned for 2018.

Q    After that March 2017 meeting, did NASL make any further statements to you about their ability to satisfy the team member requirement in the standards?

A    I was in regular communication with Mr. Sehgal and I recall NASL providing another update to us in, I believe, it was June with regard to expansion.

Q    During those discussions with Sehgal, from March 2017 to the sanctioning decision in September of 2017, did you ever tell Mr. Sehgal that NASL didn't actually need to increase the number of teams that NASL had?

A    No.

Q    Did you ever tell Mr. Sehgal or anyone at NASL that it would receive a DII sanction if NASL had only eight teams?

A    No.

Q    Are you aware of anyone from U.S. Soccer telling Mr. Sehgal or NASL that?

A    No.

Q    Mr. Kessler also spoke with you about a meeting of the U.S. Soccer board in June of 2017.

     Do you recall that from yesterday?

A    Yes.

Q    And let's take a look at PX-190 which is already in evidence and let's take a look at the attachment.

*J. L'Hote - Cross/Ms. Rathbun*                    1849

What is this attachment?

A    These are the board slides that we discussed that I presented to the U.S. Soccer board on June 8th.

Q    And did you prepare these slides?

A    Yes.

Q    And let's look at Slide 2 at 004.  There's a chart called, NASL and USL League Composition.

Do you see that chart?

A    Yes.

Q    Can you tell the jury what does this chart show?

A    This chart was just showing the league composition, the number of teams in both USL and NASL from 2011 through 2017.

Q    And let's look at Page 007.  You discussed this slide with Mr. Kessler yesterday.

Do you remember that?

A    Yes.

Q    And can you just describe for the jury what the differences between a league waiver and a team waiver?

A    Well, under the Pro League Standards, there is requirements for both leagues and teams and for certain league-required waivers, one of which is the number of teams that a league must have at different periods of time.

Q    What is a field size waiver?

A    A field waiver in this chart would be with regard to either dimensions which are 110 by 70 yards which is the

minimum for a field surface.  If it's not a grass field, if it's an artificial field, it needs to be safe for players in effect.

Q    What is a stadium waiver in this chart?

A    A stadium waiver would be with regard to the seating capacity of the venue.

Q    And what's a coaching waiver?

A    Under Pro League Standards, a head coach of a professional team at any division must have a U.S. Soccer A License, a high-level license or an equivalent from another member federation of FIFA.

Q    And how would a coach go about obtaining that license?

A    Well, you either go through U.S. Soccer's Coaching Education Program or you would work with another federation. And the Pro League Standards state that you would need to have that license within two years of your appointment.

Q    How long does it take to go through that education process to get the license?

A    Well, it would depend on what level of license you currently have for U.S. Soccer.  Below the A License is a B License.  So if you have a B License, it would take a year or more to get an A License.

Q    And there's also an ownership waiver in this chart. What does that mean?

A    There is multiple ownership requirements under the Pro

*J. L'Hote - Cross/Ms. Rathbun*                    1851

League Standards with regard to the percentage ownership that someone would need to have in the team.  That person's ability to buy the team, act on behalf of the team, and net worth requirements.

Q    And did you present these slides at U.S. Soccer board meeting in June 2017?

A    Yes.

Q    Let's pull up JX-74 already in evidence.

This is the transcript of the June 8, 2017, board meeting.

Do you see that?

A    Yes.

Q    And I just wanted to take a look at one thing in this transcript if we can turn to Page 37.

Do you see that you are speaking at this point Mr. L'Hote?

A    Can we go back?

Q    Yes.

A    I see.  Thank you.

Q    Starting at Line 6, you say, The expansion situation is that NASL has already announced one new team for 2018 in Orange County.  There's an existing USL team in that market, about 20 miles north.  They expect to announce another team later this month, and when asked for an update for this meeting, the intent is to have 12 teams by 2018.

*J. L'Hote - Cross/Ms. Rathbun*                    1852

Do you see that?

A    Yes.

Q    And so, what were you referencing there when you said, When asked for an update for this meeting?

A    Well, my role at the meeting was to provide the board with what has transpired since I was retained to help with the compliance process for USL and NASL and I was giving an overview of what the standards was as of that date.

Q    What did NASL report to you about its ability to meet the team member requirement in June of 2017?

A    Well, NASL was still saying to us that they would have 12 teams for 2018 and they had already announced a team in Orange County but that others would be coming.  And I recall asking Mr. Sehgal for an update because I was going to provide information to U.S. Soccer's board.

Q    Did NASL raise any issues with you about its ability to meet the 12-team requirement within the time allotted for the sanctioning decision at that point?

A    No, the messaging was still the same from our March meeting that they were on track to get to 12.  At least 12.

Q    Did you also visit USL in March of 2017 as part of your duties for compliance in U.S. Soccer?

A    Yes.

Q    Did USL present you with any materials during that meeting?

*J. L'Hote - Cross/Ms. Rathbun*          1853

A     Yes, USL provided a similar written update to us.

Q     Did you discuss with USL how to planned to cure its waivers at that meeting?

A     Yes.

Q     Let's take a look at DX-661 for identification and turn to the next page.

Do you recognize this document Mr. L'Hote?

A     At this time, the -- I think there was an attachment that comes after this.  This is the update that we were provided around the time of our -- or at least my initial meeting with USL.

MS. RATHBUN:  I would like to move to admit DX-661.

MR. KESSLER:  No objection.

THE COURT:   It's admitted.

(Defendant's Exhibit DX-661 .)

Q     Please turn to the Bates Page ending in 227.

This is the attachment; is that right?

A     Yes.

Q     Can you please describe for us what does Schedule 1 for this document show?

A     So this was a list of the existing USL teams and indicating whether USL thought they were fully compliant or what updates were on the waivers that they required for 2017.

*J. L'Hote - Cross/Ms. Rathbun*                    1854

MS. RATHBUN:  We can take that down.

Q    Yesterday, Mr. Kessler also asked you about this meeting that you had with USL and some MLS representatives in June of 2017; do you recall that?

A    I recall the discussion.  I don't recall the date of the meeting.

Q    Does June 26, 2017, sound about right?

A    Yes.

Q    At that meeting, did you or anyone else provide assurances to USL that U.S. Soccer would give special consideration to MLS-2 clubs when assessing the USL sanctioning application for the 2018 season?

A    No.

Q    Are you aware of any other team in which U.S. Soccer provided any assurances like that to USL or to MLS?

A    No.

Q    Yesterday, you also discussed the application deadline for DII applications for the 2018 season; do you remember that?

A    Yes.

Q    Did you propose setting the deadline for August 15, 2017, in order to benefit USL?

A    Not to benefit USL, no.

Q    Did you propose setting the deadline on August 15th to benefit MLS?

A    No.

Q    Did you believe that asking NASL and USL to submit their applications in August impeded their ability to meet the standards?

A    No.

Q    Why not?

A    Well, with regard to both leagues, they were aware from our March meetings what the expectations were and we were told by both leagues that they would meet those expectations and were taking everybody at their word.

Q    Did NASL complain to you about the August 15th deadline after it was announced?

A    Not to my recollection, no.

Q    Before the September 1, 2017, board meeting, did NASL ever tell you they needed more time?

A    Not to my recollection, no.

Q    Let's talk about NASL's application.

So NASL submitted its application on August 15, 2017; is that right?

A    Yes.

Q    Let's look at JX-76.  This is NASL's application?

A    This is the cover letter with a link to their information.

Q    And NASL had not cured its waivers at the time of this application; is that right?

*J. L'Hote - Cross/Ms. Rathbun*                    1856

A     It presented -- still presented only eight teams in August, on August 15th.

Q     Let's look at PX-193 which Mr. Kessler discussed with you this morning.  And I want to take you to Page 4 of that memo where you're discussing NASL's requested waivers.

Can you go to the paragraph that starts, "notwithstanding."  And here you say, Notwithstanding its assertions during and after the 2017 sanctioning process that the league would field the required 12 teams located in the requisite time zones for its 2018 season, NASL's August 15, 2017, submission again includes eight teams; correct?

A     Yes.

Q     Can you explain that means for the jury?

A     It's a summary that even though we were told by Mr. Sehgal and Mr. Bruce in March, and then reiterated by Mr. Sehgal in June, that NASL would have 12 or more teams for 2018.  The application we received in August only included eight teams and that two of the existing teams in Edmonton and San Francisco were not going to return to the league.

Q     Did that tell you anything about the stability of the league?

A     Well, yes, just that NASL continued to be an unstable league.

*J. L'Hote - Cross/Ms. Rathbun*                    1857

Q    Mr. Kessler also talked to you about the Pro League Task Force meetings and calls that you attended; do you recall that?

A    Yes.

Q    At any task force meeting that you attended before the September 1, 2017, board meeting, did task force members agree about how they would meet on NASL's DII application?

A    I'm sorry, will you say that again, please.

Q    At any task force meeting that you attended before the September 1, 2017, board meeting, did the task force members agree with each other about how they would vote on NASL's DII application?

A    Yes.  My recollection is that there was a recommendation coming from the Pro League Task Force at some point close before the September 1st board meeting.  I just don't remember when.

Q    That was the recommendation, not the vote; correct?

A    That was what the board was going to recommend, but it was a recommendation.  I had been told the board doesn't always follow Pro League Task Force recommendations.

Q    Did you get any updates from NASL regarding its application before the board meeting?

A    Yes.  The day before the board meeting, I received a call from Mr. Sehgal where he told me a couple things including that NASL was going to bring a few members, team

*J. L'Hote - Cross/Ms. Rathbun*                1858

members, to the meeting and request three years to come into compliance.  He also told me that NASL wanted to add a new team in Detroit.

Q    And did you pass along that information to the task force?

A    I believe so.

Q    Let's look at DX-738 just for identification.

Do you see this is an e-mail from you to Carlos Cordeiro dated August 31, 2017?

A    Yes.

Q    Are you familiar with this e-mail?

A    I am now looking at it.

MS. RATHBUN:  I would like to move to admit DX-738.

MR. KESSLER:  No objection, your Honor.

THE COURT:  All right.  So admitted.

(Defendant's Exhibit DX-738.)

Q    This e-mail says, I just spoke with Rishi who advised me of the following.

Do you see that?

A    Yes.

Q    Who is Rishi?

A    Rishi Sehgal.

Q    And here, the first bullet says, NASL seeking to add Detroit as a 2018 team.

J. L'Hote - Cross/Ms. Rathbun                    1859

Do you see that?

A    Yes.

Q    And do you recall your reaction when Mr. Sehgal told you that NASL was adding a Detroit team the day before the board meeting?

A    Only surprised because we hadn't talked about Detroit before then in any detail.

Q    What was your impression of the seriousness of the Detroit team that NASL was seeking to add at this point?

A    Well, there just wasn't much information to make a determination.  And, yeah, it was just notice that, hey, we want to add Detroit.

Q    And then you wrote, We'll also ask USSF for a three-year window to meet DII standards Re:  Number of teams.  And in quotations you wrote, We didn't know in December/January that August would be our deadline for the 2018 season.

Do you see that?

A    Yes.

Q    What was your reaction to hearing Mr. Sehgal say he didn't know in December or January that August would be the deadline for the 2018 season?

A    That topic had never been raised by Mr. Sehgal before.

Q    So let's talk about the September 1, 2017, board meeting.

You spoke with Mr. Kessler about the waivers that USL was requesting and that you presented to the board at that meeting; do you recall that?

A     Yes.

(Continued on the next page.)

J. L'Hote - Cross/Ms. Rathbun          1861

BY MS. RATHBUN:  (Continuing.)

MS. RATHBUN:  And let's just pull up JX-78, slide five.

(Exhibit published.)

MS. RATHBUN:  Go to the next slight, slide six.

Q    This was the USL waivers that you presented to the board?

A    Correct.

Q    As you discussed, I think yesterday and a bit today, there were some waiver requests that had been added from June to this point in time; is that right?

A    In terms of -- yeah, the total number changed.

Q    And if YOU look at this chart, it looks like potentially Pittsburgh needed a coach waiver and Tulsa needed an ownership waiver.  Is that consistent with your recollection?

A    I don't understand the question.  In terms of what was added?

Q    Yes, what was added.

A    I would have to compare the two to understand what was different.

Q    Well, Pittsburgh and Tulsa, are they independent USL teams or were they MLS teams?

A    No.  They were both independent teams.

Q    Mr. Kessler also asked you how you viewed team waivers and league waivers yesterday.  Do you remember that?

A    Yes.

SN          OCR          RPR

J. L'Hote - Cross/Ms. Rathbun                    1862

Q    Did you view the weight of the waivers that NASL was requesting as the same as the weight of the waivers that the USL teams were requesting?

A    Well, no, in my view not having an appropriate number of teams as -- for a league is sort of a structural -- a more significant waiver than not having a coaching license or the minimum field dimensions.

Q    Did NASL make a presentation to the board at that meeting?

A    On September 1st, yes.

Q    What do you recall about that presentation?

A    I recall that Mr. Sehgal was there, Mr. Commisso from the New York Cosmos and Mr. Palmer from Jacksonville who were the team owners and that this was their asking for time to come up with a plan to meet the team waiver requirement and asking for three years to do that.

Q    Did NASL present what it presented to you back in March at that September 1st board meeting?

A    Well, in March 2007, NASL's plan, the plan they presented, was that it will have twelve or more teams by 2018 and here is the list of teams we're in discussions with.

Q    And what did they present at the September 1, 2017 board meeting?

A    I don't recall any -- there was no detail presented. Just that we need time to come up with a plan.

SN        OCR        RPR

J. L'Hote - Cross/Ms. Rathbun          1863

Q     Do you recall the board deliberations at the September 1, 2017 meeting regarding NASL's application?

A     Generally, yes.

Q     Do you recall, was Mr. Garber present for deliberations?

A     No.  No member of one of the pro leagues was ever present at deliberations on that topic, on the topic of sanctioning.

Q     What do you recall about the deliberations?

A     I recall -- I presented information as to where each of the leagues were at that point, you know, what the waivers had been, what the expectation had been, what our discussions had been and just factually where things stood.  And then the board had a conversation, you know, around both leagues.

Q     You recall the board discussing D-II sanction versus a D-III sanction for NASL?

A     I don't recall a specific conversation between -- only D-II.  I don't recall a Division III conversation.

Q     Do you recall NASL's representatives speaking about Division III at that board?

A     The owner of North Carolina was a representative on the -- of pro leagues at the time.  I do recall his speaking to the board.

Q     Do you recall Mr. Palmer or Mr. Commisso making any comments about D-II or D-III at the board meeting?

A     I remember Mr. Commisso and/or Mr. Palmer and maybe Mr. Sehgal, too, talking about their desire to be Division II

SN          OCR          RPR

J. L'Hote - Cross/Ms. Rathbun                1864

and not Division III.

Q    And do you recall your impression of that position about D-II and D-III that NASL shared with the board?

MR. KESSLER:  Objection, Your Honor --

THE COURT:   I'll allow it.

A    Well, my impression from, you know, the work that I had done and not just for U.S. Soccer for the last several months, but, you know, since I started my firm, was at the time of 2017, 2018, there wasn't a major distinction between the label of Division II and Division III in the United States that there were several Division III teams who outperformed Division II teams in terms of their attendance and their revenue generation and their bottom line financials.

And, that, you know, I was ultimately surprised that NASL didn't apply to play in Division III while they got their act together.

Q    Let's talk a little bit about the board's decision relating to USL.

From 2011 until 2016 what division was USL?

A    USL was Division III until they were provisionally sanctioned as Division II in 2017.

Q    And do you recall the U.S. Soccer board's decision on September 1, 2017 with respect to the USL's application for a D-II sanction?

A    Well, yeah, I recall back and forth conversations with

SN        OCR        RPR

J. L'Hote - Cross/Ms. Rathbun                1865

the board about not having the information that they needed to -- to make a decision because there was still questions as to how USL was going to cure these team waivers.

Q    Now, before we talk about what happened after the board decision, I want to clarify one statement that you made earlier about the Pro League Task Force and board discussions and that I want to make sure is clear.

You -- you may have referred to a board recommendation regarding NASL's divisional sanctioning when you were talking about the task force.  To be clear, did you mean that the Pro League Task Force was making a recommendation to the board?

A    Yes, the Pro League Task Force made a recommendation to the board at the September 1st meeting.

Q    And the Pro League Task Force discussed what that recommendation would be before the meeting?

A    We had several meetings with the task force and at one of those meetings before the board meeting they determined what the recommendation was going to be.

Q    And is it your understanding that the board doesn't always follow the task force recommendations?

A    Yes, I was told that.  I was new to U.S. Soccer but I was told in prior years that the board went a different direction from --

MR. KESSLER:  Objection, Your Honor.  Hearsay.

SN        OCR        RPR

J. L'Hote - Cross/Ms. Rathbun                 1866

THE COURT:   It's already answered.

BY MS. RATHBUN:

Q     To your knowledge, the board itself doesn't make recommendations, does it?

A     I'm sorry, the board doesn't make recommendations?

Q     Itself, the board makes decisions, not recommendations?

A     Yes, they're the ultimate decision maker.

Q     Thank you.  Now, going back to USL, the board asked USL to provide to information in thirty days to U.S. Soccer; correct?

A     That was the result of the September 1st board meeting with regard to USL, yes.

Q     And did USL provide that information 30 days later?

A     Yes.

MS. RATHBUN:  Let's look at DX-766.

(Exhibit published.)

BY MS. RATHBUN:

Q     And this is a letter -- do you recognize this letter?

A     Yes.

Q     On the first page in the first paragraph USL says, "Next season USL will have 31 teams that meet and exceed all Division II professional league standards, more than twice the number required by USSF."

Do you see that?

A     Yes.

SN       OCR       RPR

J. L'Hote - Cross/Ms. Rathbun                1867

Q    Did you agree with USL's math there?

A    No -- well, they still needed some waivers, so -- and I think they had 31 teams, so probably not.

Q    Do you recall how many waivers as well -- USL had by the time it was sanctioned in January of 2018?

A    I believe the number was eleven, but I'm not 100 percent sure.

Q    Okay.

        MS. RATHBUN:  Let's look at PX-218.

        (Exhibit published to witness only.)

Q    This is an e-mail from Lydia Wahlke to Alec Papadakis copying you and Dan Flynn?

A    Yes.

Q    Do you recognize this e-mail?

A    Now that I see it, I recognize it, yes.

Q    Let's turn to the next page.  Do you recognize this letter?

A    Yes, this is the update or this is the -- I'm sorry, the actual sanctioning letter that went to USL.

        MS. RATHBUN:  Your Honor, I move to admit PX-218.

        MR. KESSLER:  No objection.

        THE COURT:   So admitted.

        (Exhibit PX-218 received in evidence.)

        (Exhibit published.)

BY MS. RATHBUN:

J. L'Hote - Cross/Ms. Rathbun                1868

Q    Now, in this letter you discussed with Mr. Kessler before that U.S. Soccer had given USL some more time to cure these waivers.  Do you recall that?

A    Yes.

Q    Did USL still have to reapply each year for a sanction?

A    Yes.

Q    Did U.S. Soccer place any other conditions on USL?

A    I think there's language in the sanctioning letter in terms of what the expectations would be.

Q    Let's look at the next page.  You see there's four requirements there?  Are those the additional requirements that U.S. Soccer put on USL?

A    Yes, and I believe even on the first page there were some other expectations with regard to stadium upgrades.

Q    And specifically what were those expectations?

A    If we can go back to the first page so I can remember what the teams were.

So towards the bottom of the second paragraph it talks about Charlotte and Pittsburgh would increase their seating capacities for the 2018 season and that all waivers would be cured prior to the start of the 20/20 season.

Q    And U.S. Soccer listed the outstanding waivers in this letter; correct?

A    Yes.

Q    And those waivers are in the list from one to 11 in this

SN        OCR        RPR

J. L'Hote - Cross/Ms. Rathbun          1869

letter; is that correct?

A     Correct.

Q     And these teams listed with waivers, are these USL independent teams or MLS B teams?

A     All of these teams are independent team no MLS B teams.

Q     So the MLS B teams had cured all of their waivers by January 16, 2018?

A     Yes that was one of the big developments from the August 15th USL application.

Q     Are MLS teams -- MLS B teams still affiliated with USL today?

A     No.

Q     What happened to the MLS B teams?

A     MLS ultimately started its own Division III men's league in, I believe, it was 2022 and the teams play there now.

Q     And as you mentioned before, you still have this compliance role for U.S. Soccer; is that right?

A     Yes.

Q     And as part of that work, do you receive information from the professional leagues regarding the number of teams that they have in their leagues?

A     Well, I track that closely, yes.

Q     Now, in 2017 do you recall how many teams played in professional leagues sanctioned by U.S. Soccer?

A     I don't know the exact number.  I think it's 70 or

L'Hote - recross - Kessler                1870

thereabouts.

Q    And in 2024 how many teams are playing in professional leagues sanctioned by U.S. Soccer?

A    In 2024 I know there were 125 teams and there's some -- obviously some new leagues also since 2017.

Q    Okay.  Just a couple of more questions, Mr. L'Hote.

A    That's fine.

Q    Mr. L'Hote, did you agree with anyone at U.S. Soccer or MLS to deny NASL's sanctioning applications?

A    No.

Q    Are you aware of any agreements between anyone at U.S. Soccer and anyone at MLS to deny NASL's sanctioning applications?

A    No.

          MS. RATHBUN:  No further questions.  Thank you.

          THE COURT:   Recross.

RECROSS EXAMINATION

BY MR. KESSLER:

Q    If we can look first, Mr. L'Hote, at DX-1023 that was shown to you by counsel.

          (Exhibit published.)

Q    I'm sorry, it's the Deloitte report.

          MR. KESSLER:  It's DX-123, sorry.

          (Exhibit published.)

Q    You got asked some questions by counsel about this report

SN       OCR       RPR

L'Hote - recross - Kessler                    1871

that you did for Mr. Davidson in -- and this was in 2008; correct?

A    Well, the report was 2008.  The project I think was in 2007.

Q    Okay.  And at that time, Mr. Davidson was part of the USL; is that correct?

A    At the time, Mr. Davidson was employed by Traffic Sports who owned a team that played in USL.

Q    Right.  And he was seeking advice from you as to how best to pursue the options under Division II and other opportunities in professional soccer; correct?

A    Mr. Davidson wasn't happy with how things were going and wanted to know what else they could do.

Q    And Mr. Davidson and Traffic Sports eventually became one of the founders of what became NASL; correct?

A    Correct.

Q    Okay.  And one of the things he asked you to consider is the possibility of developing a league that would eventually compete in Division-I with Major League Soccer; correct?

A    If that was feasible, yes.

Q    There's an extensive discussion of that option in this report; correct?

A    I don't remember the report, to be honest with you.

Q    Let's look at page six.  On page six -- in page six you're talking about -- maybe this doesn't show where it is.

SN       OCR       RPR

L'Hote - recross - Kessler                1872

Let's go back to page five.  This is talking about USL-1 competing with MLS; correct.  That was one of the things you were looking at?

A    If I can just have a moment to look at it, please.

Q    Sure.

A    (Reviewing.)

Q    All I'm asking, sir --

THE COURT:   Let him read it, please.

A    Okay.  I'm sorry, what was your question?

Q    One of the subjects you looked at was the possible success or lack of success USL would have in competing in growing into a league to compete with MLS; correct?

A    That there was just such a big gap between USL and MLS.

Q    Okay.  And you reach a conclusion about this in this report; correct?

A    Well, I think we -- I think we got down to three potential options and the presentation was around trying to reform USL.

Q    Let's look at page 60.

MR. KESSLER:  This was not the one I was looking for.

Q    I apologize.  Let's look at the next page.

MR. KESSLER:  Go back, I'm sorry.  Go back to the beginning of this.  The next one, the next one.  At the very end at page 60.  Go back a few pages.

L'Hote - recross - Kessler                1873

I apologize.  I just looked at this document for the first time.

Could we go to page 58 or 59?

BY MR. KESSLER:

Q    We're talking here is your strategic summary?

A    That's the caption of the page.

Q    Right.  And the first one you consider underneath that is competing with MLS; correct?

A    Correct.

Q    Take a look at the conclusions on the bottom right.

THE COURT:   Do you want to take a look at the document in the book?  Is that easier.

A    If you can take the conclusions off for a second --

THE WITNESS:  I can read the slide here, Your Honor. Thank you.

A    Yes, there's two separate things on this page.  One is USL completing with MLS and one is USL merging with MLS.

Q    Okay.  Look at the conclusion on the bottom right side, right, and your conclusion was, "It does not seem feasible for USL-1 to actively follow a strategy to compete with MLS, nor to merge with MLS in the foreseeable future.  The more achievable vision for USL-1 is as a viable alternative league to MLS, but operating in a mixture of larger and mid-markets."

Do you see that?

A    Yes.

L'Hote - recross - Kessler                    1874

Q    Okay.  Did you know that is the strategy which NASL adopted at its formation when Mr. Davidson helped formulate that league?

A    I'm not familiar with what happened after I finished this project with regard to NASL.

Q    Do you know that NASL after this project formed the league in which it looked to be in a mixture of larger and mid markets and grow into a league that could compete with MLS and apply for Division-I section?

MR. BUTERMAN:  Objection.

THE COURT:  Sustained.

BY MR. KESSLER:

Q    Do you know anything about what happened after you gave this advice to Mr. Davidson?

A    Just that NASL after their launch had substantial problems with teams failing.

Q    Now, you agree with me that back in 2008, Mr. Davidson was already considering the option of how he could develop a league to compete with MLS and become a Division-I league; correct?  That's what he was discussing as one of the options with you?

MS. RATHBUN:  Objection.

THE COURT:  You can answer, if you can.

BY MR. KESSLER:

A    Mr. Davidson was asking our advice as to what the options

SN        OCR        RPR

L'Hote - recross - Kessler                    1875

were and we came up with our conclusions.

Q    Now, as part of your study, you looked at the history of MLS in this report; correct?

A    We looked at MLS for a period of time.  I don't recall the period of time we looked at MLS.

Q    Do you recall that you concluded that in its early years, in its first seven or eight years, MLS was unstable?

A    I don't recall any of that as part of the report.  I recall that MLS lost two teams early in its -- early in its history, but then has had no team failure subsequent to that.

Q    How many years did it take MLS to get to 14 teams?  Do you know?

        MS. RATHBUN:  Objection, scope.

        THE COURT:   Sustained.

BY MR. KESSLER:

Q    Let me move on to another subject.  You spoke on counsel's -- during your deposition by counsel for defendants about the difference between, in your view, between team and league waivers; correct?

A    Yes.

Q    A stadium capacity waiver is a team waiver; correct?

A    Correct.

Q    And you consider a team waiver to be less significant than a league waiver; correct?

A    Not all league waivers, just the number of teams in a

SN        OCR        RPR

L'Hote - recross - Kessler                    1876

league waiver.

Q    Okay.  How about the league waiver for time zones?  Do you consider that to be more or less important than a team waiver?

A    I don't know if it's less or more important, but it's less important than the number of team waivers.

Q    You agree that a stadium waiver is a team waiver; correct?

A    Yes.

Q    And many of the waivers we looked at that USL needed were stadium waivers; correct?

A    For what period of time?

Q    For the '18 season.  Remember we put up a chart and '17 and '18 were a number of stadium waivers?

A    We would have to go back to the list of eleven.  I don't remember how many were stadium waivers.

Q    When you were looking at the 21 at the time of the September 1, 2017 meeting, were a number of them stadium waivers?

A    There were stadium waivers.  I just don't remember the number of them.

Q    Was it more than three?  More than four?  Do you recall?

A    Can we put up that chart and we can --

        MR. KESSLER:  DX-78 if you go back and find the chart, please.  It's a few pages in.

SN        OCR        RPR

L'Hote - recross - Kessler                1877

(Exhibit published.)

MR. KESSLER:  Go to USL --

BY MR. KESSLER:

Q    So with respect to stadium waivers I'm reading twelve, right; and then it went down to eight?

A    Correct.

Q    That's a lot of stadium waivers; right?

A    Eight of 21 were stadium waivers.

Q    Okay.  Did you know that when NASL applied for D-I sanctions in 2016, it also needed eight stadium waivers?

MS. RATHBUN:  Objection.

THE COURT:  Sustained.

BY MR. KESSLER:

Q    Okay.  Could we look at PX-180?

(Exhibit published.)

Q    You testified with your counsel that when you made the recommendation to accelerate the application deadline for NASL and USL, you weren't trying to hurt -- you weren't trying to hurt NASL.  Was that your testimony?

A    Well, the deadline wasn't accelerated, but nobody was trying to be hurt by the deadline.

Q    What do you mean not accelerated?  It used to be in November -- it used to be later than August 15th; correct?

A    I'm not familiar with the timeline before I came into the role, but one of my observations was that leagues needed to

SN        OCR        RPR

L'Hote - recross - Kessler                1878

understand their sanctioning decision as early as possible so that leagues and teams can prepare for the upcoming season.

I don't know how the process worked prior, but August was the deadline for -- for the 2018 applications.

Q    You're sure you didn't know there was an accelerated deadline?  That's what you're telling this jury right now?

A    I don't know what the deadlines were prior to when I started.

MR. KESSLER:  PX-190, please.

(Exhibit published.)

Q    Mr. L'Hote are these slides that you prepared?

A    This is -- for the June board meeting, yes.

Q    Okay.  Take a look at slide six, please.

Okay.  I'm reading "notified leagues of accelerated 2018 sanctioning process."

Were those your words?

A    Yes.

Q    And you just told the jury you didn't know it was accelerated; right?

A    What was intended I think by that was that the decisionmaking process wasn't going to happen over the holiday period.  I didn't know -- I don't know if there were deadlines in the prior years.

Q    You knew you were accelerating the process.  That's the words you wrote in this chart; right?

SN        OCR        RPR

L'Hote - recross - Kessler                    1879

A    I used those words, but I used them in a sense that the board was going to get information sooner than they had in -- at least the last year.

Q    Do you understand the word accelerated to mean going faster?

A    Yes, that the board was going to get the information sooner than they had in the past.

Q    Right.  The deadline was accelerated.  Why are you -- never mind.

Let's go to PX-180.

(Exhibit published.)

Q    And in PX-180 which we reviewed yesterday, you were talking about two scenarios, whether NASL would have in scenario want eight or more viable teams in number one, or NASL would have less than eight teams; correct?

A    Yes, that's part of that --

Q    Yes, is fine?

A    -- as part of --

Q    I would like a yes or no answer, if I can get it.

THE COURT:    Let him finish.

What was the answer?

THE WITNESS:  That yes, in terms of the performance bond issue with NASL.

BY MR. KESSLER:

Q    And then looking at the paragraph right under your two

L'Hote - recross - Kessler                1880

scenarios, it follows immediately, "2018 league application deadlines and board sanctioning decisions date becomes critical particularly re whether NASL will have enough teams to apply for D-II."

Correct?  That's what you wrote?

A    Correct.

Q    And then your thought was to recommend the league application deadline be of August 15th; correct?

A    Correct.

Q    Okay.  Now, the final thing I want to ask you -- well, two things.

Let's look at Plaintiff's Exhibit -- Plaintiff's Exhibit 218.

(Exhibit published.)

Q    You reviewed this letter from Ms. Wahlke to Mr. Papadakis in January 16th of 2018.  Do you recall doing that?

A    I'm sorry, do I recall?

Q    Do you recall reviewing this letter with counsel?

A    Just today, yes.

Q    Okay.  And if we can blow that up, you'll see that it says, "This is to provide you with notice that on January 14, 2018, U.S. Soccer's board of directors voted to sanction the United States Soccer League as a Division II men's professional league for 2018 pursuant to the professional league standards subject to certain caveats as noted below."

SN        OCR        RPR

L'Hote - recross - Kessler                    1881

And that was a full sanction, right; not a provisional sanction?

A    Correct.

Q    Okay.  And then it said the following, if you look at the second sentence, "The board also recognizes" --

MR. KESSLER:  No, go to the next section.

Q    "In addition the board is relying on USL's representation in its October 2017 submission and subsequent e-mailed communications that the Charlotte and Pittsburgh venues would increase seating capacity at their venues to meet the D-II requirements for 5,000 seats prior to USL's 2018 season and, further, that all waivers would be cured prior to the start of USL's 2020 season."

Correct?

A    I see that, yes.

Q    So, for the; 18 season, they didn't have to be in compliance, they got waivers; correct?

A    The eleven waivers that are listed below.

Q    Right.  For the '19 season, another year they didn't have to be in compliance under this letter; correct?  They would have to get waivers again?

A    I believe there were still waivers in 2019 -- I don't know if they were the same or not.

Q    Right.  And it wasn't until the third year that they were saying they had to be in compliance; correct?

SN        OCR        RPR

L'Hote - recross - Kessler                    1882

A    I'm sorry, who was saying?

Q    Ms. Wahlke is telling them they don't have to be in compliance until prior to the start of the 2020 season, right; three years away?

A    She was saying that the expectation is that all the waivers would be -- prior to the 2020 season.

Q    Right.  And in the 2020 season, did USL still get some waivers?

A    Yes, I believe USL got some waivers.  I don't remember which ones they were.

Q    Right.  So despite the fact that they were told that they must be in compliance before the 2020 season, they still needed waivers, correct, and they got them?

A    USL received waivers, right.

Q    Final point, you got asked questions about what recalled about the deliberations regarding the granting of sanctions at the September 1, 2017 board meeting.  Do you remember that?

A    Yes.

        (Continued on the following page.)

SN        OCR        RPR

*L'Hote - Cross - Mr. Kessler*                    1883

BY MR. KESSLER (Continuing):

Q    Did you recall Mr. Gulati talking about "pillow talk"?

A    I reread that recently.  I can sort of remember pillow talk but I don't remember the context.

Q    Do you recall them talking about the idea that if NASL was denied a sanction and USL was given time, that this could force a situation where NASL ceases and its teams go into USL?

Do you remember that during deliberations?

MS. RATHBUN:  Objection.

THE COURT:  Sustained.

MR. KESSLER:  No further questions, your Honor.

THE COURT:  Any redirect.

MS. RATHBUN:  Just one question, your Honor.

*Linda A. Marino, Official Court Reporter*

*L'Hote - Redirect - Ms. Rathbun*                1884

REDIRECT EXAMINATION

BY MS. RATHBUN:

Q    Mr. L'Hote, Mr. Kessler showed you some documents from early in 2017 where there were statements regarding accelerating the timeline of the application for divisional sanctioning; do you recall that?

A    Yes.

Q    At that time, had NASL told you that it was on track to meet the twelve-team requirement?

A    At our March meeting, yes.

Q    And before the June board meeting, had NASL also stated to you that it believed it would meet the twelve-team requirement?

A    Yes.

        MS. RATHBUN:  Thank you.  No further questions.

        THE COURT:   Anything else.

        MR. KESSLER:  Nothing from me.

        THE COURT:   Thank you.  You're excused.

        THE WITNESS:  Thank you.

        THE COURT:   Why don't we let the jury out.

        Ladies and gentlemen, we're going to take our prelunch break and we'll be back within 10 or 15 minutes. Thank you.

        (Jury exits; witness excused.)

        THE COURT:   Who is our next witness.

*Linda A. Marino, Official Court Reporter*

*Proceedings*                                                    1885

MR. KESSLER:  They said they're calling Clark Hunt, I believe, your Honor.

THE COURT:  How long will the direct be, about.

MR. PERRA:  Your Honor, it's probably 30 to 45.

THE COURT:  So, that will probably -- how long is -- that will probably take us to the short lunch break, then.

MR. PERRA:  Full disclosure, I did not tell him you were a Bills fan, your Honor.

THE COURT:  Well, as a New York -- as the only real New York team, he's lucky we're not in the Western District.

MR. KESSLER:  No one could argue with either of those points, your Honor.

(Recess taken.)

THE COURT:  Is there a witness binder, Mr. Perra.

MR. PERRA:  There's no documents for this witness, your Honor.

(Jury enters.)

THE COURT:  You can be seated.

Mr. Perra, do you want to call your witness?

MR. PERRA:  We call Clark Hunt, your Honor.

(Witness takes the stand.)

THE COURT:  If you could stand, please, and face Mr. Neptune.

(Witness sworn).

*Linda A. Marino, Official Court Reporter*

*Proceedings*                                                1886

THE COURT:  If you could, just sit and try to pull yourself up as close to the mic as possible.

Whenever you're ready, Mr. Perra.

MR. PERRA:  Thank you, your Honor.

(Witness takes the stand.)

THE COURTROOM DEPUTY:  Raise your right hand.

(Witness sworn/affirmed.)

THE COURTROOM DEPUTY:  Have a seat.  Please state and spell your name for the record.

THE WITNESS:  Clark Hunt.

(Continued on the next page.)

Hunt - direct - Perra                    1887

CLARK HUNT,

                called by the Plaintiff, having been

                first duly sworn, was examined and testified

                as follows:

DIRECT EXAMINATION

BY MR. PERRA:

Q    Good morning, Mr. Hunt.

A    Good morning.

Q    Would you mind introducing yourself to the jury?

A    Yes, my name is Clark Hunt and I live in Dallas, Texas. I've been married for over 30 years and have three children with my wife.  I attended Southern Methodist University and received a business degree in 1987.  I also played on the school's soccer team for four years.

        And I'm currently the chairman and CEO of the Kansas City Chiefs and FC Dallas in Major League Soccer.

Q    Thank you.

        What is FC Dallas that you mentioned in your answer just then?

A    FC Dallas is one of the charter members of Major League Soccer.  It's a team that plays its games in Frisco, Texas, which is 20 minutes north of Dallas.

Q    What year did you begin operating FC Dallas?

A    We began operating FC Dallas in 2002.

Q    How long have you and your family, the Hunt family, been

Linda A. Marino, Official Court Reporter

Hunt - direct - Perra                    1888

involved in Major League Soccer?

A    Our involvement with the league goes back to the founding of the league in 1995.  My father, Lamar Hunt, was the owner of two franchises in the first several years of the league: The Columbus Crew, which played in Columbus, Ohio; and the Kansas City Wizards, which played in Kansas City.

Q    You mentioned your dad, Lamar Hunt.

Could you please tell the jury about your dad and his career in the sports business?

And I guess probably it makes sense to start with football.

A    So, my dad after graduating from school decided that he wanted to pursue a career in professional sports.  He initially wanted to buy an expansion team from the National Football League for his hometown of Dallas, Texas.

Unfortunately, when he approached the commissioner in 1958, he was told two things:  First of all, the league was not interested in expanding; and, secondly, Dallas was a bad market for pro football.

My dad then spent the next year trying to buy one of the existing NFL teams and move it to Dallas and he was not successful.  But on one of his last visits with one of the owners of the NFL team which was called the Chicago Cardinals, which is the same team that now plays in Arizona, he learned that there were other people who had approached that owner

Linda A. Marino, Official Court Reporter

Hunt - direct - Perra                    1889

about buying a team.

And, so, he was on an airplane flying home from Miami, and he later said it was like a light bulb went off in his mind. He said: If there are other people interested in owning teams in markets that don't have NFL franchises, I'll start my own league.

And, so, he asked the stewardess on the flight for some stationery and he wrote the business plan for the American Football League on the flight back home.

He then spent most of the next year, year and a half, pulling his league together, finding a group of owners who would help him start that league. And that league did, in fact, launch in 1960. His team was called the Dallas Texans.

And that league after five or six years was able to negotiate a merger with National Football League and it's the reason why today we have a NFC conference and an AFC conference. The American Football League became the AFC.

Q    Interesting fact on the Dallas market. I take it that didn't work out so well for the original commissioner of the NFL.

In football now, you mentioned the Kansas City Chiefs.

What's your involvement with the Kansas City Chiefs?

A    I'm chairman and CEO of the team. The head coach, general manager, and president of the club all report to me.

*Linda A. Marino, Official Court Reporter*

Hunt - direct - Perra                           1890

I've had that role for approximately the last 15 years.

Q    Thank you for that.  You talked about your dad's involvement in football and the founding of the AFL.

What about his involvement in professional sports, in basketball?

A    So, in the late 1960s, after the NFL and AFL had agreed to merge, my dad became interested in getting involved in some other sports.  One of those was professional basketball.

He was approached about owning a new expansion team in the Chicago market, the team that became the Chicago Bulls.  He decided that he didn't want to be the controlling or operating owner but instead wanted to be a minority owner in the Chicago Bulls.  And, so, he ended up with a small stake in the Bulls, which our family still owns today.

Q    What about tennis?

A    My dad was a fan of the sport of tennis, having played recreationally with my mother for many years.  And he really believed that the sport had an opportunity as a professional sport.  In the late 1960s, tennis was very much an amateur sport.  The top players were really not paid.  There were only a handful of big tournaments, like U.S. Open and Wimbledon.

So, he made the decision to start a professional tennis circuit called World Championship Tennis.  And that circuit played matches all over the world and had a championship at the end of the season in Dallas, which was at

*Linda A. Marino, Official Court Reporter*

Hunt - direct - Perra                          1891

Moody Colosseum on the SMU campus.

And that circuit lasted for a little bit over 15 years and really revolutionized the sport of tennis. It became the pro tennis that we know today.

Q    And last, when did your family first get involved in professional soccer?

A    So again in the late 1960s, my dad had been exposed to this world of sport of soccer. And that exposure was really through a couple of World Cups. And in 1966, there was a very famous World Cup final played between West Germany and England, and my dad watched that game on TV and was very captivated by the fans. He saw the fans and the chants and the traditions that they had.

And he also looked at the field and said: You know what? That field is about the same size as an American football field. I think it would make sense to get involved in the sport of soccer because when the NFL season is off, which is during the spring and summer, we could play soccer during that time of year in the United States.

So, he was part of a group that founded a league called the North American Soccer League and his team was the Dallas Tornado. That league lasted until the early 1980s and then it went out of business.

Q    Okay. What about the first involvement that you and your family had with respect to Major League Soccer?

*Linda A. Marino, Official Court Reporter*

Hunt - direct - Perra                          1892

A       In 1994, the U.S. was poised to host the World Cup for the first time.  And part of the mandate that had been given to U.S. Soccer for the rights to get to host the World Cup was to start a new professional league.  I mentioned that the North American Soccer League had gone out of business in the 1980s, and there had not emerged another top flight league since that time.

And, so, FIFA was very interested in there being a top flight, world class league in the United States.  And Alan Rothenberg, who was the head of the World Cup effort in 1994, was tasked with getting this new league off the ground.  He approached my dad about being one of the first investors, which my dad was very excited about because he still believed that the sport of soccer had a very bright future in the United States, even though his previous venture with the North American Soccer League had failed.

Q       Thank you for that.  I just want to turn now to you personally.

Have you been involved in the sports business your whole career?

A       Pretty much my whole career.  After graduating from SMU, I worked in the financial services industry for a few years, but in the early 1990s, I began working with my father.

He got me involved in attending Kansas City Chiefs meetings, meetings at the NFL.  And then when this opportunity

Hunt - direct - Perra                          1893

for a new soccer league, which became Major League Soccer, appeared, he got me involved with that starting in 1994, 1995.

Q    And have you been involved with Major League Soccer since that time?

A    I have.

Q    Why don't you tell the ladies and gentlemen of the jury the teams that you first got involved with in the early to mid nineties with Major League Soccer?

A    So, our family owned two teams when the league started, the Columbus Crew and also the Kansas City Wizards.  My dad was very bullish on the league, so we made the decision to be involved with two franchises.

         And then later on, in 2002, we took over the operation of what was called the Dallas Burn at the time, it's now FC Dallas.

Q    You mentioned that Mr. Rothenberg approached your father around the time of the 1994 World Cup.

         Can you give the ladies and gentlemen of the jury just a little bit more of what was discussed around starting Major League Soccer at that time?

A    Yes.  It was important for Alan and for U.S. Soccer to get this top flight off the ground -- a top flight soccer league off the ground, and my dad was one of the first people he approached.

         And over the next year or two, there was a process

Hunt - direct - Perra                          1894

to find other investors, people who would be what Major League Soccer calls "investor operators" -- we would refer to them as "owners" in the other sports leagues -- and that process took place across a couple of years.

Initially, the idea was to start the league in 1995, but that was pushed back to 1996 to make sure that the league had the time to find the requisite number of owners and also find stadiums that were suitable for the league to launch.

Q    Did you and your father look at a business plan that had been created for Major League Soccer?

A    We did.

Q    How did you feel about that business plan?

A    I thought in general it was very well thought out.  Of course, you always have comments when you look at a business plan, but I thought it was well laid out.  It notably mentioned a couple of things which we thought was important at the time.

First of all, if the league was going to be set up as a single entity, which would allow all the players to be contracted by the league as opposed to the individual teams. This was done to give the league the ability to manage free agency in a way that would not run up their costs.

The league that my dad had been involved with earlier, the North American Soccer League, in the seventies and eighties, one of the things that caused it to go out of

Hunt - direct - Perra                    1895

business was their costs that just got out of hand and ended up bankrupting some of the teams.  And, so, this business plan had the single entity concept.

And it also had a concept of building soccer-specific stadiums.  At the time, there were really no stadiums built specifically for the sport of soccer.  There were a lot of stadiums that had been built for college football teams or had been built for the National Football League, but there were none that were specifically tailored for the sport of soccer.

Q    We'll get to a few of those in a minute.

You mentioned that your dad was involved in discussions and bringing other investors into Major League Soccer.

What was your dad's involvement in doing so?

A    Mr. Rothenberg asked him, first of all, did he have any ideas on who might be a good investor to join the league.  And in certain cases, they asked him to make some phone calls.

One of the people that my dad helped recruit was Robert Kraft, who is the owner of the New England Patriots. An the Kraft family had just come into the National Football League a few years before that and he and my dad were very close.

Additionally, a few months later Phil Anschutz came into the league, and I know he and my dad spoke on the phone.

Linda A. Marino, Official Court Reporter

Hunt - direct - Perra                                     1896

And then another investor who owned the New York team, a gentleman named Stuart Subotnick, came in very early.

That was really the sort of the core group that helped pull the league together.

Q    Thanks.  The things that you mentioned, some of the strategies that were included in the business plan that you looked at, were some of those things lessons that were learned from the previous failure of the original NASL?

A    Yes.  I mentioned two of them already, which was about having a system or a salary cap where you could control their costs.  There were several teams in the old NASL who spent a lot of money on players and that created inflation across most of the league.

There was also a lack of suitable stadiums in that league.  A lot of times I think they were playing in high school stadiums, which were not well-designed for the sport of soccer.  So, that was also important.

A couple more lessons that my dad had learned from his experience with NASL was you also needed an ownership group who had a passion for the sport and the financial wherewithal to stay with it.  My dad's experience with the sports leagues that he had been part of was a lot of times these sport leagues take a long time before they get to break even or profitability and you need deep pockets to be able to invest and support the league.  So, the quality of the owners

*Linda A. Marino, Official Court Reporter*

Hunt - direct - Perra                          1897

was very important to him.

So, those were some of the key considerations.

Q    And I want to move now to the launch of the league in 1996 and the first few years.

The jury has heard some testimony already -- and I won't go back to that -- about how Major League Soccer after an initial launch struggled for several years.

From your perspective as an investor operator, what were the causes of those struggles in the early years of Major League Soccer?

A    I think a lot of the success that the league had on its early launch came on the heels of hosting the World Cup in 1994.  The World Cup being here in '94 had really created a fan base for the sport of soccer.

The sport at that time I would describe as an emerging sport in the United States with a fan base that was growing but was still relatively small.  But the World Cup really helped kindle a passion among a large part of the population for the sport.  So, that helped the league get of off to a good start.  After a couple years, that passion had waned.

We had a couple of problems that needed to be addressed, one of which was we ended up playing in large stadiums, NFL stadiums or college stadiums, which were too big for the sport.

Hunt - direct - Perra                    1898

I mentioned earlier that the business plan had called for the building of soccer-specific stadiums.  We had not had an opportunity to do that yet, so we were playing in stadiums that were way too big.  For example, our team in Kansas City was playing in Arrowhead Stadium, which at the time seated 79,000 people and we were drawing sort of 10 to 15 thousand.  So, it just didn't create a very good atmosphere.  So, that was one of the key problems.

And also, the league had made a decision to launch with three teams that were owned by the league, owned and controlled by the league.  So, there were in total I think six investors and we were running collectively ten teams and the league office was running three of them.

And that was a poor decision for a lot of reasons, one of which was it just increased the financial burden on the remaining six owners because we were not only supporting the financial burden of running our own franchise, we were having to support these three other franchises that were being run by the league office.  So, that started to put a lot of weight on the league and really put us in a bad situation by the time we got to 2001.

Q    How did your family and the other original investor operators respond to those struggles at that time?

A    So, we went through a process of reorganizing of the league.  We had several owners who exited the league.  We also

Linda A. Marino, Official Court Reporter

Hunt - direct - Perra                    1899

made the decision to eliminate the league-operated teams.

And as part of that process, that's how our family began operating the team in Dallas.  We had not operated the team in Dallas up to that point.  It had been a league-operated team.  So, we took the ownership and control of the Dallas franchise.

Over a period of time, Phil Anschutz, who originally owned the team in Denver, he ended up owning and operating six teams.  So, of the ten teams we ended up with in 2002, six of those teams were operated by the Anschutz group and three of them were operated by our family and then the Kraft family continued to operate the New England Revolution.

Q    Got it.  And over time, did Major League Soccer as part of this strategy get out of the business of having the league run some of the teams?

A    They did.  That was a key decision that we made.

And the league felt that the teams would be better run by individual investor operators who could be on the ground and be part of the management of those franchises.  So, that was a very important decision.

One other decision we made at that time which proved to be important was we refocused on the American player.  In the early years, the league had signed a number of prominent but older star international players.  And that was helpful in attracting attention to the league but it was also very

*Linda A. Marino, Official Court Reporter*

Hunt - direct - Perra                              1900

expensive.  So, we made the decision in 2001, 2002 to really focus on the American player pool.

That ended up benefiting the U.S. national team only a year later because as the U.S. national team in the 2002 World Cup had one of the best World Cups that it had ever had. It was a led by a player named Landon Donovan, who was one of the greatest American players of all time and he was playing with Major League Soccer.

Q    And going back to the notion that there were multiple teams being operated by Mr. Anschutz and by your family, what was the path out of that situation?

A    Well, we certainly recognized that it was not an ideal situation to have the ten teams owned by essentially three owners and we felt that if we were able to stabilize the league and start to grow again that it would become appealing for other investors to come into the league.  And that, in fact, proved to be correct.

Over a decade or so, the Anschutz group was able to sell five of the teams that they owned.  So, they went from six back to one.  And our family over about the same time period was able to go from three franchises down to one.  We sold the team in Kansas City in 2006 and then we sold the team in Columbus Ohio, Columbus Crew, we sold that in 2013.  And at that point, we were down to one franchise.

Q    Before I move on to a different subject, in this time

*Linda A. Marino, Official Court Reporter*

Hunt - direct - Perra                    1901

period that you were talking about a little while ago, 2001, 2002, why did your family continue to stay invested in Major League Soccer?

A    It certainly would have been easy for us to call it quits at that point, but my dad remained a strong believer in the future of the sport.  He thought that one day that soccer in this country would be a very big sport and that Major League Soccer would be regarded as one of the top five leagues in the country, along with the NFL, NBA, NHL, Major League Baseball. He had been a fan of the sport, obviously, a long time, going back to the late 1960s, and I think his vision for the sport just took longer to unfold.

      And as we got into, you know, the 2005, 2006 time period, the sport really started to mature, the fan base had grown a little bit, and we had other investor operators who wanted to get involved with the sport and come into Major League Soccer.

Q    Okay.  Thank you.

      You had mentioned the importance of building soccer-specific stadiums as part of the refocus of strategy.

      Can you please tell the jury from the perspective of a team investor operator why is it so important to build a soccer-specific stadium?

A    Well, I mentioned already the issue on the size of the stadium.  The football stadiums, which seat about 70,000

Linda A. Marino, Official Court Reporter

Hunt - direct - Perra                                    1902

people, are just too big for the sport for the most part in this country.  And we felt sort of the ideal size would be a stadium that seats 20 to 25 thousand.  It helps create a great atmosphere and you also have a little bit of demand for your tickets by not having as big of a stadium.

But it also opened up other revenue opportunities. So, when you own and control a stadium, you have access to food and beverage revenue, you have access to merchandise revenue, you have access to parking revenue, and then you also have the ability to sell sponsorship signs in the stadium, including stadium naming rights.  And those were revenue streams that in the early days of Major League Soccer most of the franchises didn't have because they were playing as a tenant in somebody else's stadium.

So, the building of soccer-specific stadiums, which was in the original business plan, ended up being a very important step for the league.  And our family led that initiative in 1999.  We built the first soccer-specific stadium in Columbus, Ohio, a stadium called Crew Stadium.  And even though by today's standards it would probably be regarded as a very quaint stadium, it really helped revolutionize the sport and soon other investor operators were trying to build stadiums as well.

Q    Can you give a sense for the jury as to the size of the investments your family has made, starting with the Columbus

Linda A. Marino, Official Court Reporter

Hunt - direct - Perra                           1903

Crew Stadium and going forward, in terms of the size of the investment?

A    So, any sports league or sports venture requires a very significant investment, and that's particularly true when you're building stadiums.  Crew Stadium originally cost 28 and a half million dollars, which is a lot of money but by today's standards it's probably not a lot.  Within about ten years, we did a pretty significant renovation and invested another 12 million, so that was about a $40 million investment.

And then turning to FC Dallas, which I mentioned plays in Frisco, we built a stadium for that team in 2005.  It's called Toyota Stadium and it includes a 17-field soccer complex.  That soccer complex is for youth soccer and that project in total cost 110 million to build.

Q    And have you invested money into the FC Dallas --

That's Toyota Stadium, right?

A    Yes.

Q    Have you invested money in Toyota Stadium since 2005, when you built it?

A    We have.  We had a pretty significant renovation in 2017 and '18.  That cost $55 million.  And we have a renovation which will start here in the next couple of weeks which is going to cost 185 million.

And it's just, you know, what happens with stadiums -- it's hard to believe that Toyota Stadium is

*Linda A. Marino, Official Court Reporter*

Hunt - direct - Perra                    1904

already 20 years old.  But after a while, you really need to upgrade the stadium because sports fans are used to going to new arenas or new NFL stadiums and the quality that they expect just continues to rise.

Q    You mentioned that other investor operators followed your league after you built the first soccer-specific stadium in 1999.

Can you give the jury a little bit more information about what happened with respect to those other investor operators and their stadiums?

A    Yes.  The first one who followed suit was Phil Anschutz who, owned and still owns the Los Angeles Galaxy.  And he built a stadium for that team in 2003, which is still a very nice stadium today.

And then over time, as the league has added other investor operators and new franchises, there's really been a building boom since the mid 2000s.  Over the last 20 years, there have been over 20 soccer-specific stadiums built.

And I think that's happened because just everybody realizes how important it is for the sport to have a home of its own.  There's a new stadium, in fact, that will be built here in New York in the next several years for the New York franchise.

Q    You had mentioned part of the strategy focus in the early 2000s was a shift from -- focusing more on United States

Linda A. Marino, Official Court Reporter

Hunt - direct - Perra                              1905

players as opposed to international players.

What kinds of changes did the league, Major League Soccer, make in that regard?

A    Well, I mentioned earlier how we really turned our attention to trying to sign the best American players.  We felt that it was important to have the best American players playing in the league.  And that, in fact, proved to be very helpful to the league.

We we made a similar decision about four or five years later to build out youth academies.  So, with soccer teams around the world, pretty much every one of those teams has a youth academy with players starting at age ten or eleven.  If they're really talented, they'll play for that club's youth academy.  And the ones who are really, really talented will progress up to their under 17, under 19 age group and perhaps sign a professional contract with that team.

That model didn't really exist in the United States and we made a decision collectively at Major League Soccer that it would make sense to do that.  Our team in Dallas, FC Dallas, was really one of the first to really embrace that.

I mentioned earlier that the complex we built had 17 youth fields.  So, as an example, today we have over five thousand youth players that are part of our youth system.  And the very best ones play for our academy and will eventually sign a pro contract either with FC Dallas or with our third

*Linda A. Marino, Official Court Reporter*

Hunt - direct - Perra                         1906

division affiliate.

Of course, many of those kids -- not too many of them end up being professionals, but a lot of them go on to play many college.  We have a whole lot of players who they're the first generation in their family to get to go to college.  Every year we send about a hundred players to college; not necessarily to play soccer, but just through their experience in our academy they get opportunity to go to college.

Q    And the founding and growth of these academies and investment in youth development, is that also beneficial to U.S. Soccer more generally, including the men's national team?

MR. KESSLER:  Objection.  Leading, your Honor.

THE COURT:   I'll allow it.

A    It certainly is.  I mentioned back in 2001, 2002 how the league really focusing on the U.S. player pool helped the World Cup effort in 2002, which is still one of the best performances the US has ever, ever had.

In recent years, there have been many, many players who come through MLS academies, including the one in Dallas, and end up playing for the U.S. national team.  In fact, in the last World Cup cycle, that team would have had about 25 to 28 players.  I believe five or six of them had come through the FC Dallas academy.

So, it's really made an impact on the U.S. national team and I think it will going forward.

*Linda A. Marino, Official Court Reporter*

Hunt - direct - Perra                          1907

Q    You've told the jury now a great deal about the investment of you and your family in Major League Soccer over the years.

Have you spent the time to calculate the approximate total overall investment that you've made over the years?

A    I have.  As a family, across the three teams that we've been involved with over the last 30 years, we've invested 400 million.

Q    Thank you.

Do you operate any other soccer teams now besides FC Dallas?

A    We do.  In 2019, we started a franchise which also plays in the Dallas area called North Texas Soccer Club.  We started this club, again, as part of our youth development efforts.

So, North Texas Soccer Club has been a third division team since it was founded and it's where our very best 17, 18, 19 year old players go to continue to grow.  It's a professional environment and they're playing against other professionals so the level of competition is higher and it really helps develop them.  And then the ones that are successful there will end up being signed by FC Dallas as professionals.

So it's part of the ecosystem of developing players and that's why we founded the club.

Q    How long did you say North Texas Soccer Club has been

Linda A. Marino, Official Court Reporter

Hunt - direct - Perra                          1908

playing?

A      Since 2019.

Q      In what league was North Texas Soccer Club playing in when it started in 2019?

A      In 2019 and for the first three years, North Texas played in the USL League 1, it's called USL League 1.

Q      And do you know what division that was in the USL in 2019 that North Texas Soccer Club was playing?

A      Yes, it was third division.

Q      Are you aware that in 2019, USL had both a Division II and Division III league?

A      I am.

Q      And at the time you decided to have North Texas Soccer Club play in USL's Division III league, did you consider which division you wanted that team to play?

A      We did.  There were a number of MLS teams that had a Division II team, but our goal was really the development of the players.  And we thought they would have a better chance of developing in a Division III league largely because the age of the players they would be playing against would be similar.

Typically, the players in that league are between the ages of 18 and 24 and the Division II league really was a league that had a lot of older players, and our focus in doing it was for player development purposes.

Q      Okay.  And where did North Texas Soccer Club play next?

*Linda A. Marino, Official Court Reporter*

Hunt - direct - Perra                1909

A     So, beginning three years ago, North Texas Soccer Club moved to a new Division III league called MLS Next Pro.  It was a league that was founded by Major League Soccer again with the goal of developing players.  And it's a league that all of the MLS teams have a second team that plays in that team.  And then that league also in recent years has expanded to include some independent teams that are not associated with MLS franchises.

Q     I'd like to shift gears a little bit.  I'd like to ask some questions about Major League Soccer's soccer competition from the perspective of an investor operator.

       Who do you view to be as MLS' competitors in the marketplace?

A     So, we have two different sets of competitors.  One is the other North American sports, so NFL, NBA, MLB, NHL.  We're competing with those franchises for fans, for sponsors, for investors.

       And then additionally -- and this is very unique to the sport of soccer -- we're also competing with soccer teams around the globe.  There are many Americans that are big fans of teams in Europe or maybe teams in Mexico or teams in South America.  So, we're competing for those fans and their loyalty to teams that they've followed for many years.  So, we have two sets of competitors.

Q     Okay.  And when you say "competitors" and "competing,"

Linda A. Marino, Official Court Reporter

Hunt - direct - Perra                              1910

what are you competing for?

A    Well, we're competing for those people to be fans of the club.  And ideally, we would like them coming to games, being season ticket holders, watching our games on broadcast TV. We're competing for eyeballs.  That's something we can compete with the other leagues and the foreign clubs with.

We're also competing for sponsors at the stadium.

In some cases, we're competing to get assistance building stadiums.  You know, a city or a state may make a decision to help a franchise build a stadium, so we're competing there.

Then we're also competing for people who want to invest in Major League Soccer versus investing in one of the other leagues or foreign clubs.

Q    Have you ever regarded the new version, not -- of course, there's the older version of NASL that you testified that went out of business.  This question is specifically focused on the new NASL that is the Plaintiff in this case.

Did you ever regard the new NASL as a competitive threat?

A    I did not.  They were, frankly, never on my radar.  I was really not aware of them.

Q    Okay.  Have you ever discussed with anyone at Major League Soccer the notion that NASL was a competitive threat?

A    I have not.

Linda A. Marino, Official Court Reporter

Hunt - direct - Perra                                    1911

Q    And just a couple last questions on sanctioning.  There's been a lot of testimony about sanctioning of NASL in this case.

Have you ever discussed NASL's sanctioning applications with anyone at Major League Soccer?

A    I have not.

Q    Have you ever discussed NASL's sanctioning applications with anyone at U.S. Soccer?

A    I have not.

Q    Thank you.  I'd like to close with just a question, a more general question.

Would you like to share, please, as we finish up here your general thoughts about you and your family's experience in professional sports?

A    Well, it's been an amazing journey.  And I have to credit my dad for his passion and his vision for what pro sports could become in this country.  He was a visionary.

He was somebody who had tremendous perseverance.  A lot of those experiences that he had with the leagues that he founded was really challenging.

You know, for example, the teams in the American Football League, they were losing money when that league started.  And there were many meetings when other owners came to league meetings and they wanted to put the league out of business, and my dad would encourage them and say:  Hey, if we

Linda A. Marino, Official Court Reporter

Hunt - direct - Perra                1912

just hang in there, one day this is going to be successful.

And that ended up happening.

He had the same experience with the Chicago Bulls. It's hard to think about today, but the Chicago Bulls for 20 years lost money.  And the ownership of the Bulls, the controlling ownership, changed many times, but my dad always hung in there because he felt that one day it was going to be successful.  And, of course, when we get to the 1980s, 1990s and Michael Jordan shows up, not only the Chicago Bulls but entire NBA became successful.

So, owning and operating a team and a sports league is very challenging, it's very difficult, and you just have to have the perseverance, and in some cases the deep pockets to be able to stick it out.

MR. PERRA:  Thank you, Mr. Hunt.

No further questions, your Honor.

(Continued on the following page.)

Linda A. Marino, Official Court Reporter

*J. Hunt - Cross/Mr. Kessler*                    1913

MR. PERRA:  Thank you, Mr. Hunt.  No further questions, your Honor.

THE COURT:    Any cross.

MR. KESSLER:  I do, your Honor.  But is it time?

THE COURT:    Let's keep going.

MR. KESSLER:  For lunch now.

THE COURT:    No, let's keep going.

MR. KESSLER:  Very good, your Honor.

THE COURT:    How long do you think you'll be.

MR. KESSLER:  Probably a half hour or so.

THE COURT:    All right.  We'll go.  Is that all right with the jury?

CROSS-EXAMINATION

BY MR. KESSLER:

Q    Good morning, Mr. Hunt.

A    Good morning.

Q    Mr. Hunt, you spoke a lot about your dad.  One of the things you spoke about is that he helped found a new football league to compete against the NFL, the established league; correct?

A    Yes.

Q    And he did that in part because the established league didn't share his vision for where teams should be or how it should expand and grow; correct?

A    Correct.

*J. Hunt - Cross/Mr. Kessler*                1914

Q    And when he did that, when the AFL first started, it struggled; correct?

A    It did.

Q    Okay.  And it started with eight teams; correct?

A    That's correct.

Q    And, in fact, you believe that there's no magic to having more than eight teams to start out as a league; correct?

A    I'm not sure I understand the question in terms of magic.

Q    Well, remember, MLS started out as ten teams, correct?

A    That's correct.

Q    But you believe it would have been fine if it started out as eight teams, correct?

A    Yes.

Q    I'll use the AFL as an example of that; correct?

A    That's correct.

Q    And even though that league struggled to start, the AFL eventually became successful in your view; correct?

A    It did through merging with the National Football League.

Q    But it became good and strong enough where the NFL viewed it as a peer that it would merge with; correct?

A    I'm not sure the NFL viewed it as a peer, but the NFL made the decision that the best thing was to do merge with

J. Hunt - Cross/Mr. Kessler                    1915

the league.

Q    And take all those teams?

A    Yes.

Q    And it's also correct, is it not, that there were no sanctions that the AFL needed to be able to compete with the NFL; right, it didn't need any body to say you're Division I or you're a top league to compete with the NFL; right?

A    There's no sanctioning body for pro football.

Q    Right.

It was just free to get the opportunity to grow and compete; correct?

A    Correct.

Q    Now, you also spoke about the very beginnings of the MLS and your involvement about your family's involvement in that.  And when MLS, were you involved after MLS got its DI sanction or before?

A    I don't know when MLS got its DI sanction.

Q    Okay.  Do you recall that your dad and other investors wanted the DI sanction before they would start be willing to commit capital and money into the league?

A    I can't speak to other investors, but I know for my dad and I we didn't really think about that sanctioning.  Our goal was to build a top-flight soccer league.

Q    Right.  If the other --

Did you know at the time there was another league

*J. Hunt - Cross/Mr. Kessler*                    1916

competing to get the DI sanction?

A    I didn't know that.

Q    Okay.  But you didn't want to be a second-tier league, right, you wanted to be a top-tier league?

A    Top-flight league, yes.

Q    Okay.  Now, Mr. Hunt, you spoke about the time when the MLS was struggling; do you recall that?

A    Yes.

Q    Okay.  And, in fact, it was struggling maybe its greatest time of struggle was 2001; correct?

A    That is correct.

Q    And it started playing with a DI sanction in 1996; correct?

A    Correct.

Q    So, 2001 was six years as a DI league and it was at its lowest point; correct?

A    It was.

Q    Right.  And you said, I think, on your direct testimony that it sometimes takes sports leagues years to succeed; correct?

A    That's correct.

Q    Right.

     And did you know that USSF gave MLS what it called an "incubation period" so that it can grow and succeed?

A    I was not aware that there was an incubation period,

no.

Q    Okay.  Let me ask you this.  At the time that MLS struggled in 2001, did USSF take away its DI sanction?

A    Not that I'm aware of.

Q    Okay.  Did it even raise that subject with MLS?

A    I'm really not qualified to speak on that.  That would have been something that somebody in the league office would have had a conversation on.

Q    Is it correct that the way you would describe 2001, the way you have publicly described 2001, is that it was, Call the bankruptcy attorneys and then we're going to fold the league.

     Do you recall making that statement?

A    I recall the hiring of the bankruptcy attorneys and having meetings where we discussed whether we should go out of business or move forward.

Q    Right.  And one of the ways that the league was saved was because of you and your dad; right?

A    Yes, my bad dad and Phil Anschutz stepping in.

Q    You took over more teams; correct?

A    Right.

Q    You took over the Dallas Burn from the league and you weren't charged -- you didn't have to pay an expansion fee to do that, you just had to take over its cost and operations; right?

*J. Hunt - Cross/Mr. Kessler*                    1918

A    My recollection is there was an option price associated with it.

Q    Right.

And after the option price there was no further expansion fee; right?

A    That's correct.

Q    Right.

And it's correct you said you need owners who have a passion for the sport; is that correct?

A    I think owners get involved with sports for many different reasons, certainly, passion for the sport would have apply in certain circumstances.

Q    Right. But I thought on direct, and maybe I'm wrong, you testified that to build the league you wanted owners with a passion for the sport; is that correct, or not?

A    I think that's helpful, yes.

Q    Okay. And what you meant by passion for the sport, if it's a soccer league, it would be a passion for the soccer, right?

A    That is correct.

Q    Okay. Now, you testified that your family collectively invested $400 million in your history of MLS; correct?

A    That is correct.

Q    And that $400 million you would agree, benefitted not just your team, it benefitted the whole league; correct?

*J. Hunt - Cross/Mr. Kessler*                1919

A    The investments that we have made have been directly in our team, so it's been very much team focused.

Q    But your investment in those teams helped stabilize the league, for example, in 2001; correct?

A    So that investment has been made over 30 years.  So, I think tying it, you know, to 2001 would be misleading.

Q    Okay.  Do you agree that your investments over the years have been good for the league, not just for your team?

A    Yes.

Q    Okay.  Now, you testified that at one time around this period, six teams were owned by the Anschutz Group.  Three teams were owned by you, your group, and one by Mr. Kraft's group, right?

A    That's correct.

Q    So three owners investor/operators for ten teams; correct?

A    That's correct.

Q    And you agree that's not a good situation for a sports league; correct?

A    It's not something that can last very long, no.

Q    And during that period, did USSF do anything to say, hey, you can't have that multiple ownership situation, do you recall?

A    Again, that would be something someone in the league office would have had those conversations.  I certainly

J. Hunt - Cross/Mr. Kessler                    1920

never heard that.

Q    You never heard that?

A    No.

Q    Okay.  And, by the way, when did you end your multiple ownership situation?

A    So we sold the Kansas City franchise in 2006 and we sold the Columbus franchise in 2013 and at that point we had one.

Q    So it wasn't until your 2013 that your multiple ownership ended?

A    Correct.

Q    And it's correct that Mr. Anschutz's multiple ownership didn't end until 2015; is that correct?

A    I don't recall specifically.

Q    Okay.  Now, it's correct that in the entire time from the beginning of MLS through let's end at 2019, because we have a time period in this case, MLS as a league never made a profit; correct?

A    Not that I'm aware of, no.

Q    And you would be aware, right, you wanted to know if you made a profit at the league level; right?

A    Well, there's a difference between the league level and what's happening at the teams so I'm not sure about your question.

Q    Okay.  You sit on the MLS Board of Governors?

*J. Hunt - Cross/Mr. Kessler*                    1921

A     Yes.

Q     You get reports on their profits each year?

A     Yes.

Q     You don't recall ever seeing a profit; correct?

A     There have been years where the league as an entity broke even.

Q     As an overall enterprise, has there ever been a profit?

A     If you include the teams, no.

Q     Now, despite that fact expansion fees have continued to grow in the league; correct?

A     They have.

Q     So you would agree with me new expansion team owners don't require the league to be profitable to pay significant expansion fees?

A     I think new team operators come into the league with the expectation that the league will be profitable at some point.

Q     At some point in the future?

A     Yes.

Q     Okay.  Now, you speak about soccer-specific stadiums and, in fact, the second soccer-specific stadium I think you mentioned in MLS did not take place until what year?

A     2003.

Q     Okay.  So that was already eight years since the league had its DI sanction?

*J. Hunt - Cross/Mr. Kessler*                     1922

A     Again, I don't recall when the league received its DI sanction but it would have been in the eighth year after the league started.

Q     Okay.  Do you recall the league was DI the first year, you don't recall that?

A     The sanctioning was never something that our family focused on.

Q     Now, is it correct that you don't believe it was necessary for the USSF to set any standards for how long MLS should operate; correct?

A     I'm not sure I understand the question.

Q     Isn't it correct that you believe that MLS could operate under its own standards successfully without having to comply with USSF standards?

A     I would phrase it a little bit different that I believe we were always focused on building a world-class league and that was independent of the sanctioning standards.

Q     Right.  You didn't need the sanctioning standards to do that; correct?

A     I think if you use the word "need" there may be a difference there because there was a requirement for the league to be sanctioned.

Q     Okay.  Mr. Hunt, you were deposed in this case, do you recall?

A     Yes.

Q    And you gave truthful time at that time?

A    Absolutely.

Q    Of course.  Let's look at Page 152, I'll show it to you on the screen, Line 7.  And you were asked the following question?

THE COURT:   It's not up yet.

MR. KESSLER:  At any point --

THE COURT:   Hold on.  It's not up yet.

MR. KESSLER:  I'm sorry, please put it up.  You don't have it up?

I'll come back to this, your Honor.  We're not technically ready to put that up.

THE COURT:   Let's move on.

Q    Let me ask you this, do you believe that MLS needs USSF to be setting standards with respect to seating capacity in order for MLS to function effectively?

A    At this point, no.  All of our stadiums are, you know, very substantial in size.

Q    Okay.  You also felt that at the time you were deposed in this case; correct?

A    Yes.

Q    I'll ask you this question.

Do you believe that MLS needed you USSF to be telling it which time zones to expand to in order for MLS to succeed as a business?

*J. Hunt - Cross/Mr. Kessler*                    1924

A    No.

Q    Okay.  Do you believe that MLS needed USSF to be telling it how many teams to have in order to succeed as a league?

A    No.

Q    Mr. Hunt, just to close, do you agree that a new sports league starting out competing in the marketplace should get the opportunity, get some years, in order to show it can be successful and compete?

MR. PERRA:  Objection, your Honor.

THE COURT:  Sustained.

Q    Mr. Hunt, did the AFL need knows years to show it could be successful and can compete?

A    It took the AFL about six years to show that it could compete.

Q    Right.  And when your dad, you mentioned how your dad started the NASL; correct?

A    Yes.

Q    I'm sorry, the original NASL.  I should have specified that for the jury.

Back in the day; right?

A    Back in the late '60s yes.

Q    And he was committed to making that league a success; right, because he's always loved soccer and wanted to develop it?

*J. Hunt - Redirect/Mr. Perra*                    1925

A    That is correct.

Q    Right.

And did he even support filing an antitrust lawsuit against the NFL to achieve that objective?

MR. PERRA:  Objection, your Honor.

THE COURT:   Sustained.

MR. KESSLER:  No further questions, your Honor.

THE COURT:   Any redirect.

MR. PERRA:  Just one, your Honor.

REDIRECT EXAMINATION

BY MR. PERRA:

Q    Mr. Hunt, during your cross-examination, you were asked about the concept of being free to grow and compete; do you remember that?

A    Yes.

Q    And the suggestion was that the sanctioning process, in particular, the professional league standards prevent that; do you recall that?

A    Yes.

Q    From your perspective, are you aware of anything in the Professional League Standards that prevent a league from investing money into their own league?

A    I am not.

Q    Any limits on what they can invest?

A    No.

Anthony D. Frisolone, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

*J. Hunt - Redirect/Mr. Perra*                    1926

Q    Any limits on what they pay players?

A    No.

Q    Any limits on the stadiums that they can build)?

A    No.

MR. PERRA:  Thank you.

MR. KESSLER:  Nothing further.

THE COURT:  Thank you, sir, you're done.  You can wait.

Ladies and gentlemen, we will take our lunch break now and we'll start at 1:30.

(Jury exits courtroom at 12:53 p.m.)

THE COURT:  We'll start at 1:30.  That'll just be with depositions.

MR. KESSLER:  Yes, we just have video left, your Honor.

MS. COLE:  It's about 52 minutes, your Honor.

THE COURT:  Mr. Hunt, you can you can step down.

(Witness leaves the witness stand.)

THE COURT:  So we're not going to come close to being 3:00 o'clock.

MR. KESSLER:  I think they ran shorter with Mr. Hunt than even yesterday.  So, your Honor, we do our best to estimate.

THE COURT:  All right.  I'm going to give you my time allotments later at the end of the day today.  So, you

Anthony D. Frisolone, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

*J. Hunt - Redirect/Mr. Perra*                    1927

know, you're going to have -- we've got time allotments in this case, right.

MR. KESSLER:  I'm well aware of that, your Honor. Yes.

THE COURT:  And wasted time is the opposite of the time allotment, right.

MR. KESSLER:  Well, I understand, your Honor.  The only thing I would say is when we realize the they went shorter with Mr. Garber than they had originally told us, and now, they've gone shorter with Mr. Hunt, we offered to call Mr. Szymanski and your Honor said that wouldn't be appropriate because they didn't have notice.  And so, we've done our best to try fill the time.

THE COURT:  And there are no more depositions.

MR. KESSLER:  No, not from us.  They may have some but we haven't finalized theirs otherwise we would do it.

THE COURT:  All right.  We'll be back at 1:30. All right.  Thank you.

(Luncheon recess taken; 12:55 p.m.)

(Continued on the next page.)

*Proceedings*                                                    1928

AFTERNOON SESSION

(In open court.)

(Parties present.)

THE COURT:  Before I bring the jury out, I want to make a general comment.  And right now I'm not pointing at anyone in particular.  Just a reminder that when you're sitting at counsel table, you're at a poker table which means that there are no demonstrations, no facial reactions, no anything about anything that any witness or lawyer says, all right?  So I'm optimistic I don't need to give that reminder again.

Who is the first deposition witness?

MS. HUDGENS:  Alec Papadakis, your Honor.

THE COURT:  A total of 19 minutes, ballpark.

MS. HUDGENS:  Yes, Your Honor.

(Jury enters courtroom at 1:38 p.m.)

THE COURT:  All right.  We can be seated.

You can call your next witness, please.

MS. HUDGENS:  Yes, Your Honor.  Plaintiff calls Alec Papadakis via video deposition.

THE COURT:  Ladies and gentlemen just so you know for the remainder we're just going to have two deposition videos played so you should be getting out before 3:00 o'clock today.  Don't look so excited.

*Anthony D. Frisolone, FAPR, RDR, CRR, CRI, CSR*
*Official Court Reporter*

All right.  Why don't woe begin.

ALEC PAPADAKIS, appearing via videotaped deposition was examined and testified as follows:

(Videotaped deposition of Alec Papadakis was played in open court.)

(Continued on the following page.)

Proceedings                              1930

(Continuing.)

THE COURT:    Does that conclude that deposition.

MS. HUDGENS:  Yes, Your Honor.

THE COURT:    If you can call your next witness.

MS. HUDGENS:  Plaintiff calls Carlos Cordeiro, C-O-R-D-E-I-R-O, by video deposition.

CARLOS CORDEIRO , by video.

THE COURT:    Thank you.

(Video played; video paused.)

THE COURT:    That's the end of the deposition.

MS. HUDGENS:  Yes, Your Honor.

THE COURT:    Ladies and gentlemen, we are done early for the day and for the week.  We will pick up again on Monday.  We'll start at 9:30, as we've been starting.  Have a good weekend.

I remind you not to discuss the case with anyone during the weekend or at any other time, not to read anything that might be in the media about the case or to do any sort of research whatsoever on the case.

With that, I hope you have a good weekend and we'll see you on Monday.

(Jury exits.)

MS. HUDGENS:  For the video testimony of Alec Pap, we move to admit the video transcript as JX-112 and the chart cross referencing exhibits as JX-112-A and then we would move

SN        OCR        RPR

Proceedings                                                    1931

to admit the following exhibits, Defendant's DX-339 and Plaintiff's 218.  And there's no objection to DX-339 and, actually, I think PX-218 was moved into evidence earlier today.

THE COURT:  Okay.  All of those are admitted then or were admitted.

(Exhibits so received.)

MS. HUDGENS:  And for Carlos Cordeiro's testimony, we move admit the video transcript as JX-113 and the chart cross-referencing exhibits as JX-113-A and the video included exhibits JX-17, JX-58, JX-77, JX-78, and DX 599, all of which are already in evidence.

THE COURT:  All right.  So the ones that need to be admitted are admitted.

(Exhibit so received.)

THE COURT:  All right. I think that's all the administrative stuff regarding those.

I want to give the parties my time calculations. These are actually mine and Mr. Neptune's.  So, plaintiffs have used a little over 24 hours and have remaining a little under 11 hours left.  Defendants have used just shy of 18 hours and, therefore, have just a smidgen over 17 hours.

Just using the total hours that are left for the parties of just a little bit under thirty hours, by my calculation, given the number of hours we've been using each

SN        OCR        RPR

Proceedings                              1932

day with the Friday, with the fact that we're off on Wednesday, the 29th, so with the remaining hours and the remaining days both parties will be out of time, combined, by midday on Tuesday, the 4th.

So, that means that on this pace, summations will be done around that time by midday on Tuesday.

MR. KESSLER:  And, Your Honor, my understanding is that we have to save time for summations; is that correct?

THE COURT:  Yes, of course.  Yes.  So you've got a little time management to be planning.

MR. KESSLER:  Understood.

THE COURT:  I assume the parties want a ruling from me on Williams?

MR. BUTERMAN:  Yes, Your Honor.  While we were in court today, we saw plaintiff's submissions.  They raise -- I'll just say they raise some serious concerns, some new.

We would respectfully request the opportunity to write and submit something on that this weekend.

THE COURT:  When is Williams expected to testify?

MR. KESSLER:  Your Honor, he would testify on Tuesday, but obviously we need to prepare his testimony over the weekend so that he will be ready because we can't prepare Monday during trial.

THE COURT:  I am going to take a few-minute break. I'll come out.  I might be ready to rule on this.  I'll have

SN      OCR      RPR

Proceedings                                1933

some questions and then depending on where I ultimately settle on this, if you believe you need more time, you'll let me know.  So, why don't we come back --

        Mr. Buterman, are you okay if we go a little past 3 if we have to?

        MR. BUTERMAN:  Yes, I appreciate it.

        THE COURT:  Be ready at quarter to.  I may need more time.  I have read those materials, but I want to read them again.

        (Pause in proceedings.)

        THE COURT:  So this is a continuation, I guess, of our Tuesday evening discussion about Dr. Williams' opinion.  Was it Tuesday or Wednesday?  I don't remember.

        MR. KESSLER:  It was Wednesday, Your Honor.

        THE COURT:  When you're having this much fun you lose track of time.

        I now have before me Dr. Williams' supplemental report at ECF 518 and then a supplemental letter submitted by plaintiffs at ECF 519.

        So, Mr. Buterman, I will ask you sort of defense reaction to -- let's start with -- let's put the 702 -- let's just start with the alternate calculation, any Daubert issues with that.

        I'm sure you disagree wholeheartedly with it, you disagreed with the start date, not being 2016.  I understand

SN       OCR       RPR

Proceedings                                          1934

all of that, but from a -- from an otherwise gatekeeping Daubert perspective, any issue?

MR. BUTERMAN:  Yes, Your Honor.  And we're doing this on the fly a little bit, but Your Honor, I think the -- there are a few fundamental issues that we've identified already.

The first is that Dr. Williams states at -- it's not even a paragraph.  It's the first page of his supplemental report that his assumption that the 2009 agreement was the operative agreement, came from "Information received about NASL's understanding of the LLC agreement as well as that of NASL's former legal director Rishi Sehgal who participated in the negotiations.

That is nowhere found in his supplemental report that he submitted --

THE COURT:  Let's just pause.  Let's jump forward. I'm not addressing yet the issue of whether it's the 2013 agreement with teams starting 2013.

I'm just asking you for a Daubert analysis based on his calculation of whatever it is -- whatever that 40-odd million figure and how he gets to that.  Is that consistent with the contract, never mind consistent with your view of whether it should have been 2016?

MR. BUTERMAN:  So, the $48 million number, we believe is consistent, in part.  There are some issues but I

SN        OCR        RPR

Proceedings                                    1935

think those are more for cross-examination, but there is a problem, which is Dr. Williams submitted three separate types of valuations and throughout his report, he is very clear that the other two, those are his benchmark and his valuation models buttress his baseline model which is his primary model. Dr. Williams did not change any of the other models.

THE COURT: Well, obviously if I were to rule what I'll call for shorthand his parole evidence basis for his calculation, then any calculation that is based on that theory of the parole evidence is excluded. To the extent that it is by virtue of parole evidence related to the 2013 contract, that is excluded to the extent it's relying on the 2013 contract.

If there's some other theory that is not tied to the 2013 contract, then obviously his assumptions are his assumptions.

MR. BUTERMAN: Yes, Your Honor. It's very difficult for us because we're in a world where Dr. Williams has submitted --

THE COURT: I appreciate that.

MR. BUTERMAN: And the problem is this time he didn't update all three and that causes a lot of confusion in how we present this to the jury as well as, frankly, how we can challenge it.

Dr. Williams has consistently stated time and time

SN        OCR        RPR

Proceedings                                    1936

again, the way that you know that my baseline model is valid

is because I did a benchmark and I did a valuation approach

and they come out with what he refers to as similar results.

This time, he hasn't done that.  And, so --

THE COURT:   Meaning that this is free-standing and

it's inconsistent with the way he's done his other valuations.

MR. BUTERMAN:  That's correct, Your Honor.  It's

only an update on one, not on three.  And, so, in our work

throughout we've been looking at all of his models and that's

how we've been going at this so now we don't even have the

ability to do that because he's only updated --

THE COURT:   Okay.  So that then requires me -- then

let's get to the main event which is the parole evidence

question, depending on how I rule on that, then we can address

the effect of that on his overall opinion.

All right.  I don't think anything in your letter,

Mr. Kessler, 519 of today, changes anything we discussed on

Wednesday.  First principles here are the following:

Assumptions under Daubert have to be minimally reliable.  They

can certainly be tested, but that's not the issue here.

The issue here is whether there is ambiguity in the

contract, that would then open the door to parole evidence,

such that an assumption relying on that parole evidence, in

the absence of ambiguity, in my opinion, is the sort of

assumption that Daubert requires me to keep from the jury by

SN       OCR       RPR

Proceedings                                    1937

way of excluding expert testimony that's not based on a --
that's based on that assumption.

Do you disagree -- you might disagree with my conclusion, but do you disagree with my framing?

MR. KESSLER:  I don't disagree that you've articulated the Daubert standard.

THE COURT:  And there's nothing in the letter that you submitted today and the, whatever it was, 200 extra pages of material, that changes the analysis of the framing.  You're just providing me with more parole evidence.

MR. KESSLER:  Yes, Your Honor.  And I don't want to belabor it.  What I think the distinction is, is that because the expert is modeling a but-for world, you don't get to the issue of the ultimate legal issue as to what the contract would mean.  You get to in the --

But he can assume in the but-for world NASL would maintain its position would stick with it and an outcome might come out much like it did in the world that they settled it without losing that issue.  So, that's his assumption and I don't think it requires a judicial determination as to whether the contracts are plain meaning or not.

THE COURT:  But Daubert cases have dealt with this issue, the Washington case that we talked about.

MR. KESSLER:  Right.

THE COURT:  On the question of when you are relying

SN        OCR        RPR

Proceedings                                    1938

for damages purposes on contractual interpretation, what is the contract that you're looking at and you're asking to look beyond the contract.  And the only way to get there is by saying there's ambiguity in the contract..

MR. KESSLER:  Again, I think this is a little bit different from that case because what he is actually assuming is not the ultimate meaning of the contract, but would there be the same disputes in the but-for world as took place in the actual world and can he reasonably assume that the outcome of that dispute would be at the lower count because no one knows what would happen in the but-for world, but I'm not going to --

THE COURT:  Are you -- let's stick to first principle.

MR. KESSLER:  Yes.

THE COURT:  Where is the ambiguity in the contract.

MR. KESSLER:  I believe the ambiguity is based on, again, especially as bolstered by what we submitted this appears to --

THE COURT:  No.  Ambiguity is a question of plain meaning and text.  Where is the ambiguity in the contract? Yes, of course -- the whole point of parole evidence is to create additional information --

MR. KESSLER:  Right, right.

THE COURT:   -- about a contract.  Where is the

SN        OCR        RPR

Proceedings                                                1939

ambiguity in the contract?

MR. KESSLER:  I understand what Your Honor is saying and the definition put in -- I can't say with that definition it is ambiguous.  I believe it was an error in drafting, which the Courts may not enforce under the case law we cited, but I don't believe in the but-for world for assumptions you have to approach it that way.

Again, the -- we know the dispute took place --

THE COURT:   That is what the Washington case says?

MR. KESSLER:  I don't think the Washington case is exactly this case where you're projecting forward in a but-for world in this way.

And I think here what he's saying is not this is the -- what the contract means and I understand earlier he had language that indicated what the contract means, which would go more into the point Your Honor is making.

He is now saying based on the positions of the parties in the but-for world, he believes those positions would be the same.  He would have that dispute with an uncertain resolution.  So, therefore, it's reasonable for him to assume that and they of course will challenge that and argue that.  But, again, I don't want to test Your Honor's patience.

THE COURT:   This is what I signed up for, sitting here.  So --

SN        OCR        RPR

Proceedings                                    1940

MR. KESSLER:  Our position is that in the but-for world this is a reasonable assumption that could be there and I really don't have any additional points to make beyond that point.

THE COURT:  But, I guess, I just want to make sure I understand.  Is there ambiguity in the language of the contract?

MR. KESSLER:  I cannot say that.

THE COURT:  Okay.  All right.  And then the basis then for looking at parole evidence is some notion that and Sehgal in his testimony -- I think it's fair to characterize his testimony as likewise saying that there is no ambiguity in the contract.

MR. KESSLER:  When he looked at the definition, his -- I believe his testimony was this must be a drafting error.

THE COURT:  He didn't say "must."

MR. KESSLER:  Well, he said he thought that -- he obviously had never -- that language had not been called to his attention since 2013 and, so, he was surprised by that.  I think that was clear.  And all he could say was, I know that wasn't the intent of the parties.  That's not how we acted afterwards, that's now not how the disputes took place with Traffic.

And, so, it's a drafting error he thought and what

Proceedings                                    1941

we submitted was he went back and found that document which was produced in the discovery record, no one made it an exhibit because no one was thinking of this.

THE COURT:   But the burden -- let's stick to one at a time, right.

MR. KESSLER:   Yes.

THE COURT:   You concede there's no ambiguity in the language.

MR. KESSLER:   Yes.

THE COURT:   Mr. Sehgal concedes there was no ambiguity in the language and he was a drafter of the language.

MR. KESSLER:   Yes, yes.

THE COURT:   And his only response to refute the lack of ambiguity point is that, quote, it may have been a drafting error, close quote.

So when I am confronted with a contract that is unambiguous, then the assumption based on parole evidence by its very nature is contrary to the principles of Daubert.

MR. KESSLER:   Again, the reason I would disagree is because Dr. Williams is not making an assumption as to what the contract means.  What he is making an assumption is would there be the same dispute between the parties in the but-for world that took place in the actual world.

THE COURT:   Of course he's making an assumption

SN        OCR        RPR

Proceedings                              1942

about -- I wouldn't allow him to describe what the contract means, but the whole premise of what he did is by looking beyond the contract.

So, I think I've got enough to -- you wanted to add something?

MR. KESSLER:  The last thing I would say in the actual -- you base the but-for world on the actual world.  In the actual world, there was a dispute and it led to a settlement.  So what Dr. Williams was saying is the same dispute would take place and, therefore, he believes it is reasonable to assume that it would not have led to --

THE COURT:  But in the actual world, we have an unambiguous contract.

MR. KESSLER:  Yes, and we also have an unambiguous settlement.

THE COURT:  Yes, but the settlement was after -- it doesn't speak to --

Parties settle contracts for all sorts of reasons. That doesn't speak to what the contract says.

MR. KESSLER:  And, again, I understand what Your Honor is saying.  I just think that the assumption here is not on the interpretation of the contract.  It's on the continuation of the dispute.

THE COURT:  Okay.

MR. KESSLER:  And I think I've explained myself.  If

SN        OCR        RPR

Proceedings                                    1943

Your Honor doesn't accept it, then I understand.

THE COURT:   All right.  So let me give you a ruling on the Section 7.02 language of the contract, the Daubert exclusion on that.

Like I said, I've reviewed 518 which was just submitted and 519 on the docket.  I'm going to grant defendant's motion to preclude the original model based on the 2009 agreement under Daubert Rule 7.02 and I'll get to Rule 403.

But I will permit him to testify on his alternative model presented in today's supplemental report, but that opens the door --

And I'll get to that to the question that you raised, Mr. Buterman, about how that affects his other analysis.

Let me state my reasons on the record.  The reasons for my decision were previously explained at the conference earlier this week, but let me just sum up.  I'm not persuaded by Dr. Williams' explanation in Section 2-B of today's supplemental report that the assumption that the 2009 agreement would still have been in effect.

His explanation relies on drafting history, parole evidence, certainly the testimony of Mr. Sehgal and course of dealing.  And, again, those are all arguments that were presented to me earlier this week.  And, as I've already

Proceedings                                    1944

explained, none of that in my opinion can supplant the plain meaning of the contract within its four corners.

I mean, Mr. Sehgal could have testified that there was never an intent to pay Traffic anything. Why wouldn't that be something that Dr. Williams can consider as an assumption?

MR. KESSLER: Again, Your Honor, I think this was an actual case of a drafting error, but I understand your ruling.

THE COURT: All right. So, nothing in the letter, in 519, that you submitted today where you included other notes and the red line in my opinion changes that analysis. I mean, I also don't think it's proper to be considering that information, certainly now that Sehgal is off the stand and I don't think Dr. Williams ever references that in his -- any of his reports.

MR. KESSLER: No, Your Honor. We just discovered that now. The reason I do think for Daubert reliability purposes you're not limited to things that are in the trial record --

THE COURT: I understand.

MR. KESSLER: -- which is why we submitted it.

THE COURT: Let the record show that there is no ambiguity that I am aware of what I am allowed to look at. I just find that there is no question as, Mr. Kessler, you can see, that this contract is clear. There is no ambiguity in

SN          OCR          RPR

Proceedings                                   1945

this contract.

So, as I already said, I think this is just like the Washington Kelwood decision, where the decision there was to exclude the expert's testimony based on an assumption explicitly foreclosed by a contract that was affirmed and that decision was affirmed. I don't see any light between that case and the facts here.

So I'm going to exclude the original Williams testimony based on the 2009 agreement under Daubert and 402. I also think that the assumption here, that that portion of his testimony is excludable under Rule 403 which, likewise, applies to expert testimony. I think the balancing test here favors exclusion beyond the Daubert 7.02.

On the one side, you have the 2009 agreement, which there's no question was superseded by the 2013 agreement. So to be relying on the 2009 agreement where you have a superseding 2013 agreement I think would certainly be confusing for the jury. I also think it's unfairly prejudicial.

Defendants obviously are the ones responsible for attacking the assumptions, but they're not responsible for just attacking any theory that comes up, including one that comes up even as late as today. I think it's my responsibility under Rule 403 to keep that sort of evidence out and away from the jury.

SN        OCR        RPR

Proceedings                                    1946

And I think that it's -- there is little probative value in my opinion to allowing in evidence that's based on a premise that's plainly foreclosed by the operative contract in this case.

So both the risk of confusion and unfair prejudice, I think separately and together outweigh the probative value of allowing that testimony.

In my opinion, that's especially true in a case such as this of expert testimony. I mean, one of the reasons why we have to police expert testimony so much is that there is the increased risk that a jury will just believe it because you've got someone up there with a lot of letters after their name.

So, to allow Williams to testify to what is a large figure based on a view of the contract which is not consistent with the unambiguous plain reading of that contract, we give the jury a figure that could never be proverbially put back in bottle and I think it would seriously prejudice defendants.

And, so, for that reason the testimony of that portion of Dr. Williams' report is excluded. And thank goodness I have law clerks because they indicated that I may have said Section 402 when I meant Section 7.02.

When I referred to Daubert, I referred to Daubert and if I said 402 that's not what I meant. I meant 7.02. There's no question of relevancy here. I'm just talking about

SN          OCR          RPR

Proceedings                                          1947

the gate keeping function under Daubert in 7.02.  And when I was talking about 403 I was talking about 403.

You have your objection.  I think that closes that door, but it does -- I read Williams' original report right before the trial started and there are these interlocked -- interlocked models that he uses to clean up -- not to clean up but to support and corroborate his other models.

So, let me ask you, Mr. Buterman, in light of my ruling now what is your proposed remedy or -- I think we need to have some closure on this now because the parties are going to be working on this over the weekend.

MR. BUTERMAN:  You know, Your Honor, in all candor there are multiple ways that we can potentially try to undermine Dr. Williams' credibility.  One is just by simply showing all the various numbers that he's presented over time.  I think that would be pretty persuasive to show how speculative things are.

THE COURT:  You're not saying you're going to put to him the 7.02, 2009 contract number and then say, hey, and then later you came up with a one/third figure.

MR. BUTERMAN:  No, Your Honor.  In fact, I'm moving beyond that.  I was raising that as a potential.

I think in this instance since he doesn't have alternative numbers, this just has to be limited to the baseline.  If Your Honor has indicated that Your Honor is

Proceedings                                          1948

planning on allowing him to testify as to that 48.4 million

dollars number --

THE COURT:   Right.

MR. BUTERMAN:  -- then there should be no testimony

about any other models or anything else.  It's not ideal for

us, Your Honor, to be blunt, but understanding where we are at

this point, I don't know what else we could do.  As Your Honor

understands, we believe at this point there's a fundamental

fairness issue with all of this, but recognizing that --

putting that aside, Your Honor, I think -- yeah, I mean and I

think this is --

THE COURT:   I guess I don't -- in order for me to

craft remedies I need clarity, right, and that doesn't give me

clarity.  So I guess the question is, what effect -- now that

Williams can only testify about the damages model using the

425,000, 80 percent formula, starting with the contract date

in 2013, what is Williams' testimony.

MR. KESSLER:  Okay, so we're again just so we're all

in the same place, we're just talking about the D-I damages.

This has nothing to do with D-II damages.

THE COURT:   This has nothing to do, as far as I

understand, with D-II.

MR. KESSLER:  Correct.  With respect to his D-I

damages, we are happy for him to testify just upon just the

one damages model he presented in his supplemental report, as

Proceedings                          1949

long as they can't cross him to say where are your other models.  In other words, he could do his other models.  He can make the same recalculation of his others, but frankly, Your Honor, for simplicity to the jury, we were now only going to present one model.

THE COURT:  And to be clear, that one model would be, it's the expansion fees, here is how I came up with expansion fees but because of this Traffic contract, the expansion fees would be reduced by whatever the figure is.

MR. KESSLER:  Right.  And it's actually the lowest damages of the three alternatives he did and that's the one we're going to put in.  Again, I want to be clear they don't come up and say, well, you didn't tell the jury you did two other models.  Because he won't.  We'll just do the one model for D-I.

MR. BUTERMAN:  Your Honor, going back to August of 2019, Dr. Williams has submitted damages calculations here and in every instance there have been problems with them that we have pointed out, errors that he has then corrected.  And, now, we are going to be hampered in our cross-examination of Dr. Williams because we won't be able to point out any of those errors because they are not reflected in the one number now that he has presented that --

THE COURT:  I completely appreciate what you're saying.  What is the remedy.

SN        OCR        RPR

Proceedings                                    1950

MR. BUTERMAN:  He should be stricken, Your Honor.

THE COURT:   Just outright, no expert.

MR. BUTERMAN:  No damages expert.  His D-I analysis should just be stricken.  That's our view on this, Your Honor. And I started to mention this that I believe there's also an issue now in light of his report that calls into question whether the report that he submitted back in July of 2014 has undisclosed opinions which we would have questioned both Mr. Sehgal and Dr. Williams about.

His prior report did not say that it was an assumption, that his views of how this issue worked had anything to do with an assumption.  He relied specifically on the plain language on the 2009 agreement.

Now, in what he submitted today, he says it was an assumption based on NASL's understanding of the agreement as well as a communication with Mr. Sehgal, neither of which were disclosed in that earlier report.  And we absolutely would have taken advantage of that to question Mr. Sehgal. Certainly we would have sought a deposition, but if not at trial and we certainly would have sought a deposition of Dr. Williams and, so, we are very much disadvantaged.

THE COURT:   Is that true, Mr. Kessler; that that is the first time that he has -- that he, being Dr. Williams, has indicated this conversation with Sehgal?

MR. KESSLER:  He didn't have a conversation with

Proceedings                                1951

Sehgal, okay?  He stated in this report it was based on information he obtained about Sehgal's views which he obtained as part of counsel telling him what assumption to draw and why.

There was no undisclosed meeting or interview with Sehgal about this.  And, again, Your Honor they're now talking about a report whose opinions have already been excluded by Your Honor.  They are not prejudiced.  If they --

And they want it both ways.  If they want to show the different models, I don't care.  They'll have him testify about the models, but they said they only wanted the one model.  So it has to be one or the other and I'm happy to have just the one model if they want multiple models, I'm happy to have him testify about multiple models, but that's not prejudice to them.

They've achieved the exclusion of the -- of what they wanted to achieve and we should just now be permitted to proceed in accordance with Your Honor's ruling.

MR. BUTERMAN:  I really don't understand what Mr. Kessler just said.  I'm reading from his declaration. This is not him talking --

THE COURT:   What document?

MR. BUTERMAN:  Sorry, ECF 518-1.

THE COURT:   Which is the supplemental declaration dated today from Dr. Williams.

Proceedings                    1952

MR. BUTERMAN:  Correct, Your Honor.  And what Dr. Williams now says is that the assumption --

THE COURT:    What page?

MR. BUTERMAN:  The first page, Your Honor.

THE COURT:    ECF 2 of 9.

MR. BUTERMAN:  Yes, 2 of 9, Your Honor.

And you see in the second paragraph he begins -- he's talking about his supplemental report.  He says, "In my supplemental report dated July 2, 2024, I calculated how much of NASL's D-I entry fees would have been owed to Team Holdings in the but-for world by making the reasonable assumption that NASL would owe Team Holdings $450,000 plus 80 percent of the remainder of the entry fees for the first ten teams after the date of the LLC agreement in 2009, because the counting of these first ten teams after 2009 was not altered by the terms of the 2013 LLC agreement.

"This assumption about the time of the payment under the agreement was based on information I received about little I, NASL's understanding of the LLC agreement, as well as that of NASL's former legal director, Rishi Sehgal, who participated in the negotiations of that agreement."

And then he goes on to talk about --

THE COURT:    So, are you saying that you read that as saying that that was a direct conversation he had with Mr. Sehgal or that information about Mr. Sehgal's view was

SN        OCR        RPR

Proceedings                                                      1953

conveyed to him?

MR. BUTERMAN:  I read that as that they somehow either that Dr. Williams had had a conversation with Mr. Sehgal or alternatively, that information that Mr. Sehgal had relayed made its way to Dr. Williams.  Either way, though, Your Honor, that wasn't disclosed to us and in the July 2nd 2024 report it doesn't even call it an assumption.  They don't say any of that and we obviously would have proceeded very, very differently with respect to Dr. Williams and potentially Mr. Sehgal if we had we known this.

MR. KESSLER:  So, Your Honor, there was no discussion between Mr. Sehgal and Mr. Williams.  There were discussions with counsel in telling Dr. Williams, as counsel does, to -- you can assume this because here are facts that he relied upon us.  There is nothing in his declaration that concealed that -- and we're talking about testimony you've already excluded.  So now you're saying there might be another grounds to exclude that testimony.  It has nothing to did with his new analysis now.

His new analysis now is not based on any of that.  His new analysis is based on Your Honor's ruling that this is what the contract means, that's it.

MR. BUTERMAN:  Your Honor, we're being penalized now because of the fact that Dr. Williams has consistently jumped around and we've been playing Whack-a-Mole for four or five

SN       OCR       RPR

Proceedings                                      1954

years with him.  We're set up at a point now where

Dr. Williams is set to take the stand on Tuesday and we now --

THE COURT:   You're asking me for a maximalist outcome here, right?  You have a line of examination that you're prepared to pursue with Dr. Williams.  Let me just make sure I understand the parameters of your concern; that if you -- that the only way that you -- given the track record here as you describe it with him, and the errors and corrections and that that was a basis of or one of the foundational points of how you're going to cross him.

That if you now have to cross him using that same approach, that it necessarily exposes the larger figures from the other model which would prejudice you.  Is that --

MR. BUTERMAN:   That's part of it, Your Honor. That's absolutely part of it.  The other part of it is that by virtue of this ruling and limiting him to that one number, we now do not even have the ability to point out all the prior -- all the errors in his assumptions.  Up until now, Dr. Williams has had a very, very firm view.  He says it even in this report, I received criticisms from Dr. Murphy and Mr. Meyer and those are all incorrect.  But I made adjustments anyway.

But until -- I think until about I don't know how long ago, a couple of hours ago he was going to plan on presenting a much, much higher number and we were going to be able to cross him on all the fundamental issues.  Those are

SN        OCR        RPR

Proceedings                                    1955

now out of here because that number now reflects this lower --

THE COURT:  But the only thing you asked me to rule on at the beginning of the week was the 2013 LLC agreement and its effect on his calculation.  None of this was presented to me.  You asked me to make a very specific ruling on Daubert which I did and now there are these knock-on effects that were never presented to me.

MR. BUTERMAN:  With respect, Your Honor, we did ask that he be excluded.  You asked me directly what our request was.

THE COURT:  But it was excluded --

MR. BUTERMAN:  His Division-I --

THE COURT:  But it was excluded for that reason.  Wasn't it excluded because of the 2013 -- the way he approached the 2013 LLC?

MR. BUTERMAN:  Our view it was because of overall --

THE COURT:  Well, I understood it as because of the manner in which he dealt with the 2013/2009 agreement.

MR. BUTERMAN:  That's obviously part of it, Your Honor.

THE COURT:  What about, I mean, let me just do the dangerous thing of thinking out loud.  Why -- as a sequence or as a half measure, or maybe you wouldn't even view it as a half, is there a way to do the cross that you are doing without exposing the figures?

SN        OCR        RPR

Proceedings                                                    1956

So, somehow a sanitized version where you talk about and you came up with other calculations without expressing what that number is and then crossing him about how his inability to do that correctly is appropriate.  And if he ventures, and I would instruct that he could not venture into any of these higher figures that are premised on the incorrect reading of -- or the improper assumption regarding the 2009 agreement.

That would require, just to give you the full picture, that would require yet again another report from Williams that lines up how the thinking on one affects the other, but -- or maybe it doesn't, but -- so, that is --

My thinking out loud potential approach to give you still the opportunity to test and challenge Williams based on what you would then argue is shabby work product.

MR. BUTERMAN:  I think that, Your Honor, at this point we're hesitant to even suggest to the jury that there are higher numbers.

THE COURT:  But it wouldn't be -- what I was proposing, if it was feasible and, again, you know the record obviously significantly better than I do, whether it is feasible to cross-examine him on what you consider to be deficiencies and errors to undermine his credibility and his bona fides without revealing the numbers.

A    I think that there are ways -- there are ways to do it at

Proceedings                                 1957

least with respect to some of the issues.  I'm not sure on the fly.

THE COURT:  So I also don't want to go on the fly. So how much time would you need to think about this and send me a letter?

MR. BUTERMAN:  Sometime tomorrow, Your Honor.

THE COURT:  You can do Sunday.

MR. BUTERMAN:  Then we'll do Sunday morning.

THE COURT:  Sunday noon.  I'm not going to read it Sunday morning.  So Sunday noon.

In light of my ruling regarding Williams, I need an explanation from you about what the knock-on effects are vis-à-vis the rest of Williams' different comparison support models and how, if at all, you -- obviously without revealing, you know, I doubt there's much secret about how you're going to cross him, how you would propose a sort of sanitized version of Williams' testimony that would allow you to engage in the same exercise.

MR. BUTERMAN:  Okay.

MR. KESSLER:  So there is a timing issue.  In light of Your Honor's wise advice that we think about time allocation, we might conclude and I think we either advised defendants or would advise him today that we're not going to call Dr. Szymanski which means -- we just don't have time in light of everything else.

SN        OCR        RPR

Proceedings                                    1958

And, therefore, it is possible that I would start Mr. Williams' examination on Monday late in the day.  Because we only have two witnesses before that, Mr. Commisso and Dr. Knoll.

THE COURT:  Let me ask defendants this, and also plaintiff, since no one asked me today and no one has asked me and I don't give the jury instructions unless the parties ask me, no one has asked me to describe to the jury the, you know, the fact that a witness might be called by two parties and that I'm the one who instructed the parties to have the witness appear only once.

No one asked me today to explain the fact that Mr. Hunt was out of order, out of timing order, not out of order, so I stayed quiet on that, but is there --

Given the seriousness and significance of Dr. Williams' report and the amount of money we're talking about, are there other plaintiff's witnesses that could be put forward -- I mean defendants' witnesses that could be put forward in an out-of-order way?

MR. BUTERMAN:  I'm not sure, Your Honor.  I also will say that I certainly don't have a problem with Dr. Williams' direct examination beginning on Monday.  I just don't think I should be forced to start my cross of him until Tuesday.

THE COURT:  That will be fine.

SN        OCR        RPR

Proceedings                                      1959

Are you assuming then that you will --

MR. KESSLER:  I don't know -- again, I don't know what time I would start.  Frankly, it's because of time it's not going to be a hugely long direct, but what I would say this, Your Honor, because of the rule that we can't talk to the witness once we put him on direct, I would like your ruling on what the cross can be because I may have to give instructions to the witness that he can't say this --

In other words, if it's going to say -- if they're going to present a model but he can't say a number, I need to be able to talk to him, right?  So I need to explain whatever your ruling is before he goes --

THE COURT:  If I give you the ruling before he goes on the stand with enough time for you to --

MR. KESSLER:  That would be sufficient.  I meant if you gave it to me when he's already on the stand, I would need special permission to be able to discuss it with him before cross.

THE COURT:  Just get me something by noon on Sunday.

MR. BUTERMAN:  Yes, Your Honor.

THE COURT:  And I will endeavor -- if this requires that Williams can't testify on Monday and you have no one else, I am not going to, you know --

MR. KESSLER:  So we'll move to their case and he'll

SN        OCR        RPR

Proceedings                                      1960

testify after that.

THE COURT:  No, no.  I said I won't chastise you for not having a witness available if presumably -- Williams is then your last witness.

MR. KESSLER:  He is my last witness, yes.

MR. YATES:  We were told that they would be closing their case at the end of the day on Tuesday and so we have lined up witnesses starting for Thursday.  So I want to alert the Court TO that and we've heard nothing about Dr. Szymanski. We were prepared to cross him, but it sounds like now he's not going to show up.

THE COURT:  All the representations that -- you've known what your time is.  The fact that I announced the time -- I have to assume that someone on your side is keeping time.

MR. KESSLER:  We are, but as Your Honor knows, we have to make continuous decisions as to who to call or not. But defendant should know this and they're submitting a letter and I don't know if I'll have time to respond to the letter or not.  I assume we can get something in quickly.

THE COURT:  Yes.

MR. KESSLER:  But before this issue came up this week, we had already concluded for simplicity it was going to be the higher number, we were going to present only one damage figure to the jury for D-I.  Even though he's done the work,

Proceedings                                                        1961

we were not going --

THE COURT:    Were you then going to argue that that would have precluded them from crossing.

MR. KESSLER:    Absolutely not.    It's the same here. They are free.    We never thought that they were precluded from saying you did other models and asking them.    In other words, they're the ones -- in other words, we never thought that we were precluding them from asking about other models if we present only one figure.    That's all, I'm staying.

MR. RUSKIN:    Your Honor, there is a third witness they said they were calling, which is terms of scheduling.

MR. KESSLER:    We are calling Dr. Knoll.    We have Mr. Commisso and Dr. Knoll.    They are both testifying on Monday.    Commisso, then Knoll, in that order.    What I'm simply saying is because we're not calling --

Sorry, sorry, sorry, Your Honor.    You're the audience, not them.    Because we're not calling Dr. Szymanski, and I don't know how long your cross-examination is of Knoll. It's possible it will take the whole day, it just may not.

MR. BUTERMAN:    So, Your Honor, two things.    Number one, so do we now understand that Mr. Szymanski is not going to be testifying?

MR. KESSLER:    Correct.

MR. BUTERMAN:    Good.    Number one.    Out an abundance of caution to be clear, Roman Numeral II of Dr. Williams' most

SN        OCR        RPR

Proceedings                                          1962

supplemental report which is entitled Alternatively It is Still Economically Reasonable to Assume That in the But-For World --

THE COURT:  That is out.  That's out.

MR. BUTERMAN:  I just wanted to be sure we're in agreement, Your Honor.

MR. KESSLER:  And we understood that, Your Honor. That's what we understood you ruled on.

THE COURT:  All right.  Trials are dynamic.

So you will get something to me by noon.  I'll start working on something and you can get me something whenever you want to get me something and make sure to file it and send it to the chambers box just to make sure there's no missed e-mail and then I will give you an answer before Williams.

It's probably never enough time, but with time to consider how to address Williams' direct examination.

MR. YATES:  Obviously two things, Your Honor.  There is a continuing gatekeeping obligation with respect to Dr. Williams.  Expert witnesses get excluded, including damages experts, like Dr. Rasher who Mr. Kessler uses a lot, was excluded recently even after a jury verdict.

So we will renew our challenges as part of some other motions we will file and obviously there will be a Rule 50 motion that will come in once the plaintiffs close.

THE COURT:  I had little doubt that the number of

SN        OCR        RPR

Proceedings                                    1963

docket entries in this case would not grow, but that is your prerogative obviously.

MR. KESSLER:  And just for the record, Your Honor, the case he's referring to I had nothing to do with.  I don't know why he put my name into somebody else's case.

THE COURT:  I wasn't going to research it.  Thank you all.

(Matter adjourned until Monday, January 27, 2025.)

- ooOoo -

1964

I N D E X


WITNESS                                                    PAGE


  JEFF L'HOTE

        CROSS-EXAMINATION BY MR. KESSLER           1812

        DIRECT EXAMINATION BY MS. RATHBUN          1833

        RECROSS EXAMINATION BY MR. KESSLER         1870

        REDIRECT EXAMINATION BY MS. RATHBUN        1884

  CLARK HUNT

        DIRECT EXAMINATION BY MR. PERRA            1887

        CROSS-EXAMINATION BY MR. KESSLER           1913

        REDIRECT EXAMINATION

        BY MR. PERRA                               1925

  ALEC PAPADAKIS - VIDEO DEPOSITION               1928

  CARLOS CORDEIRO - VIDEO DEPOSITION              1929


E X H I B I T S

  PX-193                                           1813

  PX-197                                           1826

  Defendant's Exhibit DX-123                       1837

  Defendant's Exhibit DX-661                       1853

  Defendant's Exhibit DX-738                       1858

  Exhibit PX-218                                   1867

  JX-112                                           1930

VB        OCR        CRR

1965

| | |
|---|---|
| JX-112-A | 1930 |
| DX-339 | 1931 |
| Plaintiff's 218 | 1931 |
| JX-113 | 1931 |
| JX-113-A | 1931 |

VB          OCR          CRR

## ALL WORD INDEX

1

### $

**$40** [1] - 1903:9
**$400** [2] - 1918:22, 1918:24
**$450,000** [1] - 1952:12
**$48** [1] - 1934:24
**$55** [1] - 1903:21

### '

**'17** [1] - 1876:13
**'18** [3] - 1876:13, 1876:14, 1903:21
**'19** [1] - 1881:19
**'60s** [1] - 1924:22
**'94** [1] - 1897:13

### 0

**0005** [1] - 1837:20
**0015** [1] - 1842:24
**0017** [1] - 1846:22
**0019** [1] - 1847:11
**004** [1] - 1849:6
**005** [1] - 1829:19
**007** [1] - 1849:13

### 1

**1** [24] - 1813:18, 1813:20, 1814:6, 1816:13, 1816:17, 1819:25, 1820:14, 1823:10, 1823:13, 1823:23, 1825:6, 1831:19, 1853:20, 1855:14, 1857:6, 1857:10, 1859:24, 1862:22, 1863:1, 1864:23, 1876:18, 1882:17, 1908:6
**10** [2] - 1884:22, 1898:6
**100** [1] - 1867:6
**1001** [1] - 1809:10
**10020** [1] - 1809:2
**10036** [1] - 1809:7
**10166** [1] - 1808:15
**11** [4] - 1822:6, 1827:19, 1868:25, 1931:21
**110** [2] - 1849:25, 1903:14
**11201** [1] - 1809:17
**12** [9] - 1830:18, 1846:17, 1851:25, 1852:12, 1852:20, 1856:9, 1856:17, 1903:8
**12-plus** [1] - 1847:3
**12-team** [1] - 1852:17
**1205** [1] - 1808:22
**125** [1] - 1870:4
**1271** [1] - 1809:2
**12:53** [1] - 1926:11
**12:55** [1] - 1927:19
**13** [1] - 1812:1
**1359** [2] - 1810:5, 1811:25

**14** [2] - 1875:11, 1880:21
**15** [11] - 1812:1, 1814:8, 1828:16, 1843:7, 1854:21, 1855:18, 1856:11, 1884:22, 1890:1, 1891:2, 1898:6
**15165** [1] - 1808:19
**152** [1] - 1923:3
**15th** [6] - 1854:24, 1855:11, 1856:2, 1869:9, 1877:23, 1880:8
**16** [2] - 1827:1, 1869:7
**16th** [1] - 1880:16
**17** [5] - 1846:22, 1905:15, 1905:21, 1907:17, 1931:22
**17-field** [1] - 1903:12
**17CV5495(HG** [1] - 1808:3
**18** [7] - 1820:10, 1821:9, 1826:22, 1881:16, 1907:17, 1908:22, 1931:21
**1812** [1] - 1964:6
**1813** [1] - 1964:19
**1826** [1] - 1964:20
**1833** [1] - 1964:7
**1837** [1] - 1964:21
**185** [1] - 1903:23
**1853** [1] - 1964:22
**1858** [1] - 1964:23
**1867** [1] - 1964:24
**1870** [1] - 1964:8
**1884** [1] - 1964:9
**1887** [1] - 1964:11
**19** [3] - 1905:15, 1907:17, 1928:15
**1913** [1] - 1964:12
**1925** [1] - 1964:14
**1928** [1] - 1964:15
**1929** [1] - 1964:16
**1930** [2] - 1964:25, 1965:1
**1931** [4] - 1965:2, 1965:3, 1965:4, 1965:5
**1958** [1] - 1888:17
**1960** [1] - 1889:13
**1960s** [4] - 1890:6, 1890:19, 1891:7, 1901:11
**1966** [1] - 1891:9
**1980s** [3] - 1891:22, 1892:6, 1912:8
**1987** [1] - 1887:13
**1990s** [2] - 1892:23, 1912:8
**1994** [5] - 1892:1, 1892:10, 1893:2, 1893:17, 1897:13
**1995** [3] - 1888:3, 1893:2, 1894:5
**1996** [3] - 1894:6, 1897:4, 1916:12
**1999** [2] - 1902:18, 1904:7
**1:30** [3] - 1926:10, 1926:12, 1927:17
**1:38** [1] - 1928:17
**1st** [5] - 1857:15, 1862:10, 1862:18, 1865:14, 1866:11

### 2

**2** [5] - 1815:2, 1849:6, 1952:5, 1952:6, 1952:9

**2-B** [1] - 1943:19
**20** [8] - 1821:9, 1851:23, 1887:22, 1902:3, 1904:1, 1904:17, 1904:18, 1912:4
**20/20** [1] - 1868:21
**200** [2] - 1808:15, 1937:8
**2000** [1] - 1809:4
**20004** [1] - 1809:11
**2000s** [2] - 1904:17, 1904:25
**2001** [12] - 1840:5, 1898:21, 1900:1, 1901:1, 1906:14, 1916:10, 1916:15, 1917:3, 1917:9, 1917:10, 1919:4, 1919:6
**2002** [8] - 1887:24, 1893:13, 1899:9, 1900:1, 1900:4, 1901:2, 1906:14, 1906:16
**2003** [2] - 1904:13, 1921:23
**2005** [4] - 1836:11, 1901:13, 1903:11, 1903:18
**2006** [4] - 1836:11, 1900:22, 1901:13, 1920:6
**2007** [3] - 1838:12, 1862:19, 1871:4
**2008** [6] - 1838:13, 1838:14, 1840:5, 1871:1, 1871:3, 1874:17
**2009** [11] - 1934:9, 1943:8, 1943:20, 1945:9, 1945:14, 1945:16, 1947:19, 1950:13, 1952:14, 1952:15, 1956:7
**2010** [1] - 1841:12
**2011** [9] - 1810:7, 1841:16, 1843:4, 1843:6, 1843:8, 1844:5, 1844:14, 1849:12, 1864:19
**2013** [16] - 1900:23, 1920:7, 1920:9, 1934:17, 1934:18, 1935:11, 1935:12, 1935:15, 1940:20, 1945:15, 1945:17, 1948:17, 1952:16, 1955:3, 1955:14, 1955:15
**2013/2009** [1] - 1955:18
**2014** [1] - 1950:7
**2015** [1] - 1920:13
**2016** [9] - 1810:7, 1830:8, 1830:15, 1830:19, 1831:1, 1864:19, 1877:10, 1933:25, 1934:23
**2017** [59] - 1812:19, 1813:20, 1814:7, 1818:11, 1818:12, 1818:19, 1819:13, 1820:6, 1828:6, 1828:17, 1830:1, 1831:11, 1831:19, 1832:20, 1832:23, 1833:7, 1836:17, 1836:19, 1844:5, 1844:15, 1845:1, 1845:23, 1846:1, 1846:10, 1847:1, 1847:22, 1848:3, 1848:9, 1848:10, 1848:21, 1849:12, 1851:6, 1851:9, 1852:10, 1852:21, 1853:25, 1854:4, 1854:7, 1854:22, 1855:14, 1855:18, 1856:8, 1856:11, 1857:6, 1857:10, 1858:9, 1859:24, 1862:22, 1863:2, 1864:9, 1864:21, 1864:23, 1869:23, 1870:5, 1876:18, 1881:8, 1882:17, 1884:4, 1903:20
**2018** [44] - 1813:1, 1815:23, 1817:6, 1817:11, 1818:4, 1818:5, 1819:8, 1819:14, 1819:23, 1820:6, 1821:15,

## ALL WORD INDEX

2

1821:18, 1821:25, 1822:6, 1822:19, 1823:20, 1829:22, 1831:7, 1844:22, 1846:17, 1847:3, 1848:2, 1851:21, 1851:25, 1852:12, 1854:12, 1854:18, 1856:10, 1856:18, 1858:25, 1859:17, 1859:22, 1862:20, 1864:9, 1867:5, 1868:20, 1869:7, 1878:4, 1878:15, 1880:1, 1880:16, 1880:22, 1880:24, 1881:11

**2019** [9] - 1881:22, 1907:12, 1908:2, 1908:4, 1908:5, 1908:7, 1908:10, 1920:16, 1949:17

**2020** [5] - 1881:13, 1882:3, 1882:6, 1882:7, 1882:12

**2022** [1] - 1869:15

**2024** [4] - 1870:2, 1870:4, 1952:9, 1953:7

**2025** [1] - 1963:9

**21** [7] - 1820:13, 1826:19, 1826:23, 1826:24, 1831:6, 1876:17, 1877:8

**218** [3] - 1880:13, 1931:2, 1965:3

**225** [1] - 1809:17

**227** [1] - 1853:17

**24** [2] - 1908:22, 1931:20

**24,2025** [1] - 1808:7

**25** [2] - 1902:3, 1906:21

**26** [1] - 1854:7

**27** [1] - 1963:9

**28** [2] - 1903:5, 1906:22

**29th** [1] - 1932:2

**2nd** [1] - 1953:6

### 3

**3** [1] - 1933:4

**30** [8] - 1818:13, 1831:18, 1848:1, 1866:13, 1885:4, 1887:11, 1907:7, 1919:5

**31** [4] - 1831:11, 1858:9, 1866:21, 1867:3

**37** [1] - 1851:14

**3:00** [2] - 1926:20, 1928:25

### 4

**4** [4] - 1817:2, 1837:20, 1856:4

**40-odd** [1] - 1934:20

**400** [2] - 1808:19, 1907:7

**402** [3] - 1945:9, 1946:22, 1946:24

**403** [5] - 1943:9, 1945:11, 1945:24, 1947:2

**425,000** [1] - 1948:16

**45** [1] - 1885:4

**48.4** [1] - 1948:1

**4th** [1] - 1932:4

### 5

**5** [1] - 1817:5

**5,000** [1] - 1881:11

**50** [1] - 1962:24

**505** [1] - 1809:4

**518** [2] - 1933:18, 1943:5

**518-1** [1] - 1951:23

**519** [4] - 1933:19, 1936:17, 1943:6, 1944:10

**52** [1] - 1926:16

**555** [1] - 1808:22

**58** [1] - 1873:3

**59** [1] - 1873:3

**599** [1] - 1931:11

### 6

**6** [2] - 1839:3, 1851:20

**60** [2] - 1872:19, 1872:25

**600S** [1] - 1809:10

### 7

**7** [2] - 1814:7, 1923:4

**7.02** [7] - 1943:3, 1943:8, 1945:13, 1946:22, 1946:24, 1947:1, 1947:19

**70** [2] - 1849:25, 1869:25

**70,000** [1] - 1901:25

**702** [1] - 1933:21

**78** [1] - 1827:21

**79,000** [1] - 1898:6

### 8

**8** [3] - 1821:10, 1821:11, 1851:9

**8/15/17** [1] - 1826:19

**80** [2] - 1948:16, 1952:12

**8th** [1] - 1849:3

### 9

**9** [2] - 1952:5, 1952:6

**91403** [1] - 1808:20

**94104** [1] - 1808:22

**94111** [1] - 1809:5

**9:30** [2] - 1808:8, 1930:14

### A

**a.m** [1] - 1808:8

**ability** [9] - 1848:4, 1851:3, 1852:9, 1852:16, 1855:3, 1894:21, 1902:10, 1936:11, 1954:17

**able** [12] - 1840:14, 1889:14, 1896:24, 1900:14, 1900:18, 1900:21, 1912:14, 1915:5, 1949:21, 1954:25, 1959:11, 1959:17

**absence** [1] - 1936:24

**absolutely** [4] - 1923:2, 1950:17, 1954:15, 1961:4

**abundance** [1] - 1961:24

**academies** [3] - 1905:10, 1906:9, 1906:19

**academy** [5] - 1905:12, 1905:14, 1905:24, 1906:8, 1906:23

**accelerate** [1] - 1877:17

**accelerated** [7] - 1877:20, 1877:22, 1878:5, 1878:14, 1878:19, 1879:4, 1879:8

**accelerating** [2] - 1878:24, 1884:5

**accept** [1] - 1943:1

**access** [3] - 1902:7, 1902:8, 1902:9

**accordance** [1] - 1951:18

**achievable** [1] - 1873:22

**achieve** [3] - 1847:2, 1925:4, 1951:17

**achieved** [1] - 1951:16

**act** [2] - 1851:3, 1864:16

**acted** [1] - 1940:22

**active** [2] - 1847:16, 1847:18

**actively** [1] - 1873:20

**actual** [9] - 1831:16, 1867:19, 1938:9, 1941:24, 1942:7, 1942:8, 1942:12, 1944:8

**add** [6] - 1817:23, 1858:2, 1858:24, 1859:9, 1859:12, 1942:4

**added** [4] - 1861:9, 1861:16, 1861:17, 1904:15

**adding** [1] - 1859:4

**addition** [2] - 1842:21, 1881:7

**additional** [5] - 1813:25, 1847:23, 1868:11, 1938:23, 1940:3

**Additionally** [1] - 1895:24

**additionally** [1] - 1909:18

**address** [2] - 1936:14, 1962:16

**addressed** [1] - 1897:23

**addressing** [1] - 1934:17

**adjourned** [1] - 1963:9

**adjustments** [1] - 1954:21

**administer** [1] - 1845:2

**administrative** [1] - 1931:17

**admit** [8] - 1837:6, 1847:5, 1853:12, 1858:13, 1867:20, 1930:24, 1931:1, 1931:9

**admitted** [10] - 1813:14, 1826:11, 1837:9, 1853:15, 1858:16, 1867:22, 1931:5, 1931:6, 1931:14

**adopted** [1] - 1874:2

**advantage** [1] - 1950:18

**advice** [7] - 1842:13, 1842:15, 1842:18, 1871:9, 1874:14, 1874:25, 1957:21

**advise** [1] - 1957:23

VB        OCR        CRR

ALL WORD INDEX                                                                    3

**advised** [2] - 1858:18, 1957:22
**AFC** [2] - 1889:16, 1889:17
**affects** [2] - 1943:14, 1956:11
**affiliate** [1] - 1906:1
**affiliated** [1] - 1869:10
**affirmed** [2] - 1945:5, 1945:6
**AFL** [8] - 1890:3, 1890:6, 1914:1, 1914:16, 1914:18, 1915:5, 1924:12, 1924:14
**aFTERNOON** [1] - 1928:1
**afterwards** [2] - 1814:5, 1940:23
**age** [3] - 1905:12, 1905:15, 1908:19
**agency** [1] - 1894:22
**agenda** [1] - 1825:7
**ages** [1] - 1908:22
**ago** [4] - 1901:1, 1909:1, 1954:23
**agree** [11] - 1857:7, 1857:11, 1867:1, 1870:8, 1874:17, 1876:7, 1918:24, 1919:7, 1919:18, 1921:12, 1924:6
**agreed** [2] - 1836:17, 1890:6
**agreement** [26] - 1829:1, 1831:24, 1832:14, 1836:16, 1934:9, 1934:10, 1934:11, 1934:18, 1943:8, 1943:21, 1945:9, 1945:14, 1945:15, 1945:16, 1945:17, 1950:13, 1950:15, 1952:14, 1952:16, 1952:18, 1952:19, 1952:21, 1955:3, 1955:18, 1956:8, 1962:6
**agreements** [1] - 1870:11
**ahead** [1] - 1838:10
**Ahrens** [1] - 1813:6
**Aided** [1] - 1809:18
**airplane** [1] - 1889:2
**Alan** [2] - 1892:9, 1893:21
**ALEC** [2] - 1929:2, 1964:15
**Alec** [6] - 1846:3, 1867:11, 1928:14, 1928:21, 1929:4, 1930:23
**alert** [1] - 1960:8
**allocation** [1] - 1957:22
**allotment** [1] - 1927:6
**allotments** [2] - 1926:25, 1927:1
**allotted** [1] - 1852:17
**allow** [6] - 1864:5, 1894:19, 1906:13, 1942:1, 1946:14, 1957:17
**allowed** [1] - 1944:23
**allowing** [3] - 1946:2, 1946:7, 1948:1
**altered** [1] - 1952:15
**alternate** [1] - 1933:22
**alternative** [3] - 1873:22, 1943:10, 1947:24
**Alternatively** [1] - 1962:1
**alternatively** [1] - 1953:4
**alternatives** [1] - 1949:11
**amateur** [1] - 1890:19
**amazing** [1] - 1911:15
**ambiguity** [15] - 1936:21, 1936:24, 1938:4, 1938:16, 1938:17, 1938:20, 1938:21, 1939:1, 1940:6, 1940:12, 1941:7, 1941:11, 1941:15, 1944:23, 1944:25

**ambiguous** [1] - 1939:4
**America** [1] - 1909:22
**AMERICAN** [1] - 1808:4
**American** [17] - 1810:11, 1810:13, 1810:23, 1889:9, 1889:17, 1891:15, 1891:21, 1892:5, 1892:16, 1894:24, 1899:22, 1900:2, 1900:7, 1905:5, 1905:6, 1909:15, 1911:21
**Americans** [1] - 1909:20
**Americas** [1] - 1809:2
**amount** [1] - 1958:16
**analysis** [8] - 1934:19, 1937:9, 1943:15, 1944:11, 1950:3, 1953:19, 1953:20, 1953:21
**analyzed** [1] - 1838:18
**Angeles** [1] - 1904:12
**announce** [2] - 1847:23, 1851:23
**announced** [6] - 1843:7, 1848:1, 1851:21, 1852:12, 1855:12, 1960:13
**announcements** [1] - 1847:20
**annual** [3] - 1814:9, 1814:17, 1845:2
**Anschutz** [8] - 1895:24, 1899:7, 1899:10, 1900:10, 1900:18, 1904:11, 1917:19, 1919:11
**Anschutz's** [1] - 1920:12
**answer** [10] - 1812:1, 1813:25, 1828:22, 1828:23, 1830:11, 1874:23, 1879:19, 1879:21, 1887:18, 1962:14
**answered** [2] - 1810:19, 1866:1
**answers** [2] - 1828:16, 1829:6
**antitrust** [1] - 1925:3
**anyway** [1] - 1954:21
**apologize** [3] - 1827:23, 1872:22, 1873:1
**appealing** [1] - 1900:15
**appear** [1] - 1958:11
**appeared** [1] - 1893:2
**appearing** [1] - 1929:2
**applicable** [1] - 1818:25
**application** [24] - 1815:4, 1815:15, 1818:11, 1818:13, 1823:18, 1831:4, 1831:17, 1854:12, 1854:17, 1855:17, 1855:18, 1855:21, 1855:25, 1856:18, 1857:7, 1857:12, 1857:22, 1863:2, 1864:23, 1869:9, 1877:17, 1880:1, 1880:8, 1884:5
**applications** [7] - 1854:18, 1855:3, 1870:9, 1870:13, 1878:4, 1911:5, 1911:7
**applied** [1] - 1877:9
**applies** [1] - 1945:12
**apply** [5] - 1830:3, 1864:15, 1874:9, 1880:4, 1918:12
**appointment** [1] - 1850:16
**appreciate** [3] - 1933:6, 1935:20, 1949:24
**approach** [4] - 1936:2, 1939:7, 1954:12, 1956:13
**approached** [7] - 1888:16, 1888:25, 1890:9, 1892:12, 1893:16, 1893:24,

1955:15
**appropriate** [4] - 1824:15, 1862:4, 1927:12, 1956:4
**approximate** [1] - 1907:4
**area** [1] - 1907:13
**arenas** [1] - 1904:3
**argue** [5] - 1811:2, 1885:12, 1939:22, 1956:15, 1961:2
**arguments** [1] - 1943:24
**Arizona** [1] - 1888:24
**Arrowhead** [1] - 1898:5
**articulated** [1] - 1937:6
**artificial** [1] - 1850:2
**aside** [1] - 1948:10
**aspects** [1] - 1824:11
**assertions** [2] - 1819:7, 1856:8
**assessing** [1] - 1854:11
**assist** [1] - 1819:22
**assistance** [1] - 1910:8
**associated** [2] - 1909:7, 1918:1
**Association** [1] - 1835:1
**assume** [8] - 1932:12, 1937:16, 1938:9, 1939:21, 1942:11, 1953:14, 1960:14, 1960:20
**Assume** [1] - 1962:2
**Assumes** [1] - 1818:4
**assuming** [2] - 1938:6, 1959:1
**assumption** [24] - 1934:9, 1936:23, 1936:25, 1937:2, 1937:19, 1940:2, 1941:18, 1941:21, 1941:22, 1941:25, 1942:21, 1943:20, 1944:6, 1945:4, 1945:10, 1950:11, 1950:12, 1950:15, 1951:3, 1952:2, 1952:11, 1952:17, 1953:7, 1956:7
**assumptions** [6] - 1935:15, 1935:16, 1936:19, 1939:6, 1945:21, 1954:18
**assurances** [2] - 1854:10, 1854:15
**asterisk** [1] - 1847:24
**atmosphere** [2] - 1898:7, 1902:4
**attach** [1] - 1842:21
**attached** [5] - 1813:17, 1826:17, 1826:25, 1829:11, 1842:23
**attachment** [8] - 1836:25, 1837:1, 1837:3, 1846:21, 1848:25, 1849:1, 1853:8, 1853:18
**attacking** [2] - 1945:21, 1945:22
**attempt** [1] - 1815:24
**attend** [2] - 1831:16, 1831:19
**attendance** [2] - 1825:10, 1864:12
**attended** [4] - 1857:2, 1857:5, 1857:9, 1887:12
**attending** [1] - 1892:24
**attention** [3] - 1899:25, 1905:5, 1940:20
**attorneys** [2] - 1917:11, 1917:14
**attracting** [1] - 1899:25
**audience** [1] - 1961:17
**audio** [3] - 1811:1, 1811:5, 1811:9
**August** [20] - 1812:18, 1814:8,

VB        OCR        CRR

## ALL WORD INDEX

4

1828:16, 1854:21, 1854:24, 1855:3, 1855:11, 1855:18, 1856:2, 1856:11, 1856:18, 1858:9, 1859:16, 1859:21, 1869:8, 1877:23, 1878:4, 1880:8, 1949:16
**available** [1] - 1960:3
**Ave.NW** [1] - 1809:10
**Avenue** [2] - 1808:15, 1809:2
**avoid** [1] - 1847:6
**aware** [16] - 1816:13, 1816:15, 1829:3, 1848:17, 1854:14, 1855:7, 1870:11, 1908:10, 1910:22, 1916:25, 1917:4, 1920:19, 1920:20, 1925:20, 1927:3, 1944:23

# B

**bad** [9] - 1840:24, 1840:25, 1841:2, 1841:3, 1888:18, 1898:20, 1917:19
**balancing** [1] - 1945:12
**ballpark** [1] - 1928:15
**bankruptcy** [2] - 1917:11, 1917:14
**bankrupting** [1] - 1895:2
**base** [4] - 1897:14, 1897:16, 1901:14, 1942:7
**Baseball** [1] - 1901:9
**based** [19] - 1819:15, 1934:19, 1935:9, 1937:1, 1937:2, 1938:17, 1939:17, 1941:18, 1943:7, 1945:4, 1945:9, 1946:2, 1946:15, 1950:15, 1951:1, 1952:18, 1953:20, 1953:21, 1956:14
**baseline** [3] - 1935:5, 1936:1, 1947:25
**basis** [3] - 1935:8, 1940:9, 1954:9
**basketball** [2] - 1890:5, 1890:8
**Bates** [1] - 1853:17
**became** [12] - 1841:16, 1841:17, 1871:14, 1871:15, 1889:17, 1890:7, 1890:10, 1891:4, 1893:1, 1912:10, 1914:19, 1914:22
**become** [5] - 1816:13, 1816:15, 1874:19, 1900:15, 1911:17
**becomes** [1] - 1880:2
**BEFORE** [1] - 1808:12
**began** [3] - 1887:24, 1892:23, 1899:3
**begin** [2] - 1887:23, 1929:1
**beginning** [6] - 1815:3, 1872:24, 1909:1, 1920:16, 1955:3, 1958:22
**beginnings** [1] - 1915:13
**begins** [2] - 1818:11, 1952:7
**behalf** [2] - 1845:4, 1851:3
**belabor** [1] - 1937:12
**believer** [1] - 1901:5
**believes** [2] - 1939:18, 1942:10
**below** [8] - 1815:13, 1818:8, 1818:15, 1820:5, 1850:20, 1880:25, 1881:18
**benchmark** [2] - 1935:4, 1936:2
**beneficial** [1] - 1906:10
**benefit** [3] - 1854:22, 1854:23, 1854:25

**benefiting** [1] - 1900:3
**benefitted** [2] - 1918:24, 1918:25
**best** [10] - 1871:9, 1900:5, 1905:5, 1905:6, 1905:24, 1906:16, 1907:17, 1914:25, 1926:23, 1927:13
**better** [4] - 1817:22, 1899:17, 1908:18, 1956:21
**between** [19] - 1822:2, 1826:5, 1832:17, 1841:13, 1844:5, 1844:14, 1849:18, 1863:15, 1864:9, 1870:11, 1872:13, 1875:18, 1891:10, 1908:21, 1920:22, 1941:23, 1945:6, 1953:12
**beverage** [1] - 1902:8
**beyond** [7] - 1819:14, 1837:7, 1938:3, 1940:3, 1942:3, 1945:13, 1947:22
**big** [11] - 1822:2, 1839:21, 1869:8, 1872:13, 1890:21, 1897:24, 1898:4, 1901:7, 1902:1, 1902:5, 1909:20
**Bills** [1] - 1885:9
**binder** [1] - 1885:15
**bit** [14] - 1840:21, 1841:6, 1861:8, 1864:17, 1891:2, 1893:19, 1901:15, 1902:4, 1904:8, 1909:9, 1922:15, 1931:24, 1934:4, 1938:5
**blind** [1] - 1843:21
**blow** [1] - 1880:20
**blunt** [1] - 1948:6
**board** [76] - 1813:18, 1813:20, 1816:17, 1816:20, 1819:25, 1821:21, 1822:3, 1822:5, 1823:16, 1823:23, 1823:25, 1825:6, 1831:16, 1831:19, 1831:23, 1832:7, 1832:8, 1832:13, 1832:17, 1832:21, 1833:11, 1833:13, 1845:13, 1845:22, 1848:21, 1849:2, 1849:3, 1851:5, 1851:9, 1852:5, 1852:15, 1855:14, 1857:6, 1857:10, 1857:15, 1857:18, 1857:19, 1857:22, 1857:23, 1859:5, 1859:24, 1860:2, 1861:6, 1862:8, 1862:18, 1862:22, 1863:1, 1863:12, 1863:13, 1863:18, 1863:21, 1863:23, 1864:3, 1865:1, 1865:4, 1865:6, 1865:8, 1865:12, 1865:14, 1865:18, 1865:20, 1865:23, 1866:3, 1866:5, 1866:6, 1866:8, 1866:11, 1878:12, 1879:2, 1879:6, 1880:2, 1880:22, 1881:5, 1881:7, 1882:17, 1884:11
**Board** [1] - 1920:25
**board's** [2] - 1864:17, 1864:22
**bodies** [1] - 1834:25
**body** [2] - 1915:6, 1915:8
**bolstered** [1] - 1938:18
**bona** [1] - 1956:24
**bond** [1] - 1879:23
**book** [1] - 1873:12
**boom** [1] - 1904:17
**bottle** [1] - 1946:18
**bottom** [8] - 1813:23, 1826:13, 1839:4, 1840:4, 1864:13, 1868:18, 1873:10, 1873:18

**Boulevard** [1] - 1808:19
**box** [1] - 1962:13
**break** [6] - 1838:23, 1884:22, 1885:6, 1896:23, 1926:9, 1932:24
**Breaking** [1] - 1839:4
**bright** [1] - 1892:14
**bring** [2] - 1857:25, 1928:5
**bringing** [1] - 1895:13
**broadcast** [1] - 1910:4
**broke** [1] - 1921:6
**Brooklyn** [1] - 1808:6
**Bruce** [2] - 1829:5, 1856:16
**build** [8] - 1901:22, 1902:22, 1903:14, 1905:10, 1910:10, 1915:23, 1918:14, 1926:3
**building** [8] - 1895:4, 1898:2, 1901:19, 1902:15, 1903:5, 1904:17, 1910:9, 1922:16
**built** [11] - 1895:6, 1895:7, 1895:8, 1902:18, 1903:11, 1903:19, 1904:6, 1904:13, 1904:18, 1904:21, 1905:21
**bulb** [1] - 1889:3
**bullet** [2] - 1831:15, 1858:24
**bullish** [1] - 1893:11
**Bulls** [7] - 1890:10, 1890:13, 1890:14, 1912:3, 1912:4, 1912:5, 1912:9
**BUONANOCE** [1] - 1808:23
**burden** [3] - 1898:15, 1898:17, 1941:4
**Burn** [2] - 1893:14, 1917:22
**business** [23] - 1839:15, 1843:19, 1844:6, 1844:7, 1887:13, 1888:9, 1889:8, 1891:23, 1892:5, 1892:19, 1894:9, 1894:12, 1894:14, 1895:1, 1895:2, 1896:6, 1898:1, 1899:14, 1902:16, 1910:17, 1911:25, 1917:16, 1923:25
**Business** [2] - 1836:23, 1846:8
**businesses** [1] - 1835:2
**but-for** [11] - 1937:13, 1937:16, 1938:8, 1938:11, 1939:6, 1939:11, 1939:18, 1940:1, 1941:23, 1942:7, 1952:11
**But-For** [1] - 1962:2
**Buterman** [4] - 1811:4, 1933:4, 1933:20, 1943:14
**BUTERMAN** [41] - 1809:3, 1810:3, 1810:15, 1811:10, 1811:25, 1812:3, 1874:10, 1932:14, 1933:6, 1934:3, 1934:24, 1935:17, 1935:21, 1936:7, 1947:12, 1947:21, 1948:4, 1949:16, 1950:1, 1950:3, 1951:19, 1951:23, 1952:1, 1952:4, 1952:6, 1953:2, 1953:23, 1954:14, 1955:8, 1955:12, 1955:16, 1955:19, 1956:16, 1957:6, 1957:8, 1957:19, 1958:20, 1959:21, 1961:20, 1961:24, 1962:5
**buterman** [1] - 1947:8
**buttress** [1] - 1935:5
**buy** [3] - 1851:3, 1888:14, 1888:20
**buying** [1] - 1889:1

VB        OCR        CRR

## ALL WORD INDEX 5

**BY** [27] - 1812:15, 1834:1, 1836:1, 1861:1, 1866:2, 1866:17, 1867:25, 1870:18, 1873:4, 1874:12, 1874:24, 1875:15, 1877:3, 1877:13, 1879:24, 1883:1, 1884:2, 1887:6, 1913:14, 1925:11, 1964:6, 1964:7, 1964:8, 1964:9, 1964:11, 1964:12, 1964:14
**BY:ADRIAN** [1] - 1808:23
**BY:BRADLEY** [1] - 1809:8
**by:CHRISTOPHER** [1] - 1809:5
**by:CLIFFORD** [1] - 1808:20
**BY:COLIN** [1] - 1809:11
**BY:JEFFREY** [1] - 1808:16
**BY:LAWRENCE** [1] - 1809:3

## C

**CA** [1] - 1809:5
**Cadman** [1] - 1809:17
**calculate** [1] - 1907:4
**calculated** [2] - 1847:6, 1952:9
**calculation** [6] - 1931:25, 1933:22, 1934:20, 1935:9, 1955:4
**calculations** [3] - 1931:18, 1949:17, 1956:2
**California** [2] - 1808:20, 1808:22
**campus** [1] - 1891:1
**candor** [1] - 1947:12
**cannot** [1] - 1940:8
**cap** [1] - 1896:10
**capacities** [1] - 1868:20
**capacity** [5] - 1821:5, 1850:6, 1875:21, 1881:10, 1923:15
**capital** [2] - 1839:17, 1915:20
**caption** [1] - 1873:6
**captivated** [1] - 1891:12
**Cardinals** [1] - 1888:23
**care** [1] - 1951:10
**career** [5] - 1836:6, 1888:9, 1888:13, 1892:20, 1892:21
**careers** [1] - 1834:12
**CARLOS** [1] - 1964:16
**Carlos** [5] - 1813:16, 1826:18, 1858:8, 1930:5, 1931:8
**cARLOS** [1] - 1930:7
**Carolina** [1] - 1863:19
**case** [25] - 1837:12, 1910:18, 1911:3, 1920:17, 1922:23, 1923:20, 1927:2, 1930:16, 1930:18, 1930:19, 1937:23, 1938:6, 1939:5, 1939:9, 1939:10, 1939:11, 1944:8, 1945:7, 1946:4, 1946:8, 1959:25, 1960:7, 1963:1, 1963:4, 1963:5
**cases** [5] - 1819:11, 1895:18, 1910:8, 1912:13, 1937:22
**CAUSE** [1] - 1808:11
**caused** [1] - 1894:25
**causes** [2] - 1897:9, 1935:22
**caution** [1] - 1961:25

**caveats** [1] - 1880:25
**ceases** [1] - 1883:7
**CEO** [3] - 1846:3, 1887:15, 1889:24
**certain** [6] - 1819:23, 1841:5, 1849:20, 1880:25, 1895:18, 1918:12
**certainly** [13] - 1811:2, 1900:12, 1901:4, 1906:14, 1918:11, 1919:25, 1936:20, 1943:23, 1944:13, 1945:17, 1950:19, 1950:20, 1958:21
**certifications** [1] - 1819:24
**cetera** [1] - 1826:6
**chairman** [2] - 1887:15, 1889:24
**challenge** [3] - 1935:24, 1939:21, 1956:14
**challenges** [1] - 1962:22
**challenging** [2] - 1911:20, 1912:12
**chambers** [1] - 1962:13
**Championship** [1] - 1890:23
**championship** [1] - 1890:25
**chance** [2] - 1824:7, 1908:18
**change** [7] - 1810:21, 1811:8, 1811:11, 1811:21, 1811:23, 1822:2, 1935:6
**changed** [5] - 1810:18, 1811:18, 1861:11, 1912:6
**changes** [4] - 1905:2, 1936:17, 1937:9, 1944:11
**chants** [1] - 1891:12
**characterize** [1] - 1940:11
**charged** [1] - 1917:23
**Charlotte** [2] - 1868:19, 1881:9
**chart** [26] - 1820:5, 1820:8, 1820:16, 1830:9, 1830:12, 1830:13, 1831:10, 1840:3, 1840:6, 1840:8, 1840:11, 1840:16, 1849:6, 1849:8, 1849:10, 1849:11, 1849:24, 1850:4, 1850:23, 1861:12, 1876:13, 1876:23, 1876:25, 1878:25, 1930:24, 1931:9
**charter** [1] - 1887:20
**chastise** [1] - 1960:2
**checking** [1] - 1845:7
**Chicago** [7] - 1888:23, 1890:10, 1890:13, 1912:3, 1912:4, 1912:9
**Chiefs** [4] - 1887:16, 1889:22, 1889:23, 1892:24
**children** [1] - 1887:11
**choice** [1] - 1819:20
**chose** [1] - 1840:1
**Chris** [1] - 1813:16
**churn** [5] - 1840:17, 1840:20, 1840:21, 1840:22, 1840:24
**circuit** [3] - 1890:23, 1890:24, 1891:2
**circumstances** [2] - 1822:16, 1918:12
**cited** [1] - 1939:5
**city** [1] - 1910:9
**City** [10] - 1887:16, 1888:6, 1889:21, 1889:23, 1892:24, 1893:10, 1898:5, 1900:22, 1920:6
**CIVIL** [1] - 1808:11
**clarify** [1] - 1865:5

**clarity** [2] - 1948:13, 1948:14
**Clark** [4] - 1885:1, 1885:21, 1886:10, 1887:10
**CLARK** [2] - 1887:1, 1964:10
**class** [2] - 1892:9, 1922:16
**clean** [2] - 1947:6
**clear** [9] - 1815:4, 1865:7, 1865:10, 1935:3, 1940:21, 1944:25, 1949:6, 1949:12, 1961:25
**clearly** [1] - 1815:22
**clerks** [1] - 1946:21
**close** [9] - 1838:14, 1857:15, 1886:2, 1895:23, 1911:10, 1924:6, 1926:19, 1941:16, 1962:24
**closely** [1] - 1869:22
**closes** [1] - 1947:3
**closing** [1] - 1960:6
**closure** [1] - 1947:10
**club** [5] - 1822:17, 1889:25, 1907:14, 1907:24, 1910:3
**Club** [8] - 1907:13, 1907:15, 1907:25, 1908:3, 1908:8, 1908:14, 1908:25, 1909:1
**club's** [1] - 1905:14
**clubs** [4] - 1847:5, 1854:11, 1910:6, 1910:14
**coach** [4] - 1850:8, 1850:12, 1861:13, 1889:24
**coaching** [3] - 1824:15, 1850:7, 1862:6
**Coaching** [1] - 1850:13
**Cole** [1] - 1810:16
**COLE** [2] - 1808:17, 1926:16
**collecting** [1] - 1845:6
**collectively** [3] - 1898:12, 1905:18, 1918:21
**college** [6] - 1895:7, 1897:24, 1906:4, 1906:5, 1906:6, 1906:8
**color** [1] - 1832:1
**Colosseum** [1] - 1891:1
**Columbia** [1] - 1844:3
**Columbus** [8] - 1888:5, 1893:10, 1900:23, 1902:19, 1902:25, 1920:7
**combined** [1] - 1932:3
**coming** [5] - 1823:19, 1827:14, 1852:13, 1857:14, 1910:3
**commence** [1] - 1818:5
**comment** [1] - 1928:6
**commentary** [1] - 1813:25
**comments** [3] - 1826:1, 1863:23, 1894:14
**commercial** [1] - 1820:7
**commissioner** [2] - 1888:16, 1889:19
**Commisso** [5] - 1862:12, 1863:22, 1863:24, 1958:3, 1961:13
**commisso** [1] - 1961:14
**commit** [1] - 1915:20
**commitment** [1] - 1816:15
**committed** [1] - 1924:23

VB          OCR          CRR

ALL WORD INDEX _____6

**communication** [2] - 1848:6, 1950:16
**communications** [2] - 1827:1, 1881:9
**company** [2] - 1834:4, 1834:7
**compare** [1] - 1861:18
**comparison** [1] - 1957:13
**compete** [18] - 1820:17, 1829:22, 1831:7, 1843:6, 1871:19, 1872:12, 1873:20, 1874:8, 1874:19, 1910:5, 1913:19, 1915:5, 1915:7, 1915:11, 1924:9, 1924:13, 1924:15, 1925:13
**competed** [2] - 1818:20, 1840:12
**competing** [16] - 1872:2, 1872:11, 1873:8, 1909:16, 1909:19, 1909:22, 1909:25, 1910:1, 1910:2, 1910:5, 1910:7, 1910:8, 1910:11, 1910:12, 1916:1, 1924:7
**competition** [2] - 1907:19, 1909:10
**competitive** [2] - 1910:19, 1910:24
**competitors** [4] - 1909:12, 1909:14, 1909:24, 1909:25
**compile** [1] - 1840:10
**complain** [1] - 1855:11
**completely** [2] - 1833:13, 1949:24
**completing** [1] - 1873:17
**completion** [1] - 1828:13
**complex** [3] - 1903:13, 1905:21
**compliance** [19] - 1813:8, 1813:17, 1815:3, 1816:21, 1827:14, 1828:13, 1833:3, 1833:4, 1844:23, 1845:23, 1852:7, 1852:22, 1858:2, 1869:17, 1881:17, 1881:20, 1881:25, 1882:3, 1882:12
**compliant** [1] - 1853:23
**comply** [8] - 1828:15, 1828:18, 1831:13, 1831:23, 1832:14, 1833:11, 1833:12, 1922:14
**Composition** [1] - 1849:7
**composition** [1] - 1849:11
**comprised** [1] - 1841:15
**Computer** [1] - 1809:18
**Computer-Aided** [1] - 1809:18
**CONCACAF** [3] - 1834:25, 1844:16, 1844:18
**concealed** [1] - 1953:16
**concede** [1] - 1941:7
**concedes** [1] - 1941:10
**concept** [3] - 1895:3, 1895:4, 1925:13
**concern** [1] - 1954:6
**concerns** [1] - 1932:16
**conclude** [3] - 1839:13, 1930:2, 1957:22
**concluded** [3] - 1819:15, 1875:6, 1960:23
**conclusion** [9] - 1815:4, 1815:7, 1815:17, 1821:1, 1839:1, 1872:14, 1873:18, 1873:19, 1937:4
**conclusions** [4] - 1838:24, 1873:10, 1873:13, 1875:1
**conditions** [2] - 1833:4, 1868:7
**conducting** [1] - 1837:5

**conference** [7] - 1813:24, 1814:2, 1814:5, 1822:23, 1889:16, 1889:17, 1943:17
**confident** [1] - 1826:24
**confronted** [1] - 1941:17
**confusing** [1] - 1945:18
**confusion** [2] - 1935:22, 1946:5
**connection** [1] - 1837:11
**consent** [4] - 1810:17, 1810:20, 1810:22, 1811:18
**consider** [9] - 1816:2, 1871:17, 1873:7, 1875:23, 1876:3, 1908:14, 1944:5, 1956:22, 1962:16
**consideration** [3] - 1832:9, 1832:20, 1854:11
**considerations** [1] - 1897:2
**considering** [2] - 1874:18, 1944:12
**consistent** [8] - 1815:21, 1839:9, 1843:11, 1861:14, 1934:21, 1934:22, 1934:25, 1946:15
**consistently** [2] - 1935:25, 1953:24
**consultant** [4] - 1817:21, 1833:17, 1836:6, 1844:12
**consulted** [1] - 1836:21
**contacted** [1] - 1816:18
**contemplating** [1] - 1843:18
**context** [1] - 1883:4
**continuation** [2] - 1933:11, 1942:23
**continue** [5] - 1812:9, 1819:11, 1833:14, 1901:2, 1907:17
**Continued** [6] - 1835:10, 1860:5, 1882:20, 1912:18, 1927:20, 1929:6
**continued** [5] - 1815:15, 1856:24, 1886:11, 1899:12, 1921:9
**continues** [1] - 1904:4
**continuing** [1] - 1962:18
**Continuing** [5] - 1812:15, 1836:3, 1861:1, 1883:1, 1930:1
**continuous** [1] - 1960:17
**contract** [38] - 1905:16, 1905:25, 1934:22, 1935:11, 1935:13, 1935:15, 1936:22, 1937:14, 1938:2, 1938:3, 1938:7, 1938:16, 1938:21, 1938:25, 1939:1, 1939:14, 1939:15, 1940:7, 1940:13, 1941:17, 1941:22, 1942:1, 1942:3, 1942:13, 1942:19, 1942:22, 1943:3, 1944:2, 1944:25, 1945:1, 1945:5, 1946:3, 1946:15, 1946:16, 1947:19, 1948:16, 1949:8, 1953:22
**contract.** [1] - 1938:4
**contracted** [1] - 1894:20
**contractor** [1] - 1812:22
**contracts** [2] - 1937:21, 1942:18
**contractual** [1] - 1938:1
**contrary** [1] - 1941:19
**control** [3] - 1896:10, 1899:5, 1902:7
**controlled** [1] - 1898:11
**controlling** [2] - 1890:11, 1912:6
**conversation** [11] - 1826:18, 1832:19, 1844:4, 1863:12, 1863:15, 1863:16,

1917:8, 1950:24, 1950:25, 1952:24, 1953:3
**conversations** [3] - 1823:6, 1864:25, 1919:25
**conveyed** [1] - 1953:1
**copying** [1] - 1867:12
**Cordeiro** [5] - 1813:6, 1826:14, 1832:18, 1858:9, 1930:5
**CORDEIRO** [3] - 1930:6, 1930:7, 1964:16
**Cordeiro's** [1] - 1931:8
**core** [1] - 1896:3
**corners** [1] - 1944:2
**Correct** [32] - 1812:21, 1813:10, 1813:22, 1814:14, 1815:1, 1817:7, 1817:12, 1817:16, 1818:7, 1818:9, 1818:17, 1818:22, 1819:5, 1819:17, 1820:3, 1821:3, 1821:6, 1821:9, 1821:13, 1821:19, 1821:20, 1826:7, 1826:16, 1827:2, 1827:5, 1829:13, 1829:14, 1829:17, 1829:24, 1831:8, 1831:9, 1831:12
**correct** [155] - 1813:1, 1813:9, 1813:21, 1814:10, 1814:13, 1814:20, 1814:25, 1815:7, 1815:10, 1815:17, 1816:4, 1816:6, 1816:11, 1817:3, 1817:11, 1817:15, 1817:19, 1817:23, 1818:6, 1818:8, 1818:16, 1818:21, 1818:24, 1819:16, 1820:2, 1820:11, 1820:12, 1820:18, 1820:21, 1821:2, 1821:5, 1821:8, 1821:12, 1824:18, 1826:6, 1826:15, 1826:23, 1827:1, 1827:7, 1827:15, 1827:25, 1828:15, 1828:18, 1829:1, 1829:16, 1829:23, 1830:4, 1830:5, 1831:11, 1831:22, 1832:7, 1832:13, 1832:14, 1837:23, 1837:24, 1856:12, 1857:17, 1861:7, 1866:10, 1868:23, 1869:1, 1869:2, 1871:2, 1871:6, 1871:11, 1871:15, 1871:16, 1871:19, 1871:22, 1872:2, 1872:12, 1872:15, 1873:8, 1873:9, 1874:20, 1875:3, 1875:19, 1875:21, 1875:22, 1875:24, 1876:8, 1876:11, 1877:6, 1877:23, 1879:15, 1880:5, 1880:6, 1880:8, 1880:9, 1881:3, 1881:14, 1881:17, 1881:20, 1881:25, 1882:13, 1900:17, 1913:20, 1913:24, 1913:25, 1914:2, 1914:4, 1914:5, 1914:8, 1914:11, 1914:12, 1914:14, 1914:16, 1914:17, 1914:19, 1914:23, 1915:4, 1915:11, 1915:12, 1916:10, 1916:11, 1916:13, 1916:14, 1916:16, 1916:20, 1916:21, 1917:9, 1917:20, 1918:6, 1918:8, 1918:9, 1918:15, 1918:20, 1918:22, 1918:23, 1918:25, 1919:4, 1919:14, 1919:16, 1919:17, 1919:19, 1920:11, 1920:12, 1920:13, 1920:15, 1920:18, 1921:4, 1921:10, 1922:8, 1922:10, 1922:12, 1922:19, 1923:20, 1924:17, 1925:1, 1932:8,

VB          OCR          CRR

1936:7, 1948:23, 1952:1, 1961:23
**corrected** [1] - 1949:19
**corrections** [1] - 1954:9
**correctly** [1] - 1956:4
**corroborate** [1] - 1947:7
**Cosmos** [1] - 1862:13
**cost** [5] - 1903:5, 1903:14, 1903:21, 1903:23, 1917:24
**costs** [3] - 1894:22, 1895:1, 1896:11
**Counsel** [2] - 1809:7, 1809:8
**counsel** [10] - 1826:6, 1870:20, 1870:25, 1875:17, 1877:16, 1880:18, 1928:8, 1951:3, 1953:13
**counsel's** [1] - 1875:17
**count** [1] - 1938:10
**counting** [1] - 1952:14
**country** [4] - 1901:7, 1901:9, 1902:2, 1911:17
**County** [3] - 1847:25, 1851:22, 1852:13
**couple** [13] - 1834:12, 1838:19, 1857:24, 1870:6, 1891:9, 1894:4, 1894:16, 1896:18, 1897:20, 1897:22, 1903:22, 1911:1, 1954:23
**course** [11] - 1811:8, 1894:14, 1906:2, 1910:15, 1912:8, 1923:3, 1932:9, 1938:22, 1939:21, 1941:25, 1943:23
**Court** [2] - 1809:16, 1960:9
**COURT** [147] - 1808:1, 1810:2, 1810:13, 1810:22, 1811:11, 1811:14, 1811:24, 1812:2, 1812:4, 1812:8, 1813:14, 1816:7, 1826:11, 1827:21, 1833:19, 1833:21, 1837:9, 1853:15, 1858:16, 1864:5, 1866:1, 1867:22, 1870:16, 1872:8, 1873:11, 1874:11, 1874:23, 1875:14, 1877:12, 1879:20, 1883:10, 1883:12, 1884:16, 1884:18, 1884:20, 1884:25, 1885:3, 1885:5, 1885:10, 1885:15, 1885:19, 1885:23, 1886:1, 1906:13, 1913:3, 1913:5, 1913:7, 1913:9, 1913:11, 1923:6, 1923:8, 1923:13, 1924:11, 1925:6, 1925:8, 1926:7, 1926:12, 1926:17, 1926:19, 1926:24, 1927:5, 1927:14, 1927:17, 1928:5, 1928:15, 1928:18, 1928:22, 1930:2, 1930:4, 1930:8, 1930:10, 1930:12, 1931:5, 1931:13, 1931:16, 1932:9, 1932:12, 1932:19, 1932:24, 1933:7, 1933:11, 1933:15, 1934:16, 1935:7, 1935:20, 1936:5, 1936:12, 1937:7, 1937:22, 1937:25, 1938:13, 1938:16, 1938:20, 1938:25, 1939:9, 1939:24, 1940:5, 1940:9, 1940:17, 1941:4, 1941:7, 1941:10, 1941:14, 1941:25, 1942:12, 1942:16, 1942:24, 1943:2, 1944:9, 1944:20, 1944:22, 1947:18, 1948:3, 1948:12, 1948:21, 1949:6, 1949:24, 1950:2, 1950:22, 1951:22, 1951:24, 1952:3, 1952:5, 1952:23, 1954:3, 1955:2,

1955:11, 1955:13, 1955:17, 1955:21, 1956:19, 1957:3, 1957:7, 1957:9, 1958:5, 1958:25, 1959:13, 1959:19, 1959:22, 1960:2, 1960:12, 1960:21, 1961:2, 1962:4, 1962:9, 1962:25, 1963:6
**court** [4] - 1810:1, 1928:3, 1929:5, 1932:15
**Courthouse** [1] - 1808:5
**courtroom** [2] - 1926:11, 1928:17
**COURTROOM** [2] - 1886:6, 1886:8
**Courts** [1] - 1939:5
**cover** [3] - 1838:9, 1841:20, 1855:22
**craft** [1] - 1948:13
**create** [5] - 1822:14, 1842:25, 1898:7, 1902:3, 1938:23
**created** [3] - 1894:10, 1896:12, 1897:13
**credibility** [2] - 1947:14, 1956:23
**credit** [1] - 1911:15
**Crew** [6] - 1888:5, 1893:10, 1900:23, 1902:19, 1903:1, 1903:5
**critical** [2] - 1819:19, 1880:3
**criticisms** [1] - 1954:20
**cross** [18] - 1913:3, 1925:12, 1930:25, 1931:10, 1935:1, 1949:1, 1949:20, 1954:10, 1954:11, 1954:25, 1955:24, 1956:22, 1957:16, 1958:23, 1959:7, 1959:18, 1960:10, 1961:18
**CROSS** [4] - 1812:14, 1913:13, 1964:6, 1964:12
**cross-examination** [4] - 1925:12, 1935:1, 1949:20, 1961:18
**CROSS-EXAMINATION** [4] - 1812:14, 1913:13, 1964:6, 1964:12
**cross-examine** [1] - 1956:22
**cross-referencing** [1] - 1931:10
**crossing** [2] - 1956:3, 1961:3
**Cup** [11] - 1891:10, 1892:1, 1892:3, 1892:10, 1893:17, 1897:12, 1897:13, 1897:17, 1900:5, 1906:16, 1906:21
**Cups** [2] - 1891:9, 1900:5
**curable** [1] - 1815:22
**cure** [6] - 1815:24, 1816:15, 1819:8, 1853:2, 1865:3, 1868:2
**cured** [7] - 1816:4, 1819:10, 1822:12, 1855:24, 1868:21, 1869:6, 1881:12
**Current** [1] - 1847:12
**current** [4] - 1831:6, 1841:25, 1847:2, 1847:15
**cycle** [1] - 1906:21

# D

**D-I** [3] - 1819:3, 1949:15, 1960:25
**D-II** [25] - 1811:16, 1812:25, 1817:10, 1817:13, 1818:3, 1818:11, 1818:12, 1818:20, 1819:2, 1821:16, 1821:18, 1821:22, 1822:13, 1828:12, 1829:22,

1831:7, 1863:13, 1863:16, 1863:23, 1864:3, 1864:24, 1880:4, 1881:10, 1948:20, 1948:22
**D-III** [8] - 1818:4, 1818:20, 1818:24, 1819:2, 1822:19, 1863:14, 1863:23, 1864:3
**dad** [29] - 1888:7, 1888:8, 1888:12, 1888:20, 1890:7, 1890:16, 1891:7, 1891:11, 1892:12, 1892:13, 1893:10, 1893:23, 1894:23, 1895:12, 1895:19, 1895:22, 1895:25, 1896:18, 1901:5, 1911:16, 1911:25, 1912:6, 1913:17, 1915:18, 1915:21, 1917:18, 1917:19, 1924:16
**dad's** [3] - 1890:2, 1895:15, 1896:21
**Dallas** [30] - 1887:10, 1887:16, 1887:18, 1887:20, 1887:22, 1887:23, 1887:24, 1888:15, 1888:18, 1888:21, 1889:13, 1889:18, 1890:25, 1891:22, 1893:14, 1893:15, 1899:3, 1899:4, 1899:6, 1903:10, 1903:15, 1905:19, 1905:20, 1905:25, 1906:19, 1906:23, 1907:11, 1907:13, 1907:21, 1917:22
**damage** [1] - 1960:24
**damages** [10] - 1938:1, 1948:15, 1948:19, 1948:20, 1948:24, 1948:25, 1949:11, 1949:17, 1950:3, 1962:20
**Dan** [4] - 1813:16, 1846:9, 1847:22, 1867:12
**dangerous** [1] - 1955:22
**data** [1] - 1840:8
**date** [12] - 1820:9, 1821:25, 1822:2, 1823:10, 1826:24, 1838:11, 1852:8, 1854:5, 1880:2, 1933:25, 1948:16, 1952:14
**dated** [3] - 1858:9, 1951:25, 1952:9
**dates** [1] - 1828:13
**Daubert** [17] - 1933:22, 1934:2, 1934:19, 1936:19, 1936:25, 1937:6, 1937:22, 1941:19, 1943:3, 1943:8, 1944:17, 1945:9, 1945:13, 1946:23, 1947:1, 1955:5
**DAVID** [1] - 1808:16
**Davidson** [9] - 1871:1, 1871:5, 1871:7, 1871:12, 1871:14, 1874:2, 1874:14, 1874:17, 1874:25
**day's** [1] - 1825:7
**days** [6] - 1831:18, 1848:1, 1866:9, 1866:13, 1902:12, 1932:3
**DC** [1] - 1809:11
**deadline** [15] - 1814:8, 1816:3, 1854:17, 1854:21, 1854:24, 1855:11, 1859:16, 1859:22, 1877:17, 1877:20, 1877:21, 1878:4, 1878:6, 1879:8, 1880:8
**deadlines** [3] - 1878:7, 1878:22, 1880:2
**deal** [1] - 1907:1
**dealing** [1] - 1943:24
**dealt** [2] - 1937:22, 1955:18

ALL WORD INDEX                                                        8

**decade** [1] - 1900:18
**December** [2] - 1827:1, 1859:21
**December/January** [1] - 1859:16
**decided** [6] - 1831:17, 1833:13, 1834:12, 1888:12, 1890:11, 1908:13
**decision** [29] - 1819:23, 1831:2, 1832:10, 1845:21, 1848:10, 1852:18, 1864:17, 1864:22, 1865:2, 1865:5, 1866:7, 1878:1, 1890:22, 1893:11, 1898:9, 1898:14, 1899:1, 1899:16, 1899:20, 1899:21, 1900:1, 1905:9, 1905:18, 1910:10, 1914:25, 1943:17, 1945:3, 1945:6
**decisionmaking** [1] - 1878:21
**decisions** [7] - 1826:2, 1845:15, 1845:18, 1845:22, 1866:6, 1880:2, 1960:17
**declaration** [3] - 1951:20, 1951:24, 1953:15
**deep** [2] - 1896:24, 1912:13
**defendant** [1] - 1960:18
**Defendant** [3] - 1809:2, 1809:7, 1809:8
**Defendant's** [7] - 1837:10, 1853:16, 1858:17, 1931:1, 1964:21, 1964:22, 1964:23
**defendant's** [1] - 1943:7
**defendants** [7] - 1808:9, 1875:17, 1931:21, 1945:20, 1946:18, 1957:23, 1958:5
**Defendants** [1] - 1810:4
**defendants'** [1] - 1958:18
**defense** [1] - 1933:20
**deficiencies** [1] - 1956:23
**definitely** [1] - 1839:11
**definition** [3] - 1939:3, 1940:14
**degree** [1] - 1887:13
**deliberations** [6] - 1863:1, 1863:4, 1863:6, 1863:7, 1882:16, 1883:8
**Deloitte** [4] - 1836:23, 1837:21, 1846:8, 1870:22
**demand** [1] - 1902:4
**demonstrations** [1] - 1928:9
**denied** [3] - 1830:20, 1831:17, 1883:6
**Denver** [1] - 1899:8
**Deny** [1] - 1818:3
**deny** [6] - 1823:18, 1823:20, 1824:6, 1833:13, 1870:9, 1870:12
**deposed** [2] - 1922:23, 1923:19
**DEPOSITION** [2] - 1964:15, 1964:16
**deposition** [11] - 1875:17, 1928:13, 1928:21, 1928:23, 1929:2, 1929:4, 1930:2, 1930:6, 1930:10, 1950:19, 1950:20
**depositions** [2] - 1926:13, 1927:14
**DEPUTY** [2] - 1886:6, 1886:8
**describe** [7] - 1849:17, 1853:20, 1897:15, 1917:9, 1942:1, 1954:8, 1958:8
**described** [1] - 1917:10

**designed** [1] - 1896:16
**desire** [1] - 1863:25
**despite** [4] - 1810:19, 1824:4, 1882:11, 1921:9
**detail** [2] - 1859:7, 1862:24
**detailed** [1] - 1825:18
**detailing** [1] - 1828:12
**Details** [1] - 1820:8
**details** [4] - 1820:25, 1826:3, 1832:2, 1847:9
**determination** [3] - 1823:15, 1859:11, 1937:20
**determined** [1] - 1865:18
**Detroit** [6] - 1858:3, 1858:25, 1859:4, 1859:6, 1859:9, 1859:12
**develop** [3] - 1874:18, 1907:20, 1924:25
**developing** [4] - 1871:18, 1907:23, 1908:19, 1909:4
**development** [6] - 1820:7, 1842:12, 1906:10, 1907:14, 1908:17, 1908:24
**developments** [1] - 1869:8
**DI** [15] - 1877:9, 1915:15, 1915:17, 1915:19, 1916:1, 1916:12, 1916:15, 1917:3, 1921:25, 1922:1, 1922:4, 1948:19, 1948:23, 1950:3, 1952:10
**Diego** [1] - 1847:25
**differed** [1] - 1824:14
**difference** [3] - 1875:18, 1920:22, 1922:21
**differences** [1] - 1849:18
**different** [14] - 1823:4, 1834:12, 1834:14, 1842:9, 1849:22, 1861:19, 1865:23, 1900:25, 1909:14, 1918:11, 1922:15, 1938:6, 1951:10, 1957:13
**differently** [1] - 1953:9
**difficult** [3] - 1839:16, 1912:12, 1935:17
**DII** [13] - 1838:14, 1841:22, 1841:23, 1841:25, 1842:3, 1842:6, 1843:7, 1848:15, 1854:18, 1857:7, 1857:12, 1859:14
**DIII** [2] - 1843:7, 1843:12
**dimensions** [3] - 1824:15, 1849:25, 1862:7
**DIRECT** [4] - 1833:25, 1887:5, 1964:7, 1964:11
**direct** [10] - 1817:2, 1837:9, 1885:3, 1916:18, 1918:13, 1952:24, 1958:22, 1959:4, 1959:6, 1962:16
**direction** [3] - 1837:22, 1838:17, 1865:23
**directly** [2] - 1919:1, 1955:9
**director** [2] - 1934:12, 1952:20
**directors** [2] - 1845:22, 1880:22
**disadvantaged** [1] - 1950:21
**disagree** [6] - 1933:24, 1937:3, 1937:4, 1937:5, 1941:20
**disagreed** [1] - 1933:25
**disclosed** [2] - 1950:17, 1953:6

**disclosure** [1] - 1885:8
**discovered** [1] - 1944:16
**discovery** [1] - 1941:2
**discuss** [5] - 1822:18, 1822:25, 1853:2, 1930:16, 1959:17
**discussed** [19] - 1824:17, 1825:8, 1829:2, 1829:4, 1844:23, 1846:9, 1849:2, 1849:13, 1854:17, 1856:3, 1861:8, 1865:15, 1868:1, 1893:19, 1910:23, 1911:4, 1911:7, 1917:15, 1936:17
**discussing** [5] - 1823:1, 1823:2, 1856:5, 1863:13, 1874:20
**discussion** [12] - 1817:25, 1823:7, 1823:23, 1825:18, 1832:16, 1833:2, 1833:5, 1846:16, 1854:5, 1871:21, 1933:12, 1953:12
**discussions** [10] - 1823:3, 1847:17, 1847:19, 1848:9, 1862:21, 1863:10, 1865:6, 1895:13, 1953:13
**display** [1] - 1832:25
**dispute** [7] - 1938:10, 1939:8, 1939:19, 1941:23, 1942:8, 1942:10, 1942:23
**disputes** [2] - 1938:8, 1940:23
**distinction** [3] - 1824:17, 1864:9, 1937:12
**District** [1] - 1885:11
**DISTRICT** [3] - 1808:1, 1808:1, 1808:12
**Division** [42] - 1810:8, 1823:20, 1830:20, 1831:4, 1838:1, 1838:5, 1841:11, 1841:12, 1841:14, 1841:15, 1841:17, 1841:24, 1842:10, 1842:16, 1863:16, 1863:18, 1863:25, 1864:1, 1864:10, 1864:11, 1864:12, 1864:15, 1864:20, 1864:21, 1866:22, 1869:14, 1871:10, 1871:19, 1874:9, 1874:19, 1880:23, 1908:10, 1908:11, 1908:14, 1908:17, 1908:19, 1908:22, 1909:2, 1915:6, 1955:12
**division** [11] - 1815:5, 1839:16, 1841:7, 1842:8, 1850:9, 1864:19, 1906:1, 1907:16, 1908:7, 1908:9, 1908:15
**Division-I** [4] - 1871:19, 1874:9, 1874:19, 1955:12
**divisional** [5] - 1838:3, 1845:13, 1845:16, 1865:9, 1884:5
**divisions** [3] - 1815:16, 1819:1, 1841:19
**docket** [2] - 1943:6, 1963:1
**document** [8] - 1829:19, 1842:21, 1853:7, 1853:21, 1873:1, 1873:12, 1941:1, 1951:22
**documents** [2] - 1884:3, 1885:16
**dollars** [2] - 1903:6, 1948:2
**done** [10] - 1825:16, 1864:7, 1894:21, 1926:7, 1927:13, 1930:12, 1932:6, 1936:4, 1936:6, 1960:25

VB          OCR          CRR

ALL WORD INDEX
9

**Donovan** [1] - 1900:6
**door** [3] - 1936:22, 1943:12, 1947:4
**doubt** [2] - 1957:15, 1962:25
**down** [7] - 1841:11, 1854:1, 1872:16, 1877:5, 1900:21, 1900:24, 1926:17
**Dr** [41] - 1933:12, 1933:17, 1934:7, 1935:2, 1935:6, 1935:18, 1935:25, 1941:21, 1942:9, 1943:19, 1944:5, 1944:14, 1946:20, 1947:14, 1949:17, 1949:21, 1950:9, 1950:21, 1950:23, 1951:25, 1952:2, 1953:3, 1953:5, 1953:9, 1953:13, 1953:24, 1954:2, 1954:5, 1954:18, 1954:20, 1957:24, 1958:4, 1958:16, 1958:22, 1960:9, 1961:12, 1961:13, 1961:17, 1961:25, 1962:19, 1962:20
**drafted** [1] - 1825:21
**drafter** [1] - 1941:11
**drafting** [6] - 1939:4, 1940:15, 1940:25, 1941:16, 1943:22, 1944:8
**draw** [1] - 1951:3
**drawing** [1] - 1898:6
**duly** [2] - 1812:12, 1887:3
**during** [13] - 1819:7, 1843:6, 1848:9, 1852:24, 1856:8, 1875:17, 1883:8, 1891:18, 1891:19, 1919:21, 1925:12, 1930:17, 1932:23
**During** [1] - 1832:20
**duties** [1] - 1852:22
**DX** [1] - 1931:11
**DX-1023** [1] - 1870:19
**DX-123** [6] - 1836:24, 1837:1, 1837:6, 1837:10, 1870:23, 1964:21
**DX-123.0007** [1] - 1839:3
**DX-123.0033** [1] - 1840:3
**DX-339** [3] - 1931:1, 1931:2, 1965:2
**DX-661** [4] - 1853:5, 1853:13, 1853:16, 1964:22
**DX-738** [4] - 1858:7, 1858:14, 1858:17, 1964:23
**DX-766** [1] - 1866:15
**DX-78** [1] - 1876:24
**dynamic** [1] - 1962:9

# E

**e-mail** [15] - 1813:5, 1826:4, 1826:13, 1828:9, 1829:10, 1841:20, 1842:20, 1842:21, 1843:22, 1858:8, 1858:11, 1858:18, 1867:11, 1867:14, 1962:13
**e-mailed** [1] - 1881:8
**early** [15] - 1875:6, 1875:9, 1878:1, 1884:4, 1891:22, 1892:23, 1893:7, 1896:2, 1897:9, 1897:12, 1899:23, 1902:12, 1904:24, 1930:12
**easier** [1] - 1873:12
**easily** [1] - 1819:10
**East/Brooklyn** [1] - 1809:17
**EASTERN** [1] - 1808:1

**easy** [1] - 1901:4
**ECF** [4] - 1933:18, 1933:19, 1951:23, 1952:5
**Economically** [1] - 1962:2
**ecosystem** [1] - 1907:23
**edits** [5] - 1825:21, 1825:22, 1825:23, 1825:24, 1825:25
**Edmonton** [1] - 1856:20
**Education** [1] - 1850:14
**education** [1] - 1850:17
**effect** [5] - 1850:3, 1936:15, 1943:21, 1948:14, 1955:4
**effectively** [3] - 1815:5, 1815:20, 1923:16
**effects** [2] - 1955:6, 1957:12
**effort** [2] - 1892:10, 1906:16
**efforts** [3] - 1815:3, 1817:15, 1907:14
**EGGERS** [1] - 1809:9
**eight** [17] - 1818:5, 1821:8, 1847:17, 1848:15, 1856:1, 1856:11, 1856:19, 1875:7, 1877:5, 1877:8, 1877:10, 1879:14, 1879:15, 1914:4, 1914:7, 1914:14, 1921:24
**Eight** [1] - 1843:5
**eighth** [1] - 1922:2
**eighties** [1] - 1894:25
**either** [10] - 1819:24, 1821:1, 1821:4, 1849:25, 1850:13, 1885:12, 1905:25, 1953:3, 1953:5, 1957:22
**Eleven** [1] - 1809:7
**eleven** [5] - 1830:17, 1867:6, 1876:15, 1881:18, 1905:13
**eliminate** [1] - 1899:1
**embrace** [1] - 1905:20
**emerged** [1] - 1892:6
**emerging** [1] - 1897:16
**employed** [1] - 1871:7
**employee** [2] - 1835:3, 1835:5
**encourage** [1] - 1911:25
**end** [11] - 1872:25, 1890:25, 1906:3, 1906:20, 1907:21, 1920:4, 1920:13, 1920:16, 1926:25, 1930:10, 1960:7
**endeavor** [1] - 1959:22
**ended** [9] - 1890:13, 1895:1, 1897:23, 1899:8, 1899:9, 1900:3, 1902:16, 1912:2, 1920:10
**ending** [1] - 1853:17
**enforce** [1] - 1939:5
**engage** [1] - 1957:17
**England** [4] - 1843:19, 1891:11, 1895:20, 1899:12
**English** [1] - 1835:1
**ensuring** [1] - 1815:5
**entail** [1] - 1845:5
**entails** [1] - 1845:6
**entered** [1] - 1832:22
**enterprise** [1] - 1921:7
**enters** [3] - 1812:7, 1885:18, 1928:17
**entire** [3] - 1825:7, 1912:10, 1920:15

**entitled** [1] - 1962:1
**entity** [4] - 1836:21, 1894:19, 1895:3, 1921:5
**entries** [1] - 1963:1
**entry** [2] - 1952:10, 1952:13
**environment** [1] - 1907:18
**equivalent** [1] - 1850:10
**error** [5] - 1939:4, 1940:16, 1940:25, 1941:16, 1944:8
**errors** [5] - 1949:19, 1949:22, 1954:8, 1954:18, 1956:23
**especially** [2] - 1938:18, 1946:8
**ESQ** [15] - 1808:16, 1808:16, 1808:17, 1808:17, 1808:18, 1808:20, 1808:23, 1808:23, 1808:24, 1809:3, 1809:5, 1809:8, 1809:8, 1809:9, 1809:11
**essentially** [1] - 1900:13
**established** [2] - 1913:19, 1913:22
**estimate** [1] - 1926:23
**estimated** [1] - 1826:22
**et** [1] - 1826:6
**Europe** [1] - 1909:21
**EVA** [1] - 1808:17
**evaluate** [1] - 1837:22
**evaluation** [1] - 1822:16
**evening** [1] - 1933:12
**event** [1] - 1936:13
**eventually** [4] - 1871:14, 1871:18, 1905:24, 1914:19
**evidence** [24] - 1813:11, 1826:8, 1827:20, 1827:21, 1841:20, 1846:20, 1848:25, 1851:8, 1867:23, 1931:3, 1931:12, 1935:8, 1935:10, 1935:11, 1936:13, 1936:22, 1936:23, 1937:10, 1938:22, 1940:10, 1941:18, 1943:23, 1945:24, 1946:2
**exact** [6] - 1820:15, 1821:25, 1822:7, 1832:5, 1832:19, 1869:25
**exactly** [2] - 1811:6, 1939:11
**examination** [8] - 1925:12, 1935:1, 1949:20, 1954:4, 1958:2, 1958:22, 1961:18, 1962:16
**EXAMINATION** [15] - 1812:14, 1833:25, 1836:1, 1870:17, 1884:1, 1887:5, 1913:13, 1925:10, 1964:6, 1964:7, 1964:8, 1964:9, 1964:11, 1964:12, 1964:13
**examine** [1] - 1956:22
**examined** [3] - 1812:13, 1887:3, 1929:3
**example** [6] - 1814:22, 1898:4, 1905:22, 1911:21, 1914:16, 1919:4
**examples** [1] - 1834:23
**exceed** [1] - 1866:21
**excess** [1] - 1822:13
**exchange** [1] - 1826:5
**excited** [2] - 1892:13, 1928:25
**excludable** [1] - 1945:11
**exclude** [3] - 1945:4, 1945:8, 1953:18
**excluded** [11] - 1935:10, 1935:12,

VB        OCR        CRR

ALL WORD INDEX
10

1946:20, 1951:7, 1953:17, 1955:9, 1955:11, 1955:13, 1955:14, 1962:19, 1962:21
**excluding** [1] - 1937:1
**exclusion** [3] - 1943:4, 1945:13, 1951:16
**excused** [2] - 1884:18, 1884:24
**executives** [1] - 1825:14
**exercise** [1] - 1957:18
**Exhibit** [23] - 1827:24, 1837:10, 1853:16, 1858:17, 1861:4, 1866:16, 1867:10, 1867:23, 1867:24, 1870:21, 1870:24, 1877:1, 1877:15, 1878:10, 1879:11, 1880:12, 1880:13, 1880:14, 1931:15, 1964:21, 1964:22, 1964:23, 1964:24
**exhibit** [1] - 1941:3
**exhibits** [5] - 1930:25, 1931:1, 1931:7, 1931:10, 1931:11
**exist** [1] - 1905:17
**existed** [1] - 1819:12
**existing** [9] - 1815:4, 1815:14, 1815:24, 1838:22, 1842:16, 1851:22, 1853:22, 1856:19, 1888:21
**exited** [1] - 1898:25
**exits** [3] - 1884:24, 1926:11, 1930:22
**expand** [2] - 1913:24, 1923:24
**expanded** [1] - 1909:6
**expanding** [2] - 1817:18, 1888:18
**Expansion** [2] - 1846:23, 1847:12
**expansion** [20] - 1817:15, 1819:20, 1822:17, 1843:8, 1846:13, 1846:15, 1847:16, 1848:8, 1851:20, 1888:14, 1890:9, 1917:23, 1918:5, 1921:9, 1921:12, 1921:14, 1949:7, 1949:8, 1949:9
**expect** [2] - 1851:23, 1904:4
**expectation** [3] - 1863:10, 1882:5, 1921:16
**expectations** [5] - 1855:8, 1855:9, 1868:9, 1868:14, 1868:15
**expected** [3] - 1843:6, 1847:23, 1932:19
**expensive** [1] - 1900:1
**experience** [5] - 1896:19, 1896:21, 1906:7, 1911:14, 1912:3
**experiences** [1] - 1911:19
**expert** [8] - 1937:1, 1937:13, 1945:12, 1946:9, 1946:10, 1950:2, 1950:3, 1962:19
**expert's** [1] - 1945:4
**experts** [1] - 1962:20
**explain** [6] - 1840:20, 1841:23, 1847:8, 1856:14, 1958:12, 1959:11
**explained** [3] - 1942:25, 1943:17, 1944:1
**explanation** [4] - 1828:23, 1943:19, 1943:22, 1957:12
**explicitly** [1] - 1945:5
**exposed** [1] - 1891:7

**exposes** [1] - 1954:12
**exposing** [1] - 1955:25
**exposure** [1] - 1891:8
**express** [1] - 1825:15
**expressing** [1] - 1956:2
**extended** [1] - 1815:23
**extensive** [2] - 1822:16, 1871:21
**extent** [2] - 1935:10, 1935:12
**extra** [1] - 1937:8
**extraordinary** [1] - 1822:15
**eyeballs** [1] - 1910:5

# F

**face** [1] - 1885:23
**facial** [1] - 1928:9
**fact** [20] - 1811:10, 1824:4, 1882:11, 1889:13, 1889:18, 1900:17, 1904:21, 1905:7, 1906:20, 1914:6, 1916:9, 1921:9, 1921:21, 1932:1, 1947:21, 1953:24, 1958:9, 1958:12, 1960:13
**facts** [3] - 1819:16, 1945:7, 1953:14
**factually** [1] - 1863:11
**failed** [1] - 1892:16
**failing** [1] - 1874:16
**failure** [2] - 1875:10, 1896:8
**fair** [1] - 1940:11
**fairness** [1] - 1948:9
**familiar** [4] - 1840:6, 1858:11, 1874:4, 1877:24
**family** [21] - 1887:25, 1890:14, 1891:5, 1891:25, 1893:9, 1895:21, 1898:22, 1899:2, 1899:11, 1900:10, 1900:20, 1901:2, 1902:17, 1902:25, 1906:5, 1907:2, 1907:6, 1918:21, 1922:6
**family's** [2] - 1911:13, 1915:14
**famous** [1] - 1891:10
**fan** [7] - 1834:11, 1885:9, 1890:16, 1897:14, 1897:16, 1901:10, 1901:14
**fans** [7] - 1891:12, 1904:2, 1909:16, 1909:20, 1909:22, 1910:2
**far** [3] - 1844:18, 1844:20, 1948:21
**faster** [1] - 1879:5
**father** [4] - 1888:3, 1892:23, 1893:16, 1894:9
**favors** [1] - 1945:13
**FC** [13] - 1887:16, 1887:18, 1887:20, 1887:23, 1887:24, 1893:15, 1903:10, 1903:15, 1905:19, 1905:25, 1906:23, 1907:10, 1907:21
**feasible** [4] - 1871:20, 1873:19, 1956:20, 1956:22
**February** [2] - 1836:17, 1845:1
**FEDERATION** [1] - 1808:7
**federation** [3] - 1828:11, 1850:11, 1850:14
**Federation** [8] - 1809:3, 1812:20, 1825:14, 1834:17, 1836:18, 1841:14, 1843:21, 1845:4

**fee** [2] - 1917:23, 1918:5
**fees** [7] - 1921:9, 1921:14, 1949:7, 1949:8, 1949:9, 1952:10, 1952:13
**FEHER** [1] - 1808:16
**felt** [6] - 1899:17, 1900:14, 1902:2, 1905:6, 1912:7, 1923:19
**few** [10] - 1857:25, 1872:25, 1876:25, 1892:22, 1895:11, 1895:22, 1895:24, 1897:4, 1932:24, 1934:5
**few-minute** [1] - 1932:24
**fides** [1] - 1956:24
**field** [13] - 1820:20, 1824:15, 1841:14, 1849:23, 1849:24, 1850:1, 1850:2, 1856:9, 1862:7, 1891:14, 1891:15, 1891:16
**fields** [1] - 1905:22
**FIFA** [2] - 1850:11, 1892:8
**figure** [7] - 1934:21, 1946:15, 1946:17, 1947:20, 1949:9, 1960:25, 1961:9
**figures** [3] - 1954:12, 1955:25, 1956:6
**file** [2] - 1962:12, 1962:23
**filed** [1] - 1828:20
**filing** [1] - 1925:3
**fill** [1] - 1927:13
**final** [3] - 1880:10, 1882:15, 1891:10
**finalized** [1] - 1927:16
**finally** [2] - 1819:21, 1820:4
**financial** [6] - 1822:14, 1839:20, 1892:22, 1896:20, 1898:15, 1898:17
**financials** [1] - 1864:13
**fine** [5] - 1810:22, 1870:7, 1879:17, 1914:13, 1958:25
**finish** [3] - 1816:7, 1879:20, 1911:12
**finished** [1] - 1874:4
**firm** [2] - 1864:8, 1954:19
**First** [2] - 1888:17, 1894:18
**first** [47] - 1814:4, 1814:15, 1816:9, 1821:14, 1826:13, 1828:1, 1830:16, 1838:8, 1841:22, 1843:18, 1846:2, 1858:24, 1866:20, 1868:13, 1868:16, 1870:19, 1873:2, 1873:7, 1875:7, 1887:3, 1888:4, 1891:5, 1891:24, 1892:2, 1892:12, 1893:7, 1893:23, 1895:16, 1897:4, 1902:18, 1904:6, 1904:11, 1905:20, 1906:5, 1908:5, 1914:1, 1922:4, 1928:13, 1934:7, 1934:8, 1936:18, 1938:13, 1950:23, 1952:4, 1952:13, 1952:15
**five** [11] - 1821:4, 1848:1, 1861:3, 1872:1, 1889:14, 1900:19, 1901:8, 1905:9, 1905:22, 1906:22, 1953:25
**flight** [8] - 1889:7, 1889:9, 1892:6, 1892:9, 1893:22, 1915:23, 1916:5
**flip** [1] - 1840:3
**fly** [3] - 1934:4, 1957:2, 1957:3
**flying** [1] - 1889:2
**Flynn** [6] - 1813:6, 1825:12, 1826:14, 1846:10, 1847:22, 1867:12
**Focus** [1] - 1822:15
**focus** [5] - 1813:2, 1813:3, 1900:2,

VB      OCR      CRR

1904:24, 1908:23

**focused** [4] - 1910:17, 1919:2, 1922:7, 1922:16

**focusing** [3] - 1812:24, 1904:25, 1906:15

**fold** [1] - 1917:11

**folded** [1] - 1840:15

**folding** [1] - 1847:10

**folds** [1] - 1840:23

**follow** [6] - 1820:8, 1839:23, 1842:18, 1857:20, 1865:21, 1873:20

**followed** [3] - 1904:5, 1904:11, 1909:23

**following** [15] - 1813:16, 1814:7, 1816:19, 1818:10, 1819:18, 1835:10, 1842:13, 1858:19, 1881:4, 1882:20, 1912:18, 1923:4, 1929:6, 1931:1, 1936:18

**follows** [4] - 1812:13, 1880:1, 1887:4, 1929:3

**food** [1] - 1902:8

**football** [10] - 1843:19, 1888:11, 1888:19, 1889:21, 1890:3, 1891:16, 1895:8, 1901:25, 1913:19, 1915:8

**Football** [9] - 1835:1, 1888:15, 1889:9, 1889:15, 1889:17, 1895:8, 1895:21, 1911:22, 1914:20

**FOR** [1] - 1808:11

**force** [27] - 1813:20, 1816:10, 1817:25, 1818:2, 1820:2, 1822:23, 1823:3, 1823:6, 1823:8, 1823:15, 1823:17, 1823:19, 1823:24, 1824:1, 1824:5, 1824:21, 1824:22, 1825:3, 1857:5, 1857:6, 1857:9, 1857:10, 1858:5, 1865:10, 1865:17, 1865:21, 1883:7

**Force** [7] - 1857:2, 1857:14, 1857:20, 1865:6, 1865:11, 1865:13, 1865:15

**forced** [1] - 1958:23

**foreclosed** [2] - 1945:5, 1946:3

**foreign** [2] - 1910:6, 1910:14

**foreseeable** [1] - 1873:21

**forget** [1] - 1821:25

**form** [4] - 1838:22, 1838:23, 1839:5, 1846:5

**formal** [1] - 1816:9

**formation** [1] - 1874:2

**formed** [3] - 1837:15, 1839:25, 1874:6

**former** [3] - 1834:11, 1934:12, 1952:20

**forming** [2] - 1838:25, 1839:13

**formula** [1] - 1948:16

**formulate** [1] - 1874:2

**Fort** [1] - 1847:25

**forth** [1] - 1864:25

**forward** [7] - 1903:1, 1906:25, 1917:16, 1934:16, 1939:11, 1958:18, 1958:19

**foundational** [1] - 1954:10

**founded** [5] - 1891:20, 1907:16, 1907:24, 1909:3, 1911:20

**founders** [1] - 1871:15

**founding** [3] - 1888:2, 1890:3, 1906:9

**four** [6] - 1868:10, 1876:22, 1887:14, 1905:9, 1944:2, 1953:25

**framing** [2] - 1937:4, 1937:9

**franchise** [8] - 1898:17, 1899:6, 1900:24, 1904:23, 1907:12, 1910:10, 1920:6, 1920:7

**Franchise** [1] - 1840:4

**franchises** [11] - 1843:8, 1888:4, 1889:5, 1893:12, 1898:18, 1899:19, 1900:21, 1902:13, 1904:16, 1909:8, 1909:16

**Francisco** [3] - 1808:22, 1809:5, 1856:20

**frankly** [4] - 1910:21, 1935:23, 1949:3, 1959:3

**free** [5] - 1894:21, 1915:10, 1925:13, 1936:5, 1961:5

**free-standing** [1] - 1936:5

**Friday** [1] - 1932:1

**Frisco** [2] - 1887:21, 1903:11

**Full** [1] - 1885:8

**full** [6] - 1821:24, 1832:16, 1832:20, 1881:1, 1956:9

**Fully** [1] - 1821:18

**fully** [3] - 1821:22, 1822:12, 1853:23

**fun** [1] - 1933:15

**function** [2] - 1923:16, 1947:1

**fundamental** [3] - 1934:5, 1948:8, 1954:25

**future** [6] - 1837:22, 1838:17, 1873:21, 1892:14, 1901:6, 1921:18



# G

**Galaxy** [1] - 1904:12

**game** [1] - 1891:11

**games** [3] - 1887:21, 1910:3, 1910:4

**gap** [1] - 1872:13

**Garber** [2] - 1863:4, 1927:9

**gate** [1] - 1947:1

**gatekeeping** [2] - 1934:1, 1962:18

**gears** [1] - 1909:9

**general** [6] - 1815:4, 1889:25, 1894:13, 1911:11, 1911:13, 1928:6

**generally** [3] - 1845:2, 1863:3, 1906:11

**generation** [2] - 1864:13, 1906:5

**gentleman** [1] - 1896:2

**gentlemen** [6] - 1884:21, 1893:6, 1893:18, 1926:9, 1928:22, 1930:12

**Germany** [1] - 1891:10

**given** [8] - 1817:17, 1824:7, 1868:2, 1883:6, 1892:2, 1931:25, 1954:7, 1958:15

**gleaned** [1] - 1819:9

**globe** [1] - 1909:20

**goal** [3] - 1908:17, 1909:4, 1915:23

**GONZALEZ** [1] - 1808:12

**goodness** [1] - 1946:21

**governing** [1] - 1834:24

**governors** [1] - 1920:25

**graduating** [2] - 1888:12, 1892:21

**graduation** [1] - 1843:23

**Grant** [3] - 1821:14, 1821:17, 1822:11

**grant** [8] - 1815:21, 1817:10, 1817:13, 1821:22, 1822:5, 1822:15, 1833:15, 1943:6

**granted** [9] - 1815:23, 1816:14, 1821:24, 1822:1, 1822:8, 1830:1, 1831:11, 1833:6, 1833:8

**granting** [1] - 1882:16

**grass** [1] - 1850:1

**great** [2] - 1902:3, 1907:1

**greatest** [2] - 1900:7, 1916:10

**green** [1] - 1820:22

**grew** [1] - 1826:22

**ground** [4] - 1892:11, 1893:22, 1893:23, 1899:19

**grounds** [1] - 1953:18

**Group** [3] - 1836:23, 1846:8, 1919:11

**group** [10] - 1829:10, 1889:11, 1891:20, 1896:3, 1896:20, 1899:10, 1900:18, 1905:16, 1919:12, 1919:13

**groups** [1] - 1835:2

**grow** [9] - 1874:8, 1900:15, 1907:17, 1913:24, 1915:10, 1916:24, 1921:10, 1925:13, 1963:1

**growing** [2] - 1872:12, 1897:17

**grown** [1] - 1901:15

**Growth** [1] - 1846:22

**growth** [1] - 1906:9

**guess** [5] - 1888:10, 1933:11, 1940:5, 1948:12, 1948:14

**Gulati** [18] - 1810:6, 1810:10, 1824:20, 1824:24, 1825:1, 1825:11, 1825:15, 1825:19, 1825:22, 1826:1, 1826:14, 1827:6, 1827:8, 1827:10, 1828:8, 1828:14, 1843:15, 1883:2

**gulati** [10] - 1843:17, 1843:18, 1843:20, 1843:25, 1844:5, 1844:8, 1844:11, 1844:14, 1844:16, 1844:19

**Gulati's** [1] - 1810:5

# H

**half** [7] - 1830:16, 1830:17, 1889:11, 1903:6, 1913:10, 1955:23, 1955:24

**hampered** [1] - 1949:20

**hand** [2] - 1886:6, 1895:1

**handful** [1] - 1890:21

**hang** [1] - 1912:1

**happy** [5] - 1846:3, 1871:12, 1948:24, 1951:12, 1951:13

**hard** [2] - 1903:25, 1912:4

**head** [3] - 1850:8, 1889:24, 1892:10

**heard** [5] - 1825:16, 1897:5, 1920:1, 1920:2, 1960:9

ALL WORD INDEX _____ 12

**hearing** [1] - 1859:20
**hearsay** [1] - 1865:25
**HECTOR** [1] - 1808:12
**heels** [1] - 1897:12
**help** [6] - 1817:24, 1830:13, 1837:18, 1852:6, 1889:12, 1910:10
**helped** [9] - 1874:2, 1895:19, 1896:4, 1897:18, 1897:19, 1902:21, 1906:15, 1913:18, 1919:3
**helpful** [4] - 1818:2, 1899:24, 1905:8, 1918:16
**helps** [2] - 1902:3, 1907:20
**hesitant** [1] - 1956:17
**high** [5] - 1839:5, 1839:10, 1840:1, 1850:10, 1896:15
**high-level** [1] - 1850:10
**high-risk** [3] - 1839:5, 1839:10, 1840:1
**higher** [5] - 1907:19, 1954:24, 1956:6, 1956:18, 1960:24
**highlight** [1] - 1819:19
**highlighted** [1] - 1820:22
**highlighting** [1] - 1830:14
**highlights** [1] - 1820:5
**hiring** [1] - 1917:14
**history** [5] - 1830:24, 1875:2, 1875:10, 1918:22, 1943:22
**hold** [1] - 1923:8
**holders** [1] - 1910:4
**Holdings** [2] - 1952:10, 1952:12
**holiday** [1] - 1878:21
**home** [3] - 1889:2, 1889:9, 1904:20
**hometown** [1] - 1888:15
**honest** [1] - 1871:23
**Honor** [102] - 1810:3, 1810:4, 1810:15, 1810:25, 1811:10, 1811:17, 1811:19, 1811:23, 1811:25, 1812:3, 1812:10, 1813:11, 1826:8, 1827:22, 1833:20, 1837:6, 1837:7, 1858:15, 1864:4, 1865:25, 1867:20, 1873:14, 1883:11, 1883:13, 1885:2, 1885:4, 1885:9, 1885:13, 1885:17, 1885:21, 1886:4, 1906:12, 1912:16, 1913:2, 1913:4, 1913:8, 1923:11, 1924:10, 1925:5, 1925:7, 1925:9, 1926:15, 1926:16, 1926:22, 1927:3, 1927:7, 1927:11, 1928:14, 1928:16, 1928:20, 1930:3, 1930:11, 1932:7, 1932:14, 1932:20, 1933:14, 1934:3, 1934:4, 1935:17, 1936:7, 1937:11, 1939:2, 1939:16, 1942:21, 1943:1, 1944:7, 1944:16, 1947:12, 1947:21, 1947:25, 1948:6, 1948:7, 1948:10, 1949:4, 1949:16, 1950:1, 1950:4, 1951:6, 1951:8, 1952:1, 1952:4, 1952:6, 1953:6, 1953:11, 1953:23, 1954:14, 1955:8, 1955:20, 1956:16, 1957:6, 1958:20, 1959:5, 1959:21, 1960:16, 1961:10, 1961:16, 1961:20, 1962:6, 1962:7, 1962:17, 1963:3
**Honor's** [4] - 1939:22, 1951:18,

1953:21, 1957:21
**HONORABLE** [1] - 1808:12
**hope** [1] - 1930:20
**Hopefully** [1] - 1813:23
**host** [2] - 1892:1, 1892:3
**hosting** [1] - 1897:12
**hour** [1] - 1913:10
**hours** [9] - 1931:20, 1931:21, 1931:22, 1931:23, 1931:24, 1931:25, 1932:2, 1954:23
**HUDGENS** [8] - 1808:17, 1928:14, 1928:16, 1928:20, 1930:5, 1930:11, 1930:23, 1931:8
**hUDGENS** [1] - 1930:3
**hugely** [1] - 1959:4
**hundred** [1] - 1906:6
**hung** [1] - 1912:7
**Hunt** [10] - 1885:1, 1885:21, 1886:10, 1887:7, 1887:10, 1887:25, 1888:3, 1888:7, 1912:15, 1958:13
**hunt** [11] - 1913:1, 1913:15, 1913:17, 1916:6, 1922:23, 1924:6, 1924:12, 1925:12, 1926:17, 1926:22, 1927:10
**HUNT** [2] - 1887:1, 1964:10
**hurt** [3] - 1877:18, 1877:19, 1877:21

## I

**idea** [3] - 1843:23, 1883:5, 1894:5
**ideal** [3] - 1900:12, 1902:2, 1948:5
**ideally** [1] - 1910:3
**ideas** [1] - 1895:17
**identification** [3] - 1836:24, 1853:5, 1858:7
**identified** [1] - 1934:5
**II** [46] - 1810:8, 1811:16, 1812:25, 1817:10, 1817:13, 1818:3, 1818:11, 1818:12, 1818:20, 1819:2, 1821:16, 1821:18, 1821:22, 1822:13, 1823:20, 1828:12, 1829:22, 1831:7, 1838:1, 1838:5, 1841:14, 1841:15, 1841:17, 1841:24, 1842:10, 1842:16, 1863:13, 1863:16, 1863:23, 1863:25, 1864:3, 1864:10, 1864:12, 1864:21, 1864:24, 1866:22, 1871:10, 1880:4, 1880:23, 1881:10, 1908:10, 1908:17, 1908:22, 1948:20, 1948:22, 1961:25
**III** [23] - 1818:4, 1818:20, 1818:24, 1819:2, 1822:19, 1841:11, 1841:12, 1841:17, 1863:14, 1863:16, 1863:18, 1863:23, 1864:1, 1864:3, 1864:10, 1864:11, 1864:15, 1864:20, 1869:14, 1908:11, 1908:14, 1908:19, 1909:2
**immediately** [1] - 1880:1
**imminent** [1] - 1847:20
**imminently** [1] - 1847:23
**impact** [1] - 1906:24
**impeded** [1] - 1855:3
**importance** [2] - 1819:19, 1901:19

**important** [13] - 1876:3, 1876:5, 1876:6, 1893:21, 1894:16, 1896:17, 1897:1, 1899:20, 1899:22, 1901:22, 1902:17, 1904:20, 1905:6
**impression** [3] - 1859:8, 1864:2, 1864:6
**improper** [1] - 1956:7
**inability** [1] - 1956:4
**INC** [1] - 1808:7
**Inc** [1] - 1809:3
**include** [3] - 1814:17, 1909:7, 1921:8
**included** [6] - 1821:9, 1847:16, 1856:19, 1896:6, 1931:10, 1944:10
**includes** [2] - 1856:11, 1903:12
**including** [6] - 1857:25, 1902:11, 1906:11, 1906:19, 1945:22, 1962:19
**incomplete** [1] - 1828:20
**inconsistent** [1] - 1936:6
**incorrect** [2] - 1954:21, 1956:6
**increase** [3] - 1848:12, 1868:19, 1881:10
**increased** [2] - 1898:15, 1946:11
**incubation** [2] - 1916:24, 1916:25
**independent** [8] - 1812:22, 1842:17, 1861:20, 1861:22, 1869:4, 1869:5, 1909:7, 1922:17
**indicated** [5] - 1823:4, 1939:15, 1946:21, 1947:25, 1950:24
**indicating** [2] - 1818:23, 1853:23
**indirectly** [1] - 1836:23
**individual** [3] - 1827:15, 1894:20, 1899:18
**industry** [1] - 1892:22
**inflation** [1] - 1896:12
**information** [32] - 1814:12, 1816:20, 1819:22, 1824:3, 1824:8, 1827:8, 1828:21, 1828:24, 1833:9, 1833:14, 1840:10, 1845:6, 1845:11, 1852:15, 1855:23, 1858:4, 1859:10, 1863:8, 1865:1, 1866:9, 1866:13, 1869:19, 1879:2, 1879:6, 1904:8, 1938:23, 1944:13, 1951:2, 1952:18, 1952:25, 1953:4
**Information** [1] - 1934:10
**initial** [4] - 1815:3, 1838:20, 1853:10, 1897:7
**initiative** [1] - 1902:18
**input** [1] - 1843:22
**instability** [1] - 1847:10
**instance** [2] - 1947:23, 1949:18
**instead** [1] - 1890:12
**instruct** [1] - 1956:5
**instructed** [1] - 1958:10
**instructions** [2] - 1958:7, 1959:8
**intended** [2] - 1814:18, 1878:20
**intent** [3] - 1851:25, 1940:22, 1944:4
**intentions** [1] - 1847:2
**interested** [4] - 1888:18, 1889:4, 1890:7, 1892:8
**Interesting** [1] - 1889:18

VB        OCR        CRR

ALL WORD INDEX

13

**interlocked** [2] - 1947:5, 1947:6
**International** [3] - 1834:5, 1834:10, 1836:10
**international** [2] - 1899:24, 1905:1
**interpretation** [2] - 1938:1, 1942:22
**interview** [1] - 1951:5
**interviews** [1] - 1819:9
**introducing** [1] - 1887:9
**invest** [3] - 1896:25, 1910:13, 1925:24
**invested** [6] - 1901:2, 1903:8, 1903:15, 1903:18, 1907:7, 1918:22
**investing** [2] - 1910:13, 1925:22
**investment** [8] - 1903:2, 1903:4, 1903:9, 1906:10, 1907:2, 1907:5, 1919:3, 1919:5
**investments** [3] - 1902:25, 1919:1, 1919:7
**investor** [15] - 1835:1, 1841:2, 1894:2, 1895:17, 1896:1, 1897:8, 1898:22, 1899:18, 1901:15, 1901:22, 1902:22, 1904:5, 1904:9, 1904:16, 1909:11
**investor/operators** [1] - 1919:15
**investors** [8] - 1892:12, 1894:1, 1895:13, 1898:12, 1900:16, 1909:17, 1915:18, 1915:21
**involved** [17] - 1844:22, 1888:1, 1890:7, 1891:5, 1891:16, 1892:19, 1892:24, 1893:2, 1893:3, 1893:7, 1893:12, 1894:23, 1895:12, 1901:16, 1907:7, 1915:15, 1918:10
**involvement** [8] - 1888:2, 1889:23, 1890:3, 1890:4, 1891:24, 1895:15, 1915:14
**issue** [17] - 1810:2, 1811:19, 1879:23, 1901:24, 1934:2, 1934:17, 1936:20, 1936:21, 1937:14, 1937:19, 1937:23, 1948:9, 1950:6, 1950:11, 1957:20, 1960:22
**issues** [6] - 1852:16, 1933:22, 1934:5, 1934:25, 1954:25, 1957:1
**item** [3] - 1827:25, 1828:5, 1828:10
**itself** [2] - 1866:3, 1866:6

**J**

**Jacksonville** [1] - 1862:13
**january** [1] - 1808:7
**January** [8] - 1821:22, 1838:13, 1859:21, 1867:5, 1869:7, 1880:16, 1880:21, 1963:9
**JEFF** [2] - 1812:11, 1964:5
**JOHANNA** [1] - 1808:17
**JOHN** [1] - 1808:23
**join** [1] - 1895:17
**joining** [1] - 1847:20
**Jordan** [1] - 1912:9
**journey** [1] - 1911:15
**JR** [1] - 1808:18
**JUDGE** [1] - 1808:12

**judicial** [1] - 1937:20
**July** [3] - 1950:7, 1952:9, 1953:6
**jump** [1] - 1934:16
**jumped** [1] - 1953:24
**June** [12] - 1848:8, 1848:21, 1849:3, 1851:6, 1851:9, 1852:10, 1854:4, 1854:7, 1856:17, 1861:9, 1878:12, 1884:11
**juror** [2] - 1812:5, 1812:6
**Jury** [5] - 1884:24, 1885:18, 1926:11, 1928:17, 1930:22
**jury** [38] - 1810:1, 1812:7, 1812:19, 1813:15, 1826:12, 1827:24, 1834:9, 1849:10, 1849:17, 1856:14, 1878:6, 1878:18, 1884:20, 1887:9, 1888:8, 1893:6, 1893:18, 1897:5, 1901:21, 1902:24, 1904:8, 1907:1, 1913:12, 1924:20, 1928:5, 1935:23, 1936:25, 1945:18, 1945:25, 1946:11, 1946:17, 1949:4, 1949:13, 1956:17, 1958:7, 1958:8, 1960:25, 1962:21
**JURY** [1] - 1808:11
**JX** [1] - 1829:19
**JX-112** [2] - 1930:24, 1964:25
**JX-112-A** [2] - 1930:25, 1965:1
**JX-113** [2] - 1931:9, 1965:4
**JX-113-A** [2] - 1931:10, 1965:5
**JX-17** [1] - 1931:11
**JX-27** [2] - 1841:19, 1842:24
**JX-58** [1] - 1931:11
**JX-70** [2] - 1846:20, 1847:11
**JX-74** [1] - 1851:8
**JX-76** [1] - 1855:21
**JX-77** [1] - 1931:11
**JX-78** [6] - 1827:22, 1827:25, 1829:9, 1829:10, 1861:2, 1931:11

**K**

**Kansas** [10] - 1887:15, 1888:6, 1889:21, 1889:23, 1892:24, 1893:10, 1898:5, 1900:22, 1920:6
**KASS** [1] - 1809:11
**keep** [4] - 1913:5, 1913:7, 1936:25, 1945:24
**keeping** [2] - 1947:1, 1960:14
**Kelwood** [1] - 1945:3
**Kessler** [19] - 1810:16, 1834:4, 1841:21, 1843:15, 1844:24, 1848:20, 1849:14, 1854:2, 1856:3, 1857:1, 1860:1, 1861:23, 1868:1, 1884:3, 1936:17, 1944:24, 1950:22, 1951:20, 1962:20
**KESSLER** [102] - 1808:16, 1810:25, 1811:12, 1811:17, 1812:10, 1812:15, 1813:4, 1813:11, 1816:8, 1826:8, 1827:18, 1827:22, 1833:20, 1837:7, 1853:14, 1858:15, 1864:4, 1865:25, 1867:21, 1870:18, 1870:23, 1872:20,

1872:23, 1873:4, 1874:12, 1874:24, 1875:15, 1876:24, 1877:2, 1877:3, 1877:13, 1878:9, 1879:24, 1881:6, 1883:1, 1883:11, 1884:17, 1885:1, 1885:12, 1906:12, 1913:4, 1913:6, 1913:8, 1913:10, 1913:14, 1923:7, 1923:9, 1925:7, 1926:6, 1926:14, 1926:21, 1927:3, 1927:7, 1927:15, 1932:7, 1932:11, 1932:20, 1933:14, 1937:5, 1937:11, 1937:24, 1938:5, 1938:15, 1938:17, 1938:24, 1939:2, 1939:10, 1940:1, 1940:8, 1940:14, 1940:18, 1941:6, 1941:9, 1941:13, 1941:20, 1942:6, 1942:14, 1942:20, 1942:25, 1944:7, 1944:16, 1944:21, 1948:18, 1948:23, 1949:10, 1950:25, 1953:11, 1957:20, 1959:2, 1959:15, 1959:25, 1960:5, 1960:16, 1960:22, 1961:4, 1961:12, 1961:23, 1962:7, 1963:3, 1964:6, 1964:8, 1964:12
**KEVIN** [1] - 1809:8
**key** [4] - 1815:6, 1897:2, 1898:8, 1899:16
**kickoff** [1] - 1846:2
**kids** [1] - 1906:2
**kindle** [1] - 1897:18
**kinds** [1] - 1905:2
**knock** [2] - 1955:6, 1957:12
**knock-on** [2] - 1955:6, 1957:12
**Knoll** [4] - 1961:12, 1961:13, 1961:14, 1961:18
**knoll** [1] - 1958:4
**knowledge** [2] - 1844:10, 1866:3
**known** [2] - 1953:10, 1960:13
**knows** [4] - 1811:19, 1924:12, 1938:10, 1960:16
**Kraft** [3] - 1895:20, 1895:21, 1899:11
**Kraft's** [1] - 1919:12

**L**

**L'HOTE** [2] - 1812:11, 1964:5
**L'Hote** [13] - 1812:16, 1812:18, 1833:10, 1834:2, 1837:1, 1837:11, 1851:16, 1853:7, 1870:6, 1870:8, 1870:19, 1878:11, 1884:3
**L.L.C** [2] - 1808:8, 1809:9
**label** [1] - 1864:9
**lack** [3] - 1872:11, 1896:14, 1941:15
**Ladies** [1] - 1884:21
**ladies** [5] - 1893:6, 1893:18, 1926:9, 1928:22, 1930:12
**laid** [1] - 1894:15
**Lamar** [2] - 1888:3, 1888:7
**Landon** [1] - 1900:6
**landscape** [1] - 1843:3
**language** [9] - 1868:8, 1939:15, 1940:6, 1940:19, 1941:8, 1941:11, 1941:12, 1943:3, 1950:13

VB        OCR        CRR

## ALL WORD INDEX

**large** [3] - 1897:18, 1897:23, 1946:14
**largely** [3] - 1819:20, 1820:7, 1908:19
**larger** [3] - 1873:23, 1874:7, 1954:12
**last** [17] - 1810:6, 1838:23, 1839:6, 1839:14, 1864:7, 1879:3, 1888:22, 1890:1, 1891:5, 1904:17, 1906:21, 1907:7, 1911:1, 1919:20, 1942:6, 1960:4, 1960:5
**lasted** [2] - 1891:2, 1891:22
**lasting** [1] - 1814:19
**late** [7] - 1890:6, 1890:19, 1891:7, 1901:11, 1924:22, 1945:23, 1958:2
**LATHAM** [2] - 1809:1, 1809:4
**Lauderdale** [1] - 1847:25
**launch** [7] - 1874:15, 1889:13, 1894:8, 1897:3, 1897:7, 1897:12, 1898:9
**law** [2] - 1939:5, 1946:21
**lawsuit** [1] - 1925:3
**lawyer** [1] - 1928:10
**Leading** [1] - 1906:12
**leading** [3] - 1813:18, 1815:11, 1823:13
**LEAGUE** [2] - 1808:4, 1808:8
**league** [190] - 1810:8, 1810:9, 1811:15, 1811:16, 1813:8, 1813:17, 1813:19, 1814:16, 1814:24, 1815:5, 1815:12, 1816:10, 1817:10, 1817:13, 1817:24, 1818:3, 1818:18, 1818:20, 1818:24, 1819:4, 1819:8, 1819:24, 1820:1, 1824:14, 1826:25, 1829:22, 1830:18, 1836:18, 1837:19, 1838:22, 1838:23, 1838:25, 1839:5, 1839:13, 1839:21, 1840:24, 1841:3, 1841:12, 1841:17, 1842:4, 1842:7, 1842:9, 1849:11, 1849:18, 1849:21, 1849:22, 1856:9, 1856:21, 1856:23, 1856:25, 1861:24, 1862:5, 1866:22, 1869:14, 1871:18, 1872:12, 1873:22, 1874:3, 1874:7, 1874:8, 1874:19, 1875:19, 1875:24, 1875:25, 1876:1, 1876:2, 1880:1, 1880:7, 1880:24, 1880:25, 1888:2, 1888:3, 1888:4, 1888:17, 1889:6, 1889:11, 1889:12, 1889:14, 1891:20, 1891:22, 1892:4, 1892:6, 1892:9, 1892:11, 1893:1, 1893:9, 1893:11, 1893:23, 1894:5, 1894:6, 1894:8, 1894:18, 1894:20, 1894:21, 1894:23, 1895:17, 1895:25, 1896:4, 1896:13, 1896:15, 1896:25, 1897:3, 1897:11, 1897:19, 1898:9, 1898:10, 1898:11, 1898:13, 1898:19, 1898:20, 1898:25, 1899:1, 1899:5, 1899:14, 1899:17, 1899:23, 1899:25, 1900:15, 1900:16, 1902:17, 1903:3, 1904:6, 1904:15, 1905:2, 1905:7, 1905:8, 1906:15, 1908:3, 1908:11, 1908:14, 1908:19, 1908:21, 1908:22, 1908:23, 1909:2, 1909:3, 1909:4, 1909:6, 1911:22, 1911:24, 1912:11, 1913:19, 1913:20, 1913:22, 1914:7, 1914:18, 1915:1, 1915:7, 1915:20, 1915:23, 1915:25, 1916:3, 1916:4, 1916:5, 1916:15, 1917:7, 1917:12, 1917:17, 1917:22, 1918:14, 1918:18, 1918:25, 1919:4, 1919:8, 1919:19, 1919:24, 1920:17, 1920:21, 1920:22, 1921:5, 1921:10, 1921:13, 1921:15, 1921:16, 1921:24, 1922:1, 1922:3, 1922:4, 1922:16, 1922:22, 1924:4, 1924:7, 1924:23, 1925:17, 1925:21, 1925:22
**League** [75] - 1809:9, 1810:11, 1810:12, 1810:14, 1810:19, 1810:24, 1834:25, 1838:1, 1838:21, 1840:18, 1841:14, 1841:15, 1841:17, 1841:24, 1842:10, 1842:16, 1845:8, 1845:10, 1849:7, 1849:19, 1850:8, 1850:15, 1851:1, 1857:1, 1857:14, 1857:20, 1865:6, 1865:11, 1865:13, 1865:15, 1871:19, 1880:23, 1887:16, 1887:20, 1888:1, 1888:15, 1889:9, 1889:15, 1889:17, 1891:21, 1891:25, 1892:5, 1892:16, 1893:1, 1893:3, 1893:8, 1893:20, 1894:1, 1894:10, 1894:24, 1895:9, 1895:13, 1895:22, 1897:6, 1897:10, 1899:13, 1900:8, 1901:3, 1901:7, 1901:9, 1901:17, 1902:12, 1905:2, 1905:18, 1907:2, 1908:6, 1909:3, 1909:10, 1910:13, 1910:24, 1911:5, 1911:22, 1914:21, 1925:21
**league-operated** [2] - 1899:1, 1899:5
**league-related** [1] - 1818:18
**league-required** [1] - 1849:21
**leagues** [37] - 1812:25, 1814:9, 1814:17, 1817:22, 1825:17, 1834:24, 1840:13, 1841:16, 1842:1, 1845:3, 1845:6, 1845:15, 1845:18, 1845:24, 1849:20, 1855:7, 1855:9, 1863:5, 1863:9, 1863:12, 1863:20, 1869:20, 1869:21, 1869:24, 1870:3, 1870:5, 1877:25, 1878:2, 1878:14, 1894:3, 1896:22, 1896:23, 1901:8, 1910:6, 1910:14, 1911:19, 1916:19
**learn** [3] - 1823:8, 1823:17, 1823:24
**learned** [5] - 1823:21, 1824:9, 1888:24, 1896:7, 1896:18
**least** [5] - 1820:10, 1852:20, 1853:10, 1879:3, 1957:1
**leaves** [1] - 1926:18
**leaving** [1] - 1846:5
**led** [5] - 1847:19, 1900:6, 1902:17, 1942:8, 1942:11
**left** [8] - 1831:1, 1831:3, 1837:14, 1839:25, 1926:14, 1931:21, 1931:23
**legal** [3] - 1934:12, 1937:14, 1952:20
**less** [8] - 1822:9, 1822:10, 1875:23, 1876:3, 1876:5, 1876:6, 1879:15
**lessons** [2] - 1896:7, 1896:18
**letter** [31] - 1827:13, 1827:25, 1828:5, 1829:1, 1829:3, 1829:7, 1829:8, 1831:23, 1832:14, 1833:4, 1833:12,

1838:9, 1855:22, 1866:18, 1867:17, 1867:19, 1868:1, 1868:8, 1868:23, 1869:1, 1880:15, 1880:18, 1881:20, 1933:18, 1936:16, 1937:7, 1944:9, 1957:5, 1960:18, 1960:19
**letters** [3] - 1827:3, 1832:21, 1946:12
**level** [6] - 1845:18, 1850:10, 1850:19, 1907:19, 1920:21, 1920:22
**LFC** [3] - 1834:5, 1834:10, 1836:10
**license** [7] - 1824:15, 1850:10, 1850:12, 1850:16, 1850:18, 1850:19, 1862:6
**License** [5] - 1850:10, 1850:20, 1850:21, 1850:22
**licensing** [1] - 1822:17
**light** [7] - 1889:3, 1945:6, 1947:8, 1950:6, 1957:11, 1957:20, 1957:25
**likely** [1] - 1819:14
**likewise** [2] - 1940:12, 1945:11
**limited** [2] - 1944:18, 1947:24
**limiting** [1] - 1954:16
**limits** [3] - 1925:24, 1926:1, 1926:3
**Line** [4] - 1812:1, 1851:20, 1923:4
**line** [3] - 1864:13, 1944:11, 1954:4
**lined** [1] - 1960:8
**lines** [1] - 1956:11
**link** [1] - 1855:22
**list** [5] - 1822:14, 1853:22, 1862:21, 1868:25, 1876:15
**listed** [5] - 1820:17, 1847:18, 1868:22, 1869:3, 1881:18
**listen** [2] - 1811:1, 1811:4
**live** [1] - 1887:10
**living** [1] - 1844:12
**LLC** [7] - 1808:4, 1934:11, 1952:14, 1952:16, 1952:19, 1955:3, 1955:15
**LLP** [7] - 1808:14, 1808:19, 1808:21, 1809:1, 1809:4, 1809:6, 1809:10
**located** [2] - 1843:4, 1856:9
**look** [55] - 1813:4, 1814:6, 1814:15, 1815:2, 1815:12, 1817:5, 1818:12, 1818:15, 1819:6, 1821:10, 1827:19, 1829:9, 1830:9, 1830:12, 1831:5, 1836:25, 1837:20, 1839:3, 1841:18, 1841:20, 1842:20, 1846:20, 1846:22, 1847:11, 1848:24, 1848:25, 1849:6, 1849:13, 1851:13, 1853:5, 1855:21, 1856:3, 1858:7, 1861:12, 1866:15, 1867:9, 1868:10, 1870:19, 1871:24, 1872:4, 1872:19, 1872:22, 1873:10, 1873:11, 1873:18, 1877:14, 1878:13, 1880:12, 1881:4, 1894:9, 1894:14, 1923:3, 1928:25, 1938:2, 1944:23
**Look** [2] - 1815:19, 1826:13
**looked** [13] - 1829:11, 1832:3, 1832:4, 1872:10, 1873:1, 1874:7, 1875:2, 1875:4, 1875:5, 1876:10, 1891:14, 1896:7, 1940:14
**looking** [13] - 1820:16, 1829:15, 1829:18, 1829:19, 1858:12, 1872:3,

VB       OCR       CRR

1872:20, 1876:17, 1879:25, 1936:9, 1938:2, 1940:10, 1942:2
**looks** [2] - 1842:23, 1861:12
**loop** [1] - 1838:14
**Los** [1] - 1904:12
**lose** [1] - 1933:16
**losing** [2] - 1911:22, 1937:19
**lost** [2] - 1875:9, 1912:5
**loud** [2] - 1955:22, 1956:13
**love** [1] - 1811:20
**loved** [1] - 1924:24
**lower** [8] - 1815:5, 1815:15, 1839:16, 1841:7, 1841:19, 1842:8, 1938:10, 1955:1
**lower-division** [3] - 1839:16, 1841:7, 1842:8
**lowest** [2] - 1916:16, 1949:10
**loyalty** [1] - 1909:22
**lucky** [1] - 1885:11
**lunch** [3] - 1885:6, 1913:6, 1926:9
**Luncheon** [1] - 1927:19
**Lydia** [1] - 1867:11

# M

**ma'am** [1] - 1834:16
**magic** [2] - 1914:6, 1914:10
**mail** [15] - 1813:5, 1826:4, 1826:13, 1828:9, 1829:10, 1841:20, 1842:20, 1842:21, 1843:22, 1858:8, 1858:11, 1858:18, 1867:11, 1867:14, 1962:13
**mailed** [1] - 1881:8
**main** [1] - 1936:13
**maintain** [1] - 1937:17
**major** [1] - 1864:9
**Major** [32] - 1809:8, 1838:21, 1840:18, 1871:19, 1887:16, 1887:20, 1888:1, 1891:25, 1893:1, 1893:3, 1893:8, 1893:20, 1894:1, 1894:10, 1895:13, 1897:6, 1897:9, 1899:13, 1900:8, 1901:2, 1901:7, 1901:9, 1901:16, 1902:12, 1905:2, 1905:18, 1907:2, 1909:3, 1909:10, 1910:13, 1910:23, 1911:5
**MAJOR** [1] - 1808:8
**majority** [1] - 1818:19
**maker** [1] - 1866:7
**manage** [1] - 1894:21
**management** [2] - 1899:19, 1932:10
**manager** [1] - 1889:25
**mandate** [1] - 1892:2
**manner** [2] - 1847:6, 1955:18
**map** [6] - 1842:23, 1842:24, 1842:25, 1843:2, 1843:3, 1843:5
**March** [16] - 1814:7, 1829:4, 1830:19, 1846:1, 1846:10, 1847:1, 1847:22, 1848:3, 1848:9, 1852:19, 1852:21, 1855:8, 1856:16, 1862:17, 1862:19, 1884:10

**MARK** [1] - 1808:18
**marked** [2] - 1813:15, 1826:12
**market** [6] - 1841:5, 1847:16, 1851:22, 1888:19, 1889:18, 1890:10
**marketplace** [2] - 1909:13, 1924:7
**markets** [5] - 1839:18, 1873:23, 1874:8, 1889:5
**married** [1] - 1887:11
**matches** [1] - 1890:24
**material** [1] - 1937:9
**materials** [2] - 1852:24, 1933:8
**math** [1] - 1867:1
**Matter** [1] - 1963:9
**MATTHEW** [1] - 1808:23
**mature** [1] - 1901:14
**maximalist** [1] - 1954:3
**MBA** [1] - 1843:19
**mean** [15] - 1825:24, 1840:21, 1841:2, 1841:25, 1850:24, 1865:11, 1877:22, 1879:4, 1937:15, 1944:3, 1944:12, 1946:9, 1948:10, 1955:21, 1958:18
**meaning** [5] - 1936:5, 1937:21, 1938:7, 1938:21, 1944:2
**means** [9] - 1856:14, 1928:9, 1932:5, 1939:14, 1939:15, 1941:22, 1942:2, 1953:22, 1957:24
**meant** [9] - 1816:2, 1817:17, 1841:23, 1847:8, 1918:17, 1946:22, 1946:24, 1959:15
**measure** [1] - 1955:23
**mechanical** [1] - 1809:18
**media** [1] - 1930:18
**meet** [15] - 1828:12, 1843:17, 1845:8, 1852:9, 1852:17, 1855:3, 1855:9, 1857:7, 1859:14, 1862:15, 1866:21, 1881:10, 1884:9, 1884:12
**meeting** [77] - 1813:18, 1813:21, 1816:13, 1816:17, 1819:16, 1819:25, 1820:14, 1823:7, 1823:12, 1823:14, 1823:23, 1823:25, 1824:21, 1824:25, 1825:5, 1825:6, 1825:7, 1825:10, 1825:15, 1826:2, 1829:4, 1831:16, 1831:20, 1831:22, 1832:6, 1832:11, 1832:20, 1833:2, 1844:3, 1846:2, 1846:9, 1846:14, 1846:18, 1847:1, 1847:15, 1848:3, 1848:20, 1851:6, 1851:10, 1851:25, 1852:4, 1852:5, 1852:20, 1852:25, 1853:3, 1853:11, 1854:3, 1854:6, 1854:9, 1855:14, 1857:5, 1857:6, 1857:9, 1857:10, 1857:15, 1857:22, 1857:23, 1858:1, 1859:5, 1859:25, 1860:3, 1862:9, 1862:18, 1862:23, 1863:2, 1863:23, 1865:14, 1865:16, 1865:18, 1866:11, 1876:18, 1878:12, 1882:17, 1884:10, 1884:11, 1951:5
**meetings** [11] - 1825:13, 1838:20, 1855:8, 1857:2, 1865:17, 1865:18, 1892:25, 1911:23, 1911:24, 1917:15
**member** [4] - 1848:5, 1850:11,

1852:10, 1863:5
**members** [10] - 1822:23, 1824:6, 1832:17, 1832:21, 1836:18, 1857:6, 1857:10, 1857:25, 1858:1, 1887:20
**memo** [12] - 1813:17, 1813:19, 1814:6, 1815:2, 1815:11, 1816:12, 1816:23, 1817:25, 1820:9, 1822:2, 1822:22, 1856:5
**men's** [4] - 1810:8, 1869:14, 1880:23, 1906:11
**mention** [5] - 1831:10, 1831:13, 1831:15, 1950:5
**mentioned** [23] - 1832:8, 1844:4, 1869:16, 1887:18, 1888:7, 1889:21, 1892:4, 1893:16, 1894:16, 1895:12, 1896:5, 1896:9, 1898:1, 1901:19, 1901:24, 1903:10, 1904:5, 1904:24, 1905:4, 1905:21, 1906:14, 1921:22, 1924:16
**merchandise** [1] - 1902:8
**merge** [4] - 1873:21, 1890:7, 1914:23, 1914:25
**merger** [2] - 1838:21, 1889:15
**merging** [2] - 1873:17, 1914:20
**messaging** [1] - 1852:19
**met** [3] - 1827:10, 1843:18, 1846:1
**Methodist** [1] - 1887:12
**Mexico** [1] - 1909:21
**Meyer** [1] - 1954:20
**Miami** [1] - 1889:3
**mic** [1] - 1886:2
**Michael** [1] - 1912:9
**mid** [5] - 1829:4, 1873:23, 1874:7, 1893:7, 1904:17
**mid-markets** [1] - 1873:23
**midday** [2] - 1932:4, 1932:6
**midlevel** [1] - 1830:6
**might** [10] - 1817:21, 1837:19, 1895:17, 1930:18, 1932:25, 1937:3, 1937:17, 1953:17, 1957:22, 1958:9
**miles** [1] - 1851:23
**milestones** [1] - 1828:13
**million** [12] - 1903:6, 1903:9, 1903:14, 1903:21, 1903:23, 1907:8, 1918:22, 1918:24, 1934:21, 1934:24, 1948:1
**mind** [4] - 1879:9, 1887:9, 1889:4, 1934:22
**mine** [1] - 1931:19
**minimally** [1] - 1936:19
**minimum** [3] - 1818:5, 1850:1, 1862:7
**minority** [1] - 1890:12
**minute** [2] - 1895:11, 1932:24
**minutes** [4] - 1884:22, 1887:22, 1926:16, 1928:15
**misleading** [1] - 1919:6
**missed** [1] - 1962:13
**misspeak** [1] - 1811:20
**mistake** [1] - 1811:8
**mistakes** [2] - 1847:6, 1847:8
**mixture** [2] - 1873:23, 1874:7

VB        OCR        CRR

**MLB** [1] - 1909:15
**MLS** [82] - 1814:22, 1820:6, 1820:16, 1820:17, 1821:4, 1821:7, 1834:19, 1835:5, 1836:7, 1836:8, 1836:13, 1840:4, 1841:7, 1841:18, 1841:22, 1841:23, 1841:24, 1841:25, 1842:3, 1842:6, 1842:8, 1842:13, 1842:15, 1842:16, 1842:18, 1844:9, 1854:3, 1854:15, 1854:25, 1861:21, 1869:4, 1869:5, 1869:6, 1869:10, 1869:13, 1869:14, 1870:9, 1870:12, 1872:2, 1872:12, 1872:13, 1873:8, 1873:17, 1873:20, 1873:21, 1873:23, 1874:8, 1874:19, 1875:3, 1875:4, 1875:5, 1875:7, 1875:9, 1875:11, 1906:19, 1908:16, 1909:2, 1909:5, 1909:8, 1914:11, 1915:14, 1915:15, 1915:17, 1916:7, 1916:23, 1917:2, 1917:5, 1918:22, 1920:16, 1920:17, 1920:25, 1921:22, 1922:9, 1922:12, 1923:14, 1923:16, 1923:23, 1923:24, 1924:2
**MLS'** [1] - 1909:12
**MLS-2** [1] - 1854:11
**model** [15] - 1905:17, 1935:5, 1936:1, 1943:7, 1943:11, 1948:15, 1948:25, 1949:5, 1949:6, 1949:14, 1951:12, 1951:13, 1954:13, 1959:10
**modeling** [1] - 1937:13
**models** [16] - 1935:5, 1935:6, 1936:9, 1947:6, 1947:7, 1948:5, 1949:2, 1949:14, 1951:10, 1951:11, 1951:13, 1951:14, 1957:14, 1961:6, 1961:8
**Mole** [1] - 1953:25
**moment** [1] - 1872:4
**Monday** [8] - 1930:14, 1930:21, 1932:23, 1958:2, 1958:22, 1959:23, 1961:14, 1963:9
**money** [9] - 1896:12, 1903:6, 1903:15, 1903:18, 1911:22, 1912:5, 1915:20, 1925:22, 1958:16
**Montgomery** [2] - 1808:22, 1809:4
**month** [1] - 1851:24
**months** [2] - 1864:7, 1895:24
**Moody** [1] - 1891:1
**morning** [12] - 1810:3, 1812:16, 1812:17, 1834:2, 1834:3, 1856:4, 1887:7, 1887:8, 1913:15, 1913:16, 1957:8, 1957:10
**most** [6] - 1839:1, 1889:10, 1896:12, 1902:1, 1902:12, 1961:25
**mother** [1] - 1890:17
**motion** [2] - 1943:7, 1962:24
**motions** [1] - 1962:23
**motivated** [1] - 1820:6
**move** [17] - 1813:11, 1815:20, 1826:8, 1837:6, 1853:12, 1858:13, 1867:20, 1875:16, 1888:21, 1897:3, 1900:25, 1917:16, 1923:13, 1930:24, 1930:25, 1931:9, 1959:25
**moved** [3] - 1841:11, 1909:2, 1931:3

**moves** [2] - 1819:11, 1822:15
**moving** [2] - 1843:18, 1947:21
**MR** [157] - 1810:3, 1810:15, 1810:25, 1811:10, 1811:12, 1811:17, 1811:25, 1812:3, 1812:10, 1812:15, 1813:4, 1813:11, 1816:8, 1826:8, 1827:18, 1827:22, 1833:20, 1837:7, 1853:14, 1858:15, 1864:4, 1865:25, 1867:21, 1870:18, 1870:23, 1872:20, 1872:23, 1873:4, 1874:10, 1874:12, 1874:24, 1875:15, 1876:24, 1877:2, 1877:3, 1877:13, 1878:9, 1879:24, 1881:6, 1883:1, 1883:11, 1884:17, 1885:1, 1885:4, 1885:8, 1885:12, 1885:16, 1885:21, 1886:4, 1887:6, 1906:12, 1912:15, 1913:1, 1913:4, 1913:6, 1913:8, 1913:10, 1913:14, 1923:7, 1923:9, 1924:10, 1925:5, 1925:7, 1925:9, 1925:11, 1926:5, 1926:6, 1926:14, 1926:21, 1927:3, 1927:7, 1927:15, 1932:7, 1932:11, 1932:14, 1932:20, 1933:14, 1934:3, 1934:24, 1935:17, 1935:21, 1936:7, 1937:5, 1937:11, 1937:24, 1938:5, 1938:15, 1938:17, 1938:24, 1939:2, 1939:10, 1940:1, 1940:8, 1940:14, 1940:18, 1941:6, 1941:9, 1941:13, 1941:20, 1942:6, 1942:14, 1942:20, 1942:25, 1944:7, 1944:16, 1944:21, 1947:12, 1947:21, 1948:4, 1948:18, 1948:23, 1949:10, 1949:16, 1950:1, 1950:3, 1950:25, 1951:19, 1951:23, 1952:1, 1952:4, 1952:6, 1953:2, 1953:11, 1953:23, 1954:14, 1955:8, 1955:12, 1955:16, 1955:19, 1956:16, 1957:6, 1957:8, 1957:19, 1957:20, 1958:20, 1959:2, 1959:15, 1959:21, 1959:25, 1960:5, 1960:16, 1960:22, 1961:4, 1961:10, 1961:12, 1961:20, 1961:23, 1961:24, 1962:5, 1962:7, 1962:17, 1963:3, 1964:6, 1964:8, 1964:11, 1964:12, 1964:14
**MS** [38] - 1813:13, 1826:10, 1833:18, 1833:23, 1834:1, 1836:2, 1837:6, 1853:12, 1854:1, 1858:13, 1861:1, 1861:2, 1861:5, 1866:2, 1866:15, 1866:17, 1867:9, 1867:20, 1867:25, 1870:15, 1874:22, 1875:13, 1877:11, 1883:9, 1883:13, 1884:2, 1884:15, 1926:16, 1928:14, 1928:16, 1928:20, 1930:3, 1930:5, 1930:11, 1930:23, 1931:8, 1964:7, 1964:9
**multiple** [12] - 1810:20, 1819:13, 1823:6, 1850:25, 1900:9, 1919:22, 1920:4, 1920:9, 1920:12, 1947:13, 1951:13, 1951:14
**Multiyear** [1] - 1819:18
**multiyear** [1] - 1816:3
**Murphy** [1] - 1954:20
**must** [5] - 1849:22, 1850:9, 1882:12,

1940:15, 1940:17

# N

**name** [4] - 1886:9, 1887:10, 1946:13, 1963:5
**named** [2] - 1896:2, 1900:6
**naming** [1] - 1902:11
**NASL** [99] - 1814:9, 1816:15, 1816:20, 1817:3, 1817:6, 1817:17, 1824:5, 1824:6, 1824:12, 1828:25, 1829:3, 1829:6, 1829:21, 1830:8, 1830:15, 1830:19, 1831:17, 1832:22, 1833:4, 1833:5, 1833:12, 1837:12, 1837:15, 1839:25, 1841:13, 1841:16, 1843:6, 1846:5, 1846:10, 1846:13, 1846:15, 1846:18, 1846:22, 1847:1, 1847:5, 1847:15, 1847:21, 1847:22, 1848:3, 1848:7, 1848:11, 1848:12, 1848:14, 1848:15, 1848:18, 1849:7, 1849:12, 1851:21, 1852:7, 1852:9, 1852:11, 1852:16, 1855:2, 1855:11, 1855:14, 1855:18, 1855:24, 1856:17, 1856:24, 1857:21, 1857:25, 1858:2, 1858:24, 1859:4, 1859:9, 1862:1, 1862:8, 1862:17, 1863:14, 1864:3, 1864:15, 1871:15, 1874:1, 1874:5, 1874:6, 1874:15, 1877:9, 1877:17, 1877:19, 1879:13, 1879:15, 1879:23, 1880:3, 1883:5, 1883:7, 1884:8, 1884:11, 1896:8, 1896:11, 1896:19, 1910:16, 1910:18, 1910:19, 1910:24, 1911:2, 1924:17, 1924:19, 1937:16, 1952:12
**NASL's** [24] - 1823:18, 1830:16, 1833:13, 1847:2, 1855:17, 1855:21, 1856:5, 1856:10, 1857:7, 1857:11, 1862:19, 1863:2, 1863:17, 1865:9, 1870:9, 1870:12, 1911:4, 1911:7, 1934:11, 1934:12, 1950:15, 1952:10, 1952:19, 1952:20
**national** [5] - 1900:3, 1900:4, 1906:11, 1906:20, 1906:24
**National** [5] - 1888:14, 1889:15, 1895:8, 1895:21, 1914:20
**nature** [1] - 1941:19
**NBA** [3] - 1901:9, 1909:15, 1912:10
**necessarily** [2] - 1906:7, 1954:12
**necessary** [1] - 1922:9
**need** [29] - 1818:23, 1819:2, 1821:2, 1821:4, 1839:17, 1848:11, 1850:15, 1851:2, 1862:25, 1896:24, 1904:1, 1915:6, 1918:8, 1922:18, 1922:20, 1924:12, 1928:11, 1931:13, 1932:21, 1933:2, 1933:7, 1947:9, 1948:13, 1957:4, 1957:11, 1959:10, 1959:11, 1959:16
**needed** [23] - 1814:23, 1820:20, 1821:7, 1822:1, 1822:6, 1824:3, 1824:5, 1828:21, 1855:15, 1861:13,

17

1865:1, 1867:2, 1876:10, 1877:10, 1877:25, 1882:13, 1896:19, 1897:22, 1915:5, 1923:23, 1924:2

**needs** [2] - 1850:2, 1923:14

**negotiate** [1] - 1889:15

**negotiations** [2] - 1934:13, 1952:21

**NEIL** [1] - 1808:24

**Neptune** [1] - 1885:24

**Neptune's** [1] - 1931:19

**net** [1] - 1851:3

**never** [18] - 1811:2, 1832:7, 1844:17, 1859:23, 1879:9, 1910:21, 1920:1, 1920:2, 1920:17, 1922:6, 1934:22, 1940:19, 1944:4, 1946:17, 1955:7, 1961:5, 1961:7, 1962:15

**new** [30] - 1814:24, 1816:19, 1819:11, 1838:23, 1838:25, 1845:9, 1851:21, 1858:2, 1865:22, 1870:5, 1890:9, 1892:4, 1892:11, 1893:1, 1904:3, 1904:16, 1904:21, 1909:2, 1910:15, 1910:18, 1910:19, 1913:18, 1921:12, 1921:15, 1924:6, 1932:16, 1953:19, 1953:20, 1953:21

**NEW** [1] - 1808:1

**New** [13] - 1808:6, 1808:15, 1809:2, 1809:7, 1862:13, 1885:10, 1885:11, 1895:20, 1896:1, 1899:12, 1904:22

**newly** [1] - 1843:6

**newly-sanctioned** [1] - 1843:6

**Next** [2] - 1866:20, 1909:2

**next** [33] - 1815:2, 1817:2, 1817:14, 1819:6, 1820:4, 1821:22, 1825:7, 1825:9, 1826:4, 1831:5, 1840:14, 1844:2, 1848:1, 1853:6, 1860:5, 1861:5, 1867:16, 1868:10, 1872:22, 1872:24, 1881:6, 1884:25, 1886:11, 1888:20, 1889:10, 1893:25, 1903:22, 1904:22, 1908:25, 1927:20, 1928:19, 1930:4

**NFC** [1] - 1889:16

**NFL** [18] - 1888:21, 1888:23, 1889:5, 1889:20, 1890:6, 1891:17, 1892:25, 1897:24, 1901:9, 1904:3, 1909:15, 1913:19, 1914:22, 1914:24, 1915:6, 1915:7, 1925:4

**NHL** [2] - 1901:9, 1909:15

**nice** [1] - 1904:14

**night** [1] - 1825:5

**nine** [1] - 1843:7

**nineties** [1] - 1893:8

**nobody** [2] - 1832:13, 1877:20

**NOLAN** [1] - 1809:16

**NolanEDNY@aol.com** [1] - 1809:17

**noncompliance** [1] - 1822:14

**none** [3] - 1895:9, 1944:1, 1955:4

**Nonetheless** [1] - 1810:19

**noon** [4] - 1957:9, 1957:10, 1959:19, 1962:10

**NORTH** [1] - 1808:4

**north** [2] - 1851:23, 1887:22

**North** [18] - 1810:11, 1810:13, 1810:23, 1863:19, 1891:21, 1892:5, 1892:15, 1894:24, 1907:13, 1907:15, 1907:25, 1908:3, 1908:5, 1908:8, 1908:13, 1908:25, 1909:1, 1909:15

**notably** [1] - 1894:15

**Note** [3] - 1822:13, 1822:18, 1826:18

**noted** [1] - 1880:25

**notes** [1] - 1944:11

**nothing** [10] - 1829:2, 1926:6, 1937:7, 1944:9, 1948:20, 1948:21, 1953:15, 1953:18, 1960:9, 1963:4

**Nothing** [1] - 1884:17

**notice** [3] - 1859:11, 1880:21, 1927:12

**notified** [1] - 1878:14

**noting** [1] - 1819:12

**notion** [3] - 1900:9, 1910:24, 1940:10

**Notwithstanding** [2] - 1819:6, 1856:7

**notwithstanding** [1] - 1856:7

**November** [1] - 1877:23

**nowhere** [1] - 1934:14

**number** [43] - 1815:12, 1816:21, 1818:3, 1820:15, 1822:3, 1822:4, 1822:7, 1822:8, 1826:24, 1840:23, 1848:12, 1849:12, 1849:21, 1859:14, 1861:11, 1862:4, 1866:23, 1867:6, 1869:20, 1869:25, 1875:25, 1876:6, 1876:14, 1876:18, 1876:21, 1879:14, 1894:7, 1899:23, 1908:16, 1931:25, 1934:24, 1947:19, 1948:2, 1949:22, 1954:16, 1954:24, 1955:1, 1956:3, 1959:10, 1960:24, 1961:20, 1961:24, 1962:25

**numbers** [4] - 1947:15, 1947:24, 1956:18, 1956:24

**Numeral** [1] - 1961:25

**NY** [3] - 1808:15, 1809:2, 1809:17

# O


**o'clock** [2] - 1926:20, 1928:25

**Oaks** [1] - 1808:20

**object** [1] - 1837:7

**Objection** [6] - 1833:18, 1874:22, 1875:13, 1877:11, 1883:9, 1906:12

**objection** [12] - 1813:13, 1826:10, 1853:14, 1858:15, 1864:4, 1865:25, 1867:21, 1874:10, 1924:10, 1925:5, 1931:2, 1947:3

**objections** [1] - 1842:11

**objective** [1] - 1925:4

**objectives** [3] - 1815:6, 1820:7, 1842:8

**obligation** [2] - 1829:4, 1962:18

**observation** [3] - 1815:8, 1815:9, 1815:18

**observations** [1] - 1877:25

**obtained** [2] - 1951:2

**obtaining** [1] - 1850:12

**obviously** [14] - 1870:5, 1901:10,

1932:21, 1935:7, 1935:15, 1940:19, 1945:20, 1953:8, 1955:19, 1956:21, 1957:14, 1962:17, 1962:23, 1963:2

**occurred** [1] - 1838:12

**October** [1] - 1881:8

**OF** [2] - 1808:1, 1808:11

**offered** [1] - 1927:10

**office** [4] - 1898:13, 1898:19, 1917:7, 1919:25

**offices** [1] - 1844:3

**officials** [1] - 1826:5

**Ohio** [3] - 1888:5, 1900:23, 1902:19

**old** [3] - 1896:11, 1904:1, 1907:17

**older** [3] - 1899:24, 1908:23, 1910:16

**once** [3] - 1958:11, 1959:6, 1962:24

**one** [107] - 1811:8, 1812:5, 1814:19, 1814:23, 1815:3, 1815:6, 1817:10, 1819:6, 1820:20, 1821:1, 1825:8, 1827:13, 1828:2, 1829:6, 1830:14, 1833:10, 1834:17, 1838:20, 1839:16, 1840:14, 1843:14, 1845:9, 1849:21, 1851:13, 1851:21, 1863:5, 1865:5, 1865:17, 1868:25, 1869:8, 1871:14, 1871:17, 1872:2, 1872:10, 1872:20, 1872:24, 1873:7, 1873:16, 1873:17, 1874:20, 1877:25, 1879:14, 1883:13, 1885:12, 1887:20, 1888:20, 1888:22, 1892:12, 1893:23, 1894:25, 1897:23, 1898:8, 1898:15, 1900:5, 1900:6, 1900:20, 1900:21, 1900:24, 1901:6, 1901:8, 1904:11, 1905:11, 1905:20, 1906:16, 1906:19, 1910:13, 1912:1, 1912:7, 1913:17, 1917:17, 1919:10, 1919:12, 1920:8, 1925:9, 1936:8, 1938:10, 1941:2, 1941:3, 1941:4, 1945:14, 1945:22, 1946:9, 1947:14, 1948:25, 1949:5, 1949:6, 1949:11, 1949:14, 1949:22, 1951:11, 1951:12, 1951:13, 1954:9, 1954:16, 1956:11, 1958:6, 1958:8, 1958:10, 1958:12, 1959:23, 1960:24, 1961:9, 1961:21, 1961:24

**One** [6] - 1816:19, 1824:11, 1890:8, 1895:19, 1899:21, 1909:14

**one/third** [1] - 1947:20

**ones** [7] - 1882:10, 1905:14, 1905:24, 1907:20, 1931:13, 1945:20, 1961:7

**ongoing** [1] - 1845:1

**ooOoo** [1] - 1963:12

**open** [6] - 1810:1, 1824:1, 1842:16, 1928:3, 1929:5, 1936:22

**Open** [1] - 1890:21

**opened** [1] - 1902:6

**opens** [1] - 1943:11

**operate** [4] - 1899:12, 1907:10, 1922:10, 1922:13

**operated** [6] - 1899:1, 1899:3, 1899:5, 1899:10, 1899:11, 1900:10

**operating** [8] - 1838:1, 1873:23, 1887:23, 1887:24, 1890:12, 1899:3,

ALL WORD INDEX _____18

1899:8, 1912:11
**operation** [1] - 1893:14
**operations** [1] - 1917:25
**operative** [2] - 1934:10, 1946:3
**operator** [3] - 1897:8, 1901:22, 1909:11
**operators** [9] - 1894:2, 1898:23, 1899:18, 1901:15, 1902:22, 1904:5, 1904:10, 1904:16, 1921:15
**opinion** [10] - 1818:1, 1833:16, 1841:3, 1933:12, 1936:15, 1936:24, 1944:1, 1944:11, 1946:2, 1946:8
**opinions** [2] - 1950:8, 1951:7
**opportunities** [3] - 1843:24, 1871:11, 1902:6
**opportunity** [8] - 1890:18, 1892:25, 1898:3, 1906:8, 1915:10, 1924:8, 1932:17, 1956:14
**opposed** [2] - 1894:20, 1905:1
**opposite** [1] - 1927:5
**optimistic** [1] - 1928:11
**option** [17] - 1817:10, 1817:13, 1818:3, 1818:6, 1821:14, 1821:17, 1822:11, 1822:16, 1838:25, 1839:2, 1839:6, 1839:14, 1840:1, 1871:21, 1874:18, 1918:1, 1918:4
**options** [16] - 1817:6, 1817:9, 1818:1, 1821:11, 1822:19, 1822:25, 1823:1, 1823:5, 1837:18, 1837:22, 1838:17, 1838:19, 1871:10, 1872:17, 1874:20, 1874:25
**Orange** [3] - 1847:24, 1851:22, 1852:13
**order** [12] - 1844:11, 1854:22, 1923:16, 1923:24, 1924:3, 1924:8, 1948:12, 1958:13, 1958:14, 1958:19, 1961:14
**organizations** [1] - 1834:15
**original** [8] - 1889:19, 1896:8, 1898:22, 1902:16, 1924:19, 1943:7, 1945:8, 1947:4
**originally** [3] - 1899:7, 1903:5, 1927:9
**otherwise** [2] - 1927:16, 1934:1
**out-of-order** [1] - 1958:19
**outcome** [3] - 1937:17, 1938:9, 1954:4
**outline** [1] - 1837:18
**outlined** [1] - 1840:13
**outperformed** [1] - 1864:11
**outright** [2] - 1823:18, 1950:2
**outside** [1] - 1826:5
**outstanding** [3] - 1828:17, 1833:8, 1868:22
**outweigh** [1] - 1946:6
**overall** [4] - 1907:5, 1921:7, 1936:15, 1955:16
**overview** [1] - 1852:8
**owe** [1] - 1952:12
**owed** [1] - 1952:10
**own** [11] - 1841:24, 1842:6, 1842:8, 1842:15, 1869:14, 1889:6, 1898:17,

1902:7, 1904:21, 1922:13, 1925:22
**owned** [11] - 1871:8, 1893:9, 1896:1, 1898:10, 1899:8, 1900:13, 1900:19, 1904:12, 1919:11, 1919:12
**owner** [7] - 1846:3, 1863:19, 1888:3, 1888:25, 1890:12, 1895:20
**owners** [16] - 1845:9, 1862:14, 1888:23, 1889:11, 1894:3, 1894:7, 1896:25, 1898:16, 1898:25, 1900:14, 1911:23, 1918:8, 1918:10, 1918:14, 1919:15, 1921:12
**ownership** [12] - 1850:23, 1850:25, 1851:1, 1861:13, 1896:19, 1899:5, 1912:5, 1912:6, 1919:22, 1920:5, 1920:10, 1920:12
**owning** [4] - 1889:5, 1890:9, 1899:8, 1912:11
**owns** [2] - 1890:14, 1904:12

# P

**p.m** [3] - 1926:11, 1927:19, 1928:17
**pace** [1] - 1932:5
**page** [30] - 1811:24, 1820:4, 1828:1, 1831:5, 1835:10, 1853:6, 1860:5, 1866:20, 1867:16, 1868:10, 1868:13, 1868:16, 1871:24, 1872:1, 1872:19, 1872:22, 1872:25, 1873:3, 1873:6, 1873:16, 1882:20, 1886:11, 1912:18, 1927:20, 1929:6, 1934:8, 1952:3, 1952:4
**Page** [14] - 1810:5, 1814:6, 1815:2, 1817:2, 1817:5, 1821:10, 1821:11, 1827:19, 1849:13, 1851:14, 1853:17, 1856:4, 1923:3
**PAGE** [1] - 1964:3
**pages** [3] - 1872:25, 1876:25, 1937:8
**paid** [1] - 1890:20
**palmer** [1] - 1862:13
**Palmer** [2] - 1863:22, 1863:24
**Pap** [1] - 1930:23
**Papadakis** [6] - 1846:3, 1867:11, 1880:15, 1928:14, 1928:21, 1929:4
**PAPADAKIS** [2] - 1929:2, 1964:15
**paragraph** [9] - 1814:7, 1814:16, 1818:10, 1856:6, 1866:20, 1868:18, 1879:25, 1934:8, 1952:7
**parameters** [1] - 1954:6
**Park** [1] - 1808:15
**parking** [1] - 1902:9
**parole** [11] - 1935:8, 1935:10, 1935:11, 1936:13, 1936:22, 1936:23, 1937:10, 1938:22, 1940:10, 1941:18, 1943:22
**part** [30] - 1836:16, 1847:7, 1852:21, 1869:19, 1871:5, 1875:2, 1875:8, 1879:16, 1879:18, 1891:20, 1892:2, 1896:22, 1897:18, 1899:2, 1899:13, 1899:19, 1901:20, 1902:1, 1904:24, 1905:23, 1907:14, 1907:23, 1913:22,

1934:25, 1951:3, 1954:14, 1954:15, 1955:19, 1962:22
**participate** [3] - 1824:20, 1824:23, 1825:2
**participated** [3] - 1825:4, 1934:12, 1952:21
**particular** [2] - 1925:17, 1928:7
**particularly** [2] - 1880:3, 1903:4
**parties** [13] - 1928:4, 1931:18, 1931:24, 1932:3, 1932:12, 1939:18, 1940:22, 1941:23, 1942:18, 1947:10, 1958:7, 1958:9, 1958:10
**pass** [1] - 1858:4
**passion** [10] - 1834:13, 1896:20, 1897:18, 1897:20, 1911:16, 1918:9, 1918:11, 1918:15, 1918:17, 1918:18
**passionate** [1] - 1834:11
**past** [5] - 1846:5, 1847:6, 1847:8, 1879:7, 1933:4
**path** [1] - 1900:11
**patience** [1] - 1939:23
**Patriots** [1] - 1895:20
**Pause** [1] - 1933:10
**pause** [1] - 1934:16
**paused** [1] - 1930:9
**pay** [4] - 1917:23, 1921:13, 1926:1, 1944:4
**payment** [1] - 1952:17
**PEARSON** [4] - 1808:19, 1808:20, 1808:21, 1808:23
**Pearson** [1] - 1810:17
**peer** [2] - 1914:23, 1914:24
**penalized** [1] - 1953:23
**Pennsylvania** [1] - 1809:10
**people** [9] - 1888:25, 1889:4, 1893:23, 1894:1, 1895:19, 1898:6, 1902:1, 1910:2, 1910:12
**percent** [3] - 1867:6, 1948:16, 1952:12
**percentage** [1] - 1851:1
**performance** [1] - 1879:22
**performances** [1] - 1906:17
**perhaps** [1] - 1905:16
**period** [17] - 1812:18, 1815:24, 1817:18, 1840:13, 1875:4, 1875:5, 1876:12, 1878:22, 1899:7, 1900:21, 1901:1, 1901:14, 1916:24, 1916:25, 1919:11, 1919:21, 1920:17
**periods** [1] - 1849:22
**permission** [1] - 1959:17
**permit** [2] - 1833:14, 1943:10
**permitted** [1] - 1951:17
**Perra** [3] - 1885:15, 1885:20, 1886:3
**PERRA** [16] - 1809:8, 1885:4, 1885:8, 1885:16, 1885:21, 1886:4, 1887:6, 1912:15, 1913:1, 1924:10, 1925:5, 1925:9, 1925:11, 1926:5, 1964:11, 1964:14
**perseverance** [2] - 1911:18, 1912:13
**person's** [1] - 1851:2
**personally** [1] - 1892:18

VB        OCR        CRR

**perspective** [7] - 1815:22, 1839:20, 1897:8, 1901:21, 1909:11, 1925:20, 1934:2
**persuaded** [1] - 1943:18
**persuasive** [1] - 1947:16
**petitioned** [1] - 1818:13
**Phil** [4] - 1895:24, 1899:7, 1904:11, 1917:19
**phone** [2] - 1895:18, 1895:25
**phrase** [1] - 1922:15
**pick** [1] - 1930:13
**picture** [1] - 1956:10
**pillow** [2] - 1883:2, 1883:3
**pipeline** [2] - 1846:13, 1847:16
**Pipeline** [1] - 1847:12
**Pittsburgh** [4] - 1861:13, 1861:20, 1868:19, 1881:9
**place** [10] - 1814:2, 1868:7, 1894:4, 1921:22, 1938:8, 1939:8, 1940:23, 1941:24, 1942:10, 1948:19
**plain** [5] - 1937:21, 1938:20, 1944:1, 1946:16, 1950:13
**plainly** [1] - 1946:3
**Plaintiff** [4] - 1808:5, 1808:14, 1887:2, 1910:18
**plaintiff** [4] - 1837:12, 1928:20, 1930:5, 1958:6
**Plaintiff's** [4] - 1880:12, 1931:2, 1965:3
**plaintiff's** [2] - 1932:15, 1958:17
**plaintiffs** [3] - 1931:19, 1933:19, 1962:24
**plan** [15] - 1827:14, 1828:10, 1862:15, 1862:19, 1862:25, 1889:8, 1894:9, 1894:12, 1894:15, 1895:2, 1896:6, 1898:1, 1902:16, 1954:23
**planned** [2] - 1848:2, 1853:2
**planning** [2] - 1932:10, 1948:1
**play** [11] - 1840:22, 1864:15, 1869:15, 1891:18, 1905:13, 1905:24, 1906:4, 1906:7, 1908:14, 1908:15, 1908:25
**played** [12] - 1869:23, 1871:8, 1887:13, 1888:5, 1888:6, 1890:16, 1890:24, 1891:10, 1908:5, 1928:24, 1929:5, 1930:9
**player** [8] - 1820:7, 1834:11, 1842:12, 1899:22, 1900:2, 1900:6, 1906:15, 1908:24
**players** [24] - 1850:2, 1890:20, 1894:19, 1896:12, 1899:24, 1900:7, 1905:1, 1905:5, 1905:6, 1905:12, 1905:23, 1906:4, 1906:6, 1906:18, 1906:22, 1907:17, 1907:23, 1908:18, 1908:20, 1908:21, 1908:23, 1909:4, 1926:1
**playing** [16] - 1870:2, 1896:15, 1897:23, 1898:3, 1898:5, 1900:7, 1902:13, 1905:7, 1906:20, 1907:18, 1908:1, 1908:3, 1908:8, 1908:20, 1916:12, 1953:25

**plays** [5] - 1887:21, 1888:24, 1903:11, 1907:12, 1909:5
**Plaza** [1] - 1809:17
**PLS** [2] - 1814:16, 1815:14
**plus** [2] - 1818:13, 1952:12
**pockets** [2] - 1896:24, 1912:13
**point** [33] - 1815:11, 1827:10, 1827:13, 1830:18, 1831:14, 1831:23, 1832:14, 1851:15, 1852:18, 1857:15, 1859:9, 1861:10, 1863:9, 1882:15, 1899:4, 1900:24, 1901:5, 1916:16, 1920:7, 1921:17, 1921:18, 1923:7, 1923:17, 1938:22, 1939:16, 1940:4, 1941:15, 1948:7, 1948:8, 1949:21, 1954:1, 1954:17, 1956:17
**pointed** [1] - 1949:19
**pointing** [1] - 1928:6
**points** [6] - 1816:5, 1816:9, 1831:15, 1885:13, 1940:3, 1954:10
**poised** [1] - 1892:1
**poker** [1] - 1928:8
**police** [1] - 1946:10
**pool** [2] - 1900:2, 1906:15
**poor** [1] - 1898:14
**population** [1] - 1897:19
**portion** [2] - 1945:10, 1946:20
**position** [6] - 1812:20, 1817:22, 1839:19, 1864:2, 1937:17, 1940:1
**positions** [2] - 1939:17, 1939:18
**possibility** [1] - 1871:18
**possible** [8] - 1813:24, 1817:20, 1822:19, 1872:10, 1878:1, 1886:2, 1958:1, 1961:19
**post** [1] - 1843:23
**post-graduation** [1] - 1843:23
**potential** [5] - 1817:8, 1838:21, 1872:17, 1947:22, 1956:13
**potentially** [4] - 1842:17, 1861:12, 1947:13, 1953:9
**practical** [1] - 1815:21
**preclude** [1] - 1943:7
**precluded** [2] - 1961:3, 1961:5
**precluding** [1] - 1961:8
**prejudice** [4] - 1946:5, 1946:18, 1951:15, 1954:13
**prejudiced** [1] - 1951:8
**prejudicial** [1] - 1945:19
**prelunch** [1] - 1884:22
**premise** [2] - 1942:2, 1946:3
**premised** [1] - 1956:6
**prepare** [6] - 1825:8, 1840:8, 1849:4, 1878:2, 1932:21, 1932:22
**prepared** [4] - 1813:19, 1878:11, 1954:5, 1960:10
**prerogative** [1] - 1963:2
**present** [18] - 1810:1, 1821:11, 1821:14, 1821:17, 1822:11, 1827:14, 1851:5, 1852:24, 1862:17, 1862:22, 1863:4, 1863:5, 1928:4, 1935:23, 1949:5, 1959:10, 1960:24, 1961:9

**presentation** [12] - 1826:18, 1829:12, 1829:16, 1830:9, 1831:25, 1832:16, 1842:22, 1846:18, 1847:7, 1862:8, 1862:11, 1872:17
**presented** [23] - 1817:13, 1818:6, 1824:4, 1829:18, 1832:1, 1837:4, 1840:10, 1849:3, 1856:1, 1860:2, 1861:6, 1862:17, 1862:20, 1862:24, 1863:8, 1943:11, 1943:25, 1947:15, 1948:25, 1949:23, 1955:4, 1955:7
**presenting** [1] - 1954:24
**president** [2] - 1843:20, 1889:25
**presumably** [2] - 1815:6, 1960:3
**pretty** [4] - 1903:8, 1903:20, 1905:11, 1947:16
**Pretty** [1] - 1892:21
**prevent** [2] - 1925:17, 1925:21
**previous** [4] - 1830:2, 1830:4, 1892:15, 1896:8
**previously** [3] - 1812:12, 1829:11, 1943:17
**price** [2] - 1918:1, 1918:4
**primarily** [1] - 1842:12
**primary** [3] - 1813:2, 1813:3, 1935:5
**principal** [1] - 1845:9
**principle** [1] - 1938:14
**principles** [2] - 1936:18, 1941:19
**Pro** [16] - 1843:7, 1843:12, 1845:8, 1845:10, 1849:19, 1850:8, 1850:15, 1850:25, 1857:1, 1857:14, 1857:20, 1865:6, 1865:11, 1865:13, 1865:15, 1909:2
**pro** [18] - 1813:8, 1813:17, 1813:19, 1814:16, 1814:23, 1815:4, 1815:12, 1816:10, 1817:24, 1820:1, 1826:25, 1863:5, 1863:20, 1888:19, 1891:4, 1905:25, 1911:16, 1915:8
**probative** [2] - 1946:1, 1946:6
**problem** [4] - 1810:25, 1935:2, 1935:21, 1958:21
**problems** [4] - 1874:16, 1897:22, 1898:8, 1949:18
**proceed** [1] - 1951:18
**proceeded** [1] - 1953:8
**Proceedings** [1] - 1809:18
**proceedings** [1] - 1933:10
**process** [16] - 1812:25, 1819:7, 1844:21, 1845:3, 1850:18, 1852:7, 1856:8, 1878:3, 1878:15, 1878:21, 1878:24, 1893:25, 1894:3, 1898:24, 1899:2, 1925:16
**produced** [2] - 1809:18, 1941:2
**product** [1] - 1956:15
**Professional** [2] - 1834:25, 1925:21
**professional** [30] - 1833:16, 1834:24, 1835:1, 1836:17, 1839:16, 1841:4, 1843:3, 1843:4, 1843:24, 1845:3, 1845:24, 1850:9, 1866:22, 1869:20, 1869:24, 1870:2, 1871:11, 1880:24, 1888:13, 1890:4, 1890:8, 1890:18,

1890:22, 1891:6, 1892:4, 1905:16, 1907:18, 1911:14, 1925:17
**professionals** [3] - 1906:3, 1907:19, 1907:22
**profit** [4] - 1920:18, 1920:21, 1921:4, 1921:7
**profitability** [1] - 1896:24
**profitable** [2] - 1921:13, 1921:16
**profits** [1] - 1921:2
**program** [1] - 1843:20
**Program** [1] - 1850:14
**progress** [3] - 1833:6, 1833:7, 1905:15
**project** [15] - 1837:5, 1837:13, 1837:16, 1838:6, 1838:12, 1841:6, 1841:10, 1841:18, 1842:14, 1844:16, 1844:18, 1871:3, 1874:5, 1874:6, 1903:14
**projecting** [1] - 1939:11
**projects** [4] - 1836:6, 1836:8, 1836:13, 1844:8
**prominent** [1] - 1899:23
**proper** [1] - 1944:12
**propose** [3] - 1854:21, 1854:24, 1957:16
**proposed** [1] - 1947:9
**proposing** [1] - 1956:20
**PROSKAUER** [2] - 1809:6, 1809:10
**proved** [3] - 1899:21, 1900:17, 1905:7
**proverbially** [1] - 1946:17
**provide** [10] - 1813:25, 1828:10, 1833:14, 1845:12, 1852:5, 1852:15, 1854:9, 1866:9, 1866:13, 1880:21
**provided** [4] - 1829:15, 1853:1, 1853:10, 1854:15
**providing** [3] - 1828:13, 1848:7, 1937:10
**provisional** [3] - 1828:6, 1833:12, 1881:2
**provisionally** [7] - 1814:8, 1817:11, 1817:14, 1821:15, 1822:13, 1832:23, 1864:20
**publicly** [1] - 1917:10
**published** [14] - 1813:15, 1826:12, 1827:24, 1861:4, 1866:16, 1867:10, 1867:24, 1870:21, 1870:24, 1877:1, 1877:15, 1878:10, 1879:11, 1880:14
**pull** [7] - 1836:24, 1841:19, 1846:20, 1851:8, 1861:2, 1886:1, 1896:4
**pulling** [1] - 1889:11
**purpose** [1] - 1837:16
**purposes** [3] - 1908:24, 1938:1, 1944:18
**pursuant** [1] - 1880:24
**pursue** [4] - 1834:12, 1871:10, 1888:13, 1954:5
**pushed** [1] - 1894:6
**put** [20] - 1817:22, 1827:18, 1832:25, 1868:12, 1876:13, 1876:23, 1898:19, 1898:20, 1911:24, 1923:9, 1923:12, 1933:21, 1939:3, 1946:17, 1947:18,

1949:12, 1958:17, 1958:18, 1959:6, 1963:5
**puts** [1] - 1839:19
**putting** [1] - 1948:10
**PX** [1] - 1829:19
**PX-180** [3] - 1877:14, 1879:10, 1879:12
**PX-190** [2] - 1848:24, 1878:9
**PX-193** [6] - 1813:4, 1813:5, 1813:12, 1813:15, 1856:3, 1964:19
**PX-197** [5] - 1826:4, 1826:9, 1826:12, 1964:20
**PX-218** [5] - 1867:9, 1867:20, 1867:23, 1931:3, 1964:24
**PX-78** [2] - 1827:18, 1827:19

# Q

**quaint** [1] - 1902:21
**qualified** [1] - 1917:6
**quality** [2] - 1896:25, 1904:3
**quarter** [1] - 1933:7
**questioned** [1] - 1950:8
**questions** [18] - 1813:25, 1824:1, 1832:17, 1832:19, 1833:20, 1865:2, 1870:6, 1870:15, 1870:25, 1882:15, 1883:11, 1884:15, 1909:10, 1911:1, 1912:16, 1913:2, 1925:7, 1933:1
**quickly** [1] - 1960:20
**quiet** [1] - 1958:14
**quits** [1] - 1901:4
**quotations** [1] - 1859:15
**quote** [3] - 1810:6, 1941:15, 1941:16

# R

**radar** [1] - 1910:21
**RAE** [1] - 1808:17
**raise** [5] - 1852:16, 1886:6, 1917:5, 1932:15, 1932:16
**raised** [3] - 1810:16, 1859:23, 1943:14
**raising** [1] - 1947:22
**ran** [2] - 1841:15, 1926:21
**Rasher** [1] - 1962:20
**Rathbun** [1] - 1833:22
**RATHBUN** [29] - 1813:13, 1826:10, 1833:18, 1833:23, 1834:1, 1836:2, 1837:6, 1853:12, 1854:1, 1858:13, 1861:1, 1861:2, 1861:5, 1866:2, 1866:15, 1866:17, 1867:9, 1867:20, 1867:25, 1870:15, 1874:22, 1875:13, 1877:11, 1883:9, 1883:13, 1884:2, 1884:15, 1964:7, 1964:9
**Re** [1] - 1859:14
**re** [3] - 1813:17, 1838:22, 1880:3
**re-form** [1] - 1838:22
**reach** [1] - 1872:14
**reached** [1] - 1815:17

**reaction** [4] - 1845:24, 1859:3, 1859:20, 1933:21
**reactions** [2] - 1823:4, 1928:9
**read** [10] - 1820:22, 1872:8, 1873:14, 1930:17, 1933:8, 1947:4, 1952:23, 1953:2, 1957:9
**reading** [5] - 1877:4, 1878:14, 1946:16, 1951:20, 1956:7
**ready** [6] - 1833:21, 1886:3, 1923:12, 1932:22, 1932:25, 1933:7
**real** [1] - 1885:10
**reality** [1] - 1819:9
**realize** [1] - 1927:8
**realizes** [1] - 1904:20
**Really** [1] - 1811:14
**really** [32] - 1890:17, 1890:20, 1891:3, 1891:8, 1895:5, 1896:3, 1897:13, 1897:18, 1898:20, 1900:1, 1901:14, 1902:21, 1904:1, 1904:16, 1905:4, 1905:13, 1905:14, 1905:17, 1905:20, 1906:15, 1906:24, 1907:20, 1908:17, 1908:22, 1910:22, 1911:20, 1915:22, 1917:6, 1940:3, 1951:19
**reapply** [1] - 1868:5
**reason** [5] - 1889:16, 1941:20, 1944:17, 1946:19, 1955:13
**Reasonable** [1] - 1962:2
**reasonable** [4] - 1939:20, 1940:2, 1942:11, 1952:11
**reasonably** [1] - 1938:9
**reasons** [8] - 1839:15, 1840:23, 1898:14, 1918:11, 1942:18, 1943:16, 1946:9
**recalculation** [1] - 1949:3
**recalled** [1] - 1882:15
**receive** [5] - 1819:21, 1845:15, 1847:2, 1848:15, 1869:19
**received** [14] - 1814:22, 1818:13, 1828:5, 1856:18, 1857:23, 1867:23, 1882:14, 1887:13, 1922:1, 1931:7, 1931:15, 1934:10, 1952:18, 1954:20
**recent** [3] - 1815:22, 1906:18, 1909:6
**recently** [2] - 1883:3, 1962:21
**recertified** [1] - 1813:1
**recess** [1] - 1927:19
**Recess** [2] - 1812:7, 1885:14
**recognize** [7] - 1813:5, 1837:1, 1853:7, 1866:18, 1867:14, 1867:15, 1867:16
**recognized** [1] - 1900:12
**recognizes** [1] - 1881:5
**recognizing** [1] - 1948:9
**recollection** [9] - 1810:18, 1810:23, 1811:6, 1843:11, 1855:13, 1855:16, 1857:13, 1861:14, 1918:1
**recommend** [4] - 1823:18, 1844:8, 1857:18, 1880:7
**recommendation** [19] - 1823:15, 1823:19, 1823:21, 1823:25, 1839:9, 1839:11, 1839:23, 1840:2, 1845:12,

1845:14, 1857:14, 1857:17, 1857:19, 1865:9, 1865:12, 1865:13, 1865:16, 1865:19, 1877:17
**recommendations** [7] - 1823:8, 1838:24, 1857:20, 1865:21, 1866:4, 1866:5, 1866:6
**record** [8] - 1886:9, 1941:2, 1943:16, 1944:19, 1944:22, 1954:7, 1956:20, 1963:3
**recorded** [1] - 1809:18
**recreationally** [1] - 1890:17
**recross** [1] - 1870:16
**RECROSS** [2] - 1870:17, 1964:8
**recruit** [1] - 1895:19
**red** [1] - 1944:11
**redirect** [3] - 1810:6, 1883:12, 1925:8
**REDIRECT** [4] - 1884:1, 1925:10, 1964:9, 1964:13
**reduced** [1] - 1949:9
**refer** [2] - 1837:25, 1894:2
**references** [1] - 1944:14
**referencing** [3] - 1852:3, 1930:25, 1931:10
**referral** [1] - 1844:19
**referrals** [3] - 1844:11, 1844:14, 1844:17
**referred** [4] - 1844:16, 1865:8, 1946:23
**referring** [2] - 1828:8, 1963:4
**refers** [1] - 1936:3
**reflected** [1] - 1949:22
**reflects** [1] - 1955:1
**refocus** [1] - 1901:20
**refocused** [1] - 1899:22
**reform** [1] - 1872:18
**refuse** [1] - 1810:22
**refusing** [1] - 1810:20
**refute** [1] - 1941:14
**regard** [13] - 1843:4, 1843:23, 1845:7, 1848:8, 1849:24, 1850:5, 1851:1, 1855:7, 1866:12, 1868:14, 1874:5, 1905:3, 1910:19
**regarded** [3] - 1901:8, 1902:20, 1910:15
**regarding** [10] - 1828:11, 1857:21, 1863:2, 1865:9, 1869:20, 1882:16, 1884:4, 1931:17, 1956:7, 1957:11
**regular** [1] - 1848:6
**reiterated** [1] - 1856:16
**related** [10] - 1818:13, 1818:18, 1818:19, 1819:8, 1820:10, 1834:15, 1841:7, 1841:19, 1847:9, 1935:11
**relating** [1] - 1864:18
**relatively** [2] - 1836:9, 1897:17
**relayed** [1] - 1953:5
**relevancy** [1] - 1946:25
**relevant** [1] - 1839:18
**reliability** [1] - 1944:17
**reliable** [1] - 1936:19
**relied** [3] - 1844:17, 1950:12, 1953:15

**relies** [1] - 1943:22
**rely** [4] - 1844:5, 1844:7, 1844:11, 1844:14
**relying** [5] - 1881:7, 1935:12, 1936:23, 1937:25, 1945:16
**remainder** [2] - 1928:23, 1952:13
**remained** [1] - 1901:5
**remaining** [4] - 1898:16, 1931:20, 1932:2, 1932:3
**Remedi** [2] - 1825:12, 1826:14
**remedies** [1] - 1948:13
**remedy** [2] - 1947:9, 1949:25
**remember** [29] - 1822:7, 1823:10, 1823:13, 1825:18, 1825:20, 1825:22, 1831:25, 1832:2, 1832:5, 1832:18, 1843:15, 1849:15, 1854:18, 1857:16, 1861:24, 1863:24, 1868:16, 1871:23, 1876:13, 1876:16, 1876:20, 1882:9, 1882:17, 1883:3, 1883:4, 1883:8, 1914:11, 1925:14, 1933:13
**remembered** [1] - 1810:13
**remembers** [1] - 1810:10
**remind** [2] - 1812:19, 1930:16
**reminder** [3] - 1836:10, 1928:7, 1928:12
**renew** [1] - 1962:22
**renovation** [3] - 1903:8, 1903:20, 1903:21
**reorganizing** [1] - 1898:24
**report** [42] - 1814:9, 1814:17, 1816:10, 1817:3, 1818:8, 1821:11, 1828:20, 1837:4, 1838:13, 1846:7, 1852:9, 1870:22, 1870:25, 1871:3, 1871:22, 1871:23, 1872:15, 1875:3, 1875:8, 1889:25, 1933:18, 1934:9, 1934:14, 1935:3, 1943:11, 1943:20, 1946:20, 1947:4, 1948:25, 1950:6, 1950:7, 1950:10, 1950:17, 1951:1, 1951:7, 1952:8, 1952:9, 1953:7, 1954:20, 1956:10, 1958:16, 1962:1
**reported** [3] - 1820:1, 1829:21, 1831:6
**reporter** [3] - 1811:1, 1811:3, 1811:4
**Reporter** [1] - 1809:16
**reporting** [1] - 1845:11
**reports** [2] - 1921:2, 1944:15
**representation** [1] - 1881:7
**representations** [1] - 1960:12
**representative** [1] - 1863:19
**representatives** [2] - 1854:3, 1863:17
**request** [7] - 1814:24, 1821:23, 1827:6, 1830:20, 1858:1, 1932:17, 1955:9
**requested** [8] - 1818:18, 1819:13, 1819:22, 1820:13, 1820:15, 1829:21, 1829:25, 1856:5
**requesting** [6] - 1820:10, 1822:4, 1824:12, 1860:2, 1862:2, 1862:3
**requests** [13] - 1810:20, 1814:18, 1817:11, 1817:14, 1818:4, 1819:19, 1820:5, 1821:15, 1821:18, 1822:12,

1823:2, 1831:6, 1861:9
**require** [4] - 1819:23, 1921:13, 1956:9, 1956:10
**required** [7] - 1814:12, 1818:20, 1820:23, 1849:21, 1853:24, 1856:9, 1866:23
**requirement** [13] - 1817:19, 1828:25, 1829:7, 1830:3, 1830:7, 1831:14, 1848:5, 1852:10, 1852:17, 1862:15, 1884:9, 1884:13, 1922:21
**requirements** [9] - 1816:22, 1830:6, 1845:10, 1849:20, 1850:25, 1851:4, 1868:11, 1881:11
**requires** [7] - 1814:16, 1822:16, 1903:3, 1936:12, 1936:25, 1937:20, 1959:22
**requiring** [1] - 1822:12
**requisite** [2] - 1856:10, 1894:7
**reread** [1] - 1883:3
**research** [2] - 1930:19, 1963:6
**resolution** [1] - 1939:20
**resort** [2] - 1839:6, 1839:14
**respect** [12] - 1817:5, 1825:16, 1864:23, 1877:4, 1891:25, 1904:9, 1923:15, 1948:23, 1953:9, 1955:8, 1957:1, 1962:18
**respectfully** [1] - 1932:17
**respond** [3] - 1843:25, 1898:23, 1960:19
**response** [1] - 1941:14
**responsibilities** [1] - 1844:24
**responsibility** [1] - 1945:24
**responsible** [4] - 1846:4, 1846:6, 1945:20, 1945:21
**rest** [1] - 1957:13
**result** [1] - 1866:11
**results** [1] - 1936:3
**retained** [2] - 1812:22, 1852:6
**return** [1] - 1856:20
**returning** [1] - 1812:18
**revealing** [2] - 1956:24, 1957:14
**revenue** [6] - 1864:13, 1902:6, 1902:8, 1902:9, 1902:11
**review** [4] - 1813:20, 1819:15, 1825:7, 1830:24
**reviewed** [4] - 1827:3, 1879:12, 1880:15, 1943:5
**Reviewing** [1] - 1872:6
**reviewing** [2] - 1810:4, 1880:18
**Revolution** [1] - 1899:12
**revolutionize** [1] - 1902:21
**revolutionized** [1] - 1891:3
**rights** [2] - 1892:3, 1902:11
**rise** [1] - 1904:4
**Rishi** [5] - 1858:18, 1858:22, 1858:23, 1934:12, 1952:20
**risk** [5] - 1839:5, 1839:10, 1840:1, 1946:5, 1946:11
**risky** [2] - 1839:1, 1839:22
**RIZIK** [1] - 1808:18

ALL WORD INDEX                                          22

**Robert** [1] - 1895:20
**role** [10] - 1844:23, 1844:25, 1845:1, 1845:23, 1845:25, 1846:2, 1852:5, 1869:17, 1877:25, 1890:1
**Roman** [1] - 1961:25
**ROSE** [2] - 1809:6, 1809:10
**Rothenberg** [3] - 1892:10, 1893:16, 1895:16
**rule** [5] - 1932:25, 1935:7, 1936:14, 1955:2, 1959:5
**Rule** [5] - 1943:8, 1945:11, 1945:24, 1962:23
**ruled** [1] - 1962:8
**ruling** [12] - 1932:12, 1943:2, 1944:8, 1947:9, 1951:18, 1953:21, 1954:16, 1955:5, 1957:11, 1959:7, 1959:12, 1959:13
**run** [8] - 1841:22, 1841:23, 1841:24, 1842:6, 1894:22, 1898:18, 1899:15, 1899:18
**running** [3] - 1898:12, 1898:13, 1898:17
**rush** [1] - 1817:15
**rushing** [1] - 1817:23
**RUSKIN** [2] - 1809:8, 1961:10

# S

**safe** [1] - 1850:2
**salary** [1] - 1896:10
**San** [4] - 1808:22, 1809:5, 1847:25, 1856:20
**sanction** [31] - 1817:11, 1817:14, 1818:4, 1821:18, 1821:22, 1823:20, 1828:6, 1830:20, 1833:12, 1833:13, 1833:15, 1838:3, 1838:15, 1848:15, 1863:13, 1863:14, 1864:24, 1868:5, 1880:22, 1881:1, 1881:2, 1883:6, 1915:16, 1915:17, 1915:19, 1916:1, 1916:12, 1917:3, 1921:25, 1922:2
**sanctioned** [16] - 1810:8, 1811:15, 1814:8, 1821:15, 1822:13, 1822:19, 1831:18, 1832:23, 1843:6, 1843:12, 1845:19, 1864:21, 1867:5, 1869:24, 1870:3, 1922:22
**sanctioning** [35] - 1812:25, 1819:7, 1819:23, 1821:24, 1822:5, 1825:17, 1826:2, 1826:25, 1832:10, 1844:21, 1845:2, 1848:10, 1852:18, 1854:12, 1856:8, 1863:6, 1865:9, 1867:19, 1868:8, 1870:9, 1870:12, 1878:1, 1878:15, 1880:2, 1884:6, 1911:1, 1911:2, 1911:4, 1911:7, 1915:8, 1915:22, 1922:6, 1922:17, 1922:18, 1925:16
**sanctions** [6] - 1822:14, 1845:13, 1845:16, 1877:10, 1882:16, 1915:5
**sanitized** [2] - 1956:1, 1957:16
**satisfy** [1] - 1848:4

**save** [1] - 1932:8
**saved** [1] - 1917:17
**saw** [2] - 1891:12, 1932:15
**scenario** [1] - 1879:14
**scenarios** [2] - 1879:13, 1880:1
**Schedule** [1] - 1853:20
**schedule** [2] - 1813:24, 1822:12
**scheduling** [1] - 1961:11
**school** [2] - 1888:12, 1896:16
**school's** [1] - 1887:14
**scope** [2] - 1837:8, 1875:13
**SCOTT** [1] - 1809:9
**screen** [1] - 1923:4
**season** [40] - 1813:1, 1814:18, 1817:11, 1818:4, 1818:5, 1819:9, 1820:19, 1820:20, 1822:6, 1828:7, 1828:17, 1829:22, 1830:15, 1830:16, 1830:17, 1830:18, 1831:7, 1832:24, 1844:22, 1854:12, 1854:18, 1856:10, 1859:17, 1859:22, 1866:21, 1868:20, 1868:21, 1876:13, 1878:2, 1881:11, 1881:13, 1881:16, 1881:19, 1882:3, 1882:6, 1882:7, 1882:12, 1890:25, 1891:17, 1910:4
**seasons** [4] - 1817:15, 1819:13, 1830:2, 1830:4
**seat** [2] - 1886:8, 1901:25
**seated** [4] - 1812:8, 1885:19, 1898:6, 1928:18
**seating** [4] - 1850:5, 1868:20, 1881:10, 1923:15
**seats** [2] - 1881:11, 1902:3
**second** [12] - 1814:7, 1814:23, 1821:17, 1828:2, 1830:17, 1868:18, 1873:13, 1881:5, 1909:5, 1916:3, 1921:21, 1952:7
**second-tier** [1] - 1916:3
**secondly** [1] - 1888:18
**secret** [1] - 1957:15
**section** [2] - 1874:9, 1881:6
**Section** [4] - 1943:3, 1943:19, 1946:22
**see** [33] - 1813:6, 1813:17, 1815:25, 1820:4, 1822:20, 1826:20, 1827:11, 1828:1, 1838:11, 1839:7, 1843:9, 1845:7, 1846:24, 1847:13, 1849:8, 1851:11, 1851:15, 1851:19, 1852:1, 1858:8, 1858:20, 1859:1, 1859:18, 1866:24, 1867:15, 1868:10, 1873:24, 1880:20, 1881:15, 1930:21, 1944:25, 1945:6, 1952:7
**seeing** [1] - 1921:4
**seeking** [4] - 1812:25, 1858:24, 1859:9, 1871:9
**seem** [1] - 1873:19
**segmenting** [1] - 1820:6
**Sehgal** [36] - 1816:14, 1816:18, 1829:5, 1847:8, 1848:6, 1848:9, 1848:11, 1848:14, 1848:18, 1852:14, 1856:16, 1856:17, 1857:24, 1858:23, 1859:3, 1859:20, 1859:23, 1862:12,

1863:25, 1934:12, 1940:11, 1941:10, 1943:23, 1944:13, 1950:9, 1950:16, 1950:18, 1950:24, 1951:1, 1951:6, 1952:20, 1952:25, 1953:4, 1953:10, 1953:12
**sehgal** [1] - 1944:3
**Sehgal's** [2] - 1951:2, 1952:25
**sell** [2] - 1900:19, 1902:10
**send** [3] - 1906:6, 1957:4, 1962:12
**senior** [1] - 1825:13
**sense** [7] - 1824:13, 1841:4, 1879:1, 1888:10, 1891:16, 1902:24, 1905:19
**sent** [3] - 1832:22, 1843:21
**sentence** [1] - 1881:5
**separate** [4] - 1839:5, 1839:13, 1873:16, 1935:2
**separately** [1] - 1946:6
**September** [26] - 1813:18, 1813:20, 1816:13, 1816:17, 1819:25, 1820:14, 1823:10, 1823:13, 1823:23, 1825:6, 1831:19, 1848:10, 1855:14, 1857:6, 1857:10, 1857:15, 1859:24, 1862:10, 1862:18, 1862:22, 1863:1, 1864:23, 1865:14, 1866:11, 1876:18, 1882:17
**sequence** [1] - 1955:22
**series** [1] - 1829:16
**serious** [2] - 1824:13, 1932:16
**seriously** [1] - 1946:18
**seriousness** [2] - 1859:8, 1958:15
**services** [1] - 1892:22
**SESSION** [1] - 1928:1
**set** [5] - 1814:7, 1894:18, 1922:9, 1954:1, 1954:2
**sets** [2] - 1909:14, 1909:24
**setting** [3] - 1854:21, 1854:24, 1923:15
**settle** [2] - 1933:1, 1942:18
**settled** [1] - 1937:18
**settlement** [3] - 1942:9, 1942:15, 1942:16
**seven** [10] - 1827:10, 1827:13, 1827:16, 1827:25, 1828:5, 1828:10, 1831:14, 1831:23, 1832:14, 1875:7
**seventies** [1] - 1894:24
**several** [13] - 1819:10, 1819:12, 1823:13, 1825:13, 1839:15, 1864:7, 1864:11, 1865:17, 1888:4, 1896:11, 1897:7, 1898:25, 1904:22
**shabby** [1] - 1956:15
**share** [2] - 1911:12, 1913:23
**shared** [1] - 1864:3
**Sherman** [1] - 1808:20
**shift** [2] - 1904:25, 1909:9
**short** [4] - 1828:23, 1829:6, 1836:9, 1885:6
**shorter** [3] - 1926:21, 1927:9, 1927:10
**shorthand** [1] - 1935:8
**Shortly** [1] - 1823:10
**show** [16] - 1826:4, 1827:16, 1832:21, 1840:16, 1843:2, 1849:10, 1853:21,

VB          OCR          CRR

ALL WORD INDEX 23

1871:25, 1923:3, 1924:8, 1924:12, 1924:14, 1944:22, 1947:16, 1951:9, 1960:11
**showed** [1] - 1884:3
**showing** [2] - 1849:11, 1947:15
**shown** [2] - 1840:8, 1870:20
**shows** [4] - 1840:17, 1841:4, 1843:3, 1912:9
**shy** [1] - 1931:21
**side** [4] - 1810:10, 1873:18, 1945:14, 1960:14
**sign** [3] - 1905:5, 1905:16, 1905:25
**signed** [3] - 1899:23, 1907:21, 1939:24
**significance** [1] - 1958:15
**significant** [8] - 1839:17, 1840:18, 1862:6, 1875:23, 1903:4, 1903:8, 1903:20, 1921:13
**significantly** [3] - 1822:10, 1824:13, 1956:21
**signs** [1] - 1902:10
**similar** [5] - 1828:25, 1853:1, 1905:9, 1908:20, 1936:3
**simplicity** [2] - 1949:4, 1960:23
**simply** [4] - 1840:22, 1841:24, 1947:14, 1961:14
**single** [3] - 1815:23, 1894:19, 1895:3
**sit** [2] - 1886:1, 1920:25
**site** [2] - 1819:9, 1819:16
**sitting** [2] - 1928:8, 1939:24
**situation** [9] - 1839:19, 1851:20, 1883:7, 1898:20, 1900:11, 1900:13, 1919:18, 1919:22, 1920:5
**six** [17] - 1821:4, 1821:8, 1861:5, 1871:24, 1878:13, 1889:14, 1898:11, 1898:16, 1899:8, 1899:9, 1900:20, 1906:22, 1916:15, 1919:11, 1924:14
**size** [8] - 1814:22, 1849:23, 1891:15, 1901:24, 1902:2, 1902:24, 1903:1, 1923:18
**skg21@columbia** [1] - 1827:8
**Slide** [4] - 1837:20, 1839:3, 1846:22, 1849:6
**slide** [9] - 1838:8, 1839:4, 1840:4, 1847:11, 1849:13, 1861:2, 1861:5, 1873:14, 1878:13
**slides** [11] - 1825:20, 1825:21, 1829:16, 1831:25, 1832:1, 1832:3, 1849:2, 1849:4, 1851:5, 1878:11
**Slides** [2] - 1826:17, 1829:11
**slight** [1] - 1861:5
**small** [2] - 1890:13, 1897:17
**smidgen** [1] - 1931:22
**SMU** [2] - 1891:1, 1892:21
**Soccer** [93] - 1809:3, 1809:9, 1810:8, 1810:11, 1810:12, 1810:13, 1810:19, 1810:24, 1812:20, 1812:23, 1815:20, 1825:6, 1825:14, 1834:17, 1834:25, 1835:3, 1836:16, 1836:18, 1838:21, 1840:19, 1841:14, 1843:21, 1844:23,

1845:4, 1845:11, 1845:12, 1846:10, 1848:17, 1848:21, 1849:3, 1850:9, 1850:20, 1851:5, 1852:22, 1854:10, 1854:14, 1864:7, 1864:22, 1865:22, 1866:9, 1868:2, 1868:7, 1868:12, 1868:22, 1869:17, 1869:24, 1870:3, 1870:8, 1870:12, 1871:19, 1880:23, 1887:16, 1887:21, 1888:1, 1891:21, 1891:25, 1892:3, 1892:5, 1892:16, 1893:1, 1893:3, 1893:8, 1893:20, 1893:21, 1894:2, 1894:10, 1894:24, 1895:14, 1897:6, 1897:10, 1899:13, 1900:8, 1901:3, 1901:8, 1901:17, 1902:12, 1905:3, 1905:18, 1906:11, 1907:2, 1907:13, 1907:15, 1907:25, 1908:3, 1908:8, 1908:13, 1908:25, 1909:1, 1909:3, 1910:13, 1910:24, 1911:5, 1911:8
**soccer** [44] - 1834:11, 1834:13, 1834:15, 1839:16, 1841:3, 1841:7, 1843:3, 1871:11, 1887:14, 1891:6, 1891:8, 1891:17, 1891:18, 1892:14, 1893:1, 1893:22, 1895:5, 1895:6, 1895:10, 1896:17, 1897:14, 1898:2, 1901:6, 1901:20, 1901:23, 1902:15, 1902:18, 1903:12, 1903:13, 1904:6, 1904:18, 1905:10, 1906:7, 1907:10, 1909:10, 1909:19, 1915:23, 1918:18, 1921:20, 1921:21, 1924:24
**SOCCER** [3] - 1808:4, 1808:7, 1808:8
**Soccer's** [6] - 1819:22, 1845:22, 1850:13, 1852:15, 1880:22, 1909:10
**soccer-related** [1] - 1834:15
**soccer-specific** [10] - 1895:5, 1898:2, 1901:20, 1901:23, 1902:15, 1902:18, 1904:6, 1904:18, 1921:20, 1921:21
**sold** [5] - 1900:22, 1900:23, 1920:6, 1920:7
**someone** [4] - 1851:2, 1919:24, 1946:12, 1960:14
**sometime** [1] - 1957:6
**sometimes** [1] - 1916:19
**soon** [2] - 1813:24, 1902:22
**sooner** [2] - 1879:2, 1879:7
**SOPHIE** [1] - 1809:16
**Sorry** [2] - 1816:8, 1827:22
**sorry** [17] - 1828:4, 1829:20, 1857:8, 1866:5, 1867:18, 1870:22, 1870:23, 1872:9, 1872:23, 1880:17, 1882:1, 1923:9, 1924:19, 1951:23, 1961:16
**sort** [11] - 1846:2, 1862:5, 1883:3, 1896:3, 1898:6, 1902:2, 1930:18, 1933:20, 1936:24, 1945:24, 1957:16
**sorts** [1] - 1942:18
**sought** [2] - 1950:19, 1950:20
**sound** [1] - 1854:7
**sounds** [1] - 1960:10
**South** [1] - 1909:21
**Southern** [1] - 1887:12
**speaking** [4] - 1845:2, 1851:15,

1863:17, 1863:20
**special** [2] - 1854:10, 1959:17
**specific** [14] - 1820:8, 1831:25, 1863:15, 1895:5, 1898:2, 1901:20, 1901:23, 1902:15, 1902:18, 1904:6, 1904:18, 1921:20, 1921:21, 1955:5
**specifically** [7] - 1823:7, 1868:15, 1895:6, 1895:9, 1910:17, 1920:14, 1950:12
**specified** [1] - 1924:19
**speculative** [1] - 1947:17
**spell** [1] - 1886:9
**spent** [4] - 1888:20, 1889:10, 1896:11, 1907:4
**split** [1] - 1830:18
**sponsors** [2] - 1909:16, 1910:7
**sponsorship** [1] - 1902:10
**sport** [32] - 1890:16, 1890:18, 1890:19, 1890:20, 1891:3, 1891:8, 1891:17, 1892:14, 1895:6, 1895:10, 1896:16, 1896:20, 1896:23, 1897:14, 1897:15, 1897:16, 1897:19, 1897:25, 1901:6, 1901:7, 1901:10, 1901:11, 1901:14, 1901:16, 1902:1, 1902:22, 1904:20, 1909:19, 1918:9, 1918:11, 1918:15, 1918:17
**Sports** [12] - 1836:22, 1836:23, 1837:5, 1837:11, 1837:14, 1837:17, 1838:7, 1838:20, 1839:24, 1846:8, 1871:7, 1871:14
**sports** [18] - 1888:9, 1888:13, 1890:4, 1890:8, 1892:19, 1894:3, 1896:22, 1903:3, 1904:2, 1909:15, 1911:14, 1911:16, 1912:11, 1916:19, 1918:10, 1919:18, 1924:6
**spring** [1] - 1891:18
**Square** [1] - 1809:7
**Stability** [1] - 1840:4
**stability** [1] - 1856:22
**stabilize** [2] - 1900:14, 1919:3
**Stadium** [8] - 1898:5, 1902:19, 1903:1, 1903:5, 1903:12, 1903:16, 1903:18, 1903:25
**stadium** [37] - 1814:22, 1821:4, 1839:19, 1850:4, 1850:5, 1868:14, 1875:21, 1876:7, 1876:11, 1876:14, 1876:16, 1876:18, 1876:20, 1877:4, 1877:7, 1877:8, 1877:10, 1901:23, 1901:25, 1902:3, 1902:5, 1902:7, 1902:10, 1902:11, 1902:14, 1902:19, 1902:21, 1903:11, 1904:2, 1904:6, 1904:13, 1904:14, 1904:21, 1910:7, 1910:10, 1921:21
**stadiums** [24] - 1894:8, 1895:5, 1895:6, 1895:7, 1896:14, 1896:16, 1897:24, 1898:2, 1898:4, 1901:20, 1901:25, 1902:15, 1902:23, 1903:5, 1903:25, 1904:3, 1904:10, 1904:18, 1910:9, 1921:20, 1923:17, 1926:3
**stake** [1] - 1890:13

VB        OCR        CRR

**stand** [8] - 1885:22, 1885:23, 1886:5, 1926:18, 1944:13, 1954:2, 1959:14, 1959:16
**standard** [1] - 1937:6
**standards** [22] - 1814:16, 1814:24, 1815:5, 1815:13, 1824:18, 1827:15, 1828:12, 1848:5, 1852:8, 1855:4, 1859:14, 1866:22, 1880:25, 1902:20, 1903:7, 1922:9, 1922:13, 1922:14, 1922:17, 1922:18, 1923:15, 1925:17
**Standards** [7] - 1845:8, 1845:10, 1849:19, 1850:8, 1850:15, 1851:1, 1925:21
**standing** [1] - 1936:5
**star** [1] - 1899:24
**start** [29] - 1834:7, 1834:9, 1839:21, 1842:15, 1868:21, 1881:12, 1882:3, 1888:10, 1889:6, 1889:12, 1890:22, 1892:4, 1894:5, 1897:20, 1900:15, 1903:22, 1914:7, 1914:18, 1915:19, 1926:10, 1926:12, 1930:14, 1933:21, 1933:22, 1933:25, 1958:1, 1958:23, 1959:3, 1962:10
**started** [22] - 1836:10, 1836:16, 1837:13, 1864:8, 1869:14, 1878:8, 1893:9, 1898:19, 1901:14, 1907:12, 1907:13, 1908:4, 1911:23, 1914:1, 1914:4, 1914:11, 1914:13, 1916:12, 1922:3, 1924:17, 1947:5, 1950:5
**starting** [10] - 1851:20, 1893:2, 1893:19, 1902:25, 1905:12, 1924:7, 1930:14, 1934:18, 1948:16, 1960:8
**starts** [2] - 1840:22, 1856:6
**state** [10] - 1813:16, 1813:23, 1815:2, 1818:10, 1819:18, 1820:9, 1850:15, 1886:8, 1910:9, 1943:16
**statement** [2] - 1865:5, 1917:13
**statements** [2] - 1848:4, 1884:4
**STATES** [3] - 1808:1, 1808:7, 1808:12
**states** [3] - 1814:6, 1829:11, 1934:7
**States** [12] - 1808:5, 1809:2, 1812:20, 1845:3, 1864:10, 1880:23, 1891:19, 1892:9, 1892:15, 1897:16, 1904:25, 1905:17
**stationery** [1] - 1889:8
**status** [3] - 1813:17, 1823:2, 1824:2
**stay** [3] - 1832:11, 1896:21, 1901:2
**stayed** [1] - 1958:14
**staying** [1] - 1961:9
**stenography** [1] - 1809:18
**step** [2] - 1902:17, 1926:17
**stepping** [1] - 1917:19
**stewardess** [1] - 1889:7
**stick** [4] - 1912:14, 1937:17, 1938:13, 1941:4
**Still** [1] - 1962:2
**still** [22] - 1812:5, 1814:23, 1833:8, 1852:11, 1852:19, 1856:1, 1865:2, 1867:2, 1868:5, 1869:10, 1869:16, 1881:22, 1882:7, 1882:12, 1890:14,

1892:13, 1897:17, 1904:12, 1904:13, 1906:16, 1943:21, 1956:14
**stipulation** [1] - 1811:11
**stood** [1] - 1863:11
**stopped** [1] - 1815:15
**strategic** [1] - 1873:5
**strategies** [1] - 1896:6
**strategy** [7] - 1839:5, 1839:10, 1873:20, 1874:1, 1899:14, 1901:20, 1904:24
**STRAWN** [1] - 1808:14
**streams** [1] - 1902:12
**Street** [2] - 1808:22, 1809:4
**stricken** [2] - 1950:1, 1950:4
**strong** [2] - 1901:5, 1914:22
**structural** [2] - 1824:14, 1862:5
**struggle** [1] - 1916:10
**struggled** [4] - 1897:7, 1914:2, 1914:18, 1917:3
**struggles** [2] - 1897:9, 1898:23
**struggling** [2] - 1916:7, 1916:9
**Stuart** [1] - 1896:2
**study** [2] - 1843:19, 1875:2
**stuff** [1] - 1931:17
**subject** [4] - 1875:16, 1880:25, 1900:25, 1917:5
**subjects** [1] - 1872:10
**submission** [2] - 1856:11, 1881:8
**submissions** [1] - 1932:15
**submit** [4] - 1814:9, 1814:17, 1855:2, 1932:18
**submitted** [15] - 1816:23, 1855:18, 1933:18, 1934:15, 1935:2, 1935:19, 1937:8, 1938:18, 1941:1, 1943:6, 1944:10, 1944:21, 1949:17, 1950:7, 1950:14
**submitting** [1] - 1960:18
**Subotnick** [1] - 1896:2
**subsequent** [3] - 1822:22, 1875:10, 1881:8
**substantial** [2] - 1874:15, 1923:18
**succeed** [4] - 1916:19, 1916:24, 1923:24, 1924:3
**success** [4] - 1872:11, 1897:11, 1924:23
**successful** [11] - 1837:19, 1839:20, 1841:5, 1888:22, 1907:21, 1912:1, 1912:8, 1912:10, 1914:19, 1924:9, 1924:13
**successfully** [1] - 1922:13
**sufficient** [1] - 1959:15
**suggest** [2] - 1825:24, 1956:17
**suggested** [5] - 1811:4, 1816:5, 1816:9, 1816:14, 1825:25
**suggesting** [2] - 1825:2, 1842:3
**suggestion** [3] - 1816:6, 1816:11, 1925:16
**suggestions** [2] - 1814:1, 1817:8
**suit** [1] - 1904:11

**suitable** [2] - 1894:8, 1896:14
**Suite** [4] - 1808:19, 1808:22, 1809:4, 1809:10
**sum** [1] - 1943:18
**summary** [2] - 1856:15, 1873:5
**summations** [2] - 1932:5, 1932:8
**summer** [1] - 1891:18
**Sunday** [5] - 1957:7, 1957:8, 1957:10, 1959:20
**sunday** [1] - 1957:9
**Sunil** [1] - 1843:15
**superseded** [1] - 1945:15
**superseding** [1] - 1945:17
**supplant** [1] - 1944:1
**supplemental** [11] - 1933:17, 1933:18, 1934:8, 1934:14, 1943:11, 1943:20, 1948:25, 1951:24, 1952:8, 1952:9, 1962:1
**support** [5] - 1896:25, 1898:18, 1925:3, 1947:7, 1957:13
**supporting** [1] - 1898:16
**surface** [1] - 1850:1
**surprised** [3] - 1859:6, 1864:14, 1940:20
**sustainability** [1] - 1815:6
**Sustained** [4] - 1833:19, 1883:10, 1924:11, 1925:6
**sustained** [3] - 1874:11, 1875:14, 1877:12
**SWARTZBERG** [1] - 1808:24
**sworn** [2] - 1812:13, 1887:3
**sworn)** [1] - 1885:25
**sworn/affirmed** [1] - 1886:7
**system** [2] - 1896:10, 1905:23
**Szymanski** [5] - 1927:11, 1957:24, 1960:9, 1961:17, 1961:21

# T

**table** [3] - 1818:15, 1928:8
**tailored** [1] - 1895:9
**talented** [2] - 1905:13, 1905:15
**talks** [1] - 1868:19
**task** [26] - 1813:19, 1816:10, 1817:25, 1818:2, 1820:1, 1822:23, 1823:3, 1823:6, 1823:8, 1823:14, 1823:17, 1823:19, 1823:24, 1824:1, 1824:5, 1824:21, 1824:22, 1825:3, 1857:5, 1857:6, 1857:9, 1857:10, 1858:4, 1865:10, 1865:17, 1865:21
**Task** [7] - 1857:2, 1857:14, 1857:20, 1865:6, 1865:11, 1865:13, 1865:15
**tasked** [1] - 1892:11
**Team** [2] - 1952:10, 1952:12
**team** [99] - 1815:6, 1816:21, 1817:19, 1818:13, 1818:19, 1819:8, 1819:11, 1820:8, 1820:10, 1820:23, 1821:14, 1821:17, 1822:11, 1824:2, 1824:15, 1830:3, 1830:5, 1830:6, 1831:6,

1840:22, 1841:2, 1841:4, 1845:9, 1848:5, 1849:18, 1850:9, 1851:2, 1851:3, 1851:21, 1851:22, 1851:23, 1852:10, 1852:12, 1854:14, 1857:25, 1858:3, 1858:25, 1859:4, 1859:9, 1861:23, 1862:14, 1862:15, 1865:3, 1869:5, 1871:8, 1875:10, 1875:18, 1875:21, 1875:23, 1876:3, 1876:6, 1876:7, 1884:9, 1884:12, 1885:11, 1887:14, 1887:21, 1888:14, 1888:23, 1888:24, 1889:1, 1889:13, 1889:24, 1890:9, 1890:10, 1891:21, 1896:1, 1898:4, 1899:3, 1899:4, 1899:5, 1899:8, 1900:3, 1900:4, 1900:22, 1901:22, 1903:11, 1904:13, 1905:16, 1905:19, 1906:11, 1906:20, 1906:21, 1906:25, 1907:16, 1908:15, 1908:17, 1909:5, 1909:6, 1912:11, 1918:25, 1919:2, 1919:8, 1921:12, 1921:15

**team-related** [4] - 1818:13, 1818:19, 1819:8, 1820:10

**teams** [148] - 1817:18, 1817:23, 1818:5, 1819:10, 1819:16, 1819:20, 1820:6, 1820:16, 1820:17, 1820:22, 1820:23, 1821:4, 1822:17, 1824:12, 1827:15, 1828:11, 1828:12, 1830:8, 1830:15, 1831:1, 1831:3, 1835:1, 1839:18, 1839:24, 1840:12, 1840:13, 1840:14, 1840:17, 1841:13, 1841:15, 1842:17, 1843:4, 1843:5, 1843:7, 1845:7, 1845:9, 1846:4, 1846:15, 1846:17, 1847:3, 1847:10, 1847:17, 1847:18, 1847:20, 1847:23, 1847:24, 1848:2, 1848:12, 1848:15, 1849:12, 1849:20, 1849:21, 1851:25, 1852:12, 1853:22, 1856:1, 1856:9, 1856:11, 1856:17, 1856:19, 1859:15, 1861:21, 1861:22, 1862:3, 1862:5, 1862:20, 1862:21, 1864:11, 1864:12, 1866:21, 1867:3, 1868:17, 1869:3, 1869:4, 1869:5, 1869:6, 1869:10, 1869:13, 1869:15, 1869:20, 1869:23, 1870:2, 1870:4, 1874:16, 1875:9, 1875:11, 1875:25, 1878:2, 1879:14, 1879:15, 1880:3, 1883:7, 1888:21, 1889:5, 1893:7, 1893:9, 1894:20, 1895:2, 1895:8, 1896:11, 1898:10, 1898:12, 1899:1, 1899:9, 1899:10, 1899:15, 1899:17, 1900:10, 1900:13, 1900:19, 1905:11, 1907:6, 1907:10, 1908:16, 1909:5, 1909:7, 1909:19, 1909:21, 1909:23, 1911:21, 1913:23, 1914:4, 1914:7, 1914:11, 1914:14, 1915:2, 1917:20, 1919:3, 1919:11, 1919:12, 1919:15, 1920:23, 1921:8, 1924:3, 1934:18, 1952:13, 1952:15

**technically** [1] - 1923:12

**temporary** [1] - 1814:19

**ten** [10] - 1830:6, 1898:12, 1899:9, 1900:13, 1903:7, 1905:12, 1914:11,

1919:15, 1952:13, 1952:15

**ten-team** [1] - 1830:6

**tenant** [1] - 1902:14

**tennis** [6] - 1890:15, 1890:16, 1890:19, 1890:23, 1891:3, 1891:4

**Tennis** [1] - 1890:23

**term** [2] - 1836:9, 1840:20

**terms** [11] - 1822:3, 1833:12, 1861:11, 1861:15, 1864:12, 1868:9, 1879:22, 1903:1, 1914:9, 1952:15, 1961:11

**test** [3] - 1939:22, 1945:12, 1956:14

**tested** [1] - 1936:20

**testified** [9] - 1812:13, 1877:16, 1887:3, 1910:16, 1918:14, 1918:21, 1919:10, 1929:3, 1944:3

**testify** [11] - 1932:19, 1932:20, 1943:10, 1946:14, 1948:1, 1948:15, 1948:24, 1951:10, 1951:14, 1959:23, 1960:1

**testifying** [2] - 1961:13, 1961:22

**testimony** [26] - 1810:5, 1877:19, 1897:5, 1911:2, 1916:18, 1930:23, 1931:8, 1932:21, 1937:1, 1940:11, 1940:12, 1940:15, 1943:23, 1945:4, 1945:9, 1945:11, 1945:12, 1946:7, 1946:9, 1946:10, 1946:19, 1948:4, 1948:17, 1953:16, 1953:18, 1957:17

**Texans** [1] - 1889:13

**Texas** [12] - 1887:10, 1887:21, 1888:15, 1907:13, 1907:15, 1907:25, 1908:3, 1908:5, 1908:8, 1908:13, 1908:25, 1909:1

**text** [3] - 1824:18, 1824:19, 1938:21

**that'll** [1] - 1926:12

**THE** [153] - 1808:12, 1810:2, 1810:13, 1810:22, 1811:11, 1811:14, 1811:24, 1812:2, 1812:4, 1812:8, 1813:14, 1816:7, 1826:11, 1827:21, 1833:19, 1833:21, 1837:9, 1853:15, 1858:16, 1864:5, 1866:1, 1867:22, 1870:16, 1872:8, 1873:11, 1873:14, 1874:11, 1874:23, 1875:14, 1877:12, 1879:20, 1879:22, 1883:10, 1883:12, 1884:16, 1884:18, 1884:19, 1884:20, 1884:25, 1885:3, 1885:5, 1885:10, 1885:15, 1885:19, 1885:23, 1886:1, 1886:6, 1886:8, 1886:10, 1906:13, 1913:3, 1913:5, 1913:7, 1913:9, 1913:11, 1923:6, 1923:8, 1923:13, 1924:11, 1925:6, 1925:8, 1926:7, 1926:12, 1926:17, 1926:19, 1926:24, 1927:5, 1927:14, 1927:17, 1928:5, 1928:15, 1928:18, 1928:22, 1930:2, 1930:4, 1930:8, 1930:10, 1930:12, 1931:5, 1931:13, 1931:16, 1932:9, 1932:12, 1932:19, 1932:24, 1933:7, 1933:11, 1933:15, 1934:16, 1935:7, 1935:20, 1936:5, 1936:12, 1937:7, 1937:22, 1937:25, 1938:13, 1938:16, 1938:20, 1938:25, 1939:9, 1939:24, 1940:5,

1940:9, 1940:17, 1941:4, 1941:7, 1941:10, 1941:14, 1941:25, 1942:12, 1942:16, 1942:24, 1943:2, 1944:9, 1944:20, 1944:22, 1947:18, 1948:3, 1948:12, 1948:21, 1949:6, 1949:24, 1950:2, 1950:22, 1951:22, 1951:24, 1952:3, 1952:5, 1952:23, 1954:3, 1955:2, 1955:11, 1955:13, 1955:17, 1955:21, 1956:19, 1957:3, 1957:7, 1957:9, 1958:5, 1958:25, 1959:13, 1959:19, 1959:22, 1960:2, 1960:12, 1960:21, 1961:2, 1962:4, 1962:9, 1962:25, 1963:6

**theirs** [1] - 1927:16

**theory** [3] - 1935:9, 1935:14, 1945:22

**thereabouts** [1] - 1870:1

**therefore** [6] - 1839:21, 1839:22, 1931:22, 1939:20, 1942:10, 1958:1

**they've** [3] - 1909:23, 1927:10, 1951:16

**thinking** [6] - 1823:5, 1825:3, 1941:3, 1955:22, 1956:11, 1956:13

**third** [6] - 1822:11, 1881:24, 1905:25, 1907:15, 1908:9, 1961:10

**thirty** [2] - 1866:9, 1931:24

**thoughts** [1] - 1911:13

**thousand** [3] - 1898:7, 1902:3, 1905:23

**threat** [2] - 1910:20, 1910:24

**three** [27] - 1816:14, 1816:21, 1817:14, 1817:18, 1836:8, 1858:1, 1859:14, 1862:16, 1872:16, 1876:22, 1882:4, 1887:11, 1898:10, 1898:13, 1898:18, 1899:10, 1900:13, 1900:21, 1907:6, 1908:5, 1909:1, 1919:11, 1919:15, 1935:2, 1935:22, 1936:8, 1949:11

**three-year** [3] - 1816:14, 1817:18, 1859:14

**throughout** [2] - 1935:3, 1936:9

**Thursday** [1] - 1960:8

**ticket** [1] - 1910:4

**tickets** [1] - 1902:5

**tied** [1] - 1935:14

**tier** [2] - 1916:3, 1916:4

**timeline** [2] - 1877:24, 1884:5

**timing** [2] - 1957:20, 1958:13

**titled** [1] - 1847:12

**TO** [1] - 1960:9

**today** [23] - 1844:12, 1861:8, 1869:11, 1880:19, 1889:16, 1890:14, 1891:4, 1904:14, 1905:22, 1912:4, 1926:25, 1928:25, 1931:4, 1932:15, 1936:17, 1937:8, 1944:10, 1945:23, 1950:14, 1951:25, 1957:23, 1958:6, 1958:12

**today's** [4] - 1902:20, 1903:6, 1943:11, 1943:19

**together** [4] - 1864:16, 1889:11, 1896:4, 1946:6

**tomorrow** [1] - 1957:6

**tomorrow's** [2] - 1826:17, 1829:12

**took** [14] - 1814:2, 1845:23, 1846:2, 1893:13, 1894:3, 1899:5, 1901:12, 1917:20, 1917:22, 1924:14, 1938:8, 1939:8, 1940:23, 1941:24
**top** [13] - 1837:21, 1842:20, 1843:5, 1890:20, 1892:6, 1892:9, 1893:22, 1901:8, 1915:7, 1915:23, 1916:4, 1916:5
**top-flight** [2] - 1915:23, 1916:5
**top-tier** [1] - 1916:4
**topic** [5] - 1825:1, 1825:19, 1859:23, 1863:6
**topics** [1] - 1825:8
**Tornado** [1] - 1891:22
**Toronto** [1] - 1820:24
**total** [9] - 1821:7, 1826:19, 1836:7, 1861:11, 1898:11, 1903:14, 1907:5, 1928:15, 1931:23
**tournaments** [1] - 1890:21
**towards** [3] - 1833:6, 1833:7, 1868:18
**Toyota** [4] - 1903:12, 1903:16, 1903:18, 1903:25
**track** [6] - 1846:16, 1852:20, 1869:22, 1884:8, 1933:16, 1954:7
**traditions** [1] - 1891:13
**Traffic** [16] - 1836:22, 1837:5, 1837:11, 1837:14, 1837:17, 1838:7, 1838:20, 1839:23, 1839:24, 1840:1, 1841:10, 1871:7, 1871:14, 1940:24, 1944:4, 1949:8
**transcript** [10] - 1809:18, 1810:5, 1810:11, 1810:17, 1810:21, 1811:3, 1851:9, 1851:14, 1930:24, 1931:9
**TRANSCRIPT** [1] - 1808:11
**Transcription** [1] - 1809:18
**transpired** [1] - 1852:6
**tremendous** [1] - 1911:18
**TRIAL** [1] - 1808:11
**trial** [5] - 1810:5, 1932:23, 1944:18, 1947:5, 1950:20
**trials** [1] - 1962:9
**true** [5] - 1821:23, 1836:19, 1903:4, 1946:8, 1950:22
**truthful** [1] - 1923:1
**try** [6] - 1834:12, 1838:22, 1843:22, 1886:1, 1927:13, 1947:13
**trying** [10] - 1811:19, 1817:24, 1818:1, 1872:17, 1877:18, 1877:21, 1888:20, 1902:22, 1905:5
**Tuesday** [8] - 1932:4, 1932:6, 1932:21, 1933:12, 1933:13, 1954:2, 1958:24, 1960:7
**Tulsa** [2] - 1861:13, 1861:20
**turn** [6] - 1842:24, 1851:14, 1853:5, 1853:17, 1867:16, 1892:17
**turned** [1] - 1905:4
**turning** [1] - 1903:10
**turnover** [1] - 1840:17
**TV** [2] - 1891:11, 1910:4
**Twelve** [1] - 1830:5

**twelve** [7] - 1817:19, 1830:3, 1830:8, 1862:20, 1877:4, 1884:9, 1884:12
**Twelve-team** [1] - 1830:5
**twelve-team** [4] - 1817:19, 1830:3, 1884:9, 1884:12
**twice** [1] - 1866:22
**two** [35] - 1812:25, 1815:12, 1817:14, 1817:17, 1820:20, 1821:1, 1824:11, 1825:17, 1827:3, 1829:21, 1832:21, 1838:17, 1850:16, 1856:19, 1861:18, 1873:16, 1875:9, 1879:13, 1879:25, 1880:11, 1888:4, 1888:17, 1893:9, 1893:12, 1893:25, 1896:9, 1909:14, 1909:24, 1928:23, 1935:4, 1949:13, 1958:3, 1958:9, 1961:20, 1962:17
**tying** [1] - 1919:6
**type** [1] - 1832:3
**types** [1] - 1935:2
**typically** [1] - 1825:13
**Typically** [1] - 1908:21

# U

**U.S** [56] - 1810:8, 1812:23, 1814:16, 1815:20, 1819:22, 1825:6, 1825:14, 1834:17, 1835:3, 1836:16, 1836:18, 1841:14, 1843:21, 1843:24, 1844:23, 1845:4, 1845:11, 1845:12, 1845:22, 1846:10, 1848:17, 1848:21, 1849:3, 1850:9, 1850:13, 1850:20, 1851:5, 1852:15, 1852:22, 1854:10, 1854:14, 1864:7, 1864:22, 1865:22, 1866:9, 1868:2, 1868:7, 1868:12, 1868:22, 1869:17, 1869:24, 1870:3, 1870:8, 1870:11, 1880:22, 1890:21, 1892:1, 1892:3, 1893:21, 1900:3, 1900:4, 1906:11, 1906:15, 1906:20, 1906:24, 1911:8
**ultimate** [3] - 1866:7, 1937:14, 1938:7
**ultimately** [13] - 1820:13, 1821:21, 1821:24, 1822:6, 1837:4, 1837:14, 1839:20, 1839:24, 1840:15, 1840:23, 1864:14, 1869:14, 1933:1
**unambiguous** [4] - 1941:18, 1942:13, 1942:14, 1946:16
**uncertain** [1] - 1939:20
**under** [23] - 1814:23, 1815:12, 1815:19, 1840:2, 1849:19, 1850:8, 1850:25, 1871:10, 1879:25, 1881:20, 1905:15, 1922:13, 1931:21, 1931:24, 1936:19, 1939:5, 1943:8, 1945:9, 1945:11, 1945:24, 1947:1, 1952:17
**undermine** [2] - 1947:14, 1956:23
**underneath** [1] - 1873:7
**understood** [4] - 1932:11, 1955:17, 1962:7, 1962:8
**undertaking** [1] - 1839:21
**undisclosed** [2] - 1950:8, 1951:5
**undisputed** [1] - 1811:10

**unfair** [1] - 1946:5
**unfairly** [1] - 1945:18
**unfold** [1] - 1901:12
**Unfortunately** [1] - 1888:16
**unique** [1] - 1909:18
**UNITED** [3] - 1808:1, 1808:7, 1808:12
**United** [14] - 1808:5, 1809:2, 1810:12, 1810:19, 1812:20, 1845:3, 1864:10, 1880:23, 1891:19, 1892:9, 1892:15, 1897:16, 1904:25, 1905:17
**University** [2] - 1844:4, 1887:12
**unless** [1] - 1958:7
**unstable** [2] - 1856:24, 1875:7
**up** [57] - 1815:11, 1823:13, 1827:18, 1832:25, 1836:24, 1841:19, 1846:20, 1851:8, 1861:2, 1862:14, 1862:25, 1875:1, 1876:13, 1876:23, 1880:20, 1886:2, 1890:13, 1894:18, 1894:22, 1895:2, 1897:23, 1899:4, 1899:8, 1899:9, 1900:3, 1902:6, 1902:16, 1905:15, 1906:3, 1906:20, 1907:21, 1911:12, 1912:2, 1912:9, 1923:6, 1923:8, 1923:9, 1923:10, 1923:12, 1930:13, 1939:24, 1943:18, 1945:22, 1945:23, 1946:12, 1947:6, 1947:20, 1949:7, 1949:13, 1954:1, 1954:18, 1956:2, 1956:11, 1960:8, 1960:11, 1960:22
**upcoming** [2] - 1814:18, 1878:2
**update** [12] - 1813:8, 1816:18, 1828:16, 1848:7, 1851:24, 1852:4, 1852:14, 1853:1, 1853:9, 1867:18, 1935:22, 1936:8
**updated** [1] - 1936:11
**updates** [4] - 1816:19, 1819:23, 1853:24, 1857:21
**upgrade** [1] - 1904:2
**upgrades** [1] - 1868:14
**US** [1] - 1906:17
**USA** [1] - 1836:22
**uses** [2] - 1947:6, 1962:20
**USL** [112] - 1814:9, 1818:8, 1818:13, 1818:23, 1819:22, 1820:5, 1820:9, 1820:17, 1821:12, 1821:15, 1821:18, 1821:22, 1821:24, 1822:4, 1822:13, 1822:19, 1823:22, 1823:23, 1823:25, 1824:2, 1824:5, 1824:7, 1826:19, 1827:10, 1827:13, 1827:25, 1828:5, 1828:10, 1831:5, 1831:6, 1831:18, 1831:23, 1832:13, 1832:23, 1833:3, 1833:7, 1833:11, 1833:14, 1835:7, 1836:4, 1837:14, 1839:25, 1840:18, 1841:11, 1841:12, 1841:13, 1841:17, 1843:7, 1843:12, 1846:1, 1846:3, 1846:5, 1849:7, 1849:12, 1851:22, 1852:7, 1852:21, 1852:24, 1853:1, 1853:2, 1853:11, 1853:22, 1853:23, 1854:3, 1854:10, 1854:11, 1854:15, 1854:22, 1854:23, 1855:2, 1860:1, 1861:6, 1861:20, 1862:3, 1864:18,

1864:19, 1864:20, 1865:3, 1866:8, 1866:12, 1866:13, 1866:20, 1866:21, 1867:4, 1867:19, 1868:2, 1868:5, 1868:7, 1868:12, 1869:3, 1869:9, 1869:10, 1871:6, 1871:8, 1872:11, 1872:13, 1872:18, 1873:17, 1876:10, 1877:2, 1877:18, 1882:7, 1882:9, 1882:14, 1883:6, 1883:7, 1908:6, 1908:7, 1908:10

**USL's** [9] - 1818:19, 1819:12, 1828:16, 1864:23, 1867:1, 1881:7, 1881:11, 1881:13, 1908:14

**USL-1** [11] - 1837:22, 1837:25, 1838:1, 1838:3, 1838:14, 1838:18, 1838:22, 1840:5, 1872:1, 1873:20, 1873:22

**USSF** [15] - 1816:2, 1821:21, 1826:5, 1829:7, 1831:16, 1859:13, 1866:23, 1916:23, 1917:3, 1919:21, 1922:9, 1922:14, 1923:14, 1923:23, 1924:2

**utilized** [1] - 1826:19

# V

**valid** [1] - 1936:1
**valuation** [2] - 1935:4, 1936:2
**valuations** [2] - 1935:3, 1936:6
**value** [2] - 1946:2, 1946:6
**various** [5] - 1814:12, 1822:25, 1826:5, 1840:12, 1947:15
**vast** [1] - 1818:19
**Ventura** [1] - 1808:19
**venture** [3] - 1892:15, 1903:3, 1956:5
**ventures** [1] - 1956:5
**venue** [3] - 1819:11, 1819:20, 1850:6
**venues** [3] - 1845:10, 1881:9, 1881:10
**verdict** [1] - 1962:21
**version** [4] - 1910:15, 1910:16, 1956:1, 1957:17
**versus** [3] - 1820:7, 1863:13, 1910:13
**vetting** [1] - 1819:19
**via** [2] - 1928:21, 1929:2
**viable** [2] - 1873:22, 1879:14
**video** [9] - 1926:14, 1928:21, 1930:6, 1930:7, 1930:9, 1930:23, 1930:24, 1931:9, 1931:10
**VIDEO** [2] - 1964:15, 1964:16
**Video** [1] - 1930:9
**videos** [1] - 1928:24
**videotaped** [1] - 1929:2
**Videotaped** [1] - 1929:4
**view** [12] - 1862:1, 1862:4, 1875:18, 1909:12, 1914:19, 1934:22, 1946:15, 1950:4, 1952:25, 1954:19, 1955:16, 1955:23
**viewed** [3] - 1861:23, 1914:23, 1914:24
**views** [3] - 1825:15, 1950:11, 1951:2
**virtue** [2] - 1935:11, 1954:16
**vis-à-vis** [2] - 1840:18, 1957:13

**vision** [4] - 1873:22, 1901:11, 1911:16, 1913:23
**visionary** [1] - 1911:17
**visit** [1] - 1852:21
**visiting** [1] - 1845:10
**visits** [3] - 1819:9, 1819:16, 1888:22
**volatility** [1] - 1815:15
**vote** [2] - 1857:11, 1857:17
**voted** [3] - 1822:4, 1822:5, 1880:22

# W

**Wahlke** [3] - 1867:11, 1880:15, 1882:2
**wait** [1] - 1926:8
**waiting** [1] - 1812:5
**waiver** [42] - 1814:17, 1814:22, 1814:24, 1816:3, 1816:14, 1817:10, 1817:14, 1818:3, 1819:18, 1820:5, 1821:15, 1821:18, 1821:23, 1822:11, 1822:15, 1823:2, 1824:11, 1824:13, 1824:14, 1824:16, 1849:18, 1849:23, 1849:24, 1850:4, 1850:5, 1850:7, 1850:23, 1861:9, 1861:13, 1861:14, 1862:6, 1862:15, 1875:21, 1875:23, 1875:24, 1876:1, 1876:2, 1876:4, 1876:7
**waivers** [79] - 1815:19, 1815:21, 1815:22, 1815:23, 1815:24, 1818:14, 1818:18, 1818:19, 1818:24, 1818:25, 1819:2, 1819:8, 1819:10, 1819:12, 1820:8, 1820:10, 1820:13, 1820:21, 1820:23, 1821:5, 1821:7, 1822:1, 1822:3, 1822:4, 1822:6, 1822:12, 1824:2, 1824:5, 1826:19, 1828:17, 1829:22, 1829:25, 1831:7, 1833:6, 1833:8, 1849:21, 1853:3, 1853:24, 1855:24, 1856:5, 1860:1, 1861:6, 1861:23, 1861:24, 1862:1, 1862:2, 1863:9, 1865:3, 1867:2, 1867:4, 1868:3, 1868:20, 1868:22, 1868:25, 1869:3, 1869:6, 1875:19, 1875:25, 1876:6, 1876:10, 1876:11, 1876:14, 1876:16, 1876:19, 1876:20, 1877:4, 1877:7, 1877:8, 1877:10, 1881:12, 1881:17, 1881:18, 1881:21, 1881:22, 1882:6, 1882:8, 1882:9, 1882:13, 1882:14
**Waivers** [1] - 1814:18
**waned** [1] - 1897:21
**wants** [1] - 1811:23
**WARSHAW** [2] - 1808:19, 1808:21
**Washington** [5] - 1809:11, 1937:23, 1939:9, 1939:10, 1945:3
**wasted** [1] - 1927:5
**watched** [1] - 1891:11
**watching** [1] - 1910:4
**WATKINS** [2] - 1809:1, 1809:4
**ways** [6] - 1842:9, 1917:17, 1947:13, 1951:9, 1956:25

**Wednesday** [4] - 1932:2, 1933:13, 1933:14, 1936:18
**week** [5] - 1930:13, 1943:18, 1943:25, 1955:3, 1960:23
**weekend** [6] - 1930:15, 1930:17, 1930:20, 1932:18, 1932:22, 1947:11
**weeks** [1] - 1903:22
**weight** [3] - 1862:1, 1862:2, 1898:19
**well-designed** [1] - 1896:16
**West** [1] - 1891:10
**Western** [1] - 1885:11
**Whack** [1] - 1953:25
**Whack-a-Mole** [1] - 1953:25
**whatsoever** [1] - 1930:19
**wherewithal** [1] - 1896:21
**whole** [9] - 1832:9, 1832:11, 1892:20, 1892:21, 1906:4, 1918:25, 1938:22, 1942:2, 1961:19
**wholeheartedly** [1] - 1933:24
**wife** [1] - 1887:12
**williams** [1] - 1954:5
**Williams** [36] - 1932:13, 1932:19, 1934:7, 1935:2, 1935:6, 1935:18, 1935:25, 1941:21, 1942:9, 1944:5, 1944:14, 1945:8, 1946:14, 1948:15, 1949:17, 1949:21, 1950:9, 1950:21, 1950:23, 1951:25, 1952:2, 1953:3, 1953:5, 1953:9, 1953:12, 1953:13, 1953:24, 1954:2, 1954:18, 1956:11, 1956:14, 1957:11, 1959:23, 1960:3, 1962:14, 1962:19
**Williams'** [14] - 1933:12, 1933:17, 1943:19, 1946:20, 1947:4, 1947:14, 1948:17, 1957:13, 1957:17, 1958:2, 1958:16, 1958:22, 1961:25, 1962:16
**willing** [1] - 1915:19
**Wimbledon** [1] - 1890:21
**window** [1] - 1859:14
**WINSTON** [1] - 1808:14
**wise** [1] - 1957:21
**witness** [21] - 1812:12, 1833:21, 1867:10, 1884:24, 1884:25, 1885:15, 1885:16, 1885:20, 1926:18, 1928:10, 1928:13, 1928:19, 1930:4, 1958:9, 1958:11, 1959:6, 1959:8, 1960:3, 1960:4, 1960:5, 1961:10
**WITNESS** [5] - 1873:14, 1879:22, 1884:19, 1886:10, 1964:3
**Witness** [5] - 1885:22, 1885:25, 1886:5, 1886:7, 1926:18
**witnesses** [5] - 1958:3, 1958:17, 1958:18, 1960:8, 1962:19
**Wizards** [2] - 1888:6, 1893:10
**woe** [1] - 1929:1
**Women's** [1] - 1834:25
**word** [3] - 1855:10, 1879:4, 1922:20
**words** [8] - 1832:5, 1878:16, 1878:25, 1879:1, 1949:2, 1959:9, 1961:6, 1961:7
**World** [15] - 1890:23, 1891:9, 1891:10,

1892:1, 1892:3, 1892:10, 1893:17, 1897:12, 1897:13, 1897:17, 1900:5, 1906:16, 1906:21, 1962:3

**world** [23] - 1890:24, 1891:8, 1892:9, 1905:11, 1922:16, 1935:18, 1937:13, 1937:16, 1937:18, 1938:8, 1938:9, 1938:11, 1939:6, 1939:12, 1939:18, 1940:2, 1941:24, 1942:7, 1942:8, 1942:12, 1952:11

**world-class** [1] - 1922:16

**worth** [2] - 1819:12, 1851:4

**WPS** [1] - 1834:25

**write** [2] - 1822:18, 1932:18

**writing** [1] - 1815:11

**written** [3] - 1829:2, 1829:8, 1853:1

**wrote** [13] - 1814:4, 1815:14, 1815:20, 1818:12, 1818:18, 1820:12, 1828:22, 1828:23, 1859:13, 1859:15, 1878:25, 1880:5, 1889:8

# Y

**yards** [1] - 1849:25

**YATES** [3] - 1809:5, 1960:6, 1962:17

**year** [26] - 1814:19, 1814:23, 1815:23, 1816:14, 1817:18, 1840:14, 1850:21, 1859:14, 1868:5, 1879:3, 1881:19, 1881:24, 1887:23, 1888:20, 1889:10, 1891:19, 1893:25, 1900:4, 1906:6, 1907:17, 1921:2, 1921:22, 1922:2, 1922:4

**years** [51] - 1816:21, 1822:13, 1834:14, 1850:16, 1858:1, 1862:16, 1865:23, 1875:6, 1875:7, 1875:11, 1878:23, 1882:4, 1887:11, 1887:14, 1888:4, 1889:14, 1890:1, 1890:17, 1891:3, 1892:22, 1894:4, 1895:22, 1897:4, 1897:7, 1897:9, 1897:20, 1899:23, 1903:7, 1904:1, 1904:17, 1904:22, 1905:10, 1906:18, 1907:3, 1907:5, 1907:7, 1908:5, 1909:1, 1909:6, 1909:23, 1912:5, 1916:15, 1916:19, 1919:5, 1919:8, 1921:5, 1921:24, 1924:8, 1924:12, 1924:14, 1954:1

**yesterday** [14] - 1827:4, 1829:2, 1834:4, 1841:6, 1841:21, 1846:9, 1848:22, 1849:14, 1854:2, 1854:17, 1861:8, 1861:24, 1879:12, 1926:22

**YORK** [1] - 1808:1

**York** [11] - 1808:6, 1808:15, 1809:2, 1809:7, 1862:13, 1885:10, 1885:11, 1896:1, 1904:22

**YOU** [1] - 1861:12

**yourself** [2] - 1886:2, 1887:9

**youth** [9] - 1903:13, 1905:10, 1905:12, 1905:14, 1905:22, 1905:23, 1906:10, 1907:14

# Z

**zones** [3] - 1856:10, 1876:2, 1923:24

VB          OCR          CRR